FILED
CLERK, U.S. DISTRICT COURT
05/26/16
CENTRAL DISTRICT OF CALIFORNIA
BY: D. Roberts DEPUTY

JOHN W. BERRY (Cal. Bar No. 295760)
Email: berryj@sec.gov
JACOB A. REGENSTREIF (Cal. Bar No. 234734)
E-mail: regenstreifj@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka N. Patel, Associate Regional Director
John W. Berry, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES C. LIU;<br>XIN WANG a/k/a LISA WANG;<br>PACIFIC PROTON THERAPY REGIONAL CENTER, LLC;<br>PACIFIC PROTON EB-5 FUND, LLC;<br>and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,<br><br>Defendants. | Case No. SACV16-00974 CJC (AGRx)<br><br>**DECLARATION OF LORRAINE PEARSON IN SUPPORT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE GRANTED, AND ORDERS (1) FREEZING ASSETS; (2) REPATRIATING ASSETS; (3) REQUIRING ACCOUNTINGS; (4) PROHIBITING THE DESTRUCTION OF DOCUMENTS**<br><br>**FILED UNDER SEAL** |

I, Lorraine Pearson, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I have personal knowledge of each of the matters set forth below, and if called upon as a witness I could and would competently testify as to the facts stated herein.

2. I am a certified public accountant employed by Plaintiff Securities and Exchange Commission (the "SEC") in its Los Angeles Regional Office. I have been employed by the SEC within the Division of Enforcement since October 1984. I have been licensed with the State of California since 1981. I have been a certified fraud examiner since 2010.

3. I make this declaration in support of the SEC's accompanying *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not be Granted, and Orders: (1) Freezing Assets; (2) Repatriating Assets; (3) Requiring Accountings; and (4) Prohibiting the Destruction of Documents.

4. In the course of my duties with the SEC, I analyze bank records, financial records, and other books and records of companies, and I make calculations and observations based upon those records. The documents that I analyze in the course of my duties with the SEC are of the type reasonably relied upon by accountants in forming opinions and inferences about, among other things, the finances of a company and its sources and uses of money.

5. During the course of the SEC's investigation entitled *In the Matter of Pacific Proton Therapy Regional Center, LLC* and pursuant to my duties as an accountant with the SEC, I reviewed bank records (including underlying detail such as account statements, account opening documents, signature cards, wire transfers, deposit slips and copies of items deposited, checks, withdrawal slips and bank account transfers) for the following accounts that were produced to the SEC:

a. East West Bank Account No. XXXX9509 in the name of Pacific Protone Regional Center LLC by Atlantic Escrow Corporation as escrow agent

for the period October 31, 2014 (hereinafter "Pacific Proton escrow account") through February 29, 2016.

b. JP Morgan Chase Bank, N.A. Account No. XXXXXXXXXXX1028 in the name of Pacific Proton EB-5 Fund LLC (hereinafter "PPEB5 Fund account") for the period October 1, 2014 through April 30, 2016;

c. JP Morgan Chase Bank, N.A. Account No. XXXXXXXXXXX5152 in the name of Los Angeles County Proton Therapy LLC (hereinafter "Beverly Proton account") for the period October 1, 2014 through April 30, 2016; and

d. JP Morgan Chase Bank, N.A. Account No. XXXXXXXXXXX6428 in the name of Pacific Proton Therapy Regional Center LLC (hereinafter "Pacific Proton account") for the period October 1, 2014 through April 30, 2016.

6. A true and correct copy of the declaration of the custodian of records for East West Bank which was produced to the SEC is attached as Exhibit 1.

7. A true and correct copy of the declarations of the custodian of records for JP Morgan Chase Bank, N.A. which were produced to the SEC is attached as Exhibit 2.

8. Based on my review of the account opening documents for the PPEB5 Fund account, I have determined that Charles Liu is the sole authorized signatory on the account. A true and correct copy of the signature card which was produced to the SEC is attached as Exhibit 3.

9. Based on my review of the account opening documents for the Beverly Proton account, I have determined that Charles Liu and John P. Thropay were the authorized signatories on the account during the period of January 30, 2013 through January 19, 2016. Based on my review of the business account remove signers form for the Beverly Proton account, I have determined that Charles Liu is the sole authorized signatory on the account beginning January 20, 2016. A true and correct

copy of the signature card and the business account remove signers form which were produced to the SEC is attached as Exhibit 4.

10. Based on my review of the account opening documents for the Pacific Proton account, I have determined that Charles Liu is the sole authorized signatory on the account. A true and correct copy of the signature card which was produced to the SEC is attached as Exhibit 5.

11. In conjunction with my duties as an accountant, I analyzed the bank records to determine the uses of cash for the Pacific Proton escrow account. I prepared an analysis of the Pacific Proton escrow account. My analysis is presented in a spreadsheet, which is attached as Exhibit 6.

12. Based on my review of the account records as described above, I have made the following observations and calculations regarding disbursements from the Pacific Proton escrow account. I calculated that disbursements of $24,012,137 were made to the PPEB5 Fund account. Remaining in the Pacific Proton escrow account following these disbursements was $500,250.

13. In conjunction with my duties as an accountant, I analyzed the bank records to determine the sources and uses of cash for the PPEB5 Fund account. I prepared an analysis of the PPEB5 Fund account bank records. My analysis is presented in a spreadsheet, which is attached as Exhibit 7.

14. Based on my review of the account records as described above, I have made the following observations and calculations regarding deposits to the PPEB5 Fund account. I calculated that the PPEB5 Fund account received the following funds:

a. $24,012,137 from East West Bank;
b. $1,500,450 from various deposits;
c. $700,080 from Wells Fargo Bank, N.A.; and
d. $9,960 from the Beverly Proton account.

15. During his testimony on March 23, 2016, Charles Liu testified that

payments made to Hang Seng Bank represented payments to a firm, Delsk [Regenstreif decl., Ex. 1, Liu 136:15-137:12], and that payments to Industrial and Commercial Bank of China represented payments to a firm, United Damei Group ("UDG") [Liu 134:19-135.12].

16. Based on my review of the account records as described above, I have made the following observations and calculations concerning the use of funds in the PPEB5 Fund account. I calculated that the following disbursements were made by the PPEB5 Fund account:

a. $21,210,200 was transferred to the Beverly Proton account;
b. $1,500,000 was paid to Overseas Chinese Immigration Consulting, Ltd. ("Overseas Chinese");
c. $1,500,000 was paid to Charles Liu;
d. $1,010,750 was used for various payments; and
e. $1,000,000 was paid to UDG.

17. Based on my review of investor account listings produced by Charles Liu and the United States Citizenship and Immigration Services ("USCIS"), the general ledger for the PPEB5 Fund, which was produced by Charles Liu, and the bank account records as described above, I prepared an analysis of investor deposits made to the PPEB5 Fund account. My analysis is presented in a spreadsheet, which is attached as Exhibit 8. I have made the following observations and calculations regarding deposits from investors made to the PPEB5 Fund account. I calculated that the PPEB5 Fund account received $24,712,217 from 50 investors in the PPEB5 Fund. Capital Contributions of approximately $500,000 per investor were paid to the PPEB5 Fund account. When you add the $24,712,217 to the $2,255,701 in Administrative Fees received from investors as described in paragraph 26 below, the total raised from investors is $26,967,918.

18. In conjunction with my duties as an accountant, I analyzed the bank records to determine the sources and uses of cash for the Beverly Proton account. I

prepared an analysis of the Beverly Proton account bank records. My analysis is presented in a spreadsheet, which is attached as Exhibit 9.

19. Based on my review of the account records as described above, I have made the following observations and calculations regarding deposits to the Beverly Proton account. I calculated that the Beverly Proton account received the following funds:

a. $20,210,200 from the PPEB5 Fund account;
b. $559,930 from various deposits;
c. $500,000 from a cash deposit; and
d. $42,000 from the Pacific Proton account.

20. Based on my review of the account records as described above, I have made the following observations and calculations concerning the use of funds in the Beverly Proton account. I calculated that the following disbursements were made by the Beverly Proton account:

a. $12,107,289 was used for various payments;
b. $4,785,000 was paid to Charles Liu;
c. $2,500,000 was paid to UDG;
d. $1,400,000 was paid to Xin Wang;
e. $891,100 was paid to the Pacific Proton account;
f. $368,100 was paid to Optivus Proton Therapy Inc.; and
g. $9,960 was paid to the PPEB5 Fund account.

21. In conjunction with my duties as an accountant, I combined the analyses I prepared for the PPEB5 Fund account and the Beverly Proton account bank records. I prepared an analysis of the combined accounts. My analysis is presented in a spreadsheet, which is attached as Exhibit 10. Based on my review of the account records as described above, I have made the following observations and calculations regarding deposits to the combined PPEB5 Fund account and Beverly Proton account. I calculated that the PPEB5 Fund account and the Beverly Proton account

received the following funds:

a. $24,712,217 from investors in PPEB5 Fund;

b. $2,060,130 from Overseas Chinese;

c. $500,250 from various deposits; and

d. $42,000 from the Pacific Proton account.

22. Based on my review of the account records as described above, I have made the following observations and calculations regarding the use of funds in the combined PPEB5 Fund account and Beverly Proton account. I calculated the following disbursements were made by the PPEB5 Fund account and the Beverly Proton account:

a. $7,300,000 was paid to Overseas Chinese;

b. $6,641,139 was used for various payments;

c. $6,285,000 was paid to Charles Liu;

d. $3,500,000 was paid to UDG;

e. $1,400,000 was paid to Xin Wang;

f. $1,045,000 was paid to Delsk; and

g. $891,100 was paid to the Pacific Proton account.

The $6,285,000 paid to Charles Liu, the $1,400,000 paid to Xin Wang and the $11,845,000 paid to the three firms ($7,300,000 to Overseas Chinese + $3,500,000 to UDG + $1,045,000 to Delsk) totals $19,530,000. When you net the $2,060,130 received from Overseas Chinese as discussed in paragraph 20 above, this total drops to $17,469,870.

23. Based on my review of the account records as described above, I have made the following observations and calculations regarding the use of funds in the combined PPEB5 Fund account and Beverly Proton account during the months of February and March 2016. I calculated the following disbursements were made by the PPEB5 Fund account and the Beverly Proton account:

a. Of the $6,285,000 that was paid to Charles Liu, in February 2016 Liu

received $1,580,000 from the Beverly Proton account; in March 2016 Liu received $2,690,000 ($1,000,000 from the PPEB5 Fund account and $1,690,000 from the Beverly Proton account) for a two month total of $4,270,000; and

b. Of the $1,400,000 that was paid to Xin Wang, $996,000 was paid in the month of March 2016.

24. In conjunction with my duties as an accountant, I analyzed the bank records to determine the sources and uses of cash for the Pacific Proton account. I prepared an analysis of the Pacific Proton account bank records. My analysis is presented in a spreadsheet, which is attached as Exhibit 11.

25. Based on my review of the account records as described above, I have made the following observations and calculations regarding deposits to the Pacific Proton account. I calculated that the Pacific Proton account received the following funds:

a. $2,255,701 from various wire transfers from investors, as explained in paragraph 26 below;
b. $891,000 from the Beverly Proton account; and
c. $568,752 of various deposits.

26. Based on my review of the account records as described above, I have made the following observations and calculations concerning the use of funds in the Pacific Proton account. I calculated that the following disbursements were made by the Pacific Proton account:

a. $1,985,643 was used for various payments;
b. $429,580 was paid to Charles Liu;
c. $422,000 was paid to Overseas Chinese;
d. $342,500 was paid to Delsk;
e. $315,000 was paid to UDG;
f. $138,000 was paid to Xin Wang; and

g. $42,000 was paid to the Beverly Proton account.

27. Based on my review of investor account listings produced by Charles Liu and the USCIS, the general ledger for Pacific Proton (hereinafter "Pacific Proton general ledger"), which was produced by Charles Liu, and the bank account records as described above, I prepared an analysis of investor deposits made to the Pacific Proton account. My analysis is presented in a spreadsheet, which is attached as Exhibit 12. I have made the following observations and calculations regarding deposits to the Pacific Proton account. I calculated that the Pacific Proton account received $2,255,701 from investors in the PPEB5 Fund. Administrative Fees of approximately $45,000 per investor were paid to the Pacific Proton account.

28. In conjunction with my duties as an accountant, I combined the analyses I prepared for the PPEB5 Fund account, the Beverly Proton account, and the Pacific Proton account bank records. I prepared an analysis of the combined accounts. My analysis is presented in a spreadsheet, which is attached as Exhibit 13. Based on my review of the account records as described above, I have made the following observations and calculations regarding the use of funds by the three combined accounts. I calculated that the following disbursements were made by the combined PPEB5 Fund account, Beverly Proton account, and Pacific Proton account:

a. $6,714,580 was paid to Charles Liu;

b. $1,538,000 was paid to Xin Wang;

c. $7,722,000 was paid to Overseas Chinese (this total is the $7,300,000 from the PPEB5 Fund account and the Beverly Proton account as described in paragraph 21 and the $422,000 from the Pacific Proton account as described in paragraph 25; when you net the $2,060,130 that Overseas Chinese returned as described in paragraph 20, Overseas Chinese retains $5,661,870);

d. $3,815,000 was paid to UDG (this total is the $3,500,000 from the PPEB5 account and the Beverly Proton account as described in

paragraph 21 and the $315,000 from the Pacific Proton account as described in paragraph 25); and

e. $1,387,500 was paid to Delsk (this total is the $1,045,000 from the PPEB5 Fund account as described in paragraph 21 and the $342,500 from the Pacific Proton account as described in paragraph 25).

29. In conjunction with my duties as an accountant, I noted the following account balances as of April 30, 2016:

a. The balance in the PPEB5 Fund account was $102,272;

b. The balance in the Beverly Proton account was $261,256; and

c. The balance in the Pacific Proton account was $45,481.

30. In conjunction with my duties as an accountant, I reviewed the balance sheet for Pacific Proton as of December 31, 2015, and the Pacific Proton general ledger for the year ended December 31, 2015, both of which were produced by Charles Liu. I noted in both documents that the capital account for Charles Liu had a negative balance of $1,647,689 as of December 31, 2015. The general ledger lists the items making up the negative capital balance, including checks and credit card charges. In the case of a limited liability company, a negative capital account generally means that the member's aggregate distributions over time exceed the amount of the member's initial and subsequent Capital Contributions plus the member's share of accumulated net income.

31. In conjunction with my duties as an accountant, I reviewed my analyses of the deposits made to the PPEB5 Fund account, the Beverly Proton account, and the Pacific Proton account. The accounts did not receive any funds from Michael Cogswell.

32. In conjunction with my duties as an accountant, I reviewed my analyses of the payments made from the PPEB5 Fund account, the Beverly Proton account, and the Pacific Proton account. During the month of April 2016, the Beverly Proton account paid $87,500 to Michael Cogswell and the Pacific Proton account paid

$62,500 to Michael Cogswell, for a total of $150,000.

33. In conjunction with my duties as an accountant, I calculated that the combined PPEB5 Fund account and Beverly Proton account paid $7,300,000 to Overseas Chinese, and that the combined PPEB5 Fund account and Beverly Proton account received $2,060,130 from Overseas Chinese, resulting in a net amount of $5,239,870 paid to Overseas Chinese.

34. As shown above, the investors' Capital Contributions were commingled with other small infusions of cash in the PPEB5 Fund account and the Beverly Proton account where the contributions were deposited. Therefore, it is not possible to trace every dollar of Capital Contributions to the funds that were paid to Liu, Wang, Overseas Chinese, UDG, and Delsk. Only a small amount of the funds that were paid are not traceable as Capital Contributions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 26th day of May, 2016 in Los Angeles, California.

*/s/ Lorraine Pearson*
LORRAINE PEARSON

EAST WEST BANK

## DECLARATION CONCERNING BANK RECORDS UNDER SECTION 1561 OF THE EVIDENCE CODE

1. The undersigned officer of East West Bank (the Bank), having been duly authorized to make this declaration, declares on behalf of the Bank:

2. He/she is a duly authorized custodian of the Bank's records, as to which he/she is qualified to testify and authorized to certify;

3. He/she has read the subpoena described on the envelope or wrapper with which this Declaration is enclosed, and has made and caused to be made a diligent search for all such records at the office of the Bank upon which the subpoena was served. After such diligent search for all described records:

☐ If this box is checked, copies of all of the records described in the subpoena are produced herewith;

☒ If this box is checked, the Bank only has part of the described records, copies of which are produced herewith; **Items not produced due to not being able to locate are listed on attached "Exhibit 1".**

☐ If this box is checked, the Bank has none of the described records for the time frame stated in the subpoena and thus, no records are produced herewith. See paragraph 5 below.

