STANLEY C. MORRIS, ESQ. (BAR NO. 183620)
BRIAN T. CORRIGAN, ESQ. (BAR NO. 143188)
**CORRIGAN & MORRIS LLP**
201 SANTA MONICA BOULEVARD, SUITE 475
SANTA MONICA, CALIFORNIA 90401-2212
TELEPHONE: (310) 394-2828
FACSIMILE: (310) 394-2825

*Attorneys for* Defendants
Pacific Proton Therapy Regional Center, LLC;
Pacific Proton EB-5 Fund, LLC; and Beverly Proton Center, LLC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CHARLES C. LIU;
XIN WANG aka LISA WANG;
PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and
BEVERLY PROTON CENTER, LLC fka LOS ANGELES COUNTY PROTON THERAPY, LLC

Defendants.

Case No.: SACV 16-00974 CJC (AGRx)

**DECLARATION OF DONALD WISE IN SUPPORT OF DEFENDANT BEVERLY PROTON CENTER LLC'S OPPOSITION TO PRELIMINARY INJUNCTION**

## DECLARATION OF DONALD K. WISE

I, Donald K. Wise, declare and state as follows:

I am over 18 years old, have personal knowledge of the matters set forth herein, except as expressly stated on information and belief, and if called upon to testify, I would do so competently as follows:

1. I have an undergraduate bachelor of science degree in business administration from East Carolina University with a concentration in accounting and a Masters in Science Accountancy – concentration in taxation.

2. My background includes 5 years at Arthur Anderson & Co. and a total of 39 years in finance and accounting. Attached hereto at **Exhibit 1** is a true and correct copy of my resume, which accurately reflects my history of employment.

3. Attached hereto at **Exhibit 2** is a true and correct copy of the business plan that I drafted in connection with Michael Cogswell for Beverly Proton.

4. Attached hereto at **Exhibit 3** is the financial model I constructed for Beverly Proton.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of June 2016 at Villa Park, California.

Donald K. Wise

Corrigan & Morris, LLP
Attorneys at Law
201 Santa Monica Blvd.
Suite 475
Santa Monica, Ca. 90401
(310) 394-2800