UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 16-00974-CJC (AGRx) | Date | October 7, 2016 |
| Title | Securities and Exchange Commission v. Charles C. Liu, et al. | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Debbie Hino-Spaan
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

John Berry
Gary Leung

ATTORNEYS PRESENT FOR DEFENDANT:

Lawrence Steinberg
Herve Gouraige
Stanley Morris
Michael Grassmueck (Monitor)
David Zaro (Counsel for Monitor)
Chris Halling (Counsel for IP)
Cameron Halling (Counsel for IP)

PROCEEDINGS:   HEARING RE: ORDER TO SHOW CAUSE

**APPLICATION OF STANLEY C. MORRIS TO WITHDRAW AS ATTORNEY [143]**

**INTERESTED PARTY'S EX PARTE TO AMEND ORDER [164]**

Hearings held.   The Court confers with counsel regarding the parties various pending matters.   The Court hears oral argument.

The Court rules on the applications as follows:

- Application Of Stanley C. Morris To Withdraw As Attorney [143]: **GRANTED**

- Interested Party's Ex Parte To Amend Order [164]: **GRANTED**

The Court hereby **DISCHARGES WITHOUT PREJUDICE** the Order to Show Cause Why Corporate Defendants Should Not Be Held In Civil Contempt.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 16-00974-CJC (AGRx) | Date | October 7, 2016 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Charles C. Liu, et al. | | |

The Court **GRANTS IN LIMITED PART AND DENIES IN SUBSTANTIAL PART** the Motion to Modify Preliminary Injunction.

The Court sets an Evidentiary Hearing on **November 4, 2016 @ 9:00 a.m.**

**MTN HRG: 1:00**
**APP HRG: 0:30**
**OSC: 0:30**

                                                              2  :  00
Initials of Deputy Clerk   mku

cc: