Lawrence B. Steinberg (State Bar No. 101966)
*LSteinberg@buchalter.com*
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Hervé Gouraige (admitted *pro hac vice*)
*hgouraige@sillscummis.com*
William R. Stuart III (admitted *pro hac vice*)
*wstuart@sillscummis.com*
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-5989
Facsimile: (973) 643-6500

Attorneys for defendants CHARLES C. LIU and XIN WANG a/k/a LISA WANG

Sills Cummis & Gross P.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES C. LIU; XIN WANG a/k/a LISA WANG; PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,<br><br>Defendants. | Case No. SACV 16-00974 CJC (AGRx)<br><br>*EX PARTE* APPLICATION FOR CONTINUANCE OF NOVEMBER 4, 2016 EVIDENTIARY HEARING; DECLARATIONS OF CHARLES C. LIU AND HERVÉ GOURAIGE<br><br>Current Date: November 4, 2016<br>Proposed New Date: January 6, 2017<br><br>Time: 1:30 p.m.<br>Courtroom: 9B |

Defendants CHARLES C. LIU ("Liu") and his wife, XIN WANG, a/k/a LISA WANG ("Wang") (collectively, "the Individual Defendants") hereby apply *ex parte* (this "Application") for an order continuing the evidentiary hearing (the

"Evidentiary Hearing") scheduled for November 4, 2016, from November 4, 2016 to January 6, 2017, or the first date thereafter available on the Court's calendar. Individual Defendants also request that the November 18, 2016 deadline for repatriation, which such date is contained in the "Amended and Restated Preliminary Injunction" (Docket No. 179), be extended to a date which is fourteen (14) days after the new date of the rescheduled Evidentiary Hearing.

On October 7, 2016, at a court hearing during which plaintiff SECURITIES AND EXCHANGE COMMISSION ("SEC") questioned the completeness of corporate documents produced by the two Individual Defendants, the Court scheduled an evidentiary hearing for November 4, 2016 in order to give the SEC an opportunity to examine the Individual Defendants under oath, subject to the assertion of their fifth amendment rights, in open court "as to their financial condition and affairs, including, but not limited to, the identity, location, and information about Defendants' assets, funds, and the Corporate Defendants' books and records, or the ability of any Defendant to pay or satisfy a monetary judgment in this case." Docket No. 179 at 10:14-18. At this same October 7, 2016 hearing, the Court upheld the Individual Defendants' assertion of their fifth amendment right against being compelled to prepare and provide an accounting to the SEC. Docket Nos. 173, 179.

This Application is based on the following grounds:

(1) On or about October 26, 2016, counsel for the Individual Defendants advised the SEC that Defendant Liu is unable to attend the November 4 hearing due to his current medical condition. Counsel also advised the SEC that Liu's wife, Defendant Wang, will not be able to attend the hearing because she is currently in Beijing, China with Defendant Liu, and that she is the person who will drive Defendant Liu to and from his daily outpatient hospital treatment for the next sixty (60) days. Defense counsel advised the SEC that Defendant Liu had advised

counsel of his doctor's advice that Defendant Liu was not to travel over the next sixty days. Docket No. 183 & 183-1.

(2) After receiving medical records from Defendant Liu's counsel, the SEC submitted a status report to the Court on October 28, 2016 in which it indicated that it could not stipulate to Defendants' requested adjournment, noting that the medical records it had been provided, among other things, did not say that Defendant Liu was not able to travel. *Id.*

(3) On or about October 31, 2016, counsel for the Individual Defendants obtained supplemental medical records and a declaration from Mr. Liu regarding his medical condition and treatment that specifically includes his doctor's advice not to travel during his period of treatment.

(4) Pursuant to Local Rule 7-3, counsel for the SEC and the two Individual Defendants conferred on or about October 26, 2016 and have not been able to agree to a continuance.

(5) An extension of time will not prejudice the SEC. Given the Individual Defendants' assertion of their fifth amendment rights, it is very unlikely, based on the representations by the SEC at the October 7, 2016 status conference, that the Individual Defendants would be asked any question as to which they are not likely to interpose a fifth amendment claim of privilege not to answer. Given the Court's earlier ruling on Defendants' assertion of this privilege, the Court is likely to uphold the Defendants' claim. The hearing is therefore not likely to yield any evidentiary material that would be of use to the SEC in the prosecution of this case.

This Application is made pursuant to Local Rule 7-19, and is based upon this Application, the attached declarations of Charles C. Liu and Hervé Gouraige, all papers and pleadings on file in this action, and upon all oral and/or documentary evidence that may be presented at the time of the hearing, if any, on this Application. As detailed in the attached Gouraige Declaration, notice of this

/ / /

Application was given in accordance with the requirements of Local Rule 7-19.1. The SEC has advised that it intends to oppose this application.

DATED: October 31, 2016

Respectfully submitted,

BUCHALTER NEMER
A Professional Corporation

By /s/ Lawrence B. Steinberg
Attorneys for defendants CHARLES C. LIU and XIN WANG a/k/a LISA WANG

SILLS CUMMIS & GROSS P.C.

By /s/ Hervé Gouraige
Attorneys for defendant CHARLES C. LIU