## DECLARATION OF CHARLES C. LIU

I, Charles C. Liu, declare pursuant to 28 U.S.C. 1746 as follows:

1. I am one of the individual defendants in this matter. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, could testify competently to these facts.

2. I submit this Declaration in connection with my attorneys' request to the Securities and Exchange Commission (SEC) for a stipulation to adjourn the November 4, 2016 evidentiary hearing for sixty (60) days because of my current medical condition. The SEC has indicated in a submission to the Court on November 4 that "Given the circumstances and the current record, [it] cannot stipulate to a continuance." Dkt. No. 183.

3. On or about October 22, 2016, I developed very serious facial paralysis. I went to see a well-known Chinese doctor for treatment by acupuncture and moxibustion. I was diagnosed with apoplexia/facial paralysis. I was advised to follow a course of daily treatment for sixty (60) days as an outpatient at the hospital.

4. Attached as Exhibit A is a true and correct copy of a Diagnosis Certificate from Beijing Mengyitang Mongolian Medicine Clinic Co., Ltd. dated October 22, 2016.

5. Attached as Exhibit B is a true and correct copy of a Diagnosis Certificate from China-Japan Friendship Hospital dated October 24, 2016 showing a laboratory examination with a diagnosis of facial neuritis (right).

6. Attached as Exhibit C are true and correct copies of two photos of me receiving acupuncture treatment on or about October 22 and 23.

7. Attached as Exhibit D are true and correct copies of a Diagnosis Certificate from China-Japan Friendship Hospital and a photo of me receiving acupuncture treatment on or about October 31. The Diagnosis Certificate expressly states that I am to "avoid long distance trips." I requested this statement in the medical Certificate after I was informed that the SEC told the Court that the earlier medical reports did not advise that I cannot travel.

8. As a result of my medical condition, I am not able to talk for long periods.

9. During the sixty (60) days of daily outpatient hospital treatment ordered by the doctors, my wife will be taking me to and from the hospital. Under these circumstances, both my wife and I are not able to travel to attend an evidentiary hearing in California on November 4, 2016.

10. I regret to inform the Court of this medical condition and respectfully request a sixty-day adjournment of the hearing. Neither my wife nor I can attend on November 4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 31th day of October, 2016 at Beijing, China.

Charles C. Liu
Defendant