# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>CHARLES C. LIU;<br>XIN WANG a/k/a LISA WANG;<br>PACIFIC PROTON THERAPY REGIONAL CENTER, LLC;<br>PACIFIC PROTON EB-5 FUND, LLC;<br>and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,<br><br>  Defendants. | Case No.: SACV 16-00974-CJC(AGRx)<br><br>**ORDER DIRECTING DEFENDANTS LIU AND WANG TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CIVIL CONTEMPT** |

Pursuant to this Court's orders, (Dkt. 77 § VIII (original preliminary injunction); Dkt. 173 (lifting stay of § VIII); Dkt. 179 § VIII (amended preliminary injunction)),

Defendants Charles Liu and Xin Wang were ordered to repatriate $26,967,918.00 by November 18, 2016. Liu and Wang failed to comply and to date they have not repatriated any funds. (Dkt. 192 at 2; Dkt. 193 at 2.) Given that failure, Liu and Wang's failure to justify their non-compliance, their failure to respond to the Government's interrogatories and requests for admissions, (Dkt. 194-1 at 7–8; *see also* Dkt. 194 Exs. 4–8), and their refusal to answer questions regarding their finances and failure to comply with this Court's orders, (Dkt. 194 Exs. 2–3), Liu and Wang are hereby ORDERED to APPEAR at 1:30 p.m. in Courtroom 9B on **February 6, 2017**, to SHOW CAUSE, if there be any, why they should not be held in civil contempt.[1] Any declarations, affidavits, points and authorities, or other submissions in opposition to contempt shall be filed by Liu and Wang no later than **5:00 p.m. on January 16, 2017**. Any reply papers shall be filed by the Securities and Exchange Commission no later than **5:00 p.m. on January 30, 2017**.

DATED: December 21, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

---

[1] The Security and Exchange Commission's motion for an order to show cause is DENIED as moot. (Dkt. 194.)