Lawrence B. Steinberg (State Bar No. 101966)
*LSteinberg@buchalter.com*
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for defendants CHARLES C. LIU and XIN WANG a/k/a LISA WANG

Hervé Gouraige (admitted *pro hac vice*)
*hgouraige@sillscummis.com*
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-5989
Facsimile: (973) 643-6500

Attorneys for defendants CHARLES C. LIU and XIN WANG a/k/a LISA WANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

CHARLES C. LIU; XIN WANG a/k/a LISA WANG; PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,

Defendants.

Case No. SACV 16-00974 CJC (AGRx)

**DECLARATION IN SUPPORT OF DEFENDANTS' CHARLES C. LIU AND XIN WANG MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO COURT'S SHOW CAUSE ORDER WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILURE TO REPATRIATE FUNDS**

Sills Cummis & Gross P.C.

I, Hervé Gouraige, do say and declare:

1. I am an attorney at law, admitted *pro hac vice* in the Central District of California in this matter and a member in good standing of the bars of New Jersey and New York. I am a member of the law firm of Sills Cummis & Gross P.C., attorneys for defendants CHARLES C. LIU ("Liu") and XIN WANG a/k/a LISA WANG in this action. I have personal knowledge of the facts stated in this declaration and, if called as a witness, could testify competently to these facts.

2. I submit this declaration in Support of Defendants Charles C. Liu and Xin ("Lisa") Wang's Memorandum of Points and Authorities in Response to Court's Order to Show Cause Why Defendants Should Not Be Held in Civil Contempt for Failure to Repatriate Funds.

3. Attached hereto as Exhibit 1 is a true and correct copy of the October 7, 2016 Hearing Transcript.

4. Attached hereto as Exhibit 2 is a true and correct copy of Wang's November 9, 2016 Deposition Transcript.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Liu's November 10, 2016 Deposition Transcript.

DATED: January 16, 2017

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.

By /s/ Hervé Gouraige
Attorneys for defendants CHARLES C. LIU and XIN WANG, a/k/a LISA WANG

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

SILLS CUMMIS & GROSS P.C.,
One Riverfront Plaza, Newark, New Jersey 07102
Telephone No. (973) 643-7000; Facsimile No. (973) 643-6500.

On January 16, 2017, I caused to be served the document entitled **DEFENDANTS' CHARLES C. LIU AND XIN WANG MEMORANDUM OF POINTS AND AUTHORITIES IN RESPONSE TO COURT'S SHOW CAUSE ORDER WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT FOR FAILURE TO REPATRIATE FUNDS** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: January 16, 2017

/s/
Hervé Gouraige

Sills Cummis & Gross P.C.

Sills Cummis & Gross P.C.

Sills Cummis & Gross P.C.

***SEC v. Liu et al.***
**United States District Court—Central District of California**
**Case No. SACV16-00974-CJC (AGRx)**

## SERVICE LIST

*On U.S. Securities and Exchange Commission,*
444 S. Flower Street, Suite 900
Los Angeles, California 90071.

(*on Charles C. Liu¸ controlling shareholder of each*)
c/o Charles C. Liu
55 Asilomar Road
Laguna Niguel, CA 92677
Email: charlesliul26@gmail.com
Email: charlesliu@me.com
Email: liu@pptus.com

*Defendant Pacific Proton EB-5 Fund, LLC*:

(*on the registered agent*)
c/o Corporation Trust Company
1209 Orange St.
Wilmington, DE 19801

(*on Charles C. Liu¸ controlling shareholder of the manager*)
c/o Charles C. Liu
55 Asilomar Road
Laguna Niguel, CA 92677
Email: charlesliul26@gmail.com
Email: charlesliu@me.com
Email: liu@pptus.com