# EXHIBIT 2

# BEVERLY ONCOLOGY & IMAGING
## Medical Group, Inc.

Accredited by
The Joint Commission

**RADIATION ONCOLOGY**
John P. Thropay, M.D.
Shiu-Cheong Au, M.D.
James J. Chuang, M.D.
Janice J. Rha, M.D.

External Beam
Stereotactic Radiosurgery
3D Intensity Modulated &
3D Conformal
Radiation Therapy
Brachytherapy
Therapeutic Nuclear Medicine
Hyperthermia

**CORPORATE OFFICE**
200 E. Beverly Boulevard
Suite 200
Montebello, CA 90640
323-517-9800
323-727-7574 fax
Ruth Lopez Novodor

***Therapy Locations***

**GARDEN GROVE**
12555 Garden Grove Boulevard
Suite 101
Garden Grove, CA 92843
714-530-5930
714-530-5675 fax

**ALHAMBRA**
80 S. Palm Avenue
Alhambra, CA 91801
626-571-6729
626-571-1170 fax

**PASADENA**
2750 E. Washington Boulevard
Suite 100
Pasadena, CA 91104
626-794-2836
626-794-1697 fax

**DOWNEY**
11480 Brookshire Avenue
Suite 100
Downey, CA 90241
562-861-9914
562-869-0034 fax

**MONTEBELLO**
120 W. Beverly Boulevard
Montebello, CA 90640
323-724-8780
323-728-9936 fax

**City of Industry**
18645 Gale Avenue
City of Industry, CA 91748

**Pledge Agreement**

The undersigned, Beverly Oncology & Imaging Centers, Medical Group, Inc., a corporation organized under the laws of the State of California, United States of America, agrees to pledge its unencumbered assets as security for the repayment of loans made by Pacific Proton EB-5 Fund, LLC (EB-5 Fund) to Los Angeles County Proton Therapy, LLC (LACPT),to the extent that the EB-5 Fund is not able to secure repayment of the loans made to the LACPT after the EB-5 Fund has exhausted all other remedies available to the EB-5 Fund.

IN WITNESS WHEREOF, the undersigned acting in her capacity as the duly elected and authorized Chief Executive Officer of Beverly Oncology & Imaging Centers, Medical Group, Inc. has caused this instrument to be duly executed and delivered by Beverly Oncology & Imaging Centers, Medical Group, Inc. as of this 2nd day of August, 2013.

BEVERLY ONCOLOGY & IMAGING CENTERS,
MEDICAL GROUP, INC.

______________________________
By: Ruth Lopez Novodor,
Chief Executive Officer