# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. SACV 16-00974-CJC (AGRx)            Date: April 20, 2017

Title: <u>SECURITIES AND EXCHANGE COMMISSION V. CHARLES C. LIU *ET AL.*</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WITHIN FOURTEEN DAYS WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE**

    Plaintiff's Complaint seeks a permanent injunction barring Defendants from violating securities laws and participating in EB-5 commercial enterprises and an Order requiring Defendants to disgorge all funds received from their illegal conduct, repatriate assets, and pay civil penalties. (*See* Dkt. 1 at Prayer for Relief.) During the pendency of this action, the Court has issued a preliminary injunction (Dkt. 179), appointed a receiver over the Corporate Defendants, (Dkt. 219), granted Plaintiff's summary judgment against Defendants Liu and Wang, (Dkt. 238), and issued a judgment in Plaintiff's favor against Defendants Liu and Wang ordering disgorgement, permanently enjoining participating in an EB-5 commercial enterprise, and imposing civil penalties, (Dkt. 239). In light of these developments fulfilling the SEC's Prayer for Relief in substantial part, the Court ORDERS Plaintiff to SHOW CAUSE within **fourteen days** why the preliminary injunction should not be converted into a permanent injunction as to the Corporate Defendants, why the receivership should not be dissolved, and why this case should not be dismissed without prejudice.

nhm

MINUTES FORM 11
CIVIL-GEN                                                                                 Initials of Deputy Clerk MKU