*WHEN RECORDED MAIL TO:*

Shuman Sohrn
Assistant Chief Litigation Counsel
U.S. Securities and Exchange Commission
100 F Street, NE - MS 5628
Washington DC 20549

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION <br><br> PLAINTIFF(S), <br> v. <br><br> CHARLES C. LIU, et al. (See Attachment 1 for complete caption of the Final Judgment) <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV  SACV 16-00974-CJC(AGRx) <br><br> **ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on April 20, 2017 in favor of United States Securities and Exchange Commission whose address is 100 F Street, NE, Washington, DC 20549 and against Xin Wang (a/k/a Lisa Wang) whose last known address is 55 Asilomar Road, Laguna Niguel, CA 92677 for $ 1,538,000.00  Principal, $ 0.00 Interest, $ 0.00 Costs, and $ 0.00 Attorney Fees.

ATTESTED this **22nd** day of **May**, 20**17**.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; 2665 (last 4 digits) ☐ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

Lawrence B. Steinberg - Buchalter Nemer, P.C.
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-1730

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

NOTE: *JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*