DAVID R. ZARO (BAR NO. 124334)
MICHAEL R. FARRELL (BAR NO. 173831)
PETER A. GRIFFIN (BAR NO. 306201)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
mfarrell@allenmatkins.com
pgriffin@allenmatkins.com

Attorneys for Receiver
MICHAEL A. GRASSMUECK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CHARLES C. LIU; XIN WANG a/k/a LISA WANG; PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,

Defendants.

Case No. SACV16-00974-CJC (AGRx)

NOTICE OF MOTION AND MOTION FOR ORDER TERMINATING RECEIVERSHIP; DISCHARGING AND RELEASING RECEIVER UPON COMPLETION OF FINAL CLOSING TASKS; AND GRANTING AUTHORITY TO COMPENSATE THE RECEIVER AND HIS PROFESSIONALS

[Memorandum of Points and Authorities; Declaration of Michael A. Grassmueck; Declaration of Michael Farrell; Declaration of Ira J. Kurzban; and [Proposed] Order filed concurrently herewith]

Date: August 14, 2017
Time: 1:30 p.m.
Ctrm: 9B
Judge: Hon. Cormac J. Carney

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on August 14, 2017 at 1:30 p.m., in Courtroom 9B of the above-captioned Court located at 411 W. Fourth St., Santa Ana, CA 92701, Michael A. Grassmueck, the Court-appointed Receiver

("Receiver") for Pacific Proton Therapy Regional Center, LLC ("Pacific Proton"), Pacific Proton EB-5 Fund, LLC ("EB-5 Fund"), and Beverly Proton Center, LLC f/k/a Los Angeles County Proton Therapy, LLC ("Beverly Proton") (collectively, the "Receivership Entities") will and hereby does move the Court for an order terminating the receivership, discharging and releasing the Receiver, authorizing the compensation of the Receiver and his Professionals[1], and granting other related relief. This Motion is made in accordance with the recommendations of the Receiver in his Report and Recommendation (the "Receiver Report") (Dkt. No. 244) and the Court's minute order dated May 12, 2017 (Dkt. No. 249).

By this Motion, the Receiver respectfully requests that the Court terminate the instant receivership and discharge the Receiver, effective upon the following: (1) Preparation and filing of tax returns for the Receivership Entities; (2) Entry of a consent judgment against the Receivership Entities; (3) Turn-over of business records and equipment to Plaintiff Securities and Exchange Commission; (4) Payment of the fees and costs of the Receiver and his Professionals; and (5) Filing of a Declaration from the Receiver confirming completion of these tasks and attaching a final accounting for the estate of the Receivership Entities (collectively, the "Final Closing Tasks"). The Receiver anticipates completing the Final Closing Tasks within 60-90 days of the entry of an order on this Motion.

This Motion is brought on the grounds that (1) there is no reasonable basis to continue with the receivership for the reasons stated in the Receiver Report; and (2) aside from the Final Closing Tasks, the Receiver has fulfilled his responsibilities as set forth by this Court in its February 6, 2017 Order Appointing Receiver and Terminating Monitorship ("Appointment Order").

[1] The Receiver's "Professionals" include his attorneys (general counsel Allen Matkins Leck Gamble Mallory & Natsis LLP, and immigration counsel Kurzban Kurzban, et al.), his tax accountant, Peterson Sullivan LLP, and his forensic accountant, Financial Forensics.

In accordance with the Appointment Order, the Receiver has: (1) taken physical custody and control of all the Receivership Entities' available records and known, reasonably recoverable receivership assets, including their business equipment and computers; and (2) investigated and analyzed the assets and operations of the Receivership Entities. Based on his investigation, analysis, and in his reasonable business judgment, the Receiver has concluded that the cost of maintaining the instant receivership and pursuing additional assets outweighs the potential benefits. He has therefore determined that the receivership should be terminated and the Receiver discharged.

As part of the wind-down of the receivership, the Receiver requests approval of the fees and expenses of the Receiver and his Professionals incurred from his appointment through June 30, 2017, as set forth in their invoices attached to the concurrently filed declarations. The Receiver further requests authority to pay himself and his Professionals for additional fees and expenses they have and will incur in connection with winding down the receivership, which costs and expenses the Receiver anticipates will total approximately $10,000.

**PLEASE TAKE FURTHER NOTICE** that copies of the documents filed in conjunction with this Notice of Motion and Motion can be viewed at or obtained from the Clerk of the Court, U.S. District Court, 411 W. Fourth St., Santa Ana, CA 92701, or by writing to counsel for the Receiver at the above-referenced address.

**PLEASE TAKE FURTHER NOTICE** that under L.R. 7-9, objections to the Motion, if any, must be filed with the Clerk of the Court and served on the undersigned no later than twenty-one (21) days prior to the hearing. Under L.R. 7-12, failure to file a response or objection may be deemed as a consent to the granting of the Motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on June 27, 2017, July 5, 2017 and July 9, 2017.

Dated: July 11, 2017

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
DAVID R. ZARO
MICHAEL R. FARRELL
PETER A. GRIFFIN

By: *Michael R. Farrell*
MICHAEL R. FARRELL
Attorneys for Receiver
MICHAEL A. GRASSMUECK