DAVID R. ZARO (BAR NO. 124334)
MICHAEL R. FARRELL (BAR NO. 173831)
PETER A. GRIFFIN (BAR NO. 306201)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com
       mfarrell@allenmatkins.com
       pgriffin@allenmatkins.com

Attorneys for Receiver
MICHAEL A. GRASSMUECK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>CHARLES C. LIU; XIN WANG a/k/a LISA WANG; PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,<br><br>        Defendants. | Case No. SACV16-00974-CJC (AGRx)<br><br>NOTICE OF MOTION AND RENEWED MOTION FOR ORDER TERMINATING RECEIVERSHIP AND DISCHARGING AND RELEASING RECEIVER UPON COMPLETION OF FINAL CLOSING TASKS<br><br>[Memorandum of Points and Authorities; Declaration of Michael A. Grassmueck; and [Proposed] Order filed concurrently herewith]<br><br>Date: February 12, 2018<br>Time: 1:30 p.m.<br>Ctrm: 9B<br>Judge: Hon. Cormac J. Carney |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on February 12, 2018 at 1:30 p.m., in Courtroom 9B of the above-captioned Court located at 411 W. Fourth St., Santa Ana, CA 92701, Michael A. Grassmueck, the Court-appointed Receiver ("Receiver") for Pacific Proton Therapy Regional Center, LLC ("Pacific Proton"), Pacific Proton EB-5 Fund, LLC ("EB-5 Fund"), and Beverly Proton Center, LLC f/k/a Los Angeles County Proton Therapy, LLC ("Beverly Proton") (collectively,

the "Receivership Entities") will and hereby does renew his motion for an order terminating the receivership, discharging and releasing the Receiver, and granting other related relief.  This Motion is made in accordance with the recommendations of the Receiver in his Report and Recommendation (the "Receiver Report") (Dkt. No. 244), the Court's minute order dated May 12, 2017 (Dkt. No. 249), the Receiver's initial Motion for Order Terminating Receivership; Discharging and Releasing Receiver Upon Completion of Final Closing Tasks; and Granting Authority to Compensate the Receiver and His Professionals (the "Initial Termination Motion") (Dkt. No. 263); and the Court's Order Granting In Part Receiver's Motion Regarding Terminating Receivership [263] (the "Initial Termination Order") (Dkt. No. 269).

By this Motion and pursuant to the Initial Termination Order, the Receiver renews the Initial Termination Motion and respectfully requests that the Court terminate the instant receivership and discharge the Receiver, effective upon the following:  (1) Entry of a consent judgment against the Receivership Entities; (2) Turn-over of business records and equipment to Plaintiff Securities and Exchange Commission or otherwise as the Court directs; and (3) Filing of a Declaration from the Receiver confirming completion of these tasks and attaching a final accounting for the estate of the Receivership Entities (collectively, the "Final Closing Tasks"). The Receiver anticipates completing the Final Closing Tasks within 30 days of the entry of an order on this Motion.

This Motion is brought on the grounds that (1) there is no reasonable basis to continue with the receivership for the reasons stated in the Receiver Report; and (2) aside from the Final Closing Tasks, the Receiver has fulfilled his responsibilities as set forth by this Court in its February 6, 2017 Order Appointing Receiver and Terminating Monitorship ("Appointment Order") and its Initial Termination Order.

In accordance with the Appointment Order, the Receiver has:  (1) taken physical custody and control of all the Receivership Entities' available records and

1  known, reasonably recoverable receivership assets, including their business
2  equipment and computers; and (2) investigated and analyzed the assets and
3  operations of the Receivership Entities.  Based on his investigation, analysis, and in
4  his reasonable business judgment, the Receiver has concluded that the cost of
5  maintaining the instant receivership and pursuing additional assets outweighs the
6  potential benefits.  He has therefore determined that the receivership should be
7  terminated and the Receiver discharged.

8       Further, in accordance with the Initial Termination Order, the Receiver has:
9  (1) prepared and filed tax returns for the Receivership Entities; and (2) paid the fees
10 and costs of the Receiver and his Professionals.[1]  The Receiver has thus complied
11 with the Court's orders regarding termination of the receivership and his discharge.

12      **PLEASE TAKE FURTHER NOTICE** that copies of the documents filed in
13 conjunction with this Notice of Motion and Motion can be viewed at or obtained
14 from the Clerk of the Court, U.S. District Court, 411 W. Fourth St., Santa Ana, CA
15 92701, or by writing to counsel for the Receiver at the above-referenced address.

16      **PLEASE TAKE FURTHER NOTICE** that under L.R. 7-9, objections to
17 this Motion, if any, must be filed with the Clerk of the Court and served on the
18 undersigned no later than twenty-one (21) days prior to the hearing.  Under L.R. 7-
19 12, failure to file a response or objection may be deemed as a consent to the granting
20 of the Motion.

21      This motion is made following the conference of counsel pursuant to L.R. 7-3
22 which took place on June 27, 2017, July 5, 2017 and July 9, 2017.

---

[1] The Receiver's "Professionals" include his attorneys (general counsel Allen Matkins Leck Gamble Mallory & Natsis LLP, and immigration counsel Kurzban Kurzban, et al.), his tax accountant, Peterson Sullivan LLP, and his forensic accountant, Financial Forensics.

| | | |
|---|---|---|
| 1 | Dated: January 9, 2018 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 2 | | DAVID R. ZARO |
| 3 | | MICHAEL R. FARRELL<br>PETER A. GRIFFIN |
| 4 | | |
| 5 | | By: *Michael R. Farrell*<br>MICHAEL R. FARRELL |
| 6 | | Attorneys for Receiver<br>MICHAEL A. GRASSMUECK |

1094694.01/LA

-4-

NOTICE OF MOTION AND RENEWED MOTION FOR ORDER TERMINATING RECEIVERSHIP