**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CHARLES C. LIU;<br>XIN WANG a/k/a LISA WANG;<br>PACIFIC PROTON THERAPY REGIONAL CENTER, LLC;<br>PACIFIC PROTON EB-5 FUND, LLC;<br>and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,<br><br>　　　　Defendants. | Case No. SACV16-00974-CJC (AGRx)<br><br>**ORDER GRANTING PARTIES' STIPULATION REGARDING DISCOVERY, PRELIMINARY INJUNCTION, AND RELATED MATTERS** |

7613572 v1

Case No. SACV16-00974-CJC (AGRx)

The Court, having considered the Stipulation presented to the Court, orders as follows:

1. Further discovery shall be conducted on the following topics and in accordance with the following schedule:

Topics for Discovery:

- Net profits, if any, to be disgorged by Defendants Liu and Wang, after deduction of all legitimate business expenses in accordance with *Liu v. Securities and Exchange Commission*, 140 S. Ct. 1936 (2020)

- Whether Defendants Liu and Wang can, consistent with equitable principles, be found liable as partners in wrongdoing or whether individual liability is required in accordance with *Liu v. Securities and Exchange Commission*, 140 S. Ct. 1936 (2020)

- Factual issues concerning defendant Wang's alleged "concerted wrongdoing" that Wang contends would preclude extraterritorial application of the securities laws to her conduct in accordance with *Morrison v. National Australia Bank Ltd.*, 561 U.S. 247 (2010).

Discovery and Remedies Briefing Schedule:

| | |
|---|---|
| • Discovery cut-off: | February 26, 2021 |
| • Remedies briefing: | |
| SEC's Initial Brief: | March 12, 2021 |
| Defendants' Opposition: | March 26, 2021 |
| SEC's Reply: | April 2, 2021 |
| • Parties to meet-and-confer on settlement on or by: | April 21, 2021 |
| • Evidentiary Hearing (if necessary): | April 26~~-29~~, 2021 |

2. Having failed to reach an agreement on the Court's asset freeze, the parties shall brief the issue as follows:

SEC's Expedited Motion:   November 9, ~~2021~~   2020

Defendants' Opposition:   November 16, ~~2021~~   2020

3. Defendant Wang's submission on *Morrison* extraterritoriality shall be filed on or by: May 14, 2021.

**IT IS SO ORDERED.**

Dated: November 10, 2020

_____
THE HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Gary Y. Leung*
Gary Y. Leung
Attorney for Plaintiff
Securities and Exchange Commission

/s/ *Hervé Gouraige*
Hervé Gouraige
Attorney for Defendants
Charles C. Liu and Xin Wang aka Lisa Wang

2

7613572 v1