FILED
CLERK, U.S. DISTRICT COURT
2/19/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES C. LIU;<br>XIN WANG a/k/a LISA WANG;<br>PACIFIC PROTON THERAPY REGIONAL CENTER, LLC;<br>PACIFIC PROTON EB-5 FUND, LLC;<br>and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,<br><br>Defendants. | Case No. SACV16-00974-CJC (AGRx)<br><br>**AMENDED SCHEDULING ORDER REGARDING DISCOVERY, PRELIMINARY INJUNCTION, AND RELATED MATTERS (DKT. 310)** |

///

///

///

The Court having received, reviewed, and considered the parties' Stipulation Amending Scheduling Order Regarding Discovery, Preliminary Injunction, and Related Matters ("Stipulation"), jointly filed by Plaintiff Securities and Exchange Commission and Defendants Charles C. Liu and Xin Wang a/k/a Lisa Wang,

NOW THEREFORE, for good cause shown, the Court hereby APPROVES the Stipulation, and orders the following:

1. Further discovery shall be conducted on the following topics and in accordance with the following schedule:

Topics for Discovery:

- Net profits, if any, to be disgorged by Defendants Liu and Wang, after deduction of all legitimate business expenses in accordance with *Liu v. Securities and Exchange Commission*, 140 S. Ct. 1936 (2020)
- Whether Defendants Liu and Wang can, consistent with equitable principles, be found liable for as partners in wrongdoing or whether individual liability is required in accordance with *Liu v. Securities and Exchange Commission*, 140 S. Ct. 1936 (2020)
- Factual issues concerning defendant Wang's alleged "concerted wrongdoing" that Wang contends would preclude extraterritorial application of the securities laws to her conduct in accordance with *Morrison v. National Australia Bank Ltd.*, 561 U.S. 247 (2010).

Discovery and Remedies Briefing Schedule:

- Completion of Fact Discovery:    February 26, 2021, except for the third-party depositions of Dr. John Thropay and Trang Lam, which shall be taken on March 5, 2021 and March 9, 2021, respectively

| | | |
|---|---|---|
| • Initial Expert Reports: | | March 26, 2021 |
| • Rebuttal Expert Reports: | | April 9, 2021 |
| • Completion of Expert Discovery: | | April 21, 2021 |
| • Remedies briefing: | | |
| SEC's Initial Brief: | | April 23, 2021 |
| Defendants' Opposition: | | May 7, 2021 |
| SEC's Reply: | | May 14, 2021 |
| • Parties to meet-and-confer on settlement on or by: | | May 17, 2021 |
| • Evidentiary Hearing (if necessary): | | June 7, 2021 |

2. Defendants' motion to stay this Court's decision on net-profits disgorgement until after the defendants' pending appeal of the asset-freeze preliminary injunction has been decided by the Ninth Circuit shall be filed on or by: March 1, 2021.

3. Defendant Wang's submission on *Morrison* extraterritoriality shall be filed on or by: June 11, 2021.

**IT IS SO ORDERED.**

DATED: February 19, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE