# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   _____
                                     )
 5   SECURITIES AND EXCHANGE         )
     COMMISSION,                     )
 6                                   )
             Plaintiff,              )
 7                                   )
        vs.                          ) No. SACV 16-00974-CJC
 8                                   )        (AGRx)
     CHARLES C. LIU; XIN WANG        )
 9   a/k/a LISA WANG, et al.,        )
                                     )
10           Defendants.             )
     _____)
11
12
13
14       REMOTE DEPOSITION OF JOHN THROPAY, M.D.
15              ZOOM VIDEOCONFERENCE
16             Friday, March 5, 2021
17                   Volume I
18
19
20
21   Reported by:
     VALERIE D. GRANILLO
22   CSR No. 11469
     Job No. 4413389
23
24
25   PAGES 1 - 144
```

Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4   _____
                                    )
 5   SECURITIES AND EXCHANGE        )
     COMMISSION,                    )
 6                                  )
              Plaintiff,            )
 7                                  )
        vs.                         ) No. SACV 16-00974-CJC
 8                                  )     (AGRx)
     CHARLES C. LIU; XIN WANG       )
 9   a/k/a LISA WANG, et al.,       )
                                    )
10            Defendants.           )
     _____)
11
12
13            Remote Deposition of JOHN THROPAY, M.D.,
14   Volume I, taken on behalf of Defendants, via Zoom
15   Videoconference, California, beginning at 9:00 a.m. and
16   ending at 1:55 p.m., on Friday, March 5, 2021, before
17   VALERIE D. GRANILLO, Certified Shorthand Reporter No.
18   11469.
19
20
21
22
23
24
25
```

```
 1                    Friday, March 5, 2021
 2                           9:00 a.m.
 3
 4                    JOHN THROPAY, M.D.,
 5   having been administered an oath, was examined and
 6   testified as follows:
 7
 8         MR. GOURAIGE:  Dr. Thropay, my name is Herve
 9   Gouraige.  I'm an attorney for Charles Liu and Lisa Wang
10   in this SEC enforcement act.
11         MR. LEUNG:  Gary Leung for plaintiff.
12         MS. WHITE:  Molly White for the witness, Dr. John
13   Thropay.
14                          EXAMINATION
15   BY MR. GOURAIGE:
16      Q    Dr. Thropay, have you had experience in having
17   your deposition taken before?
18      A    Yes.
19      Q    So I'm sure you're familiar with some ground
20   rules.  But because of our current pandemic -- and I
21   appreciate that both you and your attorney are wearing
22   face masks -- I'm going to ask you to speak up a bit so
23   both I and the court reporter can hear you when you answer
24   the question.  Okay?
25      A    Uh-huh.
```

Page 7

```
 1        Q    Yes.
 2        A    Yes.
 3        Q    Did you ultimately agree on a lease agreement for
 4   a 30-year term to Beverly Center?
 5        A    30?  Well, after it would be built.  After it was
 6   built, I believe.  But we had a one-year contract with him
 7   for lease.
 8        Q    When you say "one-year contract," what contract
 9   are you referring to?
10        A    This was -- let me see.  I think it was about
11   April or May of 2014.  And I told him -- and the lease
12   came up -- or something came up for renewal, and I told
13   him I didn't see anything happening and that I would give
14   him one year to get the project going.  And so we renewed
15   the lease but only for one year, because I had been
16   waiting like three or four years, and I didn't see
17   anything happen.
18        Q    You renewed the lease with Beverly for one year.
19   When was that renewal?
20        A    I think it's April or May.
21        Q    Of what year?
22        A    I think it was 2014 or early '15.  Oh, must be
23   2015, about April or May.
24        Q    Is that when you signed the lease?
25        A    Yeah.  I told him I would give him one year to
```

