# EXHIBIT 7

| | |
|---|---|
| From: | Charles Liu |
| To: | Levine, Harlan |
| CC: | Fong, Yuman |
| Sent: | 7/29/2015 3:22:18 PM |
| Subject: | Re: Draft MOU Meeting Tomorrow |

Dear Harlan,

Thanks for your note!

I believe we can bring a large volume of Chinese visitors to our site for screening purpose in the near future. Once we sign the MOU, I plan to make an arrangement for you and Dr Fong to come to China to 1) Attend a special event to promote City of Hope/Beverly Proton Center 2) Meet CEO of top three insurance companies in China 3) Meet the CEO of China's largest travel company 4) Meet the top leaders of Chinese Ministry of Public Health. Our marketing arm in China, United Damei ( UDG Group) will organize the whole thing and start to promote the name of City of Hope in China immediately.

I shall return to LA next Wednesday. In the meantime, I can be reached by phone or email.

All the best,

Charles


On Jul 29, 2015, at 12:23, Levine, Harlan <hlevine@coh.org> wrote:

Charles,

Thank you very much for your time on our call on Monday. It was very important to learn more about the various parties and hear your perspective on the future model. We will take what we learned today and review your comments on the MOU and, after our lawyers have a chance to discuss, will return a revised draft.

I was very excited to hear about your thoughts on a screening center. We have been planning to launch a program on our own and would look forward to partnering with you. A few of our physicians have already done extensive research on what the evidence base shows are the most valuable tests to perform for a Chinese population. We concluded there should be a basic screening (based on evidence) and a premium screening including the evidence based tests and others that are sensible, but have not been researched enough to be consider to be "proven". If we move forward with the screening program, we would be pleased to share our research with the International Medicine Screening program. And as Yuman mentioned on the phone, we have ideas of how to customize the actual screening tests to add the greatest value to your medical tourism clients. We will explore opportunities to establish a JV so we are both equally engaged in building this into a differentiated and best-in-class program.

Would you like to touch base over the next several days by phone just to make sure we are moving in the right direction. It may help us move along faster to getting our MOU signed.

Regards,

Harlan

Exhibit 7 Page 305
COH-SEC 0000881
Confidential Treatment Requested by City of Hope

**From:** Charles Liu [mailto:charlesliu@me.com]
**Sent:** Tuesday, July 14, 2015 11:18 PM
**To:** Chung, Jae
**Cc:** Cheng, Alice; Hebson, Heidi; Levine, Harlan; Hsiao, Angel
**Subject:** Re: Draft MOU Meeting Tomorrow

Hi Jae,

I have not received the draft of MOU. Thanks

Best, Charles


On Jul 13, 2015, at 15:19, Chung, Jae <jchung@coh.org> wrote:

Hi Alice,

Thank you for your email. I concur with your recommendations on moving forward. I will email you and Charles a draft of the MOU/terms by tomorrow. I will also coordinate the follow up call/meeting with Geri Mitchell at Beverly Hospital.

Best,

Jae

**Jae Chung**
Senior Director, Business Development
Business Development & Transaction Management
City of Hope
1500 E. Duarte Road | Duarte, CA  91010
Internal: 89315 | Direct: (626) 218-9315
Fax: (626) 218-9176 | Mobile: (626) 260-3295
jchung@coh.org
<image001.jpg>
*"There is no profit in curing the body if in the process we destroy the soul."*  Samuel H. Golter

SECURITY/CONFIDENTIALITY WARNING:
This message and any attachments are intended solely for the individual or entity to which they are addressed. This communication may contain information that is privileged, confidential, or exempt from disclosure under applicable law (e.g., personal health information, research data, financial information). Because this e-mail has been sent without encryption, individuals other than the intended recipient may be able to view the information, forward it to others or tamper with the information without the knowledge or consent of the sender. If you are not the intended recipient, or the employee or person responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of the communication is strictly prohibited. If you received the communication in error, please notify the sender immediately by replying to this message and deleting the message and any accompanying files from your system. If, due to the security risks, you do not wish to receive further communications via e-mail, please reply to this message and inform the sender that you do not wish to receive further e-mail from the sender.

**From:** Cheng, Alice [mailto:acheng@beverly.org]
**Sent:** Monday, July 13, 2015 12:33 PM
**To:** Chung, Jae
**Cc:** Hebson, Heidi; Levine, Harlan; Hsiao, Angel; Charles Liu
**Subject:** RE: Draft MOU Meeting Tomorrow
**Importance:** High

Hi Jae:

I want to thank you for coordinating tomorrow's meeting and your understanding of Charles's schedule. I had a discussion with Charles this morning. In respect of schedule challenges for all parties, we would appreciate a draft MOU/Key terms be sent via email for review **in lieu of** in-person meeting. A follow-up conference call or in-person meeting with your executive team members to discuss the terms and establish common grounds before proceeding to legal review would be ideal. If you suggest otherwise, please advise.

Best,

Alice

*Alice Cheng*
President and CEO
Beverly Hospital
309 West Beverly Blvd., Montebello, CA 90640
(323)725-4250 (T)
(323)725-4338 (F)
acheng@beverly.org

---
*SECURITY/CONFIDENTIALITY WARNING:
This message and any attachments are intended solely for the individual or entity to which they are addressed. This communication may contain information that is privileged, confidential, or exempt from disclosure under applicable law (e.g., personal health information, research data, financial information). Because this e-mail has been sent without encryption, individuals other than the intended recipient may be able to view the information, forward it to others or tamper with the information without the knowledge or consent of the sender. If you are not the intended recipient, or the employee or person responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of the communication is strictly prohibited. If you received the communication in error, please notify the sender immediately by replying to this message and deleting the message and any accompanying files from your system. If, due to the security risks, you do not wish to receive further communications via e-mail, please reply to this message and inform the sender that you do not wish to receive further e-mail from the sender. (fpc5p)
---