# EXHIBIT 8

## MEMORANDUM OF UNDERSTANDING

This Memorandum of Understanding ("Memorandum of Understanding") is intended to document our discussions to date concerning the proposed affiliation and joint venture among Beverly Community Hospital Association dba Beverly Hospital, a California nonprofit public benefit corporation ("Beverly Hospital"); United MPH Ventures LLC, a Delaware limited liability company ("United MPH Ventures"); and City of Hope Medical Foundation, a California nonprofit public benefit corporation ("COHMF"); with respect to the development and operation of (i) a new proton beam therapy center on the Beverly Hospital campus (the "Proton Center"), (ii) an associated ambulatory cancer center on the Beverly Hospital campus (the "Ambulatory Center"), (iii) a culturally sensitive, evidence-based screening program located in Southern California for international patients (the "International Screening Program"), and (iv) a program for outreach to international patients (the "International Outreach Program", and together with the Proton Center, the Ambulatory Center and the International Screening Program, the "Proposed Transaction"). Certain fundamental terms and conditions of the Proposed Transaction are attached as Exhibit A to this Memorandum of Understanding.

1. **Documentation.** One or more agreements (collectively, the "Definitive Agreements") will be entered into by the parties with respect to the Proposed Transaction and will include representations and warranties, events of default, conditions, covenants, indemnifications, remedies, and other provisions usual and customary for a transaction of this type. Notwithstanding any provision to the contrary contained herein, the Definitive Agreements, at such time as they are fully executed by the parties thereto, will supersede this Memorandum of Understanding and thereafter, this Memorandum of Understanding will be of no further force or effect. No party will have any obligation to execute the Definitive Agreements unless and until the terms thereof are acceptable to that party, as determined in that party's sole discretion. Absent breach of a binding provision of this Memorandum of Understanding by a party, any actions taken by a party in reliance on the preliminary understandings set forth herein shall be at that party's own risk.

2. **Public Communication.** The timing and content of any announcements, press releases or any public statements concerning the Proposed Transaction shall be determined by mutual agreement of all parties including United MPH Ventures, Beverly Hospital and COHMF or as required by law.

3. **Expenses.** Each party will bear its own legal, accounting and other fees and expenses related to the preparation of this Memorandum of Understanding and in connection with the Proposed Transaction.

4. **Exclusive Negotiations.** During the period beginning upon execution of this Memorandum of Understanding and ending the later of (a) one hundred twenty (120) days after the execution of this Memorandum of Understanding, and (b) forty-five days (45) after United MPH Ventures and/or Beverly Hospital provide written notice to COHMF of its intention to terminate the discussions regarding the Proposed Transaction, United MPH Ventures and Beverly Hospital shall not, and shall ensure that their respective affiliates, officers, employees or other agents or representatives do not, without the prior

1

written consent of COHMF, directly or indirectly, discuss, encourage, solicit, consider or review any inquiry or proposal from any person or entity with respect to (a) the lease and/or operation of the Proton Center or Ambulatory Center (each as defined in Exhibit A), (b) the development and/or operation of any International Screening Program or International Outreach Program (each as defined in Exhibit A), (c) the development of partnership, affiliation, joint venture or other similar arrangement for the provision of diagnostic imaging, clinical laboratory or other oncology-related diagnostic services for patients of the Proton Center or the Ambulatory Center, or (d) any other transaction or arrangement that, if realized, could reasonably be expected to adversely affect the consummation of the Proposed Transaction.

5.  **Nonbinding Effect.** Although this Memorandum of Understanding does express the current intentions of the parties, as provided herein, the parties acknowledge and agree that, except as provided in the next sentence of this paragraph 5, this Memorandum of Understanding will not create any binding legal commitments among them and any such binding legal commitments will come into place only upon execution and delivery of the Definitive Agreements setting forth the full scope, rights and responsibilities of the parties. Notwithstanding the foregoing, the parties agree upon the execution of this Memorandum of Understanding to be bound by the provisions of this Memorandum of Understanding concerning public communication (paragraph 2), expenses (paragraph 3), exclusive negotiations (paragraph 4), assignment (paragraph 6), and miscellaneous (paragraph 7). Notwithstanding any provision to the contrary contained herein, the Definitive Agreements, as such time as they are fully executed by the parties thereto, will supersede this Memorandum of Understanding and, thereafter, this Memorandum of Understanding will be of no further force or effect. No party will have any obligation to execute the Definitive Agreements unless and until the terms thereof are acceptable to that party, as determined in that party's sole discretion.

