# EXHIBIT 9

**To:** Lam, Stan[Stan.Lam@marcumllp.com]
**From:** Charles Liu
**Sent:** Thur 10/15/2015 2:14:05 AM
**Importance:** Normal
**Subject:** Re: New vehicle
**Received:** Thur 10/15/2015 2:13:38 AM

Thanks

> On Oct 14, 2015, at 19:02, Lam, Stan <Stan.Lam@marcumllp.com> wrote:
>
> OK.  I will send an introduction email to both you and him.
>
> Stan C. Lam, CPA
> Partner
> Marcum LLP
> 1920 Main Street, Suite 950
> Irvine, CA 92614
> P: (949) 236-5690
> F: (949) 236-5601
> Stan.Lam@marcumllp.com
>
> -----Original Message-----
> From: Charles Liu [mailto:charlesliu126@gmail.com]
> Sent: Wednesday, October 14, 2015 6:14 PM
> To: Lam, Stan <Stan.Lam@marcumllp.com>
> Subject: Re: New vehicle
>
> Ok. I do need lawer like that. It would be a waste of time for my current ones to handle this.
Thanks
>
>
>
>
>
>> On Oct 14, 2015, at 17:32, Lam, Stan <Stan.Lam@marcumllp.com> wrote:
>>
>> Charles,
>>
>> That's considered practicing law and I don't do that.  But I work with attorneys closely in Irvine.  If you'd like, I can introduce you to one who can do that for you easily.  Just let me know.
>>
>> Stan C. Lam, CPA
>> Partner
>> Marcum LLP
>> 1920 Main Street, Suite 950
>> Irvine, CA 92614
>> P: (949) 236-5690
>> F: (949) 236-5601
>> Stan.Lam@marcumllp.com
>>
>> -----Original Message-----

Exhibit 9 Page 315

FOIA Confidential Treatment Requsted

Marcum_CLiu_00010233

>> From: Charles Liu [mailto:charlesliu126@gmail.com]
>> Sent: Wednesday, October 14, 2015 5:17 PM
>> To: Lam, Stan <Stan.Lam@marcumllp.com>
>> Subject: Re: New vehicle
>>
>> Yes. Do you do this for clients?
>>
>>
>>
>>
>>
>>> On Oct 14, 2015, at 16:49, Lam, Stan <Stan.Lam@marcumllp.com> wrote:
>>>
>>> Charles,
>>>
>>> Just wanted to clarify - Do you have someone working on this for you, or are you asking me to help you with the setup?
>>>
>>> Stan C. Lam, CPA
>>> Partner
>>> Marcum LLP
>>> 1920 Main Street, Suite 950
>>> Irvine, CA 92614
>>> P: (949) 236-5690
>>> F: (949) 236-5601
>>> Stan.Lam@marcumllp.com
>>>
>>> -----Original Message-----
>>> From: Charles Liu [mailto:charlesliu126@gmail.com]
>>> Sent: Wednesday, October 14, 2015 4:20 PM
>>> To: Lam, Stan <Stan.Lam@marcumllp.com>
>>> Subject: New vehicle
>>>
>>> Stan,
>>>
>>> I need to set up a new vehicle in CA to work with City of Hope.
>>>
>>> Proposed name: Beverly Cancer Center, LLC
>>>
>>> Holding Company: United MPH Ventures LLC
>>>
>>> Thanks, Charles
>>>
>>>
>>>
>>>
>>>
>>> CONFIDENTIALITY NOTICE:
>>> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.
>>>

>>> DISCLAIMER:
>>> This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation.  It should not be used or interpreted as tax or professional advice, unless otherwise stated.  Those seeking such advice should contact a member of our firm.  Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship.  Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.
>>
>> CONFIDENTIALITY NOTICE:
>> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.
>>
>> DISCLAIMER:
>> This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation.  It should not be used or interpreted as tax or professional advice, unless otherwise stated.  Those seeking such advice should contact a member of our firm.  Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship.  Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.
>
> CONFIDENTIALITY NOTICE:
> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.
>
> DISCLAIMER:
> This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation.  It should not be used or interpreted as tax or professional advice, unless otherwise stated.  Those seeking such advice should contact a member of our firm.  Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship.  Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.
>
>

Exhibit 9 Page 317

FOIA Confidential Treatment Requsted                                                   Marcum_CLiu_00010235