# EXHIBIT 10

| | |
|---|---|
| **From:** | Charles Liu |
| **To:** | Levine, Harlan |
| **CC:** | Jill Gordon; Michael Hunn |
| **Sent:** | 10/19/2015 8:59:06 PM |
| **Subject:** | Mr. Michael Hunn |

Dear Mr. Harlan,

I would like to inform you that Mr. Michael Hunn has been engaged by my firm as my representative to work with City of Hope regarding our proposed partnership and joint ventures.

All the best,

Charles Liu
President & CEO
United MPH Ventures, LLC

Exhibit 10 Page 318
COH-SEC 0000506
Confidential Treatment Requested by City of Hope