# EXHIBIT 11



**UNITED MPH VENTURES, LLC**

March 10, 2016

Dear Sir or Madam,

United MPH Ventures, LLC is in development of a series of cancer-treating proton therapy centers across the U.S. In order to manage the development and engineering of these centers, it intends to hire Mr. Yi ZHANG (birthdate Aug 9, 1969) as a W-2 employee to head up our engineering department.

Mr. Zhang's title will be Engineering Manager, and his salary will start at USD $160,000 per year, plus a potential bonus based on performance. He will operate out of our head office in Laguna Niguel, CA. His job duties will include managing our engineering department and helping to plan the construction and development of our first proton therapy center in Montebello, California, as well as additional future developments.

This is a specialized position for which I have been unable to find an adequate employee, other than Mr. Zhang. His employment will not adversely affect anyone else employed at the company, and there is no strike or lockout at our company.

Please do not hesitate to contact me at 949-365-0088 with any questions about Mr. Zhang's employment.

Sincerely,

Charles C Liu
President & CEO

Project Address:
105 W Beverly Blvd
Montebello, CA 90640

Corporate Address:
28202 Cabot Road, Suite 640
Laguna Niguel, CA 92677 USA

(949) 365-0088 tel
(949) 365-1088 fax
www.unitedmph.com