# EXHIBIT 12

| | |
|---|---|
| **From:** | Cheng, Alice |
| **To:** | Levine, Harlan |
| **CC:** | Charles Liu; Michael Hunn (michael.hunn@cox.net); Jensen, Vincent; Berkey, Anita |
| **Sent:** | 11/18/2015 12:16:27 AM |
| **Subject:** | RE: Meeting to dicuss Dr. Thropay and Dr. Wong |

Hi Dr. Levine:

Short answer to your question, I don't think Dr. Thropay is interested in employment with COH.  As outlined in the MOU, Charles' vision for the Cancer Center is strictly between United MHP, COH, and Beverly. Dr. Thropay's ownership and involvement are limited to Beverly Proton Center only.  Dr. Thropay understands that the plan is to bring a nationally renowned proton specialist to lead the Center. Based on Charles' and my meeting with Dr. Thropay and his sister, Ruth Lopez (who's also his business manager), the main reason they don't want to collaborate with COH is Dr. Wong.  They don't understand why Dr. Wong has been going around making defamatory comments about Dr. Thropay.  Dr. Thropay said he's only met Dr. Wong once.  His sister was exptremely emotional when I confirmed with her the decision to enter into the DA process with COH.  She felt that Dr. Thropay was betrayed by both Charles and Beverly for working with their "enemy". As such, they both are refusing to compromise in this partnership.  I just want to provide you with this background information for our discussion on Friday.

Look forward to our call on Friday, thanks.

Alice

---

**From:** Levine, Harlan [mailto:hlevine@coh.org]
**Sent:** Tuesday, November 17, 2015 10:06 AM
**To:** Cheng, Alice
**Cc:** Charles Liu; Michael Hunn (michael.hunn@cox.net); Jensen, Vincent; Berkey, Anita
**Subject:** RE: Meeting to dicuss Dr. Thropay and Dr. Wong

Hi Alice,

Thanks for your note.  We will meet internally to address the questions you raise below.  It would be helpful to hear your ideas on what you believe Dr. Thropay is interested in.  I think we agreed that he does not bring expertise in Proton Beam, so it sounds as if the interest is in the radiation therapy center in the new cancer center.  Is this correct and has he indicated any specific desire.  For a variety of reasons, we employ our physicians that work at COH centers…do you believe Dr. Thropay is seeking an employment model.

We will explore what issues may exist, but it would be helpful to understand a bit better what Dr. Thropay is thinking.

In terms of meeting, Vince and I are pleased to meet or schedule a call.  Given schedules and the fact I am taking off next week, a call may be optimal.  I am trying to rearrange the schedule to be free on Friday at either noon or 3 p.m. Will either of these work for you and Michael?

Harlan

---

**From:** Cheng, Alice [mailto:acheng@beverly.org]
**Sent:** Monday, November 16, 2015 4:22 PM
**To:** Levine, Harlan
**Cc:** Charles Liu; Michael Hunn (michael.hunn@cox.net)
**Subject:** RE: Meeting to dicuss Dr. Thropay and Dr. Wong

Hi Dr. Levine:

Mr. Liu met with Dr. Thropay on Friday per our discussion over the dinner last Wednesday.  Michael and I would like to see if we could meet with you and Vince to obtain your input and feedback on the relationship between two physicians before recommending a solution.  Mr. Liu understands Dr. Thropay is his issue to address and he still intends to do

Exhibit 12 Page 320
COH-SEC 0000546
Confidential Treatment Requested by City of Hope

so.  However, in absence of the knowledge of what exactly is Dr. Wong's issue with Dr. Thropay , it's hard to structure a win-win relationship.  Mr. Liu wants to resolve this ASAP.  It's obvious that the issue will hamper the progress of the definitive agreements among the parties.

I understand you have a busy schedule, if it works out better on the phone for you and Vince, I will schedule the call. Michael and I can also meet for breakfast, lunch or normal business hours.  Please advise and I will have my office coordinate with your Assistant, Anita.

Best,

*Alice*

--------------------------------------------------------------------
*SECURITY/CONFIDENTIALITY WARNING:
This message and any attachments are intended solely for the individual or entity to which they are addressed. This communication may contain information that is privileged, confidential, or exempt from disclosure under applicable law (e.g., personal health information, research data, financial information). Because this e-mail has been sent without encryption, individuals other than the intended recipient may be able to view the information, forward it to others or tamper with the information without the knowledge or consent of the sender. If you are not the intended recipient, or the employee or person responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of the communication is strictly prohibited. If you received the communication in error, please notify the sender immediately by replying to this message and deleting the message and any accompanying files from your system. If, due to the security risks, you do not wish to receive further communications via e-mail, please reply to this message and inform the sender that you do not wish to receive further e-mail from the sender. (fpc5p)
--------------------------------------------------------------------

Exhibit 12 Page 321
COH-SEC 0000547
Confidential Treatment Requested by City of Hope