# EXHIBIT 13



United MPH Ventures, LLC
28202 Cabot Road, Suite 640
Laguna Niguel, CA 92677

Dear Charles,

Enclosed are the following partnership returns prepared on behalf of United MPH Ventures, LLC for the year ended December 31, 2014.

    2014 U.S. Return of Partnership Income
    2014 IRS e-file Signature Authorization for Form 1065

The original of each of the above mentioned returns should be dated and signed in accordance with the filing instructions included with the copy of the return. This copy is for your use and should be retained for your files.

These return(s) were prepared from information provided by you or your representative. The preparation of tax returns does not include the independent verification of information used. Therefore, we recommend you review the return(s) before signing to ensure there are no omissions or misstatements. If you note anything which may require a change to the return(s), please contact us before filing them.

Tax or professional advice contained in or accompanying this document, unless otherwise specifically stated, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter that is contained in or accompanying this document. In addition, unless otherwise specifically stated, any advice provided shall not be deemed a formal tax opinion upon which the addressee can rely.

We appreciate this opportunity to serve you. Please contact us if you have any questions or if we may be of further assistance.

Sincerely,


Marcum LLP



Marcum LLP ▪ 1920 Main Street ▪ Suite 950 ▪ Irvine, California 92614 ▪ Phone 949.236.5600 ▪ Fax 949.236.5601 ▪ www.marcumllp.com
XL485 1.000

EXHIBIT 128   2-24-2021   C Liu

UNITED TAX RETURNS 000002
Exhibit 13 Page 322
SEC-LiuWang-E-0000885



**MARCUM**
ACCOUNTANTS ▲ ADVISORS

United MPH Ventures, LLC
Instructions for Filing
Form 8879-PE
2014 IRS e-file Signature Authorization for Form 1065
for the year ended December 31, 2014

The original form should be signed (using full name and title) and dated by an authorized general partner or limited liability company member manager of the partnership.

The signed form should be returned on or before September 15, 2015:

Marcum LLP
1920 Main Street, Suite 950
Irvine, CA 92614-8216

Or Fax to: 949-236-5601

DO NOT separately file a paper Form 1065 with the Internal Revenue Service. Doing so will delay the processing of your return.

We must receive your signed form before we can electronically transmit your return. The Internal Revenue Service will notify us when your return is accepted. Please note that the IRS does not consider your return as filed until they confirm acceptance of the return.



MARCUM GROUP
MEMBER

Marcum LLP ▪ 1920 Main Street ▪ Suite 950 ▪ Irvine, California 92614 ▪ Phone 949.236.5600 ▪ Fax 949.236.5601 ▪ www.marcumllp.com
XL485 1.000

| Form **8879-PE** | IRS *e-file* Signature Authorization for Form 1065 | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Do not send to the IRS. Keep for your records.<br>▶ Information about Form 8879-PE and its instructions is at *www.irs.gov/form8879pe*.<br>For calendar year 2014, or tax year beginning _____, 2014, and ending _____, 20 ___. | 20**14** |

Name of partnership: UNITED MPH VENTURES, LLC

Employer identification number: 46-2669607

### Part I — Return Information (Whole dollars only)

| | | |
|---|---|---|
| 1 | Gross receipts or sales less returns and allowances (Form 1065, line 1c) | 1 |
| 2 | Gross profit (Form 1065, line 3) | 2 |
| 3 | Ordinary business income (loss) (Form 1065, line 22) | 3 |
| 4 | Net rental real estate income (loss) (Form 1065, Schedule K, line 2) | 4 |
| 5 | Other net rental income (loss) (Form 1065, Schedule K, line 3c) | 5 |

### Part II — Declaration and Signature Authorization of General Partner or Limited Liability Company Member Manager (Be sure to get a copy of the partnership's return)

Under penalties of perjury, I declare that I am a general partner or limited liability company member manager of the above partnership and that I have examined a copy of the partnership's 2014 electronic return of partnership income and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the partnership's electronic return of partnership income. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the partnership's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission and **(b)** the reason for any delay in processing the return. I have selected a personal identification number (PIN) as my signature for the partnership's electronic return of partnership income.

