# EXHIBIT 16

| | |
|---|---|
| **From:** | Levine, Harlan |
| **To:** | Michael Hunn |
| **CC:** | Berkey, Anita |
| **Sent:** | 10/21/2015 9:38:34 PM |
| **Subject:** | RE: Mevion Medical Systems to Install a Proton Therapy System in Switzerland |

Michael,

I am in China all week next week; you can meet with my SVP and team, or wait to the following week. I am okay either way.
I will call you around 3:30 p.m. tomorrow (Thursday) if that is convenient for you?

Regards,

Harlan

P.S. As discussed, I am copying my assistant, Anita Berkey, who can help coordinate my calendar and those of my team.

---

**From:** Michael Hunn [mailto:michael.hunn@cox.net]
**Sent:** Wednesday, October 21, 2015 1:40 PM
**To:** Levine, Harlan
**Cc:** Stone, Robert
**Subject:** Mevion Medical Systems to Install a Proton Therapy System in Switzerland

Harlan,

Good talking with you this morning. I did a site visit at the Beverly Campus today. Attached is the Proton vendor that I mentioned.

I spoke to Jill Gordon and know that the MOU has been distributed for signature by the parties. Jill and I will be meeting on Friday. I was hoping to schedule a time to meet with you and the team at COH next week - let me know what time would work best.

http://mevion.com/news/1105-mevion-medical-systems-to-install-a-proton-therapy-system-in-switzerland

Looking forward to working with you and Robert again.

*Michael*

Michael Hunn
Healthcare Advisor
michael.hunn@cox.net
714-272-9639

IMPORTANT NOTICE TO RECIPIENT: This email is meant only for the intended recipient of the transmission. In addition, this email may be a communication that is privileged by law. If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited. Please notify us immediately of the error by return email, and please delete this email from your system. Thank you for your cooperation.