# EXHIBIT 17

| | |
|---|---|
| **From:** | Michael Hunn |
| **To:** | Levine, Harlan; Jensen, Vincent |
| **CC:** | Berkey, Anita |
| **Sent:** | 11/4/2015 1:22:15 PM |
| **Subject:** | Proton Project Working Agenda 11.4.15 (CONFIDENTIAL) |
| **Attachments:** | ATT00001.htm; Proton Project Working Agenda 11.4.15.doc |

Vince and Harlan,

For your review - I wanted to begin a working DRAFT Agenda. For our call today I would like to establish a plan for meeting schedule's.

We can edit this as needed. It is just a DRAFT.

**City of Hope Meeting Agenda November 4th, 2015**
**Teleconference 4:00pm - 4:30pm**

| | |
|---|---|
| Dr. Harlan Levine, COH | Alice Cheng, Beverly Hospital |
| Vince Jensen, COH | Michael Hunn, Advisor for United MPH Ventures, LLC |

------

<u>*AGENDA (WORKING DRAFT FOR REVIEW)*</u>

*MOU - LEGAL STRUCTURES AND AGREEMENTS*
- Definitive Agreement between COHMF & United MPH Ventures LLC ("United")
- Long Term Lease between COHMF & United (FMV)
- Partnership Agreement between COHMF & United (FMV)
- United Land, Equipment and Parking Garage for the Proton Center
- United Cancer Center Plans
- Beverly Hospital Ancillary Agreements -Imaging, Lab and ONC Diagnostics etc.
- Physician Agreements
- Business Plans for:   Proton Center
  Cancer Center
  International Screening Center
  International Outreach Program
  Medical Hotel
  *(including Pro-Forma Financials)*
- Per Click Charges and Allocated Financial Risks and Stop Loss Agreements
- Proton Center and Cancer Center Staffing Organizational Structures
- % Ownership Interests in the Proton Center United 70% Other up to 30%
- Flow of Monies
- Governance
- Other

*PROTON CENTER DISCUSSION*
- Equipment Selection (Mevion Proton System)
- Meeting with Mevion SVP Mike Cogswell and Dr. Lionel Bouchet
  to discuss clinical capabilities of the System - Tentative 11.10.15
- Licensing and 1206L Review
- Other

*PHYSICIAN LEADERSHIP/EXPERTS*
- COH Physician - Jeff Wong, MD - Chair of Radiation Oncology
- Clinical Review of Capabilities along with Dr. Tim Schultheiss
- COH Engaged Physician Consultant - Proton Physicist TBD
- Proton Center Medical Director - MD Skill Set and Recruitment time-frames
- Other

*EQUIPMENT/BUILDING DESIGN/CONSTRUCTION/LICENSING*
- Mevion vaults at one (1) story down vs three (3) for conventional Proton Systems
- Architect Firm being selected by United MPH Ventures, LLC
- Design for Site and OSHPD 3
- Confirm Licensing as Free-Standing vs Acute Based for Reimbursement
- Other

TEAMS

Exhibit 17 Page 402
**COH-SEC 0000470**
**Confidential Treatment Requested by City of Hope**

- Negotiating Teams and Meeting Schedules - MOU Dated 10.22.15
    (Meetings on site in Montebello Recommended)
- Physician Teams on Clinical Services
- Design and Construction Teams
- Marketing and Communications Teams - US and China
- Other Teams TBD

CANCER CENTER
- Medical Oncology
- Surgical Oncology
- Radiation Therapy (non-Proton)
- Other

ISSUES LIST FOR DISCUSSION
- Role for Dr. Thropay
- Contact Information List - Heidi Hebson to provide.
- Meeting Schedule in Montebello for negotiations - 120 day Plan
- Other

------

Exhibit 17 Page 403
**COH-SEC 0000471**
**Confidential Treatment Requested by City of Hope**