# EXHIBIT 18

| | |
|---|---|
| **From:** | Michael Hunn |
| **To:** | Hebson, Heidi |
| **CC:** | Jensen, Vincent; Levine, Harlan; Alice Cheng; Mike Cogswell |
| **Sent:** | 11/16/2015 3:16:23 PM |
| **Subject:** | Re: Communications Planning - Drafts Pending |

Heidi,

I am working on a draft communication for United MPH Ventures, LLC ("United") and am also coordinating the communication with Mevion. Mevion is drafting a press release on the purchase of the Proton System by United. I would recommend that we match the communications for consistency. I will forward to you tomorrow so that you can review what is being drafted. We want to be in sync and look forward to your input.

Additionally, United is soliciting a proposal for a web-site from the same web-developer that created the one in Jacksonville, FL with Dr. Ackerman. FYI.

Let me know if you have any questions. Thanks Heidi.


Michael


Michael Hunn
Healthcare Advisor
michael.hunn@cox.net
714-272-9639

IMPORTANT NOTICE TO RECIPIENT:  This email is meant only for the intended recipient of the transmission.  In addition, this email may be a communication that is privileged by law.  If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited.  Please notify us immediately of the error by return email, and please delete this email from your system.  Thank you for your cooperation.

On Nov 13, 2015, at 10:06 AM, Michael Hunn <michael.hunn@cox.net> wrote:

Heidi,

I will draft up the communication and send to you for review if that works for you?

Michael

Michael Hunn
Healthcare Advisor
michael.hunn@cox.net
714-272-9639 (c)


On Nov 13, 2015, at 9:04 AM, Hebson, Heidi <HHebson@coh.org> wrote:

Thank you Michael. Our communications team will want to see the draft release, script and any associated documents in both English and Chinese (and any other languages). They have some ideas around how we would be comfortable framing CoH's involvement given the definitive documents have not been executed. Who is supporting you on the drafting of these pieces? I would like to connect them directly to our Communications team.

Exhibit 18 Page 404

COH-SEC 0000761
Confidential Treatment Requested by City of Hope

Heidi

On Nov 13, 2015, at 7:53 AM, Michael Hunn <michael.hunn@cox.net> wrote:

Heidi,

Here are the responses to the communications planning. Let me know if you have any questions.

Thanks for putting this together.

Michael

Michael Hunn
Healthcare Advisor
michael.hunn@cox.net
714-272-9639

IMPORTANT NOTICE TO RECIPIENT:  This email is meant only for the intended recipient of the transmission.  In addition, this email may be a communication that is privileged by law.  If you received this email in error, any review, use, disclosure, distribution, or copying of this email is strictly prohibited.  Please notify us immediately of the error by return email, and please delete this email from your system.  Thank you for your cooperation.

On Nov 11, 2015, at 10:34 AM, "Hebson, Heidi" <HHebson@coh.org> wrote:

*Investors:*
*EB5 Investors of United MPH Ventures, LLC*

*Specific Need:*
*Update on Progress of the Project - Time Frames and Overview of Plans*

*Type of Announcement (written, verbal):Written*
*Proposed Announcement (a draft of language, script, Q&A): Noting that an MOU has been signed, that an Equipment Vendor has been selected (Mevion), that the site has been prepared for construction, that there is a 120 exclusive negotiating  period and that the project is moving forward.*
*Timing: 2 Weeks*

*International/ China Announcement:*
**This would be for the Screening Program and Outreach Program - no action needed on these at this time. The Programs need to have Business Plans developed and then we would be able to determine Communications**

Specific Need
Proposed language
Timing

Heidi Hebson
Vice President, Business Development
Business Development & Transaction Management
City of Hope

Exhibit 18 Page 405
COH-SEC 0000762
Confidential Treatment Requested by City of Hope

1500 E. Duarte Road
Duarte, CA 91010
External calls: 626.471.9387
Cell: 626.216.2037
Internal calls: 69387
email: hhebson@coh.org

---------------------------------------------------------------------
*SECURITY/CONFIDENTIALITY WARNING:
This message and any attachments are intended solely for the individual or entity to which they are addressed. This communication may contain information that is privileged, confidential, or exempt from disclosure under applicable law (e.g., personal health information, research data, financial information). Because this e-mail has been sent without encryption, individuals other than the intended recipient may be able to view the information, forward it to others or tamper with the information without the knowledge or consent of the sender. If you are not the intended recipient, or the employee or person responsible for delivering the message to the intended recipient, any dissemination, distribution or copying of the communication is strictly prohibited. If you received the communication in error, please notify the sender immediately by replying to this message and deleting the message and any accompanying files from your system. If, due to the security risks, you do not wish to receive further communications via e-mail, please reply to this message and inform the sender that you do not wish to receive further e-mail from the sender. (fpc5p)
---------------------------------------------------------------------

Exhibit 18 Page 406

COH-SEC 0000763
Confidential Treatment Requested by City of Hope

LPR151119



**For Immediate Release**
November 19, 2015
Contact: Tom Langford
tom.langford@fkhealth.com
617-761-6775

*Additional Images Available*

# Mevion to Install a Three-Room Proton Therapy System in Los Angeles

*Excellent results from Mevion's clinically operational systems, advantages of MEVION S250mx are key factors in purchase*

LITTLETON, Mass., November 19, 2015 – Mevion Medical Systems is announcing the Los Angeles Proton Center is building a three-room MEVION S250mx proton therapy system. The system will include Mevion's HYPERSCAN pencil beam scanning technology and will be installed near Los Angeles, in the city of Montebello, on the campus of Beverly Hospital. The installation will take place in phases, with the first of the three rooms treating cancer patients in late 2017.

"The MEVION S250mx was the optimal solution for our facility because it allows for a flexible, phased installation," said Charles Liu, president of the Los Angeles Proton Center. "Just as importantly, we continue to be impressed with the proven results of all of Mevion's clinically operational systems, including Mevion's industry-leading ramp up time, high patient throughput, and low staffing and maintenance requirements. The decision to select Mevion and its product solutions will allow us to consistantly provide high-quality proton therapy to a large number of patients."

Site Photo to Come

**Construction is underway on the Los Angeles Proton Center in Montebello, Calif., where a three-room MEVION S250mx proton therapy system will begin treating patients in 2017.**

The MEVION S250mx is the fully scalable version of Mevion's revolutionary proton therapy technology and is available in two, three or four room configurations. Each room is fully independent, with its own proton accelerator, providing inherent redundancy and guaranteeing 100 percent facility uptime 365 days per year.

"The MEVION S250mx is unique in the industry because it allows cancer centers to phase-in the installation of a multi-room system as their patient volume increases. By adding one room at a time, initial cash flow demands are lower and financial risk is reduced," said Joseph K. Jachinowski, president and CEO of Mevion Medical Systems.

Exhibit 18 Page 407
COH-SEC 0000765
Confidential Treatment Requested by City of Hope

LPR151119

The Los Angeles Proton Center is an independent proton center that will collaborate with renowned cancer specialists to treat adult and pediatric cancer patients from the Greater Los Angeles area. The center will also serve international patients who are seeking cancer care on the West Coast of the United States.

Similar Mevion systems have ramped up to full capacity in as little as three months and achieved an annualized rate of 350 patients per room, per year. That is more than 25 percent better than the average U.S. proton therapy center.

The Los Angeles system is the third system purchase announced by Mevion in the past six weeks.  In October, Mevion announced the installation of a MEVION S250 to Centre Hospitalier Universitaire Vaudois (CHUV) in Lausanne, Switzerland, and a MEVION S250i with HYPERSCAN to the Ackerman Cancer Center in Jacksonville, Florida.

**About Mevion Medical Systems**

Mevion Medical Systems, Inc. is a leading provider of high-quality proton therapy systems for use in radiation treatment for cancer patients. Mevion is privately held and based in Littleton, Massachusetts, with international offices in the United Kingdom and Japan and a joint venture in China. For more information, please visit www.mevion.com.

**About the MEVION S250 Series**

The MEVION S250 Series is elegantly designed to deliver high-powered, efficient proton therapy treatments. Built upon the world's only gantry-mounted proton accelerator and benefitting from Mevion's patented direct beam technology, the MEVION S250 Series delivers on the therapeutic promise of proton therapy while enhancing beam quality, stability and uptime. The result is reduced system complexity, higher reliability and throughput, and lower capital and operating costs—making the MEVION S250 Series a compelling, financially viable solution for all cancer centers. The series is comprised of:

- **MEVION S250**, offering highly stable, next-generation volumetric delivery capabilities
- **MEVION S250i with HYPERSCAN technology**, overcoming pencil beam scanning uncertainties by delivering robust Intensity Modulated Proton Therapy treatment at hyper-speed
- **MEVION S250mx**, making proton therapy fully scalable, with two, three and four room designs that are inherently redundant and guarantee 100 percent facility uptime

*HYPERSCAN has not been cleared by the USFDA for clinical use.*

###

Exhibit 18 Page 408

COH-SEC 0000766
**Confidential Treatment Requested by City of Hope**