# EXHIBIT 19

| | |
|---|---|
| **From:** | Charles Liu |
| **To:** | Levine, Harlan |
| **Sent:** | 1/7/2016 9:55:41 PM |
| **Subject:** | Re: Proton project |

Thanks for your quick response, Harlan

Starting from Jan 18, 2016 after the board resolution, I will excise my majority rights on the entity, which Dr Thropay has 25 pct interest. This entity, Beverly Proton Center, LLC has entered a purchase agreement with Mevion. Starting from 1/18/2016, I will act as CEO/President and Dr Thropay and his sister, Ruth will no longer be the officers of this entity.

All the best,

CHARLES LIU
CEO & President
United MPH Ventures LLC
28202 Cabot Road Suite 640
Laguna Niguel, CA 92677
Tel: 949-365-0088
Cell: 626-688-4898


> On Jan 7, 2016, at 9:43 PM, Levine, Harlan <hlevine@coh.org> wrote:
>
> Charles,
>
> I hope you enjoyed the New Year break as well.
>
> I am thrilled to hear about your progress with the insurance company and look forward to meeting with Dr. Huan. Congratulations.
>
> I agree that it is good to get our word our first. Vince and I are having a call with Michael and Alice tomorrow to help us advance to the next step that would permit this. I would like to reach out to you by email after our call with Michael and Alice and communicate directly with you what may be needed on our end if we don't resolve everything tomorrow. I will be available all weekend so I am sure we will be able to connect.
>
> Our partnership is a high priority for us and we also want to get going. We are still working with Jill and Michael trying to define the structures and understand the how the funding and the entity that purchased the Mevion unit will transfer to the entity that will partner with City of Hope.
>
> Harlan
>
> -----Original Message-----
> From: Charles Liu [mailto:charlesliu@me.com]
> Sent: Thursday, January 07, 2016 7:29 PM
> To: Levine, Harlan
> Subject: Re: Proton project
>
> Harlan,
>
> I hope you had a great holiday break with your family!
>
> I am currently in China and will return towards the end of next week. We are about to enter into a MOU with a major insurance company in China to involve in my cancer/proton project in both LA and China.
>
> My partner, Dr Huan will fly to LA during the third or fourth week of January to meet you.
>
> I was told by my sources in China that Dr Thropay's group is working with UCLA and Japanese/Another American Proton vendor to structure a deal. I DO believe to launch the press

Exhibit 19 Page 409
COH-SEC 0000093
Confidential Treatment Requested by City of Hope

```
release will put us in an advantageous position.
>
> All the best,
>
> Charles
>
>> On Dec 20, 2015, at 8:38 AM, Levine, Harlan <hlevine@coh.org> wrote:
>>
>> Charles,
>>
>> It was a pleasure having dinner with you on Thursday. I am sorry the drive was so
onerous...and the parking worse!
>>
>> Thank you for sending these documents. We remain keen to move forward quickly. In addition
to the Beverly Proton project, I am also intrigued by the opportunity to partner in China.
Your idea to put a center in Wuhan makes a lot of sense and we would like to explore an option
to support this too. I believe our brand (once you make us a household name) would be very
helpful. Also, we could connect the center in the Wuhan center to our team of doctors and even
perform the physics in the U.S. Dr. Fong will call to follow up on the concept and will be
calling.
>>
>> Look forward to our call on Monday at 8:30.
>>
>> Harlan
>>
>> -----Original Message-----
>> From: Charles Liu [mailto:charlesliu@me.com]
>> Sent: Friday, December 18, 2015 5:19 PM
>> To: Levine, Harlan
>> Cc: Alice Chen; Michael
>> Subject: Funding
>>
>> Harlan,
>>
>> Last night you mentioned the funding source. Here is the proof. We have enough to build one
center and plan to raise more to develop in other cities in US and China.
>>
>> All the best,
>>
>> <mg_info.txt>
> <mg_info.txt>
```