# EXHIBIT 20

| | |
|---|---|
| From: | Charles Liu |
| To: | Levine, Harlan |
| CC: | Berkey, Anita |
| Sent: | 2/8/2016 5:44:22 PM |
| Subject: | Re: Update on insurance companies |

I prefer Long Beach. Thanks

CHARLES LIU
President & CEO
United MPH Ventures LLC
28202 Cabot Road Suite 640
Laguna Niguel, CA 92677
www.unitedmph.com
Tel: 949-365-0088
Cell: 626-688-4898


> On Feb 8, 2016, at 5:27 PM, Levine, Harlan <hlevine@coh.org> wrote:
>
> Hi Charles:
>
> I will speak with counsel. Lawyers typically won't get on a call without your representation (counsel) on the same call.
>
> In any case, can we plan to meet in Manhattan Beach (or Long Beach) on Wednesday at 7:30 p.m.? This hour and location should diminish travel time for each of us.
>
> Regards,
>
> Harlan
>
> -----Original Message-----
> From: Charles Liu [mailto:charlesliu@me.com]
> Sent: Monday, February 08, 2016 11:59 AM
> To: Levine, Harlan
> Cc: Berkey, Anita
> Subject: Re: Update on insurance companies
>
> Harlan,
>
> I look forward to meeting you.
>
> Regarding these questions you mentioned, it is very easy to sort it out. Based on the questions you raised, I don't think your attorney has a clear understanding about the EB-5 funding and total structure. Maybe you can ask your legal counsel to give me a call directly and I will be more than happy to answer all his questions. I wish I was on the call last Friday.
>
> Best,
>
> CHARLES LIU
> President & CEO
> United MPH Ventures LLC
> 28202 Cabot Road Suite 640
> Laguna Niguel, CA 92677
> www.unitedmph.com
> Tel: 949-365-0088
> Cell: 626-688-4898
>
>
>
>

Exhibit 20 Page 411
COH-SEC 0000111
Confidential Treatment Requested by City of Hope

```
>> On Feb 8, 2016, at 6:25 AM, Levine, Harlan <hlevine@coh.org> wrote:
>>
>> Charles,
>>
>> Good discussion on Friday. As we discussed, I am looking at times where we can meet this
week, hopefully closer to your home and not during traffic. I will ask my assistant Anita to
reach out with some ideas for 7:30 p.m. on either Tuesday or Wednesday for a location south of
Los Angeles Airport.
>>
>> I hope this will be convenient for you.
>>
>> Congratulations for the progress outlined in your note below. We hope to be a part of it.
>>
>> It is clear that our attorneys are not agreeing on what is needed by their clients to move
forward. To me, we are asking for simple data points, like the ones we discussed on the phone
Friday evening.
>>
>> 1 The name and ownership and governance of the business entity that will own and manage the
Proton Center, i.e. inclusive of settlement agreement with Dr. Thropay
>> 2 The amount of money in the EB-5 account (should be about $24M) and documents to support
it can be used for the Proton Center entity. It appears that money is going into this account
still, rather than coming out.
>> 3 What it takes to get the $60M of investment dollars to the US for unrestricted use by the
Proton Center subsidiary for proton center development and start-up.
>> 4 Understanding which entity paid Mevion for the downpayment on the proton unit
>>
>>
>> From there we can establish next step quickly that would be fleshing out the four slide
powerpoint slides that Jill created and turn them into management agreement. Some of the due
diligence documents are from China, and to your point on our call on Friday, perhaps we are
not able to understand them all; perhaps Jill can write out her understanding of these
documents, e.g. the MOU, and explain in writing what she believes the documents are telling
us. Up until now, her response that we don't need to know all this because we are just tenants
is not satisfying. We have now engaged a firm in China to help us as well, but it would be
helpful to start with Jill's interpretation of each document. This will streamline the
process.
>>
>> With a firm foundation of clarity, we can look to execute the management and partnership
agreement (once agreed upon) and begin strategies to market and grow (this could include
engaging PwC).
>>
>> I am pleased to discuss each of these elements in person on Tuesday or Wednesday evening
around 7:30 p.m.
>>
>> Best regards for a happy new year!!!!
>>
>> Harlan
>>
>> -----Original Message-----
>> From: Charles Liu [mailto:charlesliu@me.com]
>> Sent: Friday, February 05, 2016 12:14 AM
>> To: Levine, Harlan
>> Subject: Update on insurance companies
>>
>> Dear Harlan,
>>
>> The two major Chinese insurance companies we have been working with are anxious to enter
into a MOU with us, but before they do that, they want to make sure they can send their
patients to US for treatment prior to the completion of our center.
>>
>> Thus, recently I have secured the following US cancer centers with proton therapy to work
with us:
>>
>> 1. Ackerman Cancer Center in Jacksonville, Florida ( 5 miles away from Mayo Clinic) 2.
Cancer Center in Oklahoma City ( they treat over 80 UK patients per year) 3. Proton Center at
UC San Diego
>>
>> We should be able to complete the agency/marketing agreement with those cancer centers
```

Exhibit 20 Page 412

COH-SEC 0000112
Confidential Treatment Requested by City of Hope

```
within next two weeks. After showing those documents to these two insurance companies, the MOU
with United MPH will be signed right away. Jill has already drafted the MOU for us.
>>
>> My partner in China, Dr Huan will also like to make a trip to see you after the Chinese New
Year, but he also wants to know whether our deal can go through.
>>
>> All the best,
>>
>> CHARLES LIU
>> President & CEO
>> United MPH Ventures LLC
>> 28202 Cabot Road Suite 640
>> Laguna Niguel, CA 92677
>> www.unitedmph.com
>> Tel: 949-365-0088
>> Cell: 626-688-4898
>>
>>
>>
>>
>>
>> ----------------------------------------------------------------------
>> *SECURITY/CONFIDENTIALITY WARNING:
>> This message and any attachments are intended solely for the individual or entity to which
they are addressed. This communication may contain information that is privileged,
confidential, or exempt from disclosure under applicable law (e.g., personal health
information, research data, financial information). Because this e-mail has been sent without
encryption, individuals other than the intended recipient may be able to view the information,
forward it to others or tamper with the information without the knowledge or consent of the
sender. If you are not the intended recipient, or the employee or person responsible for
delivering the message to the intended recipient, any dissemination, distribution or copying
of the communication is strictly prohibited. If you received the communication in error,
please notify the sender immediately by replying to this message and deleting the message and
any accompanying files from your system. If, due to the security risks, you do not wish to
receive further communications via e-mail, please reply to this message and inform the sender
that you do not wish to receive further e-mail from the sender. (fpc5p)
>> ----------------------------------------------------------------------
>>
```

Exhibit 20 Page 413
COH-SEC 0000113
Confidential Treatment Requested by City of Hope