# EXHIBIT 21

**APPLICATION FOR PAYMENT REQUEST      #3**
**APRIL 16, 2016**

TO:     Beverly Proton LLC                          RE: Building Demolition
        28202 Cabot Rd STE 640                          105 W Beverly Blvd
        Laguna Niguel CA 92667                          Montebello Ca 90640

**A.      PART I - INVOICE**

| | |
|---|---:|
| Original Contract Sum | $215,268 |
| Approved Change Orders | $0.00 |
| TOTAL CHANGE ORDERS | $0.00 |
| Revised Sum(original + chng orders) | $215,268 |

**Pay Request NO  3 - WORK COMPLETED**

CURRENT BILLING-per contract payment schedule

| | | |
|---|---|---:|
| Item 1 Retainer, signing of Contract | | $1,000 |
| Item 2 Mobilization, start up | | $50,000 |
| Item 3 7 days | | $50,000 |
| Item 4 14 days | | $50,000 |
| Item 5 21 days | | $50,000 |
| | MATERIAL & LABOR | $201,000 |
| | Contractor OH/P | Included |

| | | |
|---|---|---:|
| Total Value of work in Place | 93.4% | $201,000 |
| Total change order work completed | | $0 |
| Subtotal - Total-All Work Completed | | $201,000 |
| Previous Payments (inv 1, inv 2) | | $151,000 |
| **AMOUNT DUE - THIS INVOICE** | | **$50,000** |

**B:      CONTRACTOR CERTIFICATION**

The Undersigned certifies that as of this invoice the foregoing is a true and
correct statement of all sums due under this Contract, except for change work
work performed for which Change Orders have not been approved

BY: _____   _____
    Richard Stupin, R ALAN Construction   Lic B-351787   Date

APPROVED BY:
_____   _____
Charles Liu, Beverly Proton Center LLC        Date

105 W Beverly Blvd           Pay Req # 3           April 16, 2016

Exhibit 21 Page 414

https://enf-ed2-rec16-west:8443/axcng/resources/brava/16.3.0.386/viewer/lib/client.html?l...   2/18/2021