# EXHIBIT 23

1

1    THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION

2

3    In the Matter of:            )

4                                 )   File No. LA-04639-A

5    PACIFIC PROTON THERAPY       )

6    REGIONAL CENTER, LLC         )

7

8    WITNESS:  Charles C. Liu

9    PAGES:    1 through 177

10   PLACE:    Securities and Exchange Commission

11             444 South Flower Street, Suite 900

12             Los Angeles, California  90071

13   DATE:     Wednesday, March 23, 2016

14

15       The above entitled matter came on for hearing,

16   pursuant to notice, at 9:17 a.m.

17

18

19

20

21

22

23

24           Diversified Reporting Services, Inc.

25                   (202) 467 9200

6

```
1                    P R O C E E D I N G S

2              MR. REGENSTREIF:  We're on the record at

3    9:17 a.m. on Wednesday, March 23rd, 2016.

4              Please raise your right hand.

5              MR. LIU:  (As requested.)

6              MR. REGENSTREIF:  Do you swear to tell the

7    truth, the whole truth and nothing but the truth?

8              MR. LIU  Yes, I do.

9    Whereupon,

10                   CHARLES C. LIU

11   was called as a witness and, having been first duly

12   sworn, was examined and testified as follows:

13                   EXAMINATION

14             BY MR. REGENSTREIF:

15        Q    Please state and spell your full name,

16   including your middle name, for the record.

17        A    Charles C. Liu.

18        Q    Can you spell Liu, please.

19        A    L-i-u.

20        Q    My name is Tony Regenstreif, and this is

21   Victoria Levin, and we are officers of the Commission

22   for the purposes of this proceeding.

23             This is an investigation by the United

24   States Securities and Exchange Commission in the

25   matter of Pacific Proton Therapy Regional Center,
```

32

1    you're saying "you," it's not necessarily -- it's not

2    clear that it's him, but maybe the entity.

3              BY MR. REGENSTREIF:

4      Q     Which entity receives the referral fee?

5      A     Which entity?  It's Beverly Proton Center.

6      Q     So Beverly Proton Center, LLC, not the EB-5

7    Fund?

8      A     No.

9      Q     And not the regional center?

10     A     No, no.

11     Q     The Beverly Proton Center, LLC?

12     A     Yeah, because it's different category.

13     Q     So since we're discussing this, do you

14   receive a salary from Beverly Proton Center?

15     A     Yes.

16     Q     What's your salary?

17     A     I think it's $750,000 a year.

18     Q     $750,000 a year?

19     A     Yeah.

20     Q     And do you receive that weekly?  Monthly?

21     A     Not exactly, not monthly.  I receive -- if

22   there's sufficient funds because the fundraising --

23   if it's only sufficient funds, then I withdrew the

24   money from the company.  If not sufficient, I don't.

25     Q     So you receive a salary from Beverly

```
                                                       Page 176
 1              PROOFREADER'S CERTIFICATE
 2
 3   In the Matter of:    PACIFIC PROTON THERAPY
 4                        REGIONAL CENTER, LLC
 5   Witness:             Charles C. Liu
 6   File Number:         LA-04639-A
 7   Date:                Wednesday, March 23, 2016
 8   Location:            Los Angeles, California  90071
 9
10            This is to certify that I, Donna S. Raya,
11   (the undersigned), do hereby swear and affirm that
12   the attached proceedings before the U.S. Securities
13   and Exchange Commission were held according to the
14   record and that this is the original, complete, true
15   and accurate transcript that has been compared to the
16   reporting or recording accomplished at the hearing.
17
18   _____        _____4/1/14_____
19   (Proofreader's Name)              (Date)
20
21
22
23
24
25
```

Exhibit 23 Page 434

```
1        UNITED STATES SECURITIES AND EXCHANGE COMMISSION
2                    REPORTER'S CERTIFICATE
3
4           I, Ann Morales, Professional Shorthand
5    Reporter, hereby certify that the foregoing
6    transcript consisting of _175_ pages is a complete,
7    true, and accurate transcript of the testimony
8    indicated, held on _March 23___, 2016, in the
9    matter of Pacific Proton Therapy Regional Center
10          I further certify that this proceeding was
11   recorded by me, and the foregoing transcript has been
12   prepared under my direction.
13
14          DATE:  _____April___1_____, 2016
15
16          Official Reporter: _Ann Morales_____
17                              Ann Morales
18
19
20
21
22
23
24
25
```

Exhibit 23 Page 435