4. The copies of records enclosed herewith and identified below, if any, are true copies of records described in the subpoena and found at the office of the Bank, the originals of which were prepared by the personnel of the office of the Bank in the ordinary course of business at or near the time of the act, condition or event so recorded.

5. Identification of records produced herewith is as follows: EWB File Number: S-16-101-068

| | |
|---|---|
| ⇒ | Signature Cards, Statements, Deposits and Offsets, Wires |

6. The mode of preparation of the records identified above was as follows:

| | |
|---|---|
| ⇒ | **From Microfilm, Image Library and/or Vision Archive Database:** Deposits and Offsets |
| ⇒ | **From FundTech Database:** Wires |
| ⇒ | **From EWB Computer Database (Synergy):** Statements |
| ⇒ | **From Original Documents:** Signature Cards |

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed March 4, 2016 at 9300 Flair Drive, 4th Floor, El Monte, CA 91731.

[signature]
Signature

James L. Miller
Type Name

Risk Management Specialist
Type Title

# AFFIDAVIT

## Case No. : LA-4639

Nycol Morrisey , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Brooklyn, New York.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of New York, that the foregoing is true and correct.

Dated: 2|24|2016

By: [signature]

Nycol Morrisey
Doc Review Sr Specialist III
New York Subpoena Processing

State of New York
County of Kings

Subscribed to and sworn before me this 24th day of FEBRUARY (month) 2016 (year).

by NYCOL MORRISEY (name of signer)

[signature] (signature of notary)

My commission expires 9/7/16

SD_SwornDocumentExecution_000047940045
SB710008-F1

STUART RADISH
Notary Public, State of New York
Qualified in New York County
Reg. No. 01RA6115435
My Commission Expires Sept. 7, 2016

# AFFIDAVIT

**Case No. : LA-4639**

Nycol Morrisey , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Brooklyn, New York.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of New York, that the foregoing is true and correct.

Dated: 3|21|2016

By: N. M[signature]

Nycol Morrisey
Doc Review Sr Specialist III
New York Subpoena Processing

State of New York
County of Kings

Subscribed to and sworn before me this 21st day of MARCH (month) 2016 (year).

by NYCOL MORRISEY (name of signer)

[signature] (signature of notary)

My commission expires 9/7/16

STUART RADISH
Notary Public, State of New York
Qualified in New York County
Reg. No. 01RA6115435
My Commission Expires Sept. 7, 2016

SD_SwornDocumentExecution_000050880142
SB721319-F1

# AFFIDAVIT

## Case No. : LA-4639

Nycol Morrisey , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Brooklyn, New York.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of New York, that the foregoing is true and correct.

Dated: 4/13/2016

By: [signature]

Nycol Morrisey
Doc Review Sr Specialist III
New York Subpoena Processing

State of New York
County of Kings

Subscribed to and sworn before me this 13th day of April (month) 2016 (year).

by NYCOL MORRISEY (name of signer)

[signature] (signature of notary)

My commission expires 9/7/16

SD_SwornDocumentExecution_000053430224
SB721319-F1

STUART RADISH
Notary Public, State of New York
Qualified in New York County
Reg. No. 01RA6115435
My Commission Expires Sept. 7, 2016

# AFFIDAVIT

**Case No. : LA-4639**

Nycol Morrisey , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Brooklyn, New York.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of New York, that the foregoing is true and correct.

Dated: 5/5/2016

By: [signature]

Nycol Morrisey
Doc Review Sr Specialist III
New York Subpoena Processing

State of New York
County of Kings

Subscribed to and sworn before me this 5th day of May (month) 2016 (year).

by Nycol Morrisey (name of signer)

[signature] (signature of notary)

My commission expires March 31, 2018

LINDA CORIBELLO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01CO4855631
Qualified in Nassau County
My Commission Expires March 31, 20 18

SD_SwornDocumentExecution_000056170171
SB735058-F1

CHASE

# Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
PACIFIC PROTON EB-5 FUND, LLC

BUSINESS ADDRESS
28202 CABOT RD STE 540

LAGUNA NIGUEL, CA 92677-1260

| | |
|---|---|
| ACCOUNT NUMBER | [redacted]1028 |
| ACCOUNT TYPE | Chase Platinum Business Checking |
| TAXPAYER ID NUMBER | [redacted]6169 |
| DATE OPENED | 11/27/2013 |
| FORM OF BUSINESS | Limited Liability Company - Member Managed (LLC) |
| ISSUED BY | JPMorgan Chase Bank, N.A ( 703 )<br>Crown Valley Mission Viejo - 741371<br>BRETT M SANTOS<br>(949) 349-9082<br>11/27/2013 |

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Articles of Organization | [redacted]8635 | Delaware | 11/15/2010 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

SIGNER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| CHARLES LIU | [redacted]4324 | Member | 11/27/13 | [signature] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

M1207-01-CS10617 (11/13)

GOVERNMENT EXHIBIT Am 7 3-23-16 LAU689
PENGAD 800-631-6989

Scan

SEC-JPMCB-P-0000003

# BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)

__X__ NEW ______ CHANGE

ACCOUNT NO.
[redacted]028

ACCOUNT TITLE
PACIFIC PROTON EB-5 FUND, LLC

BUSINESS ADDRESS
28202 CABOT RD STE 640

LAGUNA NIGUEL, CA 92677-1260

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A ( 703 )

BRANCH NAME AND NO.
Crown Valley Mission Viejo - 741371

DATE
11/27/2013

PREPARED BY
BRETT M SANTOS

PHONE NO.
(949) 349-9082

TAXPAYER ID NO.
[redacted]3169

PRODUCT TYPE
Chase Platinum Business Checking

Legal Name of Organization: PACIFIC PROTON EB-5 FUND, LLC (the "Organization")

State of Organization: DE

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
| --- | --- | --- |
| CHARLES LIU | Member | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

**CERTIFICATION**
**The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).**

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*

☐ The Organization is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Organization has certified its foreign status to the Bank by completing the appropriate Form W-8.

## BUSINESS DEPOSITORY CERTIFICATE
**(Limited Liability Company)**

ACCOUNT NO [redacted]028

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

Member or Manager — 11/27/13 Date
Printed Name: CHARLES LIU

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

11/17/2010 09:40 FAX 5184343841 003/003

11/15/2010 17:48 FAX 5184343841 • DELAWARE 002/002

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:07 PM 11/15/2010
FILED 04:58 PM 11/15/2010
SRV 101088384 - 4893635 FILE

**CERTIFICATE OF FORMATION**
**OF**
**PACIFIC PROTON EB-5 FUND, LLC**

This Certificate of Formation of Pacific Proton EB-5 Fund, LLC (the "Company"), dated as of November 15, 2010, is being duly executed and filed by Hayden R. Brainard, Jr., as an authorized person, to form a limited liability company under the Delaware Limited Liability Company Act.

**FIRST:** The name of the Company is Pacific Proton EB-5 Fund, LLC.

**SECOND:** The address of the registered office of the Company in the State of Delaware is: c/o The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801.

**THIRD.** The name and address of the registered agent for service of process on the Company in the State of Delaware is: The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, New Castle County, Delaware 19801.

**FOURTH:** No member of the Company, solely by reason of being a member, is an agent of the Company for any purpose, and no member shall have the authority to act for the Company solely by virtue of being a member.

**FIFTH:** Except as otherwise provided by the Act, the debts, obligations and liabilities of the Company, whether arising in contract, tort or otherwise, shall be solely the debts, obligations and liabilities of the Company, and no member, manager, officer or director of the Company shall be obligated personally for any such debt, obligation or liability of the Company solely by reason of being a member or acting as a manager, officer or director of the Company.

**SIXTH:** The Company may, from time to time, establish one or more classes, or series of classes, of members or managers, with such relative rights, designations, qualifications, preferences and duties as may be adopted and set forth in the Company's operating agreement from time to time.

**SEVENTH:** This Certificate shall be deemed to be the operating agreement of the Company, unless and until the members shall have otherwise adopted additional or inconsistent provisions in connection with any matters permitted to be addressed in an operating agreement.

**IN WITNESS WHEREOF,** the undersigned has executed this Certificate of Formation as of the date first above written.

Hayden R. Brainard, Jr.
Authorized Person

[illegible]

SEC-JPMCB-P-0000006

# Delaware

PAGE 1

The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "PACIFIC PROTON EB-5 FUND, LLC" IS DULY FORMED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE SEVENTH DAY OF MAY, A.D. 2013.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "PACIFIC PROTON EB-5 FUND, LLC" WAS FORMED ON THE FIFTEENTH DAY OF NOVEMBER, A.D. 2010.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL TAXES HAVE BEEN PAID TO DATE.

4898635 8300

130536444

You may verify this certificate online at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 0412653

DATE: 05-07-13

SEC-JPMCB-P-0000007

x

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 06-21-2011

Employer Identification Number:
[redacted]6169

Form: SS-4

Number of this notice: CP 575 B

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

007467.884153.0020.001 1 MB 0.390 532

PACIFIC PROTON EB-5 FUND LLC
CHARLES LIU MBR
11 CANDLEWOOD
IRVINE CA 92620

7467

WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN [redacted]6169. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

| | |
|---|---|
| Form 1065 | 06/16/2011 |

After our review of your information, we have determined that you have not filed tax returns for the above-mentioned tax period(s) dating as far back as 2010. Please file your return(s) by 07-06-2011. If there is a balance due on the return(s), penalties and interest will continue to accumulate from the due date of the return(s) until it is filed and paid. If you were not in business or did not hire any employees for the tax period(s) in question, please file the return(s) showing you have no liabilities.

If you have questions about the form(s) or the due dates(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, Accounting Periods and Methods.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, Entity Classification Election. See Form 8832 and its instructions for additional information.

CHASE

# Limited Liability Company

Business Account Opening Checklist - Express Account Opening

## Introduction

This checklist provides key steps for opening a business account for a **Limited Liability Company (LLC).**

Refer to *Branch Policies & Procedures* for specific business policy details.

**Business Name** Pacific Proton EB-5 Fund, LLC

**Account Number** [redacted]1028

**Banker Name** Brett Santos

## Key Steps to Opening a Limited Liability Company Account

■ **STEP 1: Enter the Business Description and Identify the Correct NAICS Code**
Enter a detailed description of the business and search for the appropriate North American Industry Classification System (NAICS) code to specifically identify what the business does. This is critical Know Your Customer information, and a correct selection is very important. Refer to **NAICS Codes** in Branch P&P for a complete list of options.

■ **STEP 2: Determine Who Must Be Present at Account Opening**

- ■ **Member Managed LLC: All Members**
- ☐ **Manager Managed LLC: All Managers**

All Members or Managers are required to be present at account opening, unless you have an original *Add Partner/Member/Manager Not Present Form* that was completed and witnessed in a Chase branch. At least one Member or Manager must be present to open the account. If any Member or Manager is a non-individual entity, an authorizing representative of the entity must be present.

■ **STEP 3: Title the Account Correctly**
**Title accounts correctly in the system** – Titling on the account must match the external business documentation, including punctuation and special characters. Limited Liability Companies often include various designations such as "LLC," "LC," or "PLLC" in the legal title.

■ **STEP 4: Obtain Valid Identification for the Business**
The business documentation validates the business's right to operate, and in many cases the names of the Members or Managers who must be present to open the account.

**Note:** Business documentation varies, and it is not required for the documentation to list the Members or Managers. New Account Screening may conduct additional verification on the business and the owners.

- ☐ **New to Chase Business Customers** – obtain external documentation for the business, or validate the existence of the business online (see guidelines below).
- ■ **Existing Business Customers** – external documentation is not required if current, valid external documentation is recorded accurately in the system and imaged in iVault. Validate and update the identification, if necessary.

### Acceptable External Documentation

**One of the following documents is required for a Limited Liability Company:**

■ Certified **Articles of Organization** (*"ARTICLES OF ORGANIZATION"* will print on Signature Card for business ID).

OR

☐ **Website Validation** (*"WEBSITE DOCUMENTATION"* will print on Signature Card)

- Access to the web site must be free of charge, and must be printed by the banker at of account opening
- Web site validation must include the name of the business and a valid status (for example: active, in good standing, open, registered, or not expired)

**AND** (if Limited Liability Company is using a DBA)

☐ Validation of the assumed name is **required** (except in AK, AL, HI, KS, MD, ME, MS, NM, SC, TN, WI and WY). Either an Assumed Name Certificate with Filing Stamp or Website Validation is acceptable.

**Note:** The assumed name validation must include the name of the LLC as well as the corresponding DBA. If the business is using multiple assumed names, validation of each assumed name is required.

### External Documentation Requirements for LLCs Organized Out of State

**If the business is organized in another state, but operates in the state where the account is opened:**

☐ Obtain registration certifying the business' right to operate in the state where the business organized using the guidelines above, and enter the identification in Customer Assist.

**AND**

☐ Obtain registration certifying the business' right to operate in the state where the account is opened, often referred to as Foreign LLC Registration or Certification, and scan with the other account opening documentation.

CHASE

Limited Liability Company
Business Account Opening Checklist - Express Account Opening

## Key Steps to Opening a Limited Liability Company Account *(continued)*

### Supplemental External Documentation Guidelines

Documentation is not required to validate the Members or Managers of the LLC. However, if the documentation lists the incorrect names of Members or Managers, supplemental documentation must also be provided to validate that the individuals certifying the Business Depository Certificate have the proper authority.

Examples of supplemental documentation that may be used to validate the current Members or Managers of the LLC:

- ☐ Certified amendment to the Articles of Organization or Certificate of Formation
- ☐ Operating Agreement
- ☐ Letter on company letterhead or meeting minutes listing the current Members or Managers of the LLC
- ☐ Annual Report or Statement of Information

**STEP 5: Obtain and Record Valid Personal Identification for the Owners and Authorized Signers**

- **Members and Managers** who are new accountholders must present a valid primary and secondary ID; existing accountholders must present a valid primary ID (accountholders include those with either business or personal accounts)
- Non-owner **authorized signers** must provide a valid primary ID (for both new and existing accountholders)

**STEP 6: Obtain the Street Address for the Primary Place of Business**

PO Boxes or drop boxes are acceptable for mailing purposes only.

**STEP 7: Obtain and record the appropriate Tax Identification Number for the Business**

- Owner's Social Security Number (**SSN**) – Single Member LLCs only, or
- Owner's Individual Tax ID Number (**ITIN**) – Non U.S. Citizen Single Member LLCs only, or
- Employer Identification Number (**EIN**) of the business

**STEP 8: KYC – Know Your Customer Information**

- Where the business operates and number of locations
- Where the business sells products or provides services
- Where the business's suppliers and vendors are located

**STEP 9: Complete the Business Profile Screen**

- Expected Gross Annual Sales
- Will the Business Send International Wire Transfers

**STEP 10: Complete the Expected Use of Account Information**

Verify with the customer the expected types of transactions that could occur monthly on the account. This information is critical to preventing money laundering, terrorist financing, and illegal or prohibited account use.

**STEP 11: Provide the Required Account Opening Disclosures**

Provide the following account opening disclosures to the customer **before** the internal documents are signed.

- *Deposit Account Agreement* booklet (*Additional Privacy Notice* also required in California)
- *Additional Banking Services and Fees for Business Accounts* disclosure
- *Business Rate Sheet* (when appropriate)

CHASE

# Limited Liability Company

Business Account Opening Checklist - Express Account Opening

## Key Steps to Opening a Limited Liability Company Account *(continued)*

**STEP 12: Complete and Scan the Appropriate Documentation**

- *Business Signature Card:* Signed and dated by the authorized signers on the account
- *Business Depository Certificate (Limited Liability Company):* Signed and dated by all Members of a Member Managed LLC, or all Managers of a Manager Managed LLC (except for Members or Managers who signed an *Add Partner/Member/Manager Not Present Form.* The original form must also be scanned, if applicable).

  When opening accounts for LLCs with Non-Individual Members or Managers (such as corporations, other LLCs, partnerships or trusts), have one authorizing representative of the business entity sign the *Business Depository Certificate* on behalf of the Non-Individual Member or Manager (examples of the appropriate format: *XYZ Corporation by John Doe, Secretary* or *ABC LLC by Mary Valdez, Member*).
- *Business External Documentation:* provided by the customer or printed from the state or county web site. If Limited Liability Company is using a DBA, scan business documentation for both the Limited Liability Company and DBA.

**STEP 13: Provide checklist to Branch Manager, ABM, MOD or Lead Teller - Ops for Review**

## Branch Manager / ABM / MOD / Lead Teller - Ops New Account Review Checklist

Branch Managers, Assistant Branch Managers, Managers On Duty and Lead Teller - Ops play an important role in making sure business accounts are opened properly. Ensuring we gather the right information and documents the first time and are in compliance with regulatory requirements means **a great experience for our business customers!**

**Managers** – please verify your banker completed these account opening steps correctly:

- ☐ Confirm that the NAICS code is accurate based on customer's description of the business (Step 1).
  *Use the Customer Demographics Screen in Customer Assist to validate and update if necessary.*
- ☐ Validate that the correct individuals were present at account opening (or that the necessary paperwork was obtained), that the correct titles were used, and accurate percentages of ownership were entered. (Step 2)
- ☐ Verify that account is titled correctly and matches the documentation used to validate the business, including punctuation and special characters. (Step 3)
- ☐ Validate that acceptable external business documentation was obtained and entered in the system correctly by comparing the documentation to the Business ID that appears on the Signature Card. Verify the ID type, ID number, issuer, issuance and expiration dates. Update the ID in Customer Demographics, if necessary. Reprinting the Signature Card is not required. (Step 4)
- ☐ Confirm that an appropriate Tax Identification Number was used for the business. (Step 7)
- ☐ Validate that Know Your Customer Information was completed based on information provided by the customer (Step 8)
  *Validate the information collected by selecting the KYC - Know Your Customer Info link under Customer Maintenance.*
- ☐ Verify that accurate Expected Use of Account transaction Information was entered (Step 10)
  *Validate the expected transaction information by selecting the Expected Use of Account link under Account Maintenance in Customer Assist.*
- ☐ Confirm that all required business documentation was signed and dated appropriately and scanned (Step 12)

*When you're done, place this checklist in a secure shred bin to protect customer information. Do not scan this checklist.*

CHASE

# Business Signature Card

ACCOUNT TITLE ("DEPOSITOR")
BEVERLY PROTON CENTER, LLC

ACCOUNT NUMBER: [redacted]5152
ACCOUNT TYPE: Chase Performance Business Checking
TAXPAYER ID NUMBER: [redacted]6168
DATE OPENED: 01/30/2013
FORM OF BUSINESS: Limited Liability Company - Member Managed (LLC)
ISSUED BY: JPMorgan Chase Bank, N.A ( 703 )
Laguna Niguel Greenfield - 741119
BRETT M SANTOS
(949) 349-9082
10/05/2015

BUSINESS ADDRESS
28202 CABOT RD STE 640
LAGUNA NIGUEL, CA 92677-1260
United States/US Territories

| PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| Website Documentation | [redacted]0127 | CA | 11/16/2010 | |

| SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXPIRATION DATE |
|---|---|---|---|---|
| None | | | | |

**ACKNOWLEDGEMENT** - By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the "Bank"). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary actions or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor. The Depositor acknowledges receipt of the Bank's Deposit Account Agreement or other applicable account agreement, which include all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

| PRINTED NAME | TAXPAYER ID # | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| CHARLES LIU | [redacted]4324 | MEMBER | 10/5/2015 | [signature] |
| JOHN P THROPAY | [redacted]0881 | MEMBER | 10/5/2015 | [signature] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

N1207-01-CS 10517 (3/14 v2)

GOVERNMENT EXHIBIT AM 9
PENGAD 800-631-6989
2.23.16 LA4639

Scan

SEC-JPMCB-P-0000078

CHASE

## BUSINESS ACCOUNT REMOVE SIGNERS FORM

NAME OF BUSINESS BEVERLY PROTON CENTER, LLC

TAXPAYER ID NO. [redacted]6168

BUSINESS ADDRESS 28202 CABOT RD STE 640, LAGUNA NIGUEL, CA 92677-1260

BRANCH NAME AND NO. LAGUNA NIGUEL GREENFIELD - 741119 BANK NO. 703 BRANCH PHONE NO. (949) 349-9082

INTEROFFICE MAILCODE CA2-5130 PREPARED BY: NAME BRETT M SANTOS DATE: 01/20/2016

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Remove:**

JOHN P THROPAY

**Account Numbers:**

| | | | | |
|---|---|---|---|---|
| [redacted]5152 | | | | |
| | | | | |

Please remove the following signer from the accounts listed below (other authorized signers on record do not change).

**Name of the Signer to Remove:**

**Account Numbers:**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Remove:**

**Account Numbers:**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

Please remove the following signer from the accounts listed below (other authorized signers on record do not change):

**Name of the Signer to Remove:**

**Account Numbers:**

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

CERTIFICATION

The undersigned hereby certifies that the person(s) removed as authorized signers on the account(s) indicated above have been removed in accordance with resolutions or other documents of the Business regarding signing authority for bank accounts.

**For a Corporation or Unincorporated Association or Organization:**

Secretary _______ Date _______

**For Sole Proprietorship:**

Owner/Sole Proprietor _______ Date _______

**For Partnership or Limited Liability Company:**

[signature] Partner/Member/Manager 1/20/2016 Date

**For Government Entity:**

Certifying Official _______ Date _______

1

JPMorgan Chase Bank, N.A. Member FDIC

SEC-JPMCB-P-0000079

## BUSINESS DEPOSITORY CERTIFICATE (Limited Liability Company)

CHASE

______NEW __X__CHANGE

ACCOUNT NO.
[redacted]5152

ACCOUNT TITLE
BEVERLY PROTON CENTER, LLC

BUSINESS ADDRESS
28202 CABOT RD STE 640
LAGUNA NIGUEL, CA 92677-1260
United States/US Territories

BANK NAME/NUMBER
JPMorgan Chase Bank, N.A ( 703 )

BRANCH NAME AND NO.
Laguna Niguel Greenfield - 741119

DATE
10/05/2015

PREPARED BY
BRETT M SANTOS

PHONE NO.
(949) 349-9082

TAXPAYER ID NO.
[redacted]6166

PRODUCT TYPE
Chase Performance Business Checking

Legal Name of Organization: BEVERLY PROTON CENTER, LLC (the "Organization")

State of Organization: CA

Type of Organization (check one):
[X] Limited liability company managed by its members
[ ] Limited liability company managed by one or more managers

The individuals signing this Certificate certify to JPMorgan Chase Bank, N.A. (the "Bank") as follows:

- the Organization is a limited liability company, duly organized under the laws of the state of organization listed above;
- the individuals signing this Certificate are, or are authorized representatives of, all of the members (if managed by its members) ("Members") or managers (if managed by managers) ("Managers") of the Organization; and
- the Organization has authorized all actions and agreements described in this Certificate in accordance with all requirements of law and of Organization's organizational documents and bylaws, if any, and the authorizations are now in full force and effect.

**Account Opening and Contractual Authorization**
Any of the people listed below ("Authorized Persons"), acting alone, may:

- Open or close one or more accounts with the Bank at any time, subject to the Bank's deposit account agreement;
- Act on behalf of the Organization in any matter involving any of the Organization's depository accounts at the Bank;
- Sign all agreements or other documents relating to any depository accounts or other business of the Organization. These agreements & other documents include but are not limited to funds transfer agreements, agreements for automated clearinghouse services, agreements for online services, and safe deposit agreements.

**Deposit and Withdrawal Authorization**
Each Authorized Person may deposit or withdraw the Organization's funds. Each Authorized Person may sign any and all checks, drafts, and orders drawn against any account of the Organization at the Bank, and may give instructions for account transactions without a signature, such as those initiated via electronic debit, payment, wire transfer, or other withdrawal of funds by computer, electronic or other means. The Bank is authorized to pay any checks or other transactions authorized by the Organization, even if doing so causes or increases an overdraft. Each Authorized Person may endorse for cash, collection, deposit, or negotiation any checks, drafts, notes, bills of exchange, or certificates of deposit, and order the payment or transfer of money between accounts at the Bank and other banks. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Organization without endorsement or may supply the endorsement of the Organization. The Bank is authorized to pay all checks, drafts, and orders when signed, endorsed, or authorized by any Authorized Person without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those payable to or endorsed to the Authorized Person.

| Print Name | Title | Facsimile Signatures |
|---|---|---|
| CHARLES LIU | MEMBER | |
| JOHN P THROPAY | MEMBER | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

SIGNER(S) TO BE ADDED LATER

**Facsimile Signature Authorization**
The Bank is authorized and directed to pay checks bearing any form of facsimile or computer-generated signature. If the Organization either uses or provides a signature card authorizing any facsimile or computer-generated signature, the Organization will be solely responsible for any check bearing a similar signature.

**Further Authorizations**
*Each Member or Manager, as applicable, acting alone, is authorized to certify to the Bank the name, title, specimen signature and facsimile signature of any additional Authorized Person, or to instruct the Bank to remove any Authorized Person. The Bank may rely on this Certificate until it receives express written notice of a change or revocation.*

FOR THE PRECEDING PURPOSES, each of the undersigned has signed his/her name(s) on the date indicated above.

Exemption from FATCA reporting code (if any) _____ [According to the IRS Form W-9 Instructions, if you are only submitting this form for an account you hold in the United States, you may leave this field blank.]

*CERTIFICATION*
***The undersigned certifies under penalties of perjury that (1) the Organization's Taxpayer Identification Number shown above is correct, and (2) the Organization is not subject to backup withholding because: (a) the Organization is exempt from backup withholding, or (b) the Organization has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Organization that it is no longer subject to backup withholding, and (3) the Organization is a U.S. citizen or other U.S. person (as defined in the Form W-9 Instructions), and (4) the FATCA code(s) entered on this form (if any) indicating that the Organization is exempt from FATCA reporting is correct.***

If the IRS has notified the Organization that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

CHASE

**BUSINESS DEPOSITORY CERTIFICATE**
**(Limited Liability Company)**

ACCOUNT NO. [redacted]5152

*Note: For a disregarded entity, if the owner is not signing below, he, she or it must submit IRS Form W-9 or the appropriate Form W-8.*
**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

Member or Manager — Date: 10/05/2015
Printed Name: CHARLES LIU

Member or Manager — Date: 10/05/2015
Printed Name: JOHN P THROPAY

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

Member or Manager — Date
Printed Name:

(Attach additional pages if necessary to reflect all Members or Managers)

**DISTRIBUTION:** 1) National Account Services 2) Customer

JPMorgan Chase Bank, N.A. Member FDIC

M1207-04-CS (5/14 v2)

Page 2 of 2

Scan

## Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, October 02, 2015. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| Entity Name: | BEVERLY PROTON CENTER, LLC |
| Entity Number: | [redacted]0127 |
| Date Filed: | 11/16/2010 |
| Status: | ACTIVE |
| Jurisdiction: | CALIFORNIA |
| Entity Address: | 28202 CABOT ROAD SUITE 640 |
| Entity City, State, Zip: | LAGUNA NIGUEL CA 92677 |
| Agent for Service of Process: | CHARLES C LIU |
| Agent Address: | 28202 CABOT ROAD SUITE 640 |
| Agent City, State, Zip: | LAGUNA NIGUEL CA 92677 |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers

Copyright © 2015 California Secretary of State

**CHASE**

**Business Signature Card**

ACCOUNT TITLE ("DEPOSITOR")
PACIFIC PROTON THERAPY REGIONAL CENTER LLC

ACCOUNT NUMBER [redacted]6428
TAXPAYERID NUMBER [redacted]4973
ACCOUNT TYPE Chase Business Classic

DATE OPENED 09/27/2010
New Account
FORM OF BUSINESS Limited Liability Company
ISSUED BY JPMorgan Chase Bank, N.A. (703)
Irvine Blvd
LUCERO VALDEZ
714-731-2018
09/27/2010

BUSINESS ADDRESS
200 E BEVERLY BLVD STE 200

MONTEBELLO, CA 90640-7001

| PRIMARY IDENTIFICATION | ID NUMBER | ISSUER | ISSUANCE | EXP DATE |
|---|---|---|---|---|
| State Certification of Business | [redacted]10214 | ca | 08/25/2010 | 08/25/2011 |

SIGNER(S) TO BE ADDED LATER

ACKNOWLEDGEMENT – By signing this Signature Card, the Depositor applies to open a deposit account at JPMorgan Chase Bank, N.A. (the Bank). The Depositor represents and warrants that (i) the signatures appearing below are genuine or facsimile signatures of the person(s) authorized to transact business and (ii) all necessary action or formalities, where necessary, have been taken to authorize the named person(s) to so act. The Bank is entitled to rely on the authority of the named person(s) until written revocation of such authority is received by the Bank. The Depositor certifies that the information provided to the Bank is true to the best of its knowledge and authorizes the Bank, at its discretion, to obtain credit reports on the Depositor and the individual(s) listed below. The Depositor acknowledges receipt of the Bank's *Account Rules and Regulations* or other applicable account agreement, which includes all provisions that apply to this deposit account, and other agreements and service terms for account analysis and other treasury management services if applicable, and agree to be bound by the terms and conditions contained therein as amended from time to time.

CERTIFICATION – **The undersigned certifies under penalties of perjury that (1) the Depositor's Taxpayer Identification Number shown above is correct, and (2) the Depositor is not subject to backup withholding because: (a) the Depositor is exempt from backup withholding, or (b) the Depositor has not been notified by the Internal Revenue Service (IRS) that it is subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified the Depositor that it is no longer subject to backup withholding, and (3) the Depositor is a U.S. citizen or other U.S. person (as defined in the Form W-9 instructions).**

If the IRS has notified the Depositor that it is subject to backup withholding due to underreporting interest or dividends on its tax return, cross out item 2 above.

☐ The Depositor is a foreign entity, and therefore the penalties of perjury certification on this form do not apply. In addition, the Depositor has certified its foreign status to the Bank by completing the appropriate Form W-8.

*The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.*

| NAME | TAXPAYERID# | TITLE | DATE | SIGNATURE |
|---|---|---|---|---|
| CHARLES LIU | [redacted]-4324 | Manager Managed | 9-27-10 | [signature] |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Rev (12/08)

Scan

GOVERNMENT EXHIBIT Am
6
3.23.16 LA4639
PENGAD 800-631-6989

SEC-JPMCB-P-0000184

# BUSINESS DEPOSITORY RESOLUTION

X NEW ___ CHANGE

CHASE

ACCOUNT NO. [redacted]6428

ACCOUNT TITLE PACIFIC PROTON THERAPY REGIONAL CENTER LLC

BANK NAME/NUMBER JPMorgan Chase Bank, N.A. (703)

BRANCH NAME AND NO. Irvine Blvd - 742014

DATE 09/27/2010

BUSINESS ADDRESS 200 E BEVERLY BLVD STE 200
MONTEBELLO, CA 90640-7001

PREPARED BY LUCERO VALDEZ

PHONE NO. 714-731-2018

TAXPAYER ID NO. [redacted]4973

PRODUCT TYPE Chase Business Classic

Legal Name of Business PACIFIC PROTON THERAPY REGIONAL CENTER LLC (the "Business")

The individual(s) signing this Resolution hereby certifies to JPMorgan Chase Bank, N.A. ("the Bank") that the Business is (check one):

___ a **sole proprietorship** owned entirely by the individual signing this Resolution;

___ a duly formed and valid existing

___ **general partnership** ___ **limited partnership** ___ **limited liability partnership** ___ **limited liability limited partnership** ___ **joint venture**

organized under the laws of the state/country of , and the persons signing this Resolution constitute all of the general partners of the partnership.

___ a **corporation** duly organized and in good standing under the laws of the state/country of and that the individual signing this Resolution is its secretary or assistant secretary and the keeper of the records and corporate seal, if any;

___ an **unincorporated association** or **organization** and the individual(s) signing this Resolution is the keeper of the records and seal, if any;

X a **limited liability company** organized under the laws of the state/country of USA and the individuals signing this Resolution constitute all of the members or managers, as appropriate of the company.

and that the following is a true and correct copy of the resolutions adopted by the Business and that such resolutions are now in full force and effect.

## Depository and Withdrawal Authorization

RESOLVED, that the Bank is designated a depository in which the funds of the Business may be deposited and/or withdrawn by any one of the persons listed below in the manner so designated, subject to the Bank's Deposit Account Agreement. Each person so listed is authorized to endorse for collection, deposit or negotiation any and all checks, drafts, notes, bills of exchange, certificates of deposit, and orders for the payment or transfer of money between accounts at the Bank and other banks, either belonging to or coming into the possession of the Business. Endorsements "for deposit" may be written or stamped. The Bank may accept any instrument for deposit to any depository account of the Business without endorsement or may supply the endorsement of the Business. The person(s) so designated is authorized to sign any and all checks, drafts, and orders drawn against any designated account(s) of the Business (including savings accounts) at the Bank. The Bank is authorized to honor and pay all checks, drafts, and orders when so signed or endorsed without inquiry as to the circumstances of issue or disposition of the proceeds and regardless of to whom such instruments are payable or endorsed, including those drawn or endorsed to the individual order of any such person so listed.

| Name | Title | Facsimile Signatures if Applicable |
|---|---|---|
| CHARLES LIU | Manager Managed | |

## Signing Authorization

RESOLVED, that any one of the person(s) indicated above is authorized to act for and on behalf of the Business in any matter involving any of the Business' depository accounts at the Bank, including the authority to instruct the Bank to close the account, and is further authorized to sign and implement for and in the name on behalf of the Business, as they, or any of them see fit, the terms of all agreements, instruments, drafts, certificates, or other documents relating to any depository account or other business of the Business including, but not limited to payroll agreements, repurchase agreements, night depository agreements, funds transfer agreements or safe deposit agreements.

## Facsimile Signature Authorization

RESOLVED, that the Bank is authorized and directed to honor checks, drafts, and orders for the payment of money drawn on any of the accounts listed above including those drawn to the individual order of any person when the check, draft, or order bears or purports to bear the facsimile signature(s) as shown above or on the signature card. The Bank shall be indemnified and held harmless against any forgery, or unauthorized use or misuse of the facsimile signing devices.

## Further Authorizations

BE IT FURTHER RESOLVED, that the secretary or assistant secretary (if a corporation or unincorporated association), the sole owner/proprietor (if a sole proprietorship), any member or manager, as appropriate (if a limited liability), or any general partner (if a partnership) is authorized to certify to the Bank the name, title, specimen signature and facsimile signature with respect to any additions or deletions of persons authorized to carry out the purposes and intent of these resolutions and that this resolution shall remain in full force and effect until express written notice of recision or modification is received by the Bank. If the authority contained herein should be revoked or terminated by operation of law or any other reason without such notice, it is resolved that the Bank shall be indemnified and saved harmless from any and all losses suffered or liabilities incurred by it in so acting after such revocation or termination without notice.

IN WITNESS WHEREOF, the undersigned has hereunder subscribed his/her name(s) and affixed the seal, if any, of the Business this 27 day of Sept 2010.

For Corporation or Unincorporated Association or Organization:

For Sole Proprietorship:

For Partnership (all general partners must sign) or For Limited Liability Company (all members/managers must sign):

[signature]
Partner/Member/Manager

Secretary

Owner/Sole Proprietor

___ THIS IS A NOT-FOR-PROFIT BUSINESS

Partner/Member/Manager

JPMorgan Chase Bank, N.A. Member FDIC
Catalog # 04382 (12/06)

Partner/Member/Manager

Scanning branches - Scan using All in One printer
**DISTRIBUTION:** 1) Bank Copy 2) Customer Copy

Scan

SEC-JPMCB-P-0000185

California Secretary of State D

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests** (certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business Relations Program**

**Customer Alert** (misleading business solicitations)

# Business Entity Detail

Data is updated weekly and is current as of Friday, September 24, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | PACIFIC PROTON THERAPY REGIONAL CENTER, LLC |
| **Entity Number:** | [redacted]0214 |
| **Date Filed:** | 08/25/2010 |
| **Status:** | ACTIVE |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 16 CORPORATE WOODS BLVD, 15 |
| **Entity City, State, Zip:** | ALBANY NY 12211 |
| **Agent for Service of Process:** | CHARLES LIU |
| **Agent Address:** | 200 E BEVERLY BLVD STE 200 |
| **Agent City, State, Zip:** | MONTEBELLO CA 90640-7001 |

* Indicates the information is not contained in the California Secretary of State's database.

* **Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search** **New Search** **Printer Friendly** **Back to Search Results**

**Privacy Statement** | **Free Document Readers**

Copyright © 2010 California Secretary of State



SEC-JPMCB-P-0000186

Pacific Proton
East West Bank #9509

| Date | Deposits | Withdrawals | Running Balance | Received From | |
|---|---|---|---|---|---|
| 10/31/2014 | | | 0.00 | | |
| 11/14/2014 | 500,250.00 | | 500,250.00 | WANG WANG | |
| 01/22/2015 | | 500,250.00 | 0.00 | PACIFIC PROTON EB-5 FUND,LLC | Wang, Wang |
| 03/11/2015 | 500,250.00 | | 500,250.00 | MR. CAO XIANG | CAO XIANG INVESTMENT FUND |
| 04/01/2015 | 500,250.00 | | 1,000,500.00 | MR ZHOU CHANGGANG | |
| 04/09/2015 | | 500,250.00 | 500,250.00 | PACIFIC PROTON EB-5 FUND,LLC | CAO, XIANG |
| 04/13/2015 | 500,225.00 | | 1,000,475.00 | MISS ZHANG HAIXIA | HAIXIA ZHANG |
| 04/17/2015 | 500,225.00 | | 1,500,700.00 | MR YANG JIANQIANG | INVESTMENT FUNDS OF MR.YANGJIANQIANGADD NO.18 NANSAN ST,JINSHA LISHOI.,SHAWAN TOWN,PANYU DISTRICT |
| 05/22/2015 | 500,250.00 | | 2,000,950.00 | WU DONG | SERVICES ATLANTIC ESCROW CORPORATIO//N |
| 06/03/2015 | | 500,250.00 | 1,500,700.00 | PACIFIC PROTON EB-5 FUND,LLC | Zhou, Changgang |
| 06/08/2015 | | 500,225.00 | 1,000,475.00 | PACIFIC PROTON EB-5 FUND,LLC | ZHANG, HAIXIA |
| 06/22/2015 | 500,400.00 | | 1,500,875.00 | LI LI. | LI LI 64 MODY ROAD KOWLOON HONGKONG |
| 06/26/2015 | 500,020.00 | | 2,000,895.00 | MS LIU YIMIN | LIU YI MIN |
| 06/29/2015 | 300,000.00 | | 2,300,895.00 | RUNYI HU | INVESTMENT INCOME BY ATLANTIC ESCRO//W CORP ESCROW AGENT |
| 06/29/2015 | 200,350.00 | | 2,501,245.00 | RUNYI HU | INVESTMENT INCOME BY ATLANTIC ESCRO//W CORP ESCROW AGENT |
| 06/29/2015 | 500,030.00 | | 3,001,275.00 | MS YU LIFANG | YU LIFANG |
| 07/14/2015 | 500,224.00 | | 3,501,499.00 | FEI JIA | LACPTC+FEIJIA |
| 07/15/2015 | 500,275.00 | | 4,001,774.00 | MISS XUEYING LU | MISS XUEYING LUAPT 407 NELL GWYNN HOUSESLOANE AVENUE CHELSEALONDON SW3 3BB |
| 07/15/2015 | | 500,225.00 | 3,501,549.00 | PACIFIC PROTON EB-5 FUND,LLC | Yang, Jianqiang |
| 07/21/2015 | 199,974.00 | | 3,701,523.00 | XU GUANGHE | ATLANTICESCROWCORPORATIONASESCROWAGENT |
| 07/22/2015 | 199,974.00 | | 3,901,497.00 | XU GUANGHE | ATLANTICESCROWCORPORATIONASESCROWAGENT |
| 07/23/2015 | 100,324.00 | | 4,001,821.00 | XU GUANGHE | ATLANTICESCROWCORPORATIONASESCROWAGENT |
| 07/24/2015 | 125,000.00 | | 4,126,821.00 | IDV/SHAO XIAOJING | SHAO XIAO JING KEJI 6TH RD GAOXINXI AN |
| 07/29/2015 | 125,000.00 | | 4,251,821.00 | IDV/SHAO XIAOJING | SHAO XIAO JING KE JI 6TH ROOD GAOXIN XI AN |
| 07/29/2015 | | 500,400.00 | 3,751,421.00 | PACIFIC PROTON EB-5 FUND,LLC | Li, Li |
| 07/30/2015 | 125,000.00 | | 3,876,421.00 | IDV/SHAO XIAOJING | SHAO XIAO JING KE JI 6TH ROOD GAOXIN XI AN |
| 07/31/2015 | | 500,250.00 | 3,376,171.00 | PACIFIC PROTON EB-5 FUND,LLC | Wu, Dong |
| 07/31/2015 | 500,250.00 | | 3,876,421.00 | CHEN GUICHAN | CHEN GUICHAN |
| 08/04/2015 | 125,250.00 | | 4,001,671.00 | IDV/SHAO XIAOJING | SHAO XIAO JING KE JI 6TH ROOD GAOXIN XIAN |
| 08/07/2015 | 500,280.00 | | 4,501,951.00 | MS QIAN YU | QIAN YU 4-1-601,B1 QU,FENG LIN ZHOUNO6 FENGLIN LU RONGQIAO BAN DAONAN AN QU |
| 08/13/2015 | 500,350.00 | | 5,002,301.00 | TANG XIAOMIN | TANG XIAOMIN RM702 NO 6RANE 36 CHANGSHUN RD SHANGHAI |
| 08/18/2015 | 500,250.00 | | 5,502,551.00 | WEI ZHAO | SERVICES WEI ZHAO 400 BEALE ST APT//810 SAN FRANCISCO CA 94105 |
| 08/19/2015 | | 500,030.00 | 5,002,521.00 | PACIFIC PROTON EB-5 FUND,LLC | Yu, Lifang |
| 08/25/2015 | 500,250.00 | | 5,502,771.00 | IDV/XIANG DONG | |
| 08/26/2015 | | 500,272.00 | 5,002,499.00 | PACIFIC PROTON EB-5 FUND,LLC | Xu, Guanghe |
| 08/28/2015 | 500,225.00 | | 5,502,724.00 | MR MA CHAOQI | MA CHAOQI |
| 08/31/2015 | 500,250.00 | | 6,002,974.00 | MR LIU JINGZHONG | NAME: LIU JINGZHONG ADDRESS: RM 602UNIT 7, BLDG14, DONGDAQIAO DONG LI,CHAOYANG DIST, BEIJING, CHINA |
| 08/31/2015 | 500,275.00 | | 6,503,249.00 | MR CHEN ZHONG | CHEN ZHONG |
| 08/31/2015 | | 500,350.00 | 6,002,899.00 | PACIFIC PROTON EB-5 FUND,LLC | Hu, Runyi |
| 09/01/2015 | 500,250.00 | | 6,503,149.00 | YANG YONG | |

Pacific Proton
East West Bank #9509

| Date | Deposits | Withdrawals | Running Balance | Received From | |
|---|---|---|---|---|---|
| 09/02/2015 | 500,224.00 | | 7,003,373.00 | YAN CHENGLONG | LACPTC,YANCHENGLONG |
| 09/02/2015 | | 500,020.00 | 6,503,353.00 | PACIFIC PROTON EB-5 FUND,LLC | Liu, Yimin |
| 09/03/2015 | 500,250.00 | | 7,003,603.00 | FAXIAO XU | 91108 FAXIAO XU EB-5 INVESTMENT |
| 09/08/2015 | 500,290.00 | | 7,503,893.00 | MS LIU GENLAN | LIU GEN LAN EB5 INVESTMENT FEESNO.267 LANE 2566, DUSHI ROAD-SHANGHAI , CHINA |
| 09/08/2015 | 500,257.00 | | 8,004,150.00 | SHI JINYU ADD FLT A 24/F BLK 15 PRO | FOR CHEN XIANG CHUN'S EB-5INVESTMENT |
| 09/08/2015 | | 500,224.00 | 7,503,926.00 | PACIFIC PROTON EB-5 FUND,LLC | Fei, Jia |
| 09/09/2015 | 500,280.00 | | 8,004,206.00 | IDV/SHEN JUAN | SHEN JUAN |
| 09/09/2015 | | 500,275.00 | 7,503,931.00 | PACIFIC PROTON EB-5 FUND,LLC | Lu, Xueying |
| 09/10/2015 | 500,230.00 | | 8,004,161.00 | LIAN CHEN | |
| 09/11/2015 | 500,255.00 | | 8,504,416.00 | MISS SHI JINYU | EB-5 IMMIGRANT INVESTOR PROGRAM FORLI ZE ZHOU'S EB-5 INVESTMENT SHIJINYU ADD FLAT A 24F BLK 15PROVIDENT CTR NORTH POINT HK |
| 09/11/2015 | 500,250.00 | | 9,004,666.00 | MR LI ZENGWEI | DA SHA 1204 SHI CHINASAN MORINO, CA 91108 NAME:LI ZENGWADDRESS:NEI MENG GU E ER DUO SI SHIE ER DUO SI DA JIE XI SHOU YI BEN |
| 09/11/2015 | 500,230.00 | | 9,504,896.00 | XXX HEHE | |
| 09/11/2015 | | 500,280.00 | 9,004,616.00 | PACIFIC PROTON EB-5 FUND,LLC | Qian Yu |
| 09/14/2015 | 500,274.00 | | 9,504,890.00 | LIN WEN | EB-(5) 3157 2619 4335 6347 1311 0022 1800 7309 4158 2121 6327 2949 |
| 09/14/2015 | 500,250.00 | | 10,005,140.00 | ZIHAO WANG | RECIPIENT NAME: PACIFIC PROTON EB-5FUND, LLC BY ATLANTIC ESCROW CORPORATION, AS ESCROW AGENT FR:ZIHAO WANG 5028 SERENO DR TEMPLE CITY CA |
| 09/14/2015 | 500,250.00 | | 10,505,390.00 | LU ZHANG | |
| 09/17/2015 | | 500,250.00 | 10,005,140.00 | PACIFIC PROTON EB-5 FUND,LLC | Shao, Xiaojing |
| 09/23/2015 | 500,230.00 | | 10,505,370.00 | YITIAN ZHOU | |
| 9/25/2015 | 500,250.00 | | 11,005,620.00 | CHEN QUAN | |
| 09/28/2015 | 500,250.00 | | 11,505,870.00 | LONGWEN LI | GOODS |
| 09/30/2015 | | 500,250.00 | 11,005,620.00 | PACIFIC PROTON EB-5 FUND,LLC | 13-084027 |
| 10/02/2015 | | 500,224.00 | 10,505,396.00 | PACIFIC PROTON EB-5 FUND,LLC | Yan, Chenglong |
| 10/05/2015 | | 500,280.00 | 10,005,116.00 | PACIFIC PROTON EB-5 FUND,LLC | Shen, Juan |
| 10/06/2015 | | 500,350.00 | 9,504,766.00 | PACIFIC PROTON EB-5 FUND,LLC | Tang, Xiaomin |
| 10/07/2015 | | 500,230.00 | 9,004,536.00 | PACIFIC PROTON EB-5 FUND,LLC | He, He |
| 10/08/2015 | 500,275.00 | | 9,504,811.00 | MR LIU FENG | LIU FENG |
| 10/08/2015 | | 500,225.00 | 9,004,586.00 | PACIFIC PROTON EB-5 FUND,LLC | Ma, Chaoqi |
| 10/09/2015 | 500,300.00 | | 9,504,886.00 | MR ZHAO JIAN | ZHAO JIAN, MAY 22,1974, EB-5 FUND |
| 10/09/2015 | | 500,250.00 | 9,004,636.00 | PACIFIC PROTON EB-5 FUND,LLC | Zhao, Wei |
| 10/13/2015 | | 500,230.00 | 8,504,406.00 | PACIFIC PROTON EB-5 FUND,LLC | Chen, Lian |
| 10/13/2015 | | 500,250.00 | 8,004,156.00 | PACIFIC PROTON EB-5 FUND,LLC | Chen, Guichan |
| 10/13/2015 | 500,300.00 | | 8,504,456.00 | YUHAN SHAN | |
| 10/14/2015 | | 500,250.00 | 8,004,206.00 | PACIFIC PROTON EB-5 FUND,LLC | Liu, Jingzhong |
| 10/14/2015 | | 500,250.00 | 7,503,956.00 | PACIFIC PROTON EB-5 FUND,LLC | Yang, Yong |
| 10/15/2015 | | 500,250.00 | 7,003,706.00 | PACIFIC PROTON EB-5 FUND,LLC | Li, Zengwei |
| 10/16/2015 | | 500,250.00 | 6,503,456.00 | PACIFIC PROTON EB-5 FUND,LLC | Xiang, Dong |
| 10/16/2015 | | 500,275.00 | 6,003,181.00 | PACIFIC PROTON EB-5 FUND,LLC | Chen, Zhong |

Pacific Proton
East West Bank #9509

| Date | Deposits | Withdrawals | Running Balance | Received From | |
|---|---|---|---|---|---|
| 10/19/2015 | | 500,250.00 | 5,502,931.00 | PACIFIC PROTON EB-5 FUND,LLC | Wang, Zihao |
| 10/19/2015 | | 500,290.00 | 5,002,641.00 | PACIFIC PROTON EB-5 FUND,LLC | Liu, Genlan |
| 10/20/2015 | | 500,250.00 | 4,502,391.00 | PACIFIC PROTON EB-5 FUND,LLC | Zhang, Lu |
| 10/20/2015 | | 500,275.00 | 4,002,116.00 | PACIFIC PROTON EB-5 FUND,LLC | Liu, Feng |
| 10/21/2015 | | 500,225.00 | 3,501,891.00 | PACIFIC PROTON EB-5 FUND,LLC | Li, Zezhou |
| 10/21/2015 | | 500,257.00 | 3,001,634.00 | PACIFIC PROTON EB-5 FUND,LLC | Chen, Xiangchun |
| 10/23/2015 | | 500,250.00 | 2,501,384.00 | PACIFIC PROTON EB-5 FUND,LLC | Chen, Quan |
| 10/26/2015 | | 30.00 | 2,501,354.00 | PACIFIC PROTON EB-5 FUND,LLC | Li, Zezhou |
| 11/02/2015 | 500,250.00 | | 3,001,604.00 | JIAHAO ZHANG | INVESTMENT INCOME INVESTOR JIAHAO Z//HANG |
| 11/13/2015 | 500,250.00 | | 3,501,854.00 | DAI LI XIA | |
| 11/20/2015 | | 500,230.00 | 3,001,624.00 | PACIFIC PROTON EB-5 FUND,LLC | Zhou, Yitian |
| 11/23/2015 | | 500,274.00 | 2,501,350.00 | PACIFIC PROTON EB-5 FUND,LLC | Lin, Wen |
| 11/24/2015 | | 500,300.00 | 2,001,050.00 | PACIFIC PROTON EB-5 FUND,LLC | 13-084040 |
| 11/25/2015 | 500,275.00 | | 2,501,325.00 | MR LIN WEIPING | CA 91108 LIN WEIPING |
| 11/27/2015 | 500,250.00 | | 3,001,575.00 | ZHANG FAN | |
| 12/01/2015 | 500,250.00 | | 3,501,825.00 | 1/DING LIANG | DING LIANG |
| 12/04/2015 | 500,275.00 | | 4,002,100.00 | MISS LIU RUI | BENE ADD CONT 91108LIU RUI |
| 12/04/2015 | 249,974.00 | | 4,252,074.00 | LAN JIE | 5663 3381 2388 0102 4574 0001 45812121 6327 4448 3046 7309 4158 21216327 2949 |
| 12/04/2015 | 249,974.00 | | 4,502,048.00 | LAN JIE | 5663 3381 2121 6327 4448 3046 73094158 4574 0059 4581 2121 6327 2949 |
| 12/04/2015 | | 500,300.00 | 4,001,748.00 | PACIFIC PROTON EB-5 FUND,LLC | 13-084041 |
| 12/07/2015 | 118,100.00 | | 4,119,848.00 | ZHOU ZHUOXIONG | |
| 12/07/2015 | 220,517.00 | | 4,340,365.00 | LI CHUNBO ADD FLT A 40/F ONE WANCHA | FOR LI CHUNBO'S EB-5 INVESTMENT |
| 12/08/2015 | 161,700.00 | | 4,502,065.00 | IEONG WUN CHON | FOR LI CHUNBO'S EB-5 INVESTMENT |
| 12/09/2015 | 276.00 | | 4,502,341.00 | LAN JIE | 2121 6327 2949 0151 7345 (52+(250) |
| 12/18/2015 | | 500,275.00 | 4,002,066.00 | PACIFIC PROTON EB-5 FUND,LLC | Lin, Weiping |
| 12/21/2015 | | 500,250.00 | 3,501,816.00 | PACIFIC PROTON EB-5 FUND,LLC | 13-084042 |
| 12/22/2015 | | 500,250.00 | 3,001,566.00 | PACIFIC PROTON EB-5 FUND,LLC | Dai, Lixia |
| 12/23/2015 | | 500,250.00 | 2,501,316.00 | PACIFIC PROTON EB-5 FUND,LLC | Zhang, Fan |
| 12/24/2015 | | 500,317.00 | 2,000,999.00 | PACIFIC PROTON EB-5 FUND,LLC | Li, Chunbo |
| 12/28/2015 | | 500,250.00 | 1,500,749.00 | PACIFIC PROTON EB-5 FUND,LLC | Ding, Liang |
| 12/30/2015 | | 500,275.00 | 1,000,474.00 | PACIFIC PROTON EB-5 FUND,LLC | Liu, Rui |
| 12/31/2015 | | 500,224.00 | 500,250.00 | PACIFIC PROTON EB-5 FUND,LLC | Lan, Jie |
| 2/29/2016 | | | 500,250.00 | | |
| | 24,512,387.00 | 24,012,137.00 | | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC

| Date | Description | Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Transfer from #5152 | From Overseas Chinese Immigration Consulting | From Unknown Source | Transfer to #5152 | To Overseas Chinese Immigration Consulting | To Industrial & Commercial Bank | To Charles Liu | Other Withdrawal | Payee | Bank fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning balance | | $100,595.00 | | | | | | | | | | | | |
| 10/1/2014 | Online Transfer to CHK ...5152 transaction#: 4182357882 | -$90,000.00 | | | | | | -$90,000.00 | | | | | | |
| 10/3/2014 | SERVICE CHARGES FOR THE MONTH OF SEPTEMBER | -$95.00 | | | | | | | | | | | | -$95.00 |
| 10/6/2014 | Online Transfer to CHK ...5152 transaction#: 4195707267 | -$5,000.00 | | | | | | -$5,000.00 | | | | | | |
| 10/7/2014 | Online Transfer to CHK ...5152 transaction#: 4196531900 | -$8,000.00 | | | | | | -$8,000.00 | | | | | | |
| 10/7/2014 | Online Transfer from CHK ...5152 transaction#: 4196528440 | $4,000.00 | | | $4,000.00 | | | | | | | | | |
| 10/10/2014 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG 5714 5328 6591 5019 2529 (2) 2601 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT1428322807 BBI=/ACC/CONTINUE ORDERING IMAD: 1010B6B7001C000084 TRN: 0597209283FF | $199,974.00 | $199,974.00 | | | | | | | | | | | |
| 10/14/2014 | Online Transfer to CHK ...5152 transaction#: 4207175966 | -$110,000.00 | | | | | | -$110,000.00 | | | | | | |
| 10/24/2014 | Online Transfer to CHK ...5152 transaction#: 4228816517 | -$80,000.00 | | | | | | -$80,000.00 | | | | | | |
| 11/5/2014 | SERVICE CHARGES FOR THE MONTH OF OCTOBER | -$95.00 | | | | | | | | | | | | -$95.00 |
| 11/18/2014 | Online Transfer to CHK ...5152 transaction#: 4275904908 | -$10,000.00 | | | | | | -$10,000.00 | | | | | | |
| 11/20/2014 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG 5714 5328 6591 5019 2529 (2) 2601 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT14324838 00 OBI=CHENJUN BBI=/ACC/CONTINUE OR DERING CUSTOMER (1) 5714 2869 (2) 0 830 0337 (1803 IMAD: 1120B6B7001C001538 TRN: 0605109324FF | $84.00 | $84.00 | | | | | | | | | | | |
| 12/3/2014 | SERVICE CHARGES FOR THE MONTH OF NOVEMBER | -$95.00 | | | | | | | | | | | | -$95.00 |
| 12/9/2014 | Online Transfer to CHK ...5152 transaction#: 4315690302 | -$1,100.00 | | | | | | -$1,100.00 | | | | | | |
| 1/2/2015 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG ID NO. CHN/G27007501 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT15002524 70 OBI=WANGKEXIN IMAD: 0102B6B7001C001032 TRN: 0621300002FF | $100,024.00 | $100,024.00 | | | | | | | | | | | |
| 1/2/2015 | Online Transfer to CHK ...5152 transaction#: 4361243826 | -$100,000.00 | | | | | | -$100,000.00 | | | | | | |
| 1/6/2015 | SERVICE CHARGES FOR THE MONTH OF DECEMBER | -$95.00 | | | | | | | | | | | | -$95.00 |
| 1/22/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ESC# 13-08 4001 OBI=WANG, WANG IMAD: 0122L2B77O1C000533 TRN: 3775009022FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 1/23/2015 | Online Transfer to CHK ...5152 transaction#: 4402134442 | -$450,000.00 | | | | | | -$450,000.00 | | | | | | |
| 1/26/2015 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG ID NO. CHN/G27007501 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT15026686 70 IMAD: 0126B6B7001C001466 TRN: 0602709026FF | $150,002.00 | $150,002.00 | | | | | | | | | | | |
| 1/27/2015 | Online Transfer to CHK ...5152 transaction#: 4409429037 | -$195,000.00 | | | | | | -$195,000.00 | | | | | | |
| 1/28/2015 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG ID NO. CHN/G27007501 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT15028814 03 IMAD: 0128B6B7001C001406 TRN: 0500409028FF | $150,002.00 | $150,002.00 | | | | | | | | | | | |
| 1/29/2015 | Online Transfer to CHK ...5152 transaction#: 4412598626 | -$150,000.00 | | | | | | -$150,000.00 | | | | | | |
| 2/2/2015 | Online Transfer to CHK ...5152 transaction#: 4423491033 | -$100,000.00 | | | | | | -$100,000.00 | | | | | | |
| 2/2/2015 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG ID NO. CHN/G27007501 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT15033783 40 IMAD: 0202B6B7001C001396 TRN: 0683009023FF | $99,994.00 | $99,994.00 | | | | | | | | | | | |
| 2/4/2015 | SERVICE CHARGES FOR THE MONTH OF JANUARY | -$95.00 | | | | | | | | | | | | -$95.00 |
| 2/13/2015 | Online Transfer to CHK ...5152 transaction#: 4446734723 | -$5,000.00 | | | | | | -$5,000.00 | | | | | | |
| 2/17/2015 | Online Transfer from CHK ...5152 transaction#: 4452059451 | $5,000.00 | | | $5,000.00 | | | | | | | | | |
| 2/25/2015 | Online Transfer to CHK ...5152 transaction#: 4468090892 | -$4,300.00 | | | | | | -$4,300.00 | | | | | | |
| 3/3/2015 | Online Transfer to CHK ...5152 transaction#: 4481425315 | -$1,000.00 | | | | | | -$1,000.00 | | | | | | |
| 3/4/2015 | SERVICE CHARGES FOR THE MONTH OF FEBRUARY | -$95.00 | | | | | | | | | | | | -$95.00 |
| 3/20/2015 | Online Transfer from CHK ...5152 transaction#: 4518252515 | $960.00 | | | $960.00 | | | | | | | | | |
| 3/30/2015 | Online Transfer to CHK ...5152 transaction#: 4536488756 | -$800.00 | | | | | | -$800.00 | | | | | | |
| 4/3/2015 | SERVICE CHARGES FOR THE MONTH OF MARCH | -$95.00 | | | | | | | | | | | | -$95.00 |
| 4/9/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084002 OBI=CAO, XIANG IMAD: 0409L2B77Q1C000538 TRN: 3867709099FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 4/9/2015 | Online Transfer to CHK ...5152 transaction#: 4558858480 | -$100,000.00 | | | | | | -$100,000.00 | | | | | | |
| 4/9/2015 | Online Transfer to CHK ...5152 transaction#: 4558860690 | -$100,000.00 | | | | | | -$100,000.00 | | | | | | |
| 4/13/2015 | Online Transfer to CHK ...5152 transaction#: 4564501436 | -$50,000.00 | | | | | | -$50,000.00 | | | | | | |
| 4/13/2015 | Online Transfer to CHK ...5152 transaction#: 4562596140 | -$100,000.00 | | | | | | -$100,000.00 | | | | | | |
| 4/15/2015 | Online Transfer to CHK ...5152 transaction#: 4568674316 | -$100,000.00 | | | | | | -$100,000.00 | | | | | | |
| 5/5/2015 | SERVICE CHARGES FOR THE MONTH OF APRIL | -$95.00 | | | | | | | | | | | | -$95.00 |
| 5/7/2015 | Online Transfer to CHK ...5152 transaction#: 4615937484 | -$45,000.00 | | | | | | -$45,000.00 | | | | | | |
| 5/11/2015 | Online Transfer to CHK ...5152 transaction#: 4623250349 | -$5,000.00 | | | | | | -$5,000.00 | | | | | | |
| 6/3/2015 | SERVICE CHARGES FOR THE MONTH OF MAY | -$95.00 | | | | | | | | | | | | -$95.00 |
| 6/3/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084003 OBI=ZHOU, CHANGGANG IMAD: 0603L2B77O1C000415 TRN: 3443509154FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC

| Date | Description | Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Transfer from #5152 | From Overseas Chinese Immigration Consulting | From Unknown Source | Transfer to #5152 | To Overseas Chinese Immigration Consulting | To Industrial & Commercial Bank | To Charles Liu | Other Withdrawal | Payee | Bank fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/3/2015 | Online Transfer to CHK ...5152 transaction#: 4670698894 | -$45,000.00 | | | | | | -$45,000.00 | | | | | | |
| 6/3/2015 | Online Transfer to CHK ...5152 transaction#: 4670522892 | -$450,000.00 | | | | | | -$450,000.00 | | | | | | |
| 6/8/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ESC# 13-08 4004 OBI=ZHANG, HAIXIA IMAD: 0608L2B77O1C000831 TRN: 4060309159FF | $500,225.00 | | $500,225.00 | | | | | | | | | | |
| 6/9/2015 | Online Transfer to CHK ...5152 transaction#: 4681670648 | -$250,000.00 | | | | | | -$250,000.00 | | | | | | |
| 6/12/2015 | Online Transfer to CHK ...5152 transaction#: 4687879971 | -$250,000.00 | | | | | | -$250,000.00 | | | | | | |
| 7/3/2015 | SERVICE CHARGES FOR THE MONTH OF JUNE | -$95.00 | | | | | | | | | | | | -$95.00 |
| 7/15/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084005 OBI=YANG, JIANQIANG IMAD: 0715L2B77O1C001032 TRN: 5179609196FF | $500,225.00 | | $500,225.00 | | | | | | | | | | |
| 7/15/2015 | Online Transfer to CHK ...5152 transaction#: 4755367923 | -$250,000.00 | | | | | | -$250,000.00 | | | | | | |
| 7/29/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084007 OBI=LI, LI IMAD: 0729L2B77Q1C000854 TRN: 4408909210FF | $500,400.00 | | $500,400.00 | | | | | | | | | | |
| 7/30/2015 | Online Transfer to CHK ...5152 transaction#: 4782017821 | -$250,000.00 | | | | | | -$250,000.00 | | | | | | |
| 7/31/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084006 OBI=WU, DONG IMAD: 0731L2B77Q1C000802 TRN: 4907709212FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 8/3/2015 | Online Transfer to CHK ...5152 transaction#: 4791661353 | -$250,000.00 | | | | | | -$250,000.00 | | | | | | |
| 8/14/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP LTD SINGAPORE SINGAPORE 52968-0 REF: OVERSEAS CHINESE IMMIGRATION CONSULTING LTD/BNF/REFUND OF INVESTMENT TRN: 4375700226ES | -$500,000.00 | | | | | | | -$500,000.00 | | | | | |
| 8/19/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084008 OBI=YU, LIFANG IMAD: 0819L2B77Q1C000881 TRN: 3965009231FF | $500,030.00 | | $500,030.00 | | | | | | | | | | |
| 8/21/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: INDUSTRIAL AND COMMERCIAL BANK CENTRAL HONG KONG REF: RETURN OF INVESTMENT TRN: 3243100233ES | -$500,000.00 | | | | | | | | -$500,000.00 | | | | |
| 8/26/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084013 OBI=XU, GUANGHE IMAD: 0826L2B77Q1C001037 TRN: 4443609238FF | $500,272.00 | | $500,272.00 | | | | | | | | | | |
| 8/31/2015 | Online Transfer to CHK ...5152 transaction#: 4847415763 | -$255,000.00 | | | | | | -$255,000.00 | | | | | | |
| 8/31/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084009 OBI=HU, RUNYI IMAD: 0831L2B77Q1C000618 TRN: 3827209243FF | $500,350.00 | | $500,350.00 | | | | | | | | | | |
| 9/2/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084010 OBI=LIU, YIMIN IMAD: 0902L2B77Q1C001121 TRN: 5118509245FF | $500,020.00 | | $500,020.00 | | | | | | | | | | |
| 9/4/2015 | Online Transfer to CHK ...5152 transaction#: 4851178149 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 9/8/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ESC# 13-08 4011 OBI=FEI, JIA IMAD: 0908L2B77Q1C000975 TRN: 5059309251FF | $500,224.00 | | $500,224.00 | | | | | | | | | | |
| 9/9/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084012 OBI=LU, XUEYING IMAD: 0909L2B77O1C001379 TRN: 5361909252FF | $500,275.00 | | $500,275.00 | | | | | | | | | | |
| 9/11/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084016 OBI=QIAN YU IMAD: 0911L2B77Q1C000805 TRN: 4228609254FF | $500,280.00 | | $500,280.00 | | | | | | | | | | |
| 9/14/2015 | Online Transfer to CHK ...5152 transaction#: 4877520446 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 9/15/2015 | Online Transfer to CHK ...5152 transaction#: 4879225705 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 9/17/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084014 OBI=SHAO, XIAOJING IMAD: 0917L2B77Q1C000926 TRN: 4545309260FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 9/21/2015 | Online Transfer to CHK ...5152 transaction#: 4891012327 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 9/22/2015 | Online Transfer to CHK ...5152 transaction#: 4893000605 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 9/29/2015 | Online Transfer to CHK ...5152 transaction#: 4907161583 | -$750,000.00 | | | | | | -$750,000.00 | | | | | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC

| Date | Description | Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Transfer from #5152 | From Overseas Chinese Immigration Consulting | From Unknown Source | Transfer to #5152 | To Overseas Chinese Immigration Consulting | To Industrial & Commercial Bank | To Charles Liu | Other Withdrawal | Payee | Bank fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=XU, FAXIAO OBI=13-084027 IMAD: 0930L2B77Q1C001124 TRN: 7113809273FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/1/2015 | Online Transfer to CHK ...5152 transaction#: 4914280231 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 10/2/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084024 OBI=YAN, CHENGLONG IMAD: 1002L2B77Q1C000129 TRN: 0879309275FF | $500,224.00 | | $500,224.00 | | | | | | | | | | |
| 10/5/2015 | Online Transfer to CHK ...5152 transaction#: 4922688187 | -$250,000.00 | | | | | | -$250,000.00 | | | | | | |
| 10/5/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084028 OBI=SHEN, JUAN IMAD: 1005L2B77Q1C000279 TRN: 2795509278FF | $500,280.00 | | $500,280.00 | | | | | | | | | | |
| 10/6/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PRDTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084017 OBI=TANG, XIAOMIN IMAD: 1006L2B77Q1C000234 TRN: 2442009279FF | $500,350.00 | | $500,350.00 | | | | | | | | | | |
| 10/7/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084032 OBI=HE, HE IMAD: 1007L2B77Q1C000281 TRN: 2563109280FF | $500,230.00 | | $500,230.00 | | | | | | | | | | |
| 10/7/2015 | Online Transfer to CHK ...5152 transaction#: 4925481740 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 10/8/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084020 OBI=MA, CHAOQI IMAD: 1008L2B77Q1C000318 TRN: 3107009281FF | $500,225.00 | | $500,225.00 | | | | | | | | | | |
| 10/9/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTDN EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084018 OBI=ZHAO, WEI IMAD: 1009L2B77Q1C000385 TRN: 3075009282FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/13/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PRDTONE THERAPY REGION SAN MARIND, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PRDTDN EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084029 OBI=CHEN, LIAN IMAD: 1013L2B77Q1C000840 TRN: 4970509286FF | $500,230.00 | | $500,230.00 | | | | | | | | | | |
| 10/13/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084015 OBI=CHEN, GUICHAN IMAD: 1013L2B77Q1C000841 TRN: 4971309286FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/14/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084023 OBI=YANG, YONG IMAD: 1014L2B77Q1C000801 TRN: 4916709287FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/14/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084021 OBI=LIU, JINGZHONG IMAD: 1014L2B77Q1C000799 TRN: 4913709287FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/15/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084031 OBI=LI, ZENGWEI IMAD: 1015L2B77Q1C000645 TRN: 4779809288FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/16/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTDN EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084022 OBI=CHEN, ZHONG IMAD: 1016L2B77Q1C000712 TRN: 4025709289FF | $500,275.00 | | $500,275.00 | | | | | | | | | | |
| 10/16/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084019 OBI=XIANG, DONG IMAD: 1016L2B77Q1C000711 TRN: 4025609289FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/19/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084034 DBI=WANG, ZIHAO IMAD: 1019L2B77Q1C000540 TRN: 3637809292FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/19/2015 | DNLINE INTERNATIONAL WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP LTD SINGAPORE SINGAPORE 52968-0 REF: RETURN OF INVESTMENT/BNF/OVERSEAS CHINESE IMMIGRATION CONSULTING LTD TRN: 3596000292ES | -$500,000.00 | | | | | | | -$500,000.00 | | | | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC

| Date | Description | Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Transfer from #5152 | From Overseas Chinese Immigration Consulting | From Unknown Source | Transfer to #5152 | To Overseas Chinese Immigration Consulting | To Industrial & Commercial Bank | To Charles Liu | Other Withdrawal | Payee | Bank fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084026 OBI=LIU, GENLAN IMAD: 1019L2B77Q1C000541 TRN: 3637909292FF | $500,290.00 | | $500,290.00 | | | | | | | | | | |
| 10/20/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084039 OBI=LIU, FENG IMAD: 1020L2B77Q1C001073 TRN: 4905709293FF | $500,275.00 | | $500,275.00 | | | | | | | | | | |
| 10/20/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084035 OBI=ZHANG, LU IMAD: 1020L2B77Q1C000952 TRN: 4541309293FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/21/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: CHINA MERCHANTS BANK CO., LTD HONG KONG HONG KONG 00000-0 REF: RETURN OF INVESTMENT TRN: 3302200294ES | -$500,000.00 | | | | | | | | | | -$500,000.00 | China Merchants Bank | |
| 10/21/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084030 OBI=LI, ZEZHOU IMAD: 1021L2B77Q1C000670 TRN: 3648909294FF | $500,225.00 | | $500,225.00 | | | | | | | | | | |
| 10/21/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084025 OBI=CHEN, XIANGCHUN IMAD: 1021L2B77Q1C000671 TRN: 3649509294FF | $500,257.00 | | $500,257.00 | | | | | | | | | | |
| 10/23/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084037 OBI=CHEN, QUAN IMAD: 1023L2B77Q1C000404 TRN: 3013909296FF | $500,250.00 | | $500,250.00 | | | | | | | | | | |
| 10/26/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084030 OBI=LI, ZEZHOU IMAD: 1026L2B77Q1C000856 TRN: 4171409299FF | $30.00 | | $30.00 | | | | | | | | | | |
| 10/28/2015 | Online Transfer to CHK ...5152 transaction#: 4967504646 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 11/2/2015 | WIRE TRANSFER VIA: EW BK SMRINO/322070381 A/C: KEXIN WANG REF: RETURN OF INVESTMENT IMAD: 1102B1QGC04C002028 TRN: 3127200304ES | -$500,000.00 | | | | | | | | | | -$500,000.00 | Kexin Wang | |
| 11/2/2015 | Online Transfer to CHK ...5152 transaction#: 4978046337 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 11/9/2015 | | -$500,000.00 | | | | | | | | | -$500,000.00 | | Withdrawal By Charles Liu | |
| 11/12/2015 | Online Transfer to CHK ...5152 transaction#: 4999438946 | ########## | | | | | | -$3,000,000.00 | | | | | | |
| 11/16/2015 | Online Transfer to CHK ...5152 transaction#: 5005007227 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 11/20/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084036 OBI=ZHOU, YITIAN IMAD: 1120L2B77Q1C000824 TRN: 3703009324FF | $500,230.00 | | $500,230.00 | | | | | | | | | | |
| 11/23/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084033 OBI=LIN, WEN IMAD: 1123L2B77Q1C000617 TRN: 3599509327FF | $500,274.00 | | $500,274.00 | | | | | | | | | | |
| 11/24/2015 | Online Transfer to CHK ...5152 transaction#: 5023990979 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 11/24/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ZHAO, JIAN OBI=13-084040 IMAD: 1124L2B77Q1C000348 TRN: 2917309328FF | $500,300.00 | | $500,300.00 | | | | | | | | | | |
| 11/27/2015 | Online Transfer to CHK ...5152 transaction#: 5029217569 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | |
| 11/30/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP LTD SINGAPORE SINGAPORE 52968-0 REF: OVERSEAS CHINESE IMMIGRATION CONSULTING LTD/BNF/OVERSEAS CHINESE IMMIG RATION CONSULTING LTD TRN: 4182500334ES | -$150,000.00 | | | | | | | -$150,000.00 | | | | | |
| 12/1/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP LTD SINGAPORE SINGAPORE 52968-0 REF: OVERSEAS CHINESE IMMIGRATION CONSULTING LTD/BNF/OVERSEAS CHINESE IMMIG RATION CONSULTING LTD TRN: 3813000335ES | -$350,000.00 | | | | | | | -$350,000.00 | | | | | |
| 12/4/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=SHAN, YUHA N OBI=13-084041 IMAD: 1204L2B77Q1C000860 TRN: 4028009338FF | $500,300.00 | | $500,300.00 | | | | | | | | | | |
| 12/14/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: INDUSTRIAL AND COMMERCIAL BANK CENTRAL HONG KONG REF: RETURN OF INVESTMENT/BNF/RETURN OF INVESTMENT TRN: 4315500348ES | -$500,000.00 | | | | | | | | -$500,000.00 | | | | |
| 12/18/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084044 OBI=LIN, WEIPING IMAD: 1218L2B77Q1C000681 TRN: 4367409352FF | $500,275.00 | | $500,275.00 | | | | | | | | | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC

| Date | Description | Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Transfer from #5152 | From Overseas Chinese Immigration Consulting | From Unknown Source | Transfer to #5152 | To Overseas Chinese Immigration Consulting | To Industrial & Commercial Bank | To Charles Liu | Other Withdrawal | Payee | Bank fees | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ZHANG, JIA HAO OBI=13-084042 IMAD: 1221L2B77Q1C000431 TRN: 3773409355FF | $500,250.00 | | $500,250.00 | | | | | | | | | | | |
| 12/21/2015 | ONLINE WIRE TRANSFER VIA: CITIBANK N.A./0008 A/C: CITIBANK, N.A. ALBERTSON 11507 US BEN: PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL CA 92677 US SSN: 0213073 TRN: 3650500355ES | -$9,800.00 | | | | | | | | | | -$9,800.00 | Albertson | | |
| 12/22/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084043 OBI=DAI, LIXIA IMAD: 1222L2B77Q1C001229 TRN: 5753709356FF | $500,250.00 | | $500,250.00 | | | | | | | | | | | |
| 12/23/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084045 OBI=ZHANG, FAN IMAD: 1223L2B77Q1C000564 TRN: 3894709357FF | $500,250.00 | | $500,250.00 | | | | | | | | | | | |
| 12/24/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084049 OBI=LI, CHUNBO IMAD: 1224L2B77Q1C000654 TRN: 3483409358FF | $500,317.00 | | $500,317.00 | | | | | | | | | | | |
| 12/28/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARIND, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084046 OBI=DING, LIANG IMAD: 1228L2B77Q1C000682 TRN: 3905109362FF | $500,250.00 | | $500,250.00 | | | | | | | | | | | |
| 12/30/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084047 OBI=LIU, RUI IMAD: 1230L2B77Q1C000589 TRN: 4209209364FF | $500,275.00 | | $500,275.00 | | | | | | | | | | | |
| 12/31/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084048 OBI=LAN, JIE IMAD: 1231L2B77Q1C000683 TRN: 5227509365FF | $500,224.00 | | $500,224.00 | | | | | | | | | | | |
| 1/4/2016 | Online Transfer to CHK ...5152 transaction#: 5107685063 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 1/8/2016 | Online Transfer to CHK ...5152 transaction#: 5118114475 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 1/19/2016 | Online Transfer to CHK ...5152 transaction#: 5139090251 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 1/21/2016 | Online Transfer to CHK ...5152 transaction#: 5143239275 | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| Totals | | $5,001,822.00 | $700,080.00 | $24,012,137.00 | $9,960.00 | | | -$15,810,200.00 | -$1,500,000.00 | -$1,000,000.00 | -$500,000.00 | -$1,009,800.00 | | -$950.00 | |
| | | Reconciliation: | | | | | | | | | | | | | |
| | | Beginning balance | | $100,595.00 | | | | | | | | | | | |
| | | Deposits from Wells Fargo | | $700,080.00 | | | | | | | | | | | |
| | | Deposits from East West Bank | | $24,012,137.00 | | | | | | | | | | | |
| | | Transfers from #5152 | | $9,960.00 | | | | | | | | | | | |
| | | Transfers to #5152 | | -$15,810,200.00 | | | | | | | | | | | |
| | | To Chinese Immigration Consulting | | -$1,500,000.00 | | | | | | | | | | | |
| | | To Industrial & Commercial Bank | | -$1,000,000.00 | | | | | | | | | | | |
| | | To Charles Liu | | -$500,000.00 | | | | | | | | | | | |
| | | To other payees | | -$1,009,800.00 | | | | | | | | | | | |
| | | Bank fees | | -$950.00 | | | | | | | | | | | |
| | | Ending balance | | $5,001,822.00 | | | | | | | | | | | |
| Beginning balance | | $5,001,822.00 | $700,080.00 | $24,012,137.00 | $9,960.00 | | | -$15,810,200.00 | -$1,500,000.00 | -$1,000,000.00 | -$500,000.00 | -$1,009,800.00 | | -$950.00 | |
| 2/11/2016 | Online Transfer to CHK ...5152 transaction | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 2/12/2016 | Online Transfer to CHK ...5152 transaction | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 2/16/2016 | Online Transfer to CHK ...5152 transaction | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 2/17/2016 | Online Transfer to CHK ...5152 transaction | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 2/19/2016 | Online Transfer to CHK ...5152 transaction | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 2/22/2016 | Online Transfer to CHK ...5152 transaction | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 2/24/2016 | Online Transfer to CHK ...5152 transaction | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| 2/25/2016 | Online Transfer to CHK ...5152 transaction | -$500,000.00 | | | | | | -$500,000.00 | | | | | | | |
| Ending balance | | $1,001,822.00 | $700,080.00 | $24,012,137.00 | $9,960.00 | $0.00 | | -$19,810,200.00 | -$1,500,000.00 | -$1,000,000.00 | -$500,000.00 | -$1,009,800.00 | | -$950.00 | |
| | | Reconciliation: | | | | | | | | | | | | | |
| | | Beginning balance | | $100,595.00 | | | | | | | | | | | |
| | | Deposits from Wells Fargo | | $700,080.00 | | | | | | | | | | | |
| | | Deposits from East West Bank | | $24,012,137.00 | | | | | | | | | | | |
| | | Transfers from #5152 | | $9,960.00 | | | | | | | | | | | |
| | | Transfers to #5152 | | -$19,810,200.00 | | | | | | | | | | | |
| | | To Chinese Immigration Consulting | | -$1,500,000.00 | | | | | | | | | | | |
| | | To Industrial & Commercial Bank | | -$1,000,000.00 | | | | | | | | | | | |
| | | To Charles Liu | | -$500,000.00 | | | | | | | | | | | |
| | | To other payees | | -$1,009,800.00 | | | | | | | | | | | |
| | | Bank fees | | -$950.00 | | | | | | | | | | | |
| | | Ending balance | | $1,001,822.00 | | | | | | | | | | | |
| Beginning balance | | $1,001,822.00 | $700,080.00 | $24,012,137.00 | $9,960.00 | $0.00 | | -$19,810,200.00 | -$1,500,000.00 | -$1,000,000.00 | -$500,000.00 | -$1,009,800.00 | | -$950.00 | $901,227.00 |
| 03/09/16 | Book transfer credit Chinese Immigration Consul | $500,050.00 | | | | $500,050.00 | | | | | | | | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC

| Date | Description | Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Transfer from #5152 | From Overseas Chinese Immigration Consulting | From Unknown Source | Transfer to #5152 | To Overseas Chinese Immigration Consulting | To Industrial & Commercial Bank | To Charles Liu | Other Withdrawal | Payee | Bank fees | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/10/16 | Online transfer to #5152 | -$400,000.00 | | | | | | -$400,000.00 | | | | | | | |
| 03/10/16 | Online transfer to #3078 | ########### | | | | | | | | | -$1,000,000.00 | | | | |
| 03/14/16 | Book transfer credit Chinese Immigration Consul | $150,050.00 | | | | $150,050.00 | | | | | | | | | |
| 03/15/16 | Book transfer credit Chinese Immigration Consul | $350,050.00 | | | | $350,050.00 | | | | | | | | | |
| 03/16/16 | Fedwire credit Pacific Proton Therapy Region | $250.00 | | | | | $250.00 | | | | | | | | |
| 03/18/16 | Book transfer credit Chinese Immigration Consul | $500,050.00 | | | | $500,050.00 | | | | | | | | | |
| 03/21/16 | Online transfer to #5152 | ########### | | | | | | -$1,000,000.00 | | | | | | | |
| Ending balance | | $102,272.00 | $700,080.00 | $24,012,137.00 | $9,960.00 | $1,500,200.00 | $250.00 | -$21,210,200.00 | -$1,500,000.00 | -$1,000,000.00 | -$1,500,000.00 | -$1,009,800.00 | | -$950.00 | $1,677.00 |

Ending balance as of 4/29/2016 remains $102,272.00.

Reconciliation

| | |
|---|---|
| Beginning balance | $100,595.00 |
| Deposits from Wells Fargo | $700,080.00 |
| Deposits from East West Bank | $24,012,137.00 |
| Transfers from #5152 | $9,960.00 |
| From Chinese Immigration Consulting | $1,500,200.00 |
| From unknown payee | $250.00 |
| Transfers to #5152 | -$21,210,200.00 |
| To Chinese Immigration Consulting | -$1,500,000.00 |
| To Industrial & Commercial Bank | -$1,000,000.00 |
| To Charles Liu | -$1,500,000.00 |
| To other payees | -$1,009,800.00 |
| Bank fees | -$950.00 |
| Ending balance | $102,272.00 |
| | |
| Various receipts: | |
| From Chinese Immigration Consulting | $1,500,200.00 |
| From unknown payee | $250.00 |
| | $1,500,450.00 |
| Various payments: | |
| To Chinese Immigration Consulting | -$1,500,000.00 |
| To other payees | -$1,009,800.00 |
| Bank fees | -$950.00 |
| | -$2,510,750.00 |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC
Analysis of investor deposits

| Date | Description | Deposit Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Name of Investor | Name Agreed to Investor List | Number of Investors | Funds from Investors on List Provided by Charles Liu | Funds from investors on US CIS List | Funds from Investors Agreed to General Ledger provided by Charles Liu |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/10/2014 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG 5714 5328 6591 5019 2529 (2) 2601 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 926771260/AC-000000005289 RFB=FT1428322807 BBI=/ACC/CONTINUE ORDERING IMAD: 1010B6B7001C000084 TRN: 0597209283FF | $199,974.00 | $199,974.00 | | Chen, Jun | yes | 1 | | | $199,974.00 |
| 11/20/2014 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG 5714 5328 6591 5019 2529 (2) 2601 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT14324838 00 OBI=CHENJUN BBI=/ACC/CONTINUE OR DERING CUSTOMER (1) 5714 2869 (2) 0 830 0337 (1803 IMAD: 1120B6B7001C001538 TRN: 0605109324FF | $84.00 | $84.00 | | Chen, Jun | yes | | $84.00 | | |
| 1/2/2015 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG ID NO. CHN/G27007501 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT15002924 70 OBI=WANGKEXIN IMAD: 0102B6B7001C001032 TRN: 0621309002FF | $100,024.00 | $100,024.00 | | Wang, Kexin | yes | 1 | $100,024.00 | | |
| 1/22/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ESC# 13-08 4001 OBI=WANG, WANG IMAD: 0122L2B77Q1C000533 TRN: 3775009022FF | $500,250.00 | | $500,250.00 | Wang, Wang | yes | 1 | $500,250.00 | | |
| 1/26/2015 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG ID NO. CHN/G27007501 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT15026686 70 IMAD: 0126B6B7001C001466 TRN: 0602709026FF | $150,002.00 | $150,002.00 | | Wang, Kexin | yes | | | | $150,002.00 |
| 1/28/2015 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG ID NO. CHN/G27007501 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT15028814 03 IMAD: 0128B6B7001C001406 TRN: 0500409028FF | $150,002.00 | $150,002.00 | | Wang, Kexin | yes | | | | $150,002.00 |
| 2/2/2015 | FEDWIRE CREDIT VIA: WELLS FARGO BANK, N.A./026005092 B/O: WANG ZHONGSHENG ID NO. CHN/G27007501 REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=FT15033783 40 IMAD: 0202B6B7001C001396 TRN: 0683009033FF | $99,994.00 | $99,994.00 | | Wang, Kexin | yes | | | | $99,994.00 |
| 4/9/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084002 OBI=CAO, XIANG IMAD: 0409L2B77Q1C000538 TRN: 3867709099FF | $500,250.00 | | $500,250.00 | Cao, Xiang | | 1 | | $500,250.00 | |
| 6/3/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084003 OBI=ZHOU, CHANGGANG IMAD: 0603L2B77Q1C000415 TRN: 3443509154FF | $500,250.00 | | $500,250.00 | Zhou, Changgang | yes | 1 | $500,250.00 | | |
| 6/8/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ESC# 13-08 4004 OBI=ZHANG, HAIXIA IMAD: 0608L2B77Q1C000831 TRN: 4060309159FF | $500,225.00 | | $500,225.00 | Zhang, Haixia | yes | 1 | $500,225.00 | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC
Analysis of investor deposits

| Date | Description | Oeposit Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Name of Investor | Name Agreed to Investor List | Number of Investors | Funds from Investors on List Provided by Charles Liu | Funds from investors on US CIS List | Funds from Investors Agreed to General Ledger provided by Charles Liu |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/15/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084005 OBI=YANG, JIANQIANG IMAD: 0715L2B77Q1C001032 TRN: 5179609196FF | $500,225.00 | | $500,225.00 | Yang, Jianqiang | yes | 1 | $500,225.00 | | |
| 7/29/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084007 OBI=LI, LI IMAD: 0729L2B77Q1C000854 TRN: 4408909210FF | $500,400.00 | | $500,400.00 | Li, Li | yes | 1 | $500,400.00 | | |
| 7/31/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUNO LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084006 OBI=WU, DONG IMAD: 0731L2B77Q1C000802 TRN: 4997709212FF | $500,250.00 | | $500,250.00 | Wu, Oong | yes | 1 | $500,250.00 | | |
| 8/19/2015 | FEOWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084008 OBI=YU, LIFANG IMAD: 0819L2B77Q1C000881 TRN: 3965009231FF | $500,030.00 | | $500,030.00 | Yu, Lifang | yes | 1 | $500,030.00 | | |
| 8/26/2015 | FEOWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084013 OBI=XU, GUANGHE IMAD: 0826L2B77Q1C001037 TRN: 4443609238FF | $500,272.00 | | $500,272.00 | Xu, Guanghe | yes | 1 | $500,272.00 | | |
| 8/31/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084009 OBI=HU, RUNYI IMAD: 0831L2B77Q1C000618 TRN: 3827209243FF | $500,350.00 | | $500,350.00 | Hu, Runyi | yes | 1 | $500,350.00 | | |
| 9/2/2015 | FEOWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084010 OBI=LIU, YIMIN IMAD: 0902L2B77Q1C001121 TRN: 5118509245FF | $500,020.00 | | $500,020.00 | Liu, Yimin | yes | 1 | $500,020.00 | | |
| 9/8/2015 | FEOWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ESC# 13-08 4011 OBI=FEI, JIA IMAD: 0908L2B77Q1C000975 TRN: 5059309251FF | $500,224.00 | | $500,224.00 | Fei, Jia | yes | 1 | $500,224.00 | | |
| 9/9/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084012 OBI=LU, XUEYING IMAD: 0909L2B77Q1C001379 TRN: 5361909252FF | $500,275.00 | | $500,275.00 | Lu, Xueying | yes | 1 | $500,275.00 | | |
| 9/11/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084016 OBI=QIAN YU IMAO: 0911L2B77Q1C000805 TRN: 4228609254FF | $500,280.00 | | $500,280.00 | Qian, Yu | yes | 1 | $500,280.00 | | |
| 9/17/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084014 OBI=SHAO, XIAOJING IMAO: 0917L2B77Q1C000926 TRN: 4545309260FF | $500,250.00 | | $500,250.00 | Shao, Xiaojung | yes | 1 | $500,250.00 | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC
Analysis of investor deposits

| Date | Description | Deposit Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Name of Investor | Name Agreed to Investor List | Number of Investors | Funds from Investors on List Provided by Charles Liu | Funds from investors on US CIS List | Funds from Investors Agreed to General Ledger provided by Charles Liu |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/30/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=XU, FAXIAO OBI=13-084027 IMAD: 0930L2B77Q1C001124 TRN: 7113809273FF | $500,250.00 | | $500,250.00 | Xu, Faxiao | yes | 1 | $500,250.00 | | |
| 10/2/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084024 OBI=YAN, CHENGLONG IMAD: 1002L2B77Q1C000129 TRN: 0879309275FF | $500,224.00 | | $500,224.00 | Yan, Chenglong | | 1 | | $500,224.00 | |
| 10/5/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084028 OBI=SHEN, JUAN IMAD: 1005L2B77Q1C000279 TRN: 2795509278FF | $500,280.00 | | $500,280.00 | Shen, Juan | yes | 1 | $500,280.00 | | |
| 10/6/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084017 OBI=TANG, XIAOMIN IMAD: 1006L2B77Q1C000234 TRN: 2442009279FF | $500,350.00 | | $500,350.00 | Tang, Xiaomin | yes | 1 | $500,350.00 | | |
| 10/7/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084032 OBI=HE, HE IMAD: 1007L2B77Q1C000281 TRN: 2563109280FF | $500,230.00 | | $500,230.00 | He, He | yes | 1 | $500,230.00 | | |
| 10/8/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084020 OBI=MA, CHAOQI IMAD: 1008L2B77Q1C000318 TRN: 3107009281FF | $500,225.00 | | $500,225.00 | Ma, Chaoqi | yes | 1 | $500,225.00 | | |
| 10/9/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084018 OBI=ZHAO, WEI IMAD: 1009L2B77Q1C000385 TRN: 3075009282FF | $500,250.00 | | $500,250.00 | Zhao, Wei | yes | 1 | $500,250.00 | | |
| 10/13/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084029 OBI=CHEN, LIAN IMAD: 1013L2B77Q1C000840 TRN: 4970509286FF | $500,230.00 | | $500,230.00 | Chen, Lian | yes | 1 | $500,230.00 | | |
| 10/13/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084015 OBI=CHEN, GUICHAN IMAD: 1013L2B77Q1C000841 TRN: 4971309286FF | $500,250.00 | | $500,250.00 | Chen, Guichan | yes | 1 | $500,250.00 | | |
| 10/14/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084023 OBI=YANG, YONG IMAD: 1014L2B77Q1C000801 TRN: 4916709287FF | $500,250.00 | | $500,250.00 | Yang, Yong | yes | 1 | $500,250.00 | | |
| 10/14/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084021 OBI=LIU, JINGZHONG IMAD: 1014L2B77Q1C000799 TRN: 4913709287FF | $500,250.00 | | $500,250.00 | Liu, Jingzhong | yes | 1 | $500,250.00 | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC
Analysis of investor deposits

| Date | Description | Deposit Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Name of Investor | Name Agreed to Investor List | Number of Investors | Funds from Investors on List Provided by Charles Liu | Funds from investors on US CIS List | Funds from Investors Agreed to General Ledger provided by Charles Liu |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084031 OBI=LI, ZENGWEI IMAD: 1015L2B77Q1C000645 TRN: 4779809288FF | $500,250.00 | | $500,250.00 | Li, Zengwei | yes | 1 | $500,250.00 | | |
| 10/16/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084022 OBI=CHEN, ZHONG IMAD: 1016L2B77Q1C000712 TRN: 4025709289FF | $500,275.00 | | $500,275.00 | Chen, Zhong | yes | 1 | $500,275.00 | | |
| 10/16/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084019 OBI=XIANG, DONG IMAD: 1016L2B77Q1C000711 TRN: 4025609289FF | $500,250.00 | | $500,250.00 | Xiang, Dong | yes | 1 | $500,250.00 | | |
| 10/19/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084034 OBI=WANG, ZIHAO IMAD: 1019L2B77Q1C000540 TRN: 3637809292FF | $500,250.00 | | $500,250.00 | Wang, Zihao | yes | 1 | $500,250.00 | | |
| 10/19/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084026 OBI=LIU, GENLAN IMAD: 1019L2B77Q1C000541 TRN: 3637909292FF | $500,290.00 | | $500,290.00 | Liu, Genlan | yes | 1 | $500,290.00 | | |
| 10/20/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084039 OBI=LIU, FENG IMAD: 1020L2B77Q1C001073 TRN: 4905709293FF | $500,275.00 | | $500,275.00 | Liu, Feng | yes | 1 | $500,275.00 | | |
| 10/20/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084035 OBI=ZHANG, LU IMAD: 1020L2B77Q1C000952 TRN: 4541309293FF | $500,250.00 | | $500,250.00 | Zhang, Lu | yes | 1 | $500,250.00 | | |
| 10/21/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084030 OBI=LI, ZEZHOU IMAD: 1021L2B77Q1C000670 TRN: 3648909294FF | $500,225.00 | | $500,225.00 | Li, Zezhou | yes | 1 | $500,225.00 | | |
| 10/21/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084025 OBI=CHEN, XIANGCHUN IMAD: 1021L2B77Q1C000671 TRN: 3649509294FF | $500,257.00 | | $500,257.00 | Chen, Xiangchun | yes | 1 | $500,257.00 | | |
| 10/23/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084037 OBI=CHEN, QUAN IMAD: 1023L2B77Q1C000404 TRN: 3013909296FF | $500,250.00 | | $500,250.00 | Chen, Quan | yes | 1 | $500,250.00 | | |
| 10/26/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084030 OBI=LI, ZEZHOU IMAD: 1026L2B77Q1C000656 TRN: 4171409299FF | $30.00 | | $30.00 | Li, Zezhou | yes (also included above) | | $30.00 | | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC
Analysis of investor deposits

| Date | Description | Deposit Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Name of Investor | Name Agreed to Investor List | Number of Investors | Funds from Investors on List Provided by Charles Liu | Funds from investors on US CIS List | Funds from Investors Agreed to General Ledger provided by Charles Liu |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/20/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084036 OBI=ZHOU, YITIAN IMAD: 1120L2B77Q1C000624 TRN: 3703009324FF | $500,230.00 | | $500,230.00 | Zhou, Yitian | yes | 1 | $500,230.00 | | |
| 11/23/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084033 OBI=LIN, WEN IMAD: 1123L2B77Q1C000617 TRN: 3599509327FF | $500,274.00 | | $500,274.00 | Lin, Wen | yes | 1 | $500,274.00 | | |
| 11/24/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ZHAO, JIAN OBI=13-084040 IMAD: 1124L2B77Q1C000348 TRN: 2917309328FF | $500,300.00 | | $500,300.00 | Zhao, Jian | yes | 1 | $500,300.00 | | |
| 12/4/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=SHAN, YUHA N OBI=13-084041 IMAD: 1204L2B77Q1C000860 TRN: 4028009338FF | $500,300.00 | | $500,300.00 | Shan, Yuhan | yes | 1 | $500,300.00 | | |
| 12/18/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084044 OBI=LIN, WEIPING IMAD: 1218L2B77Q1C000681 TRN: 4367409352FF | $500,275.00 | | $500,275.00 | Lin, Weiping | yes | 1 | $500,275.00 | | |
| 12/21/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=ZHANG, JIA HAO OBI=13-084042 IMAD: 1221L2B77Q1C000431 TRN: 3773409355FF | $500,250.00 | | $500,250.00 | Zhang, Jiahao | yes | 1 | $500,250.00 | | |
| 12/22/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084043 OBI=DAI, LIXIA IMAD: 1222L2B77Q1C001229 TRN: 5753709356FF | $500,250.00 | | $500,250.00 | Dai, Lixia | yes | 1 | $500,250.00 | | |
| 12/23/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084045 OBI=ZHANG, FAN IMAD: 1223L2B77Q1C000564 TRN: 3894709357FF | $500,250.00 | | $500,250.00 | Zhang, Fan | yes | 1 | $500,250.00 | | |
| 12/24/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084049 OBI=LI, CHUNBO IMAD: 1224L2B77Q1C000654 TRN: 3483409358FF | $500,317.00 | | $500,317.00 | Li, Chunbo | yes | 1 | $500,317.00 | | |
| 12/28/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084046 OBI=DING, LIANG IMAD: 1228L2B77Q1C000682 TRN: 3905109362FF | $500,250.00 | | $500,250.00 | Ding, Liang | yes | 1 | $500,250.00 | | |
| 12/30/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084047 OBI=LIU, RUI IMAD: 1230L2B77Q1C000589 TRN: 4209209364FF | $500,275.00 | | $500,275.00 | Liu, Rui | | 1 | | $500,275.00 | |

J.P. Morgan Chase #1028: Pacific Proton EB-5 Fund LLC
Analysis of investor deposits

| Date | Description | Deposit Amount | Fedwire Credit via Wells Fargo | Fedwire Credit via East West Bank | Name of Investor | Name Agreed to Investor List | Number of Investors | Funds from Investors on List Provided by Charles Liu | Funds from investors on US CIS List | Funds from Investors Agreed to General Ledger provided by Charles Liu |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2015 | FEDWIRE CREDIT VIA: EAST-WEST BANK/322070381 B/O: PACIFIC PROTONE THERAPY REGION SAN MARINO, CA 91108- REF: CHASE NYC/CTR/BNF=PACIFIC PROTON EB-5 FUND LLC LAGUNA NIGUEL, CA 92677 1260/AC-000000005289 RFB=13-084048 OBI=LAN, JIE IMAD: 1231L2B77Q1C000683 TRN: 5227509365FF | $500,224.00 | | $500,224.00 | Lan, Jie | | 1 | | $500,224.00 | |
| Totals | | $24,712,217.00 | $700,080.00 | $24,012,137.00 | | | 50 | $22,111,272.00 | $2,000,973.00 | $599,972.00 |

J.P. Morgan Chase #5152: Los Angeles County Proton Therapy LLC

| Post Date | Description | Transaction Amount | Various Deposits | Source of Deposit | From Overseas Chinese Immigration Consulting | Transfers from #1028 | To Xin Wang | Various Payments | Payee or Description | To Overseas Chinese Immigration Consulting | To Industrial & Commercial Bank | To Hang Seng Bank for Broker Fees | To Charles Liu | To John & Maricela Thropay for rent | Bank Fees | Transfers to #6428 | Transfers to #1028 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning balance | | $10,575.10 | | | | | | | | | | | | | | | |
| 10/1/2014 | ONLINE WIRE TRANSFER A/C OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 REF OVERSEAS CHINESE IMMIGRATION CONSULTING LTD/BNF/COMMISSIONS TRN 3803000274ES | -$50,000.00 | | | | | | | | -$50,000.00 | | | | | | | |
| 10/1/2014 | Online Transfer from CHK 1028 transaction# 4196531900 | $90,000.00 | | | | $90,000.00 | | | | | | | | | | | |
| 10/1/2014 | ONLINE WIRE TRANSFER VIA: PAC COS BKRS BK SF/121042484 A/C: JOHN & MARICELA THROPAY BRADBURY ESTATES CA 91010 US REF: RENT FOR 111 W BEVERLY BLVD/BNF/LEASE FEE FOR PROTON SITE IMAD: 1001B1QGC08C001529 TRN: 3634300274ES | -$25,000.00 | | | | | | | | | | | | -$25,000.00 | | | |
| 10/3/2014 | SERVICE CHARGES FOR THE MONTH OF SEPTEMBER | -$250.00 | | | | | | | | | | | | | -$250.00 | | |
| 10/6/2014 | Online Transfer from CHK 1028 transaction# 4195707207 | $5,000.00 | | | | $5,000.00 | | | | | | | | | | | |
| 10/6/2014 | Transfer to CHK XXXXX6428 | -$20,000.00 | | | | | | | | | | | | | | -$20,000.00 | |
| 10/7/2014 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONALAGUNA NIGUEL, CA 926771260 TRN: 3201700280ES | -$5,000.00 | | | | | | | | | | | | | | -$5,000.00 | |
| 10/7/2014 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONALAGUNA NIGUEL, CA 926771260 TRN: 3722100280ES | -$8,000.00 | | | | | | | | | | | | | | -$8,000.00 | |
| 10/7/2014 | Online Transfer to CHK 1028 transaction# 4196528440 | -$4,000.00 | | | | | | | | | | | | | | | -$4,000.00 |
| 10/7/2014 | Online Transfer from CHK 1028 transaction# 4196531900 | $8,000.00 | | | | $8,000.00 | | | | | | | | | | | |
| 10/14/2014 | ONLINE WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 REF: OVERSEAS CHINESE IMMIGRATION CONSULTING LTD/BNF/SUCCESS FEE TRN: 3848900287ES | -$50,000.00 | | | | | | | | -$50,000.00 | | | | | | | |
| 10/14/2014 | BOOK TRANSFER DEBIT A/C: XIN WANG LAGUNA NIGUEL, CA 926775319 TRN: 4134500287ES | -$50,000.00 | | | | | -$50,000.00 | | | | | | | | | | |
| 10/14/2014 | Online Transfer from CHK 1028 transaction# 4207175965 | $110,000.00 | | | | $110,000.00 | | | | | | | | | | | |
| 10/24/2014 | Online Transfer from CHK 1028 transaction# 4228810517 | $80,000.00 | | | | $80,000.00 | | | | | | | | | | | |
| 10/24/2014 | ONLINE WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 REF: OVERSEAS CHINESE IMMIGRATION CONSULTING LTD/BNF/COMMISSIONS TRN: 4689000297ES | -$50,000.00 | | | | | | | | -$50,000.00 | | | | | | | |
| 10/28/2014 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONALAGUNA NIGUEL, CA 926771260 TRN: 3186000301ES | -$15,000.00 | | | | | | | | | | | | | | -$15,000.00 | |
| 11/3/2014 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONALAGUNA NIGUEL, CA 926771260 TRN: 3403000307ES | -$6,000.00 | | | | | | | | | | | | | | -$6,000.00 | |
| 11/5/2014 | SERVICE CHARGES FOR THE MONTH OF OCTOBER | -$215.00 | | | | | | | | | | | | | -$215.00 | | |
| 11/7/2014 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONALAGUNA NIGUEL, CA 926771260 TRN: 3527200311ES | -$10,000.00 | | | | | | | | | | | | | | -$10,000.00 | |
| 11/18/2014 | Online Transfer from CHK 1028 transaction# 4275904908 | $10,000.00 | | | | $10,000.00 | | | | | | | | | | | |
| 11/18/2014 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN: 4252100322ES | -$10,000.00 | | | | | | | | | | | | | | -$10,000.00 | |
| 12/3/2014 | SERVICE CHARGES FOR THE MONTH OF NOVEMBER | -$45.00 | | | | | | | | | | | | | -$45.00 | | |
| 12/9/2014 | Online Transfer from CHK 1028 transaction# 4315800302 | $1,100.00 | | | | $1,100.00 | | | | | | | | | | | |
| 12/9/2014 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN: 3030700343ES | -$2,000.00 | | | | | | | | | | | | | | -$2,000.00 | |
| 1/2/2015 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN: 4282200002ES | -$50,000.00 | | | | | | | | | | | | | | -$50,000.00 | |
| 1/2/2015 | ONLINE WIRE TRANSFER VIA: BANC OF CA NA/122243774 A/C: ANTONIO RAMON VILLARAIGOSA LOS ANGELES CA 90067 US REF: HONORARIUM/ACC/ORG CR PTY RECD ABA/122244139 BANC OF CALIFORNIA, NATIO NAL ASSO CI 7083 HOLLYWOOD BLVD. ST E 650/BNF/HONORARIUM IMAD: 0102B1QGC08C006810 TRN: 4500400002ES | -$50,025.00 | | | | | | -$50,025.00 | A R Villaraigosa | | | | | | | | |
| 1/3/2015 | Online Transfer from CHK 1028 transaction# 4361243826 | $100,000.00 | | | | $100,000.00 | | | | | | | | | | | |
| 1/6/2015 | SERVICE CHARGES FOR THE MONTH OF DECEMBER | -$20.00 | | | | | | | | | | | | | -$20.00 | | |
| 1/23/2015 | Online Transfer from CHK 1028 transaction# 4402134442 | $450,000.00 | | | | $450,000.00 | | | | | | | | | | | |
| 1/23/2015 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN: 3008100023ES | -$25,000.00 | | | | | | | | | | | | | | -$25,000.00 | |
| 1/23/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 REF: OVERSEAS CHINESE IMMIGRATION CONSULTING LTD TRN: 3455400023ES | -$200,000.00 | | | | | | | | -$200,000.00 | | | | | | | |
| 1/23/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 REF: OVERSEAS CHINESE IMMIGRATION CONSULTING LTD TRN: 3460800023ES | -$150,000.00 | | | | | | | | -$150,000.00 | | | | | | | |
| 1/23/2015 | ONLINE WIRE TRANSFER A/C: PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN: 3707000023ES | -$20,000.00 | | | | | | | | | | | | | | -$20,000.00 | |
| 1/27/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C: OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 REF: OVERSEAS CHINESE IMMIGRATION CONSULTING LTD TRN: 3442000027ES | -$225,000.00 | | | | | | | | -$225,000.00 | | | | | | | |

J.P. Morgan Chase #5152: Los Angeles County Proton Therapy LLC

| Paid Date | Description | Transaction Amount | Various Deposits | Source of Deposit | From Overseas Chinese Immigration Consulting | Transfers from #1028 | To Xin Wang | Various Payments | Payee or Description | To Overseas Chinese Immigration Consulting | To Industrial & Commercial Bank | To Hang Seng Bank for Broker Fees | To Charles Liu | To John & Maricela Thropay for rent | Bank Fees | Transfers to #6428 | Transfers to #1028 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2015 | Online Transfer from CHK 1028 transaction# 4400429037 | $195,000.00 | | | | $195,000.00 | | | | | | | | | | | |
| 1/28/2015 | | -$5,684.30 | | | | | | -$5,684.30 | Nixon Peabody | | | | | | | | |
| 1/28/2015 | | -$6,566.50 | | | | | | -$6,566.50 | Nixon Peabody | | | | | | | | |
| 1/29/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 REF OVERSEAS CHINESE IMMIGRATION CONSULTING LTD TRN 3010000020ES | -$100,000.00 | | | | | | | | -$100,000.00 | | | | | | | |
| 1/29/2015 | Online Transfer from CHK 1028 transaction# 4412598626 | $150,000.00 | | | | $150,000.00 | | | | | | | | | | | |
| 1/30/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN 3013400030ES | -$25,000.00 | | | | | | | | | | | | | | -$25,000.00 | |
| 1/30/2015 | ONLINE WIRE TRANSFER VIA PAC COS BKRS BK SF/121042484 A/C JOHN & MARICELA THROPAY BRADBURY ESTATES CA 91010 US REF RENT FOR 111 W BEVERLY BLVD/BNF/LEASE FEE FOR PROTON SITE IMAD 0130B1QGC08C001750 TRN 3013500030ES | -$25,000.00 | | | | | | | | | | | | -$25,000.00 | | | |
| 2/2/2015 | Online Transfer from CHK 1028 transaction# 4423491033 | $100,000.00 | | | | $100,000.00 | | | | | | | | | | | |
| 2/2/2015 | ONLINE INTERNATIONAL WIRE TRANSFER A/C OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 REF OVERSEAS CHINESE IMMIGRATION CONSULTING LTD TRN 5360300033ES | -$80,000.00 | | | | | | | | -$80,000.00 | | | | | | | |
| 2/4/2015 | SERVICE CHARGES FOR THE MONTH OF JANUARY | -$280.00 | | | | | | | | | | | | | -$280.00 | | |
| 2/5/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN 3138100036ES | -$12,000.00 | | | | | | | | | | | | | | -$12,000.00 | |
| 2/10/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN 4486000041ES | -$10,000.00 | | | | | | | | | | | | | | -$10,000.00 | |
| 2/13/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN 4749400044ES | -$15,000.00 | | | | | | | | | | | | | | -$15,000.00 | |
| 2/13/2015 | Online Transfer from CHK 1028 transaction# 4440734723 | $5,000.00 | | | | $5,000.00 | | | | | | | | | | | |
| 2/17/2015 | Online Transfer to CHK 1028 transaction# 4452059451 | -$5,000.00 | | | | | | | | | | | | | | | -$5,000.00 |
| 2/17/2015 | BOOK TRANSFER CREDIT B/O OVERSEA CHINESE BANKING CORP SINGAPORE SINGAPORE 52968-0 ORG /503218205301 OVERSEAS CHINESE IMMIGRATION CONSUL REF REFUND/CHGS/USD25.00/OCMT/USD30000 / TRN 4822200047FS | $29,975.00 | | | $29,975.00 | | | | | | | | | | | | |
| 2/17/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN 4313300048ES | -$10,000.00 | | | | | | | | | | | | | | -$10,000.00 | |
| 2/24/2015 | ONLINE WIRE TRANSFER VIA WELLS FARGO NA/121000248 A/C WELLS FARGO BANK, NATIONAL ASSOCIATCOLUMBUS 31907 US BEN AMLAN INC DBA FREEHAND SIGN COMPANYORANGE CA 92867 US REF INVOICE NO 25541/BNF/INVOICE 25541 IMAD 0224B1QGC05C000924 TRN 3204700055ES | -$2,347.20 | | | | | | -$2,347.20 | Freehand Sign Company | | | | | | | | |
| 2/25/2015 | Online Transfer from CHK 1028 transaction# 4466090692 | $4,300.00 | | | | $4,300.00 | | | | | | | | | | | |
| 2/25/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN 4239300050ES | -$16,500.00 | | | | | | | | | | | | | | -$16,500.00 | |
| 3/3/2015 | Online Transfer from CHK 1028 transaction# 4481425315 | $1,000.00 | | | | $1,000.00 | | | | | | | | | | | |
| 3/3/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN 3472800062ES | -$1,900.00 | | | | | | | | | | | | | | -$1,900.00 | |
| 3/4/2015 | SERVICE CHARGES FOR THE MONTH OF FEBRUARY | -$175.00 | | | | | | | | | | | | | -$175.00 | | |
| 3/11/2015 | BOOK TRANSFER CREDIT B/O PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 REF LOS ANGELES COUNTY PROTON THERAPY, LLC TRN 3823100070ES | $2,000.00 | $2,000.00 | Los Angeles Pacific Proton Therapy, LLC | | | | | | | | | | | | | |
| 3/20/2015 | Online Transfer to CHK 1028 transaction# 4518257515 | -$900.00 | | | | | | | | | | | | | | | -$900.00 |
| 3/30/2015 | Online Transfer from CHK 1028 transaction# 4530488756 | $800.00 | | | | $800.00 | | | | | | | | | | | |
| 3/31/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 TRN 3442000090ES | -$1,700.00 | | | | | | | | | | | | | | -$1,700.00 | |
| 4/2/2015 | BOOK TRANSFER CREDIT B/O PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771260 REF REPAYMENT TRN 3330300092ES | $40,000.00 | $40,000.00 | Los Angeles Pacific Proton Therapy, LLC | | | | | | | | | | | | | |
| 4/3/2015 | SERVICE CHARGES FOR THE MONTH OF MARCH | -$20.00 | | | | | | | | | | | | | -$20.00 | | |
| 4/3/2015 | ONLINE WIRE TRANSFER VIA PAC COS BKRS BK SF/121042484 A/C JOHN & MARICELA THROPAY BRADBURY ESTATES CA 91010 US REF LEASE FEE FOR 111 W BEVERLY BLVD/BNF/LEASE FEE FOR PROTON SITE IMAD 0403B1QGC03C000862 TRN 3417000093ES | -$39,500.00 | | | | | | | | | | | | -$39,500.00 | | | |
| 4/9/2015 | Online Transfer from CHK 1028 transaction# 4558858480 | $100,000.00 | | | | $100,000.00 | | | | | | | | | | | |
| 4/9/2015 | Online Transfer from CHK 1028 transaction# 4558860090 | $100,000.00 | | | | $100,000.00 | | | | | | | | | | | |
| 4/10/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771200 TRN 3058100100ES | -$50,000.00 | | | | | | | | | | | | | | -$50,000.00 | |
| 4/10/2015 | ONLINE WIRE TRANSFER A/C PACIFIC PROTON THERAPY REGIONAL LAGUNA NIGUEL, CA 926771200 TRN 4042800100ES | -$40,000.00 | | | | | | | | | | | | | | -$40,000.00 | |