Page 33

```
1    get the building up and running.
2       Q    So he didn't get the building up and running
3    April 2015 to April 2016, correct?
4       A    About that, yes, I believe so.
5       Q    And then what did you do?
6            MS. WHITE:  Objection; vague.
7            THE WITNESS:  I forgot when the lease was up.
8    Maybe it was August.  When the lease came up and he didn't
9    do anything on the land, I canceled it.  I said it's
10   cancellable.  So I said the lease is up, uh-huh.
11   BY MR. GOURAIGE:
12      Q    Why did you cancel?
13      A    Alvarado Smith our -- I think our real estate
14   attorneys -- oh, I'm sorry.
15           MS. WHITE:  Sorry.  I'm just going to admonish
16   the witness not to disclose any attorney-client privileged
17   conversations you had with Alvarado Smith.
18           THE WITNESS:  We canceled via attorneys,
19   according to the contract.
20   BY MR. GOURAIGE:
21      Q    Did your attorneys have (audio glitch) to cancel
22   it?
23           MS. WHITE:  I'm sorry.  Can you read back the
24   question.  I didn't quite hear it.
25           THE REPORTER:  One of your words dropped.  I
```

Page 34

```
 1            MS. WHITE:  Objection; argumentative.  Vague.
 2            THE WITNESS:  There was nothing to report.  I
 3   knew nothing except the bank records.
 4   BY MR. GOURAIGE:
 5       Q    Well, you went to -- you don't know whether you
 6   went to Beijing, but you went to China.  You met with
 7   Delsk.  You told them about internal operations of your
 8   business relationship with Charles Liu.
 9       A    No.  I have no knowledge of internal operations.
10            MS. WHITE:  Objection; mischaracterizes the
11   testimony.  Argumentative.
12   BY MR. GOURAIGE:
13       Q    You went -- I'm just sticking with the facts.
14   You went to China and you told them about what was
15   happening between you and Charles Liu.
16            MS. WHITE:  Objection; mischaracterizes the
17   testimony.
18            THE WITNESS:  No, I didn't do that.
19   BY MR. GOURAIGE:
20       Q    Did you give them the bank records that you and
21   Charles Liu had opened a bank account at Chase?
22       A    Yes, uh-huh.
23       Q    So did you tell Charles Liu before you did that
24   you were going to do that?
25       A    Yes, but he wouldn't answer my calls.
```

Page 86

```
 1   Hospital, did you at any time consider suing Liu and
 2   Beverly Hospital and City of Hope for interference with
 3   your contract with Charles Liu?
 4       A    No.  I don't sue people.
 5       Q    You've never sued anybody?
 6       A    No.
 7       Q    You sure about that?
 8       A    As far as I'm aware.  I always try and settle
 9   everything peaceably.
10       Q    Have you been sued?
11       A    Yes.
12       Q    So I guess if I continue to ask, you just don't
13   recognize the handwriting on this document?
14       A    No.  It's not mine, and it's not Ruth's.
15       Q    Okay.  So we are almost done, you'll be happy to
16   know, Dr. Thropay.  And I think these will be very quick.
17            I believe you testified that when you went to
18   China -- and I'm not talking about the November 2015 trip,
19   an early trip where you met the Delsk people -- and you
20   spoke to them about proton therapy, did you meet Charles
21   Lui's wife, Lisa Wang, at that meeting?
22       A    At the Delsk meeting?
23       Q    Yes.
24       A    Yes.
25       Q    And did you talk with her?
```

Page 104

```
 1       A    Yes.
 2       Q    Did she speak at that meeting?
 3       A    I don't recall.
 4       Q    Did you talk with her about what her role was in
 5  the project?
 6       A    Yes.
 7       Q    And did you ask her what it was?
 8       A    Yes.
 9       Q    What did she tell you?
10       A    She would help set up meetings.  And also she
11  started her own company on the side to do some auxiliary
12  work, I guess, to help her husband.  And she would sell
13  EB-5 and try and promote sales.  Meetings that I went to,
14  she would set up everything and sometimes introduce a
15  speaker.  And she was just there to help is all I could
16  see, and that's what she would explain to me.
17       Q    Did she have anything to do with the finances?
18       A    She seemed to be acutely aware of finances.
19       Q    And what did she say that led you to believe
20  that?
21       A    She didn't tell me anything, but I would hear her
22  speaking to her husband in the van.
23       Q    You would hear her speaking to her husband.  And
24  what would she be saying to her husband?
25       A    She'd be asking about money.
```

1 briefly. And then after that, I believe she was on every
2 trip except the last one with Delsk.
3     Q   Did you ever have meetings with her and Charles
4 in the U.S.?
5     A   I think once she came to the office. Might have
6 been more times, but at least once she came to the
7 corporate office, if I recall correctly.
8     Q   Which corporate office?
9     A   200 East Beverly Boulevard.
10    Q   And whose corporate office was that?
11    A   Beverly Oncology.
12    Q   And why did she come to the office?
13        MS. WHITE: Objection; lacks foundation. If you
14 know.
15        THE WITNESS: Just accompanying her husband and
16 to talk about the project.
17 BY MR. GOURAIGE:
18    Q   And she sat in on a meeting with you and Charles
19 and Ruth?
20    A   Yes, as far as I can recall one time.
21    Q   And was the meeting conducted in English?
22    A   Yes.
23    Q   Did she speak any -- at all during the meeting?
24    A   A little.
25    Q   In Chinese?

Page 107

1   A   No, in her English and courtesies, you know, the
2   standard, you know, how are you and what have you.
3   Q   Didn't say much beyond that?
4   A   Correct.
5   Q   At any time did you and Charles discuss having a
6   position for Lisa Wang in the Beverly Center after the
7   center was built?
8   A   Mostly he would tell me what he was doing.  There
9   was very little discussion.  But yes, he did say she was
10  working with him.
11  Q   He told you that when?
12  A   When we went to China and she was there.  When
13  she came to the office, it was just the polite hello.  But
14  when we were there, I saw she took an active role.  And he
15  said she was helping him and also starting her own
16  business.
17  Q   Did she tell you what she did in China for the
18  project?
19  A   No, but I saw her selling EB-5s.
20  Q   I'm sorry.  What do you mean selling EB-5s?
21  A   When I was there, she was in discussion with a
22  family, and it was without the knowledge of Delsk.  And
23  she sold an EB-5 share to someone, and they were
24  celebrating.  They were very happy.  And I was told not to
25  say anything to Delsk.

Page 108

| | | |
|---|---|---|
| 1 | Q | And who told you not to say anything to Delsk? |
| 2 | A | Charles Liu. |
| 3 | Q | And did he explain to you why you should not say |
| 4 | anything to Delsk? | |
| 5 | A | Because he had an exclusive contract with Delsk. |
| 6 | Q | So Delsk was supposed to sell all the units? |
| 7 | A | That was what he told me. |
| 8 | Q | And when Lisa Wang was speaking to that investor, |
| 9 | this was all in Chinese? | |
| 10 | A | Yes. |
| 11 | Q | And you fully understood what they were saying? |
| 12 | A | I wasn't in the room.  I saw them outside the |
| 13 | room.  And they told me she was having the discussion to |
| 14 | sell an EB-5.  I was told that in English. |
| 15 | Q | And who told you that? |
| 16 | A | Charles Liu. |
| 17 | Q | I see.  And then Charles told you not to mention |
| 18 | it to Delsk? | |
| 19 | A | Correct. |
| 20 | Q | Later on in November of 2015 when you met with |
| 21 | Delsk, did you tell Delsk about that sale? | |
| 22 | A | No. |
| 23 | Q | Have you ever told anybody else about that sale |
| 24 | before today's testimony? | |
| 25 | A | No. |

Page 109

```
 1   your companies?
 2          MR. GOURAIGE:  Objection.
 3          THE WITNESS:  Of course not.
 4          MR. GOURAIGE:  Pure speculation.
 5          THE WITNESS:  No.  I would have -- in fact, that
 6   was my question to Ruth.  He has all the money.
 7   BY MR. LEUNG:
 8      Q   Mr. Liu asked you and your sister for that
 9   pledge; is that correct?
10      A   Correct.
11      Q   Do you recall what he communicated to you with
12   respect to why he wanted that pledge from your medical
13   practice?
14      A   He said it was requested by the clients and that
15   it was a pure formality.
16      Q   Do you recall that around summer of 2015, your
17   existing office building on your 111 West Beverly property
18   was demolished?  Do you recall that?
19      A   Yes.
20      Q   Did Mr. Liu, before that demolition work had
21   occurred, before that construction work had occurred, did
22   he pressure you to commence that work?
23          MR. GOURAIGE:  Objection to the word "pressure."
24          THE WITNESS:  He was screaming at us on the
25   phone.
```

Page 117

```
1    BY MR. LEUNG:
2        Q    What was he saying?
3        A    He said that the people were passing by the
4    property, and I guess he found out that the Delsk people
5    were looking at it.  And he said he had to prove that the
6    project was moving ahead.  And I said yeah, I want it to
7    move ahead, and I'll do everything I can to help it move
8    ahead.  And I didn't want to demolish it because we were
9    losing so much money.  We couldn't -- we were already
10   scraping up money to make the mortgage payment, because
11   the rents were inadequate, because we couldn't fill it
12   with anybody.  I said without it, then we have to pay the
13   whole thing, which we're still doing.  But I said if this
14   will promote the project, I'll make the sacrifice.  And he
15   was really saying, "You gotta do it fast, because they're
16   calling me, and they're pressuring me to see some
17   progress."  And I said, "Well, if it's going to progress,
18   I'll do everything I can."
19       Q    And the "they" you're referring to -- or the
20   "they" that Mr. Liu was referring to were investors and
21   potential investors?
22       A    Correct.
23       Q    If you could refer to your Marked Exhibits folder
24   on the Egnyte page and open up for me Exhibit 101, please.
25            And for the record, I've directed the witness's
```

Page 118

```
 1   document, it looks like there's some draft language
 2   regarding the communications planning.  And it says
 3   "Investors, EB-5 investors, of United MPH Ventures, LLC."
 4        Did anyone communicate to you whether it was
 5   Mr. Liu or otherwise that he was out raising EB-5 funds
 6   for United MPH ventures and not your company?
 7        A    No, I had no idea.
 8        Q    And then further down in the draft language, it
 9   says, "Proposed announcement," in parens, "a draft of
10   language, script Q&A," closed parens, "noting that an MOU
11   has been signed, that an equipment vendor has been
12   selected, Mevion, the site has been prepared for
13   construction that there is a 120 (sic) exclusive
14   negotiating period and that the project was moving
15   forward."
16        You were an owner of Beverly Proton.  You were to
17   be the medical director of Beverly Proton.  Again, did you
18   have any awareness that an MOU between City of Hope,
19   Mr. Lui's company, United MPH, Beverly Hospital had been
20   signed and that they were intending to purchase Mevion
21   equipment with Beverly Proton funds?
22        A    I had no idea.
23        Q    Having seen all of these documents and these
24   e-mail communications that you weren't privy to,
25   Dr. Thropay, does that evidence give you cause for concern
```

1  with respect to the legitimacy of the $3 million that
2  Mr. Liu caused to be transferred from Beverly Proton's
3  bank account to Mevion?
4          MR. GOURAIGE:  Objection.  Absolutely no
5  knowledge on witness's part.  No foundation for the
6  question.  Contract is between Mevion and Beverly Center.
7  It was addressed to his sister.  It wasn't addressed to
8  United MPH.
9          THE WITNESS:  It explains why the administrator
10 with whom I had a previously good relationship, I would
11 practice Chinese with her in the lunchroom.  She stopped
12 talking to me.  I called Mevion.  No one would speak to
13 me.  I found out who the salesperson was, and I said, "I'm
14 supposed to be the medical director."  And he wouldn't
15 tell me anything.  I said, "I need to see the machine at
16 least.  I'd like to know more about the Mevion."  So they
17 finally agreed to fly me to Barnes Jewish Hospital.  But
18 it was treated like I was out of the picture.  And I was
19 confused.  So this explains a lot to me.  Alice Cheng to
20 this day would just say hi and take off.
21 BY MR. LEUNG:
22    Q    And does it appear to you that money that Mr. Liu
23 caused to be paid to Mevion was part and parcel of his
24 self dealing in the course of entering into an MOU between
25 his company, Beverly Hospital, and City of Hope?

Page 131

```
 1            MR. GOURAIGE:  Objection.
 2            THE WITNESS:  It appears that the funds were
 3   being diverted to people that were not part of the EB-5
 4   program that I had signed, or at least so I thought.
 5   BY MR. LEUNG:
 6       Q    Dr. Thropay, Mr. Gouraige asked you earlier today
 7   about a construction company called R Alan.  Do you recall
 8   that testimony?
 9       A    Yes.
10       Q    Okay.  Your property is located at 111 West
11   Beverly.
12       A    Correct.
13       Q    Beverly Hospital was located, or part of its
14   campus, was at 105 West Beverly.  Is that correct?
15       A    Correct.
16       Q    To the extent R Alan was paid for construction
17   services on 105 West Beverly, is that consistent with your
18   understanding of how the proton therapy project was to be
19   conducted by your companies?
20       A    No, it's not consistent.
21            MR. LEUNG:  I'll pass the witness.
22            MR. GOURAIGE:  Thank you.
23                    FURTHER EXAMINATION
24   BY MR. GOURAIGE:
25       Q    Dr. Thropay, I'd like for you to open up I
```

Page 132

```
 1    Charles Liu was going to raise the capital.
 2        A    Correct.
 3        Q    Did Charles Liu raise the $27 million in capital
 4    without any help from you?
 5        A    I only would give talks on proton in China, and
 6    that was it.
 7        Q    Did you provide any other service to the project?
 8        A    Just the real estate.
 9        Q    Well, between November 19, 2010 when the Regional
10    Center applied, and November of 2015 when you made your
11    trip to China, other than leasing your land, did you
12    personally provide any service to the project?  Did you do
13    any work for the project?
14        A    I met every Friday at the corporate office with
15    Skanska to go over the plans.  Loma Linda was there.
16    Skanska was there.  This was a weekly meeting.  They would
17    come from Loma Linda.  The meetings would take a couple of
18    hours.  I worked arduously.  It was time out of my
19    schedule.  And the Skanska made a big manual, a book of
20    all their drawings, which has mysteriously left my office.
21    I don't know where it went.  But yeah.  I was working hard
22    on the architects.  Charles Liu came to one or two of the
23    meetings for construction and for development of the
24    project.  I was at every single meeting.  This is my dream
25    to have a proton center.  And the first -- he never came,
```

Page 136

```
1    but I was there for every meeting.  I participated
2    actively.
3         Q    Were you providing on the medical side, in terms
4    of meeting with the companies that were going to provide
5    the medical equipment, substantial amount of your time in
6    providing service?
7         A    I did it all without pay.  I did it on my own for
8    the project to get done.
9         Q    Were you entitled to be paid?  Did you have an
10   agreement with Charles Liu about getting paid?
11        A    No.  I never asked for money.
12        Q    Let me -- just bear with me a second.  I want to
13   introduce, Dr. Thropay, I believe it's exhibit -- let me
14   just see the number here that I just introduced.  88.
15   Would you look at the document?
16             MS. WHITE:  We have Exhibit 88.
17             (Exhibit 88 was marked for identification by
18             the court reporter and is attached hereto.)
19   BY MR. GOURAIGE:
20        Q    Have you Exhibit 88?
21        A    Yes.
22        Q    Okay.  Could you look at, Dr. Thropay, the last
23   page of Exhibit 88.  And tell me, is that your signature?
24        A    Yes.
25        Q    And now go back up to up I think -- let's see --
```

Page 137

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4              That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12              Further, that if the foregoing pertains to
13    the original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [X] was [ ] was not requested.
16              I further certify I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19              IN WITNESS WHEREOF, I have this date
20    subscribed my name.
21    Dated: March 17, 2021
22
23              _____
24              VALERIE D. GRANILLO
25              CSR No. 11469
```

Page 144