6.  **Assignment.** No party to this Memorandum of Understanding may assign its rights or responsibilities without the prior written approval of the other parties.

7.  **Miscellaneous.** This Memorandum of Understanding shall be governed in all respects by the laws of the State of California. This Memorandum of Understanding may be executed in any number of counterparts, each of which when so executed shall be deemed an original, but such counterparts shall together constitute one and the same agreement.

Once fully executed, this Memorandum of Understanding, subject to the terms and conditions set forth above, will remain in effect until the earlier to occur of (a) the execution of the Definitive Agreements; or (b) any party provides written notice to the other parties of its intention to terminate the discussions regarding the Proposed Transaction. Thereafter, this Memorandum of Understanding shall be null and void and of no further force and effect, except for the provisions of paragraphs 2, 3, 4, 5, 6 and 7 hereof, each of which shall survive the expiration of this Memorandum of Understanding in accordance with its terms.

*(signature page follows)*

Beverly Hospital

By: _____
Name: Alice Cheng
Its: President and CEO

United MPH Ventures

By: _____
Name: CHARLES LIU
Its: CFO

COHMF

By: _____
Name: Harlan Levine
Its: Chief Executive
Date: October 22, 2015

3

EXHIBIT A

This outline sets forth certain terms for discussion regarding participation of the parties in the development and support of the Proposed Transaction. Although the parties intend and expect to proceed with a good faith negotiation of the Proposed Transaction based on the following terms and conditions, the obligations of the parties to consummate the Proposed Transaction shall be subject in all respects to the negotiation, execution and delivery of Definitive Agreements, the satisfaction of the terms and condition contained therein, and the approval of the Board of Directors, or authorized representatives, of each of the parties, if required.

1. **Parties:**
   a. Beverly Community Hospital Association dba Beverly Hospital, a California nonprofit public benefit corporation ("Beverly Hospital")
   b. United MPH Ventures LLC, a Delaware limited liability company ("United MPH Ventures")
   c. City of Hope Medical Foundation a California nonprofit public benefit corporation ("COHMF")
   d. City of Hope National Medical Center, a California nonprofit public benefit corporation ("COHNMC")

2. **Background:**
   a. United MPH Ventures, in partnership with Beverly Hospital, is developing space, procuring equipment, and establishing relationships with third parties in order to create a proton therapy center and more generally, a cancer center, in the city of Montebello to provide patients with, among other services, the state-of-the-art technology of proton beam therapy and access to a new community cancer center.
   b. COHMF and COHNMC, which together with the Beckman Research Institute, constitute a National Cancer Institute-designated Comprehensive Cancer Center, seeks to partner with United MPH Ventures and Beverly Hospital to create a destination center for proton beam therapy and a leading edge freestanding cancer center serving the Beverly Hospital community and international patients.

3. **Proton Center:**
   a. United MPH Ventures, with financial assistance from Pacific Medical Regional Center (a "Regional Center" within the meaning of the EB-5 Immigrant Investor Program under the Immigration Act of 1990, as amended), will fund the construction and start-up capital needs of (1) the Proton Center, (2) the Ambulatory Center, and (3) a parking structure. United MPH Ventures or an affiliate thereof will also develop or arrange for the development of a medical hotel facility on property adjacent to the Proton Center and the Ambulatory Center.
   b. United MPH Ventures and COHMF will enter into a long-term lease pursuant to which United MPH Ventures will lease the Proton Center and all of its equipment (except as

4

otherwise provided by COHMF) to COHMF, which will operate the Proton Center as a free-standing facility under COHMF. The Proton Center lease between United MPH Ventures and COHMF will provide for a per-click or other variable payment structure to allocate financial risk for the Proton Center operations to United MPH Ventures.

c. United MPH Ventures will, during the term of the Proton Center lease, provide economic support to COHMF in order to fund Proton Center operations, including adequate funds for COHMF to provide fair market value income guarantees to certain COHMF-affiliated physicians who will be providing full-time coverage of the Proton Center. The initial strategic plan and capital and operating budgets for the Proton Center shall be subject to the mutual agreement of United MPH Ventures and COHMF, and the provision of economic support by United MPH Ventures will be subject to such terms, conditions and limitations as may be mutually agreed upon by United MPH Ventures and COHMF and set forth in the Definitive Agreements.

d. City of Hope Medical Foundation (COHMF) will:
   i. Provide a nationally recognized, mutually agreed upon physician to serve as the medical director of the Proton Center; this physician will have deep knowledge and experience in proton therapy as well as the ability to build strong relationships across the medical landscape.
   ii. Be the exclusive provider of professional services (i.e. physicians), excluding primary care providers (i.e. internal medicine and general surgery) for the Proton Center.
   iii. Provide or arrange for the provision of all management and administrative staffing and services necessary or appropriate for the operation of the Proton Center.

e. Location and design of the Proton Center will be mutually agreed upon by United MPH Ventures, Beverly Hospital and COHMF, and the selection of the proton equipment and other major medical equipment to be provided by United MPH Ventures (and any material agreements related thereto) will be mutually agreed upon by United MPH Ventures and COHMF.

4. **Ambulatory Center**
   a. United MPH Ventures and COHMF will enter into a long-term lease pursuant to which United MPH Ventures will lease the Ambulatory Center and all of its equipment (except as otherwise provided by COHMF) to COHMF, which will operate the Ambulatory Center as a free-standing facility under COHMF. The Ambulatory Center lease between United MPH Ventures and COHMF will provide for a fair market value lease payments.
   b. The Ambulatory Center will provide the following: Medical Oncology, Surgical Oncology, Radiation Therapy (non-proton beam), infusion and such other oncological services as mutually agreed by the parties and set forth in the Ambulatory Center Lease.
   c. COHMF will be the exclusive provider of technical and professional services (e.g., physicians) at the Ambulatory Center, and will provide or arrange for the provision of all

5

   d. professional (e.g., physician), management and administrative staffing and services necessary or appropriate for the operation of the Ambulatory Center.
   d. Location and design of the Ambulatory Center will be mutually agreed upon by United MPH Ventures, Beverly Hospital and COHMF, and selection of the medical equipment (e.g., LINAC) to be provided by United MPH Ventures will be mutually agreed upon by United MPH Ventures and COHMF.
   e. United MPH Ventures will provide recruitment assistance, including income guarantees (as described above), to COHMF to bring oncologists into the market to meet market needs as agreed upon by both parties in support of the oncology program, and may provide other short-term economic support to COHMF as necessary in order to fund the initial start-up phase of operations of the Ambulatory Center.
   f. COHMF and United MPH Ventures will explore the development of an equity partnership, with COHMF owning a majority and controlling interest, to provide management and administrative services for the operation of the Ambulatory Center.

5. **International Screening Program**
   a. COHMF and COHNMC will work collaboratively with United Damei, China, United MPH Ventures and Beverly Hospital to develop a culturally sensitive, evidence-based program that will deliver concierge service and best practices screening programs and techniques (including molecular genetic testing) to address international market demand. The screening services will be delivered in Southern California.
   b. The parties will explore joint venture structures and other potential arrangements that will facilitate and allow shared investment and shared return with respect to the International Screening Program.

6. **Diagnostic and Support Services**
   a. COHMF and Beverly Hospital will work collaboratively to develop a structure for the provision of diagnostic imaging, clinical laboratory and other oncology-related diagnostic services for patients of the Proton Center and the Ambulatory Center.
   b. COHMF and Beverly Hospital will also work to define and document oncology-related support services that Beverly Hospital can provide to patients of the Proton Center and the Ambulatory Center to ensure the Proton Center and Ambulatory Center are differentiated and full-service for both local and international patients.

7. **International Outreach Program**
   a. United Damei, China has established a program to market in China on behalf of the Proton Center, so as to attract Chinese patients willing to travel to have treatment performed by the Proton Center. United Damei, China will provide and arrange for travel accommodations, including air and ground transportation, as well as room and board during the patient's stay in the United States.
   b. United Damei, China and COHNMC will work cooperatively, and COHNMC will make available the services and expertise of its International Medicine Program, to expand the

6

  scope of the international program to attract Chinese patients willing to travel for the services offered by the Ambulatory Center and other oncology-related services offered by COHMF and COHNMC.

c. United MPH Ventures, Beverly Hospital, COHMF and COHNMC will establish a co-branding arrangement and jointly develop branding strategies and marketing collateral for local and international audiences with respect to the Proton Center, the Ambulatory Center and the other oncology-related services offered by the parties on the Beverly Hospital campus.

*All provisions outlined above are subject to further legal, business and economic analysis and due diligence in order to gain comfort regarding financial viability and compliance with all applicable laws and regulations.*