**General Partner or Limited Liability Company Member Manager's PIN: check one box only**

[X] I authorize MARCUM LLP to enter my PIN  8 3 4 3 3  as my signature
                ERO firm name                                     do not enter all zeros
on the partnership's 2014 electronically filed return of partnership income.

[ ] As a general partner or limited liability company member manager of the partnership, I will enter my PIN as my signature on the partnership's 2014 electronically filed return of partnership income.

General partner or limited liability company member manager's signature ▶ _____

Title ▶ MANAGING MEMBER          Date ▶ 08/28/2015

### Part III — Certification and Authentication

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN.   3 0 7 6 2 5 1 1 1 9 8
                                                                                                         do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2014 electronically filed return of partnership income for the partnership indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____     Date ▶ _____

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.          Form **8879-PE** (2014)

| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2014, or tax year beginning _____, 2014, ending _____, 20___. ▶ Information about Form 1065 and its separate instructions is at *www.irs.gov/form1065*. | **2014** |

| A Principal business activity | Name of partnership | D Employer identification number |
|---|---|---|
| FINANCE | UNITED MPH VENTURES, LLC | 46-2669607 |
| B Principal product or service | Number, street, and room or suite no. If a P.O. box, see the instructions. | E Date business started |
| FINANCIAL SERVICES | Type or Print | 28202 CABOT ROAD, SUITE 640 | 04/19/2013 |
| C Business code number | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see the instructions) |
| 525990 | LAGUNA NIGUEL, CA 92677 | $ |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
(6) ☐ Technical termination - also check (1) or (2)
H Check accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ▶ _____
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 3
J Check if Schedules C and M-3 are attached . . . . . . . . . . . . . . . . . . . . . . . ☐

**Caution.** Include *only* trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**

| 1a | Gross receipts or sales | 1a | |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 6 | |
| 7 | Other income (loss) (attach statement) | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | |

**Deductions** (see the instructions for limitations)

| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest | 15 | |
| 16a | Depreciation (if required, attach Form 4562) | 16a | |
| b | Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach statement) | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | 22 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

▶ _____ Signature of general partner or limited liability company member manager ▶ Date _____

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| STAN C LAM | | | | P00074208 |
| Firm's name ▶ MARCUM LLP | | | | Firm's EIN ▶ 11-1986323 |
| Firm's address ▶ 1920 MAIN STREET, SUITE 950 IRVINE, CA 92614-8216 | | | | Phone no. 949-236-5600 |

For Paperwork Reduction Act Notice, see separate instructions.  Form **1065** (2014)

Form 1065 (2014)    UNITED MPH VENTURES, LLC    46-2669607    Page **2**

| Schedule B | Other Information |
| --- | --- |

| | | Yes | No |
| --- | --- | --- | --- |
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company    d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership    f ☐ Other ▶ | | |
| 2 | At any time during the tax year, was any partner in the partnership a disregarded entity, a partnership (including an entity treated as a partnership), a trust, an S corporation, an estate (other than an estate of a deceased partner), or a nominee or similar person? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 3 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 4 | At the end of the tax year, did the partnership: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
| --- | --- | --- | --- |
| MP MEDICAL HOTEL, INC. | 46-2664243 | US | 75.000 |
| | | | |
| | | | |
| | | | |

| | | Yes | No |
| --- | --- | --- | --- |
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
| --- | --- | --- | --- |
| 5 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 6 | Does the partnership satisfy **all four** of the following conditions? | | |
| a | The partnership's total receipts for the tax year were less than $250,000. | | |
| b | The partnership's total assets at the end of the tax year were less than $1 million. | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| d | The partnership is not filing and is not required to file Schedule M-3 . . . . . . . . . . . . . . . . . . . . . . . | X | |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item L on Schedule K-1. | | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? . . . . . . . . . . . . . . . . . . | | X |
| 8 | During the tax year, did the partnership have any debt that was cancelled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 9 | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 10 | At any time during calendar year 2014, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country. ▶ | | X |

JSA
4P1020 2.000

Form **1065** (2014)

Form 1065 (2014) UNITED MPH VENTURES, LLC      46-2669607      Page **3**

| Schedule B | Other Information *(continued)* | | |
|---|---|---|---|
| | | Yes | No |
| 11 | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| 12a | Is the partnership making, or had it previously made (and not revoked), a section 754 election? See instructions for details regarding a section 754 election. | | X |
| b | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 13 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year). ▶ ☐ | | |
| 14 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 15 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities, enter the number of Forms 8858 attached. See instructions ▶ | | |
| 16 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership. ▶ | | X |
| 17 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return. ▶ | | |
| 18a | Did you make any payments in 2014 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | X |
| 19 | Enter the number of Form(s) 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return. ▶ | | |
| 20 | Enter the number of partners that are foreign governments under section 892. ▶ | | |

**Designation of Tax Matters Partner** (see instructions)
Enter below the general partner or member-manager designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ CHARLES LIU           Identifying number of TMP ▶ REDACTED -4324

If the TMP is an entity, name of TMP representative ▶           Phone number of TMP ▶

Address of designated TMP ▶ 28202 CABOT ROAD, SUITE 640
LAGUNA NIGUEL          CA   92677

Form **1065** (2014)

Form 1065 (2014) UNITED MPH VENTURES, LLC 46-2669607 Page **4**

### Schedule K — Partners' Distributive Share Items

| | | Total amount |
|---|---|---|
| **Income (Loss)** | | |
| 1 | Ordinary business income (loss) (page 1, line 22) | 1 |
| 2 | Net rental real estate income (loss) (attach Form 8825) | 2 |
| 3a | Other gross rental income (loss) …… 3a | |
| b | Expenses from other rental activities (attach statement) …… 3b | |
| c | Other net rental income (loss). Subtract line 3b from line 3a | 3c |
| 4 | Guaranteed payments | 4 |
| 5 | Interest income | 5 |
| 6 | Dividends: a Ordinary dividends | 6a |
| | b Qualified dividends …… 6b | |
| 7 | Royalties | 7 |
| 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 |
| 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a |
| b | Collectibles (28%) gain (loss) …… 9b | |
| c | Unrecaptured section 1250 gain (attach statement) …… 9c | |
| 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 |
| 11 | Other income (loss) (see instructions) Type ▶ | 11 |
| **Deductions** | | |
| 12 | Section 179 deduction (attach Form 4562) | 12 |
| 13a | Contributions | 13a |
| b | Investment interest expense | 13b |
| c | Section 59(e)(2) expenditures: (1) Type ▶ _____ (2) Amount ▶ | 13c(2) |
| d | Other deductions (see instructions) Type ▶ | 13d |
| **Self-Employment** | | |
| 14a | Net earnings (loss) from self-employment | 14a |
| b | Gross farming or fishing income | 14b |
| c | Gross nonfarm income | 14c |
| **Credits** | | |
| 15a | Low-income housing credit (section 42(j)(5)) | 15a |
| b | Low-income housing credit (other) | 15b |
| c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 15c |
| d | Other rental real estate credits (see instructions) Type ▶ | 15d |
| e | Other rental credits (see instructions) Type ▶ | 15e |
| f | Other credits (see instructions) Type ▶ | 15f |
| **Foreign Transactions** | | |
| 16a | Name of country or U.S. possession ▶ | |
| b | Gross income from all sources | 16b |
| c | Gross income sourced at partner level | 16c |
| | Foreign gross income sourced at partnership level | |
| d | Passive category ▶ _____ e General category ▶ _____ f Other ▶ | 16f |
| | Deductions allocated and apportioned at partner level | |
| g | Interest expense ▶ _____ h Other ▶ | 16h |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| i | Passive category ▶ _____ j General category ▶ _____ k Other ▶ | 16k |
| l | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l |
| m | Reduction in taxes available for credit (attach statement) | 16m |
| n | Other foreign tax information (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | | |
| 17a | Post-1986 depreciation adjustment | 17a |
| b | Adjusted gain or loss | 17b |
| c | Depletion (other than oil and gas) | 17c |
| d | Oil, gas, and geothermal properties - gross income | 17d |
| e | Oil, gas, and geothermal properties - deductions | 17e |
| f | Other AMT items (attach statement) | 17f |
| **Other Information** | | |
| 18a | Tax-exempt interest income | 18a |
| b | Other tax-exempt income | 18b |
| c | Nondeductible expenses | 18c |
| 19a | Distributions of cash and marketable securities | 19a |
| b | Distributions of other property | 19b |
| 20a | Investment income | 20a |
| b | Investment expenses | 20b |
| c | Other items and amounts (attach statement) | |

Form **1065** (2014)

Form 1065 (2014) UNITED MPH VENTURES, LLC  46-2669607  Page **5**

**Analysis of Net Income (Loss)**

1. Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1**

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | | | | | |

**Schedule L — Balance Sheets per Books**

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | | | | |
| 7a Loans to partners (or persons related to partners) | | | | |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | | | | |
| 14 Total assets | | | | |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | | | |
| 22 Total liabilities and capital | | | | |

**Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return**
Note. The partnership may be required to file Schedule M-3 (see instructions).

1. Net income (loss) per books
2. Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): _____
3. Guaranteed payments (other than health insurance)
4. Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize):
   a Depreciation $ _____
   b Travel and entertainment $ _____
5. Add lines 1 through 4

6. Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize):
   a Tax-exempt interest $ _____
7. Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize):
   a Depreciation $ _____
8. Add lines 6 and 7
9. Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5

**Schedule M-2 — Analysis of Partners' Capital Accounts**

1. Balance at beginning of year
2. Capital contributed: a Cash
   b Property
3. Net income (loss) per books
4. Other increases (itemize): _____
5. Add lines 1 through 4

6. Distributions: a Cash
   b Property
7. Other decreases (itemize): _____
8. Add lines 6 and 7
9. Balance at end of year. Subtract line 8 from line 5

JSA
4P1035 2.000

Form **1065** (2014)

| SCHEDULE B-1 (Form 1065) (Rev. December 2011) Department of the Treasury Internal Revenue Service | Information on Partners Owning 50% or More of the Partnership ▶ Attach to Form 1065. See instructions on back. | OMB No. 1545-0099 |
|---|---|---|
| **Name of partnership** UNITED MPH VENTURES, LLC | | **Employer identification number (EIN)** 46-2669607 |

**Part I    Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3a)

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II    Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 3b)

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| CHARLES LIU | REDACTED -4324 | US | 75.000 |
| | | | |
| | | | |
| | | | |
| | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1065.   Schedule B-1 (Form 1065) (Rev. 12-2011)

JSA
4P1038 1.000

UNITED TAX RETURNS 000010
Exhibit 13 Page 330
SEC-LiuWang-E-0000893

651113

| | | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

## Schedule K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

**2014**
For calendar year 2014, or tax year beginning _____, 2014
ending _____, 20 __

### Partner's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | | |
| | | | 19 | Distributions |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | |

*See attached statement for additional information.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
46-2669607

**B** Partnership's name, address, city, state, and ZIP code
UNITED MPH VENTURES, LLC
28202 CABOT ROAD, SUITE 640
LAGUNA NIGUEL, CA 92677

**C** IRS Center where partnership filed return
EFILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II — Information About the Partner

**E** Partner's identifying number  1
REDACTED-4324

**F** Partner's name, address, city, state, and ZIP code
CHARLES LIU
28202 CABOT ROAD, SUITE 640
LAGUNA NIGUEL, CA 92677

**G** [X] General partner or LLC member-manager    [ ] Limited partner or other LLC member

**H** [X] Domestic partner    [ ] Foreign partner

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 1.000000 % | 75.000000 % |
| Loss | 1.000000 % | 75.000000 % |
| Capital | 1.000000 % | 75.000000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . $ _____
Qualified nonrecourse financing . . $ _____
Recourse . . . . . . . . $ _____

**L** Partner's capital account analysis:
Beginning capital account . . . . . $ _____
Capital contributed during the year . $ _____
Current year increase (decrease) . . $ _____
Withdrawals & distributions . . . . $ ( _____ )
Ending capital account . . . . . . $ _____

[X] Tax basis   [ ] GAAP   [ ] Section 704(b) book   [ ] Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
[ ] Yes   [X] No
If "Yes," attach statement (see instructions)

For Paperwork Reduction Act Notice, see Instructions for Form 1065.    IRS.gov/form1065    Schedule K-1 (Form 1065) 2014
JSA
4P1200 2.000

UNITED TAX RETURNS 000011
Exhibit 13 Page 331
SEC-LiuWang-E-0000894

# Schedule K-1 (Form 1065) 2014

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____, 2014 ending _____, 20 ___

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

651113

| | |
|---|---|
| X Final K-1 | ☐ Amended K-1 |

OMB No. 1545-0123

## Part I — Information About the Partnership

**A** Partnership's employer identification number
46-2669607

**B** Partnership's name, address, city, state, and ZIP code
UNITED MPH VENTURES, LLC
28202 CABOT ROAD, SUITE 640
LAGUNA NIGUEL, CA 92677

**C** IRS Center where partnership filed return
EFILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

## Part II — Information About the Partner

**E** Partner's identifying number
REDACTED-4324

**F** Partner's name, address, city, state, and ZIP code
CHARLES LIU
28202 CABOT ROAD, SUITE 640
LAGUNA NIGUEL, CA 92677

**G** ☐ General partner or LLC member-manager   [X] Limited partner or other LLC member

**H** [X] Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner?  INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

| | Beginning | Ending |
|---|---|---|
| Profit | 99.000000 % | NONE % |
| Loss | 99.000000 % | NONE % |
| Capital | 99.000000 % | NONE % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . . . . $
Qualified nonrecourse financing . . $
Recourse . . . . . . . . . . . . $

**L** Partner's capital account analysis:
Beginning capital account . . . . . $
Capital contributed during the year . $
Current year increase (decrease) . . $
Withdrawals & distributions . . . . $ (          )
Ending capital account . . . . . . $

[X] Tax basis  ☐ GAAP  ☐ Section 704(b) book  ☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes  [X] No
If "Yes," attach statement (see instructions)

## Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   IRS.gov/form1065   Schedule K-1 (Form 1065) 2014

JSA
4P1200 2.000

UNITED TAX RETURNS 000012
Exhibit 13 Page 332
SEC-LiuWang-E-0000895

# Schedule K-1 (Form 1065) 2014

Department of the Treasury
Internal Revenue Service

For calendar year 2014, or tax year beginning _____, 2014 ending _____, 20 ___

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

**651113**

## Partner's Share of Income, Deductions, Credits, etc.
▶ See back of form and separate instructions.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
46-2669607

**B** Partnership's name, address, city, state, and ZIP code
UNITED MPH VENTURES, LLC
28202 CABOT ROAD, SUITE 640
LAGUNA NIGUEL, CA  92677

**C** IRS Center where partnership filed return
EFILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's identifying number
REDACTED-2665

**F** Partner's name, address, city, state, and ZIP code
XIN WANG
28202 CABOT ROAD, SUITE 640
LAGUNA NIGUEL, CA  92677

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I1** What type of entity is this partner? INDIVIDUAL

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital (see instructions):

|  | Beginning | Ending |
|---|---|---|
| Profit | % | 25.000000 % |
| Loss | % | 25.000000 % |
| Capital | % | 25.000000 % |

**K** Partner's share of liabilities at year end:
Nonrecourse . . . . . . . . . . $ _____
Qualified nonrecourse financing . . $ _____
Recourse . . . . . . . . . . $ _____

**L** Partner's capital account analysis:
Beginning capital account . . . . $ _____
Capital contributed during the year . $ _____
Current year increase (decrease) . . $ _____
Withdrawals & distributions . . . . $ ( _____ )
Ending capital account . . . . . $ _____

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No
If "Yes," attach statement (see instructions)

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| # | Item | # | Item |
|---|---|---|---|
| 1 | Ordinary business income (loss) | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | |
| | | 19 | Distributions |
| 12 | Section 179 deduction | | |
| 13 | Other deductions | | |
| | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | |

*See attached statement for additional information.

For IRS Use Only

For Paperwork Reduction Act Notice, see Instructions for Form 1065.   IRS.gov/form1065   Schedule K-1 (Form 1065) 2014
JSA
4P1200 2.000

UNITED TAX RETURNS 000013
Exhibit 13 Page 333
SEC-LiuWang-E-0000896