# EXHIBIT 27

**To:** Lam, Stan[Stan.Lam@marcumllp.com]
**From:** Charles Liu
**Sent:** Sat 5/23/2015 5:38:28 AM
**Importance:** Normal
**Subject:** Re: Engagement Letter - Signed
**Received:** Sat 5/23/2015 5:38:23 AM
img20150522_22350888.pdf

Here is the signed copy.. See you soon in LA

Sent from iCloud

On May 21, 2015, at 12:19 PM, "Lam, Stan" <Stan.Lam@marcumllp.com> wrote:

Hi Charles,

Can you go ahead and sign the engagement letter so I can get the entities all setup in our system. I don't need the original copy. Emailed copy will be fine.

When are you returning to the U.S.?

Thanks.

Stan


*Stan C. Lam, CPA* Profile
*Partner*
Marcum LLP
1920 Main Street, Suite 950
Irvine, CA 92614
P: (949) 236-5690
F: (949) 236-5601
Stan.Lam@marcumllp.com

---

**From:** Lam, Stan
**Sent:** Wednesday, April 29, 2015 5:22 PM
**To:** charlesliu@me.com
**Subject:** Engagement Letter

Hi Charles,

Attached please find the Engagement Letter. You will notice that on Attachment B, I did not change the name Los Angeles County Proton Therapy LLC to Beverly Proton Center, Inc. since the tax return for 2014 is technically still under the old name.

I will send you a separate email listing of the information I will need.

Thanks.

Stan

**EXHIBIT 130**
2-24-2021 C. Liu

Exhibit 27 Page 497

FOIA Confidential Treatment Requsted

Marcum_CLiu_00007273

*Stan C. Lam, CPA, MBA*
*Partner*

Marcum LLP

1920 Main Street, Suite 950
Irvine, CA 92614
P: (949) 236-5690

F: (949) 236-5601

Stan.Lam@marcumllp.com

_

CONFIDENTIALITY NOTICE:

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.

DISCLAIMER:

This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation. It should not be used or interpreted as tax or professional advice, unless otherwise stated. Those seeking such advice should contact a member of our firm. Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.

Exhibit 27 Page 498

FOIA Confidential Treatment Requsted

Marcum_CLiu_00007274



April 28, 2015

Charles Liu, President
Beverly Proton Center, Inc. (formerly Los Angeles County
 Proton Therapy, LLC) & Related Entities
28202 Cabot Road, Suite 640
Laguna Niguel, CA 92677

Re:     Tax Compliance for the years 2013 & 2014 and Accounting Services for 2015

Dear Charles:

We are pleased to present this engagement letter to provide tax compliance and accounting services for Beverly Proton Center, Inc. and related entities (See Attachment B).

The purpose of this letter, including **Attachments A and B** (collectively, the "Agreement"), is to document the understanding between Marcum LLP ("Marcum," the "Firm," "we," "us" or "our") and Beverly Proton Center, Inc. and related entities **(See Attachment B)** ("Client," "Company," "you" or "your") related to the tax compliance services ("Tax Services") and accounting services ("Accounting Services"), collectively "Services" for the Company for the years 2013, 2014 and 2015.

### Tax Related Services

Our Tax Services are performed in accordance with the American Institute of Certified Public Accountants' ("AICPA") Statements on Standards for Tax Services and include the following:

- Preparation of the Federal and California tax returns for the years ended December 31, 2013 & 2014 as outlined in **Attachment B**.
- Preparation of Federal and State estimated tax payment calculations and applicable forms for the year ending December 31, 2015.

Unless separately engaged or stated in the Accounting Services section below, the tax filing requirements set forth in Attachment B are the only income tax returns for which Marcum has responsibility. We will not be responsible for the preparation of any other amended returns, or any non-income tax returns, including, but not limited to, sales and use tax returns, local property tax returns, payroll or other trust tax returns and information returns for employee benefit plans. It is understood that our responsibility for such Services will encompass only periods covered under this Agreement and will not extend to any subsequent periods for which we are not engaged.

If there are additional returns, filings, or other services that you wish us to provide, please contact us as soon as possible and we will amend Attachment B to include such additional services that we shall provide subject to this Agreement. The parties shall agree to the additional services by mutually agreeing to the additional services in writing.



Marcum LLP ▪ 1920 Main Street ▪ Suite 950 ▪ Irvine, California 92614 ▪ Phone 949.236.5600 ▪ Fax 949.236.5601 ▪ www.marcumllp.com

FOIA Confidential Treatment Requsted

**Exhibit 27 Page 499**

Marcum_CLiu_00007275

**Beverly Proton Center, Inc. & Related Entities**
**April 28, 2015**
Page 2

Your returns may be selected for review by the applicable taxing authorities. Any proposed adjustments by the examining agent are subject to certain rights of appeal. In the event of such government tax examination, we will be available upon request to represent you which is outside the scope of this Engagement.

## Tangible Property Regulations

The Final Tangible Property Regulations ("Final Regulations") are generally effective for taxable years beginning on or after January 1, 2014. For taxable years beginning on or after January 1, 2012 and before January 1, 2014, taxpayers may apply the Final Regulations, the 2013 Proposed Regulations, or the 2011 Temporary Regulations (T.D. 9564), generally referred to as the "Tangible Property Regulations." Alternatively, taxpayers may wait to comply with the Final Regulations with their first tax year beginning on or after January 1, 2014.

There are numerous accounting method changes potentially required by the Tangible Property Regulations depending on Client's facts and circumstances. Accordingly, Client's adoption or implementation of such regulations could result in additional compliance burden and cost.

This Engagement Letter does not include any services related to Client's adoption or implementation of the Tangible Property Regulations. However, if requested, Marcum would be available to advise Client on its adoption or implementation of the Tangible Property Regulations under the terms of a separate engagement letter or as an addendum to this engagement letter. Our approach to advising clients on adoption or implementation of the Tangible Property Regulations may involve a phased approach. The initial phase would involve gaining an understanding of the Client's current book and tax fixed asset policies and procedures and analyzing which of Client's existing tax accounting methods may be impacted by the Tangible Property Regulations. Client management can then determine what actions to undertake in order to comply with the Tangible Property Regulations, including whether to change certain of its existing tax accounting methods by filing Form(s) 3115, *Application for Change in Accounting Method* or by filing elections under the regulations. If requested, Marcum would be pleased to prepare a separate engagement letter describing in more detail our available services, and related fees, to advise Client on its adoption or implementation of the Tangible Property Regulations.

## Accounting Services

We will perform monthly Accounting Services that include:

- Post coded transactions to the Company's general ledger. You must code all check stubs/checks as to the proper account number for recording in the general ledger.
- Proposing adjusting or correcting journal entries to be reviewed and approved by the Company. If while reviewing the journal entries you determine that a journal entry is inappropriate or incorrect, it will be your responsibility to contact us to correct it.
- Preparing a trial balance based on the adjusted general ledger.
- Providing suggestions to you in the proper maintenance of your Company's books and records and provide consulting on accounting and tax matters as may be required, but we will not supervise your bookkeeper in the performance of their normal recurring activities.
- Reviewing general ledger postings.

Exhibit 27 Page 500

FOIA Confidential Treatment Requsted

**Beverly Proton Center, Inc. & Related Entities**
**April 28, 2015**
Page 3

- On a monthly basis we will reconcile your checking accounts with your bank statements and disclose any errors discovered. We will make correcting entries, once they have been approved by you. However, see below for certain responsibilities that remain with you that cannot be delegated to us.
- Carrying out bookkeeping services prior to the preparation of related tax returns or other work arranged and approved by you.
- Performing the bookkeeping function of the Company by recording all cash receipts and cash disbursements in QuickBooks (or similar checkbook computer program). Each month you will be responsible for reviewing the general ledger report and tell us of any changes necessary in the classification of distributions of expense. These ledgers will record on a monthly basis all cash receipts (you identified as to source) and all cash disbursements (you identified as to expense category).
- Each month we will take the payroll records which you have prepared and record the appropriate amounts in the ledger. We will discuss with you any errors which may come to our attention and show you the appropriate action required to correct the payroll records.

In this engagement, we have no responsibility to:

- Sign checks nor approve authorization for electronic funds transmissions.
- Inspect cancelled checks.
- Review cancelled checks for endorsements.
- Review cancelled checks to determine that the payees agree to the payees recorded in the general ledger.
- Review cancelled checks to determine that the check amounts agree to check amounts recorded in the general ledger.
- Review that all deposits have been made into the bank.
- Review payroll records or checks to determine that employees have been paid the proper amount or that they are employees of the Company.
- Review sales tax records to determine that the Company is properly classifying sales between taxable and non-taxable sales.
- Determine if the Company maintains proper documentation to support the non-taxable sales reported on the sales tax returns.
- Determine that all outside contractors are properly classified as independent contractors vs. employees.

We are not being engaged to prepare financial statements or perform compilation, review or audit services. Accordingly, our work in this engagement is not intended to result in the preparation or issuance of a financial statement. Should you require a financial statement we would be pleased to discuss with you the requested level of service. Such engagement would be considered separate and not deemed to be part of the services described in this engagement letter.

We will not perform management functions or make management decisions for you. However, we may provide advice, research materials and recommendations to assist your management in performing its functions and making decisions. Additionally, we are prohibited by professional standards from preparing source documents and authorizing or approving transactions. Accordingly, management must determine and approve all transactions including appropriate account classifications.

Exhibit 27 Page 501

Beverly Proton Center, Inc. & Related Entities
April 28, 2015
Page 4

As part of our engagement, we may propose standard, adjusting or correcting journal entries to your books and records. You are responsible for reviewing the entries and understanding the nature of any proposed entries and the impact they have on your books and records. You are responsible for adjusting the books and records to correct material misstatements.

You will be responsible for any penalties and interest assessed by tax authorities for the late filing of returns or deposit of tax. You have the final responsibility for all tax returns. You should check the returns carefully before an authorized officer signs them.

The above Accounting Services will be performed based on data and information you provide to us. We will not verify or audit this information. None of these services can be relied on to detect errors, fraud or illegal acts that may exist. However, we will inform you of any material errors that come to our attention and any fraud or illegal acts that come to our attention, unless they are clearly inconsequential. In addition, we have no responsibility to identify and communicate significant deficiencies or material weaknesses in your internal control as part of a non-audit service engagement.

You authorize Marcum to accept instructions from your representative for this engagement. As a condition to our performing the Accounting Services described above, you agree to:

- Make all management decisions and perform all management functions, including determining account codings and approving all proposed journal entries.
- Designate an individual who possesses suitable skill, knowledge, and/or experience, preferably within senior management, to oversee the services.
- Evaluate the adequacy and results of the services performed.
- Accept responsibility for the results of these services.
- Establish and maintain internal controls over the bookkeeping processes and monitor ongoing activities.

## Timing

You acknowledge that we must have adequate time to conduct our engagement. We will require your assistance to provide us with information on a timely basis in order to complete our engagement in an efficient and timely manner. Should we not receive such information and assistance from you with sufficient time to complete the Services, then you acknowledge that we can give no assurances that our Services will be completed prior to the time required by law.

## Fees and Payment Terms

Our fee for these services will be based on the actual time spent at our standard hourly rates. Our standard hourly rates (listed below) vary according to the level of the personnel assigned to your account. You will also be billed for travel and other out-of-pocket costs as incurred, as well as an administrative fee of 3% of our professional fees as an allocation of overhead expenses that are not billed as direct reimbursable expenses. Our invoices for these fees will be rendered as the work progresses, and are due and payable upon presentation. In the event that you dispute any of the fees or expenses on a specific invoice, you agree to notify us within twenty (20) days of receipt of the invoice of such dispute. If you fail to notify us within the twenty (20) day

Exhibit 27 Page 502

Marcum_CLiu_00007278

**Beverly Proton Center, Inc. & Related Entities**
**April 28, 2015**
Page 5

period, your right to dispute such invoice will be waived. Prior to the commencement of the services described above, any past due balances are required to be paid in full. In accordance with our Firm policies, should any invoice remain unpaid for more than thirty days, we reserve the right to defer providing any additional services until all outstanding invoices are paid in full. Amounts past due 60 days from the invoice date will incur a finance charge of 1% per month. Nothing herein shall be construed as extending the due date of payments required under this agreement, and you agree that we are not responsible for the impact on the Company of any delay that results from such non-payment by you.

| | |
|---|---|
| Partners | $420- $530 average rate per hour |
| Directors, Senior Managers & Managers | $265 - $400 average rate per hour |
| Supervisors | $215 - $265 average rate per hour |
| Seniors | $180 - $215 average rate per hour |
| Staff | $145 - $180 average rate per hour |

**Payment Schedule**

In engagements of this nature, a retainer of $5,000 to be applied against fees earned is required before the commencement of any services. Retainers are applied against our final invoices for professional services.

**Other Matters**

As you know, we will be pleased to respond to your request for our Tax and Accounting services in areas beyond the scope of this Agreement. Except where a separate engagement letter is used, the terms of this letter and the attached Engagement Terms (**Attachment A**) will also apply to any amendments to this Agreement.

**Written Advice**

Any written tax or professional advice we provide will contain the following legend: "Tax or professional advice contained in or accompanying this document, unless otherwise specifically stated, is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another party any transaction or matter that is contained in or accompanying this document. In addition, unless otherwise specifically stated, any advice provided shall not be deemed a formal tax opinion upon which the addressee can rely." This legend can be removed from the advice; however, detailed, exhaustive analysis may be required under the IRS's rules which could involve significant time and expense. At your request, we would be happy to discuss this aspect should it become necessary.

**Agreement**

This letter comprises the complete and exclusive statement of the agreement between the parties, superseding all proposals oral or written and all other communications between the parties. If any provision of this letter is determined to be unenforceable, all other provisions shall remain in force.

Exhibit 27 Page 503

FOIA Confidential Treatment Requsted

Beverly Proton Center, Inc. & Related Entities
**April 28, 2015**
Page 6

It is hereby understood and agreed that this engagement is being undertaken solely for the benefit of the Company and that no other person or entity shall be authorized to enforce the terms of this engagement.

If you agree with the terms of our engagement, as described in this letter, please sign this PDF version of the engagement letter and return it to us along with the required initial retainer. Once this engagement has been reviewed and accepted by our Firm's client acceptance committee, we will return a fully executed copy to you. If our client acceptance committee decides not to accept this engagement for any reason, then we will inform you immediately in writing and we will return the unused balance of the required retainer to you.

We appreciate the opportunity to be of service to you and believe this letter accurately summarizes the significant terms of our engagement. If you have any questions, please let us know.

Very truly yours,

Marcum LLP

Stan Lam, CPA

SL/rmc

**AGREED AND ACCEPTED:**

This letter correctly sets forth the agreement by **Beverly Proton Center, Inc. & Related Entities**.

Signature: _Charles_____

Title: __CEO_____

Date: __5/21/2015_____

Exhibit 27 Page 504

FOIA Confidential Treatment Requsted

**Attachment A**

| MARCUM LLP ENGAGEMENT TERMS |
|---|

These terms in this Attachment A apply to the Agreement described in any engagement letter referencing them (and supersede any inconsistent terms) but shall also apply to any additional work we may be asked to perform for Client within twelve months of any such engagement letter (unless a separate engagement letter is used.) In the event that there is a conflict between the Agreement and this Attachment A, the terms of Attachment A shall control.

1. <u>Cooperation and Participation</u>. Marcum shall endeavor to be alert to any information provided by or on behalf of Client that is incorrect or missing and shall apply its normal diligence in this regard; nevertheless, Marcum shall be entitled to rely on the accuracy, completeness, and reliability of all information provided by, and on all decisions and approvals of, Client (and Client's retained advisors, consultants, or legal counsel). Client's management shall be solely responsible for applying independent business judgment with respect to Marcum's Services and work product (including decisions on implementation or other further course(s) of action) and to be solely and exclusively responsible for such decisions.  Further, Client is responsible for designating a qualified management-level individual to be responsible and accountable for overseeing the services provided to you and evaluating the adequacy and results of the Services performed.

2. <u>Business Risk Allocations</u>. With respect to the Services, and any related work product or other deliverables, pursuant to this Agreement, Marcum's liability shall in no event exceed the fees it receives hereunder for the portion of the work giving rise to liability; nor shall Marcum be liable for any special, consequential, incidental or exemplary damages or loss (nor any lost profits, taxes, interest, tax penalties, savings or business opportunity). Also, because of the importance of the information that Client provides with respect to Marcum's ability to perform the Services, Client hereby releases Marcum and its partners, principals and employees from any liability, costs, fees, expenses, and damages (including defense costs) relating to the Services hereunder, which are attributable to any information provided by Client personnel and Client's agents that is not complete, accurate or current.

   Client shall upon the receipt of written notice, indemnify Marcum, and its partners, principals and employees, from any liability, costs, fees, expenses, and damages (including defense costs) associated with any third-party claim arising from or relating to Client's misrepresentations, false or incomplete information provided to Marcum in the performance of its Services, or third party reliance on Marcum's work product or deliverable.

3. <u>Use and Reliance</u>. The documentation of our Services pursuant to this Agreement is the property of Marcum and constitutes proprietary information. We will retain the documentation in accordance with our document retention policies, which may be amended from time to time. Client's use of our work product from this engagement (except for copies of filed tax returns) shall in any event be limited to the item's stated purpose (if any) and is for Client's purposes only and is not to be relied upon by third parties. The conclusions expressed in our deliverables hereunder are based upon the tax laws as of the date of Service, which are subject to change, and our conclusions are limited solely to the matters for which we were engaged. Marcum will not update its conclusions should the law change unless specifically engaged to do so. No conclusions should be inferred as to any matters not specifically covered herein.  Further, the conclusions are based upon the facts presented by Client and may be inapplicable if the actual facts differ from those presented in any respect.

Exhibit 27 Page 505

FOIA Confidential Treatment Requsted

4. Express Authorization to Disclose. As provided in Treasury Regulations, Client and each employee, representative, or other agent of Client may disclose to any and all persons without limitation of any kind the tax treatment and tax structure of any transaction that may fall within the scope of this engagement and all materials of any kind, including opinions or other tax analyses, that may be provided to Client by Marcum relating to any such tax treatment and tax structure.

5. Tax Shelter Implications. Treasury Regulations commonly known as the "Tax Shelter Regulations" require taxpayers to disclose certain types of transactions on a Form 8886 attached to their tax returns and filed with the IRS office of Tax Shelter Analysis. Failure to disclose could result in substantial penalties, if certain legislation currently pending in Congress becomes law, even if the transaction's tax benefits are appropriate. As your professional tax return preparer, we will make every effort to inform you of your specific disclosure responsibilities. However, the regulations require disclosure of some transactions that we will not necessarily be aware of in the normal course of preparing your return.

Unless you advise us otherwise, we will assume that none of the transactions that will be reflected on your return were: (1) entered into subject to an agreement that requires you to keep the transaction confidential, (2) entered into subject to an agreement that the fee you paid would be contingent upon your receiving the transaction's intended tax benefits, or (3) the same as or substantially similar to a transaction identified by the IRS as a tax avoidance transaction. The following IRS web address provides an up-to-date list of transactions the IRS has identified as tax avoidance transactions:

http://www.irs.gov/businesses/corporations/article/0,,id=97384,00.html

Or, go to the IRS' home page at www.irs.gov and search for "tax shelters." We are, of course, available for a separate fee to assist you to determine if you have entered into one of these transactions.

It is important to note the IRS can identify transactions as tax avoidance transactions subsequent to your entering into them; in this event you could be retroactively required to disclose your participation in the transaction.

The other categories of transactions that have to be disclosed would ordinarily be reflected in the information you provide us to prepare your tax return. However, determining whether you should disclose these transactions may require analysis of information over and above that otherwise necessary to prepare your return and could result in our having to charge additional fees.

6. Taxpayer Privileges: Use of Counsel. The parties acknowledge that certain documents and other communications involving and/or disclosed to or by Marcum may be subject to one or more claims of privilege by or on behalf of Client (e.g., the IRC §7525 tax advisory privilege, etc.). Although Client is solely responsible for managing the recognition, establishment and maintenance (e.g., possible waiver) of these possible protections (and for involving legal counsel as it deems necessary), Marcum shall cooperate with Client's reasonable written instructions regarding same.

Exhibit 27 Page 506
FOIA Confidential Treatment Requsted

7. <u>Agreed Upon Scope of Work</u>. Marcum shall be obligated only for work or deliverables specified in the Agreement referencing these terms, and only for changes in such scope that are set forth in writing and duly executed by the parties hereto. To the extent all specific details of the engagement are not so documented, the parties shall work diligently and in good faith to document them at the request of either party. Unless expressly provided for, Marcum's Services do not include giving testimony or appearing or participating in discovery proceedings, in administrative hearings, in court, or in other legal or regulatory inquiries or proceedings.

8. <u>Access to Resources and Information</u>. Unless specified herein as the responsibility of Marcum to provide, Client shall have obtained for Marcum, on a timely basis, any internal and third-party permissions, licenses or approvals that are required for Marcum to perform the Services contemplated hereunder (including use of any necessary software or data). Client shall also provide Marcum, on a timely basis, with such information, approvals and assistance as may be necessary to Marcum's work or as may reasonably be requested, and personnel assigned to any work hereunder shall not be assumed or deemed to have knowledge of information provided to others, whether external to or within Marcum.

9. <u>External Factors:  Standards of Performance</u>. Client acknowledges that this engagement will involve analysis, judgment and other performance from time to time in a context where the participation of Client or others is necessary, where answers often are not certain or verifiable in advance and where facts and available information change with time. Accordingly, evaluation of Marcum's performance of its obligations shall be based solely on its substantial conformance with any standards or specifications expressly set forth in this Agreement and all applicable professional standards, any such nonconformance (and applicability) to be clearly and convincingly shown. It is understood that unless Client and Marcum agree otherwise, in writing, Marcum shall have no responsibility to update any of its work after its completion. Marcum reserves the right to in whole or in part decline to perform Services if information comes to our attention indicating that performing any Services could cause Marcum to be in violation of applicable law, regulations or standards or in a conflict of interest, or to suffer damage to its reputation.

10. <u>Affiliates</u>. Recognizing that at times Marcum's work may pertain not only to Client but also to a parent, various of its subsidiaries, other affiliates, advisors and contractors, or to family members or related trusts, partnerships, partners, companies, estates or foundations, Client shall, as may be requested by Marcum from time to time (including subsequent to completion of the Services), obtain written confirmation of their agreement to the terms of this Agreement. This Agreement is binding on each party hereto and on each of its successors, assigns, heirs, legatees and legal representatives. Client agrees that Marcum may authorize or allow its affiliates and contractors to assist in performing this engagement and to share in Marcum's rights hereunder, provided any such party shall commit (as applicable) to be bound by the restrictions set forth in this Agreement and Marcum obtains such express commitments as are necessary.

11. **<u>Dispute Resolution Procedure, Waiver of Jury Trial and Jurisdiction and Venue for Any and All Disputes Under This Engagement Letter and Governing Law</u>.**

    **AS A MATERIAL INDUCEMENT FOR US TO ACCEPT THIS ENGAGEMENT AND/OR RENDER THE SERVICES TO THE CLIENT IN ACCORDANCE WITH THE PROVISIONS OF THIS ENGAGEMENT LETTER:**

Exhibit 27 Page 507

FOIA Confidential Treatment Requested

*The Firm and the Client each hereby knowingly, voluntarily and intentionally waive any right either may have to a trial by jury with respect to any litigation based hereon, or arising out of, under or in connection with this engagement letter and/or the services provided hereunder, or any course of conduct, course of dealing, statements (whether verbal or written) or actions of either party. The Firm and the Client each expressly agree and acknowledge that the Supreme Court of the State of New York, County of New York, Commercial Division, and the United States District Court for the Southern District of New York, Manhattan Courthouse, shall each have exclusive and sole jurisdiction and venue for any respective state or federal actions arising from, relating to or in connection with this engagement letter, or any course of conduct, course of dealing, statement or actions of either party. If and only if the action does not satisfy the damage prerequisite for jurisdiction in the County of New York Commercial Division, then any such state court action shall be brought in the County of Suffolk, Commercial Division.*

*The terms and provisions of this engagement letter, any course of conduct, course of dealing and/or action of the Firm and/or the Client and our relationship with you shall be governed by the laws of the State of New York to the extent said laws are not inconsistent with the Federal Securities Laws and Rules, Regulations and Standards thereunder. In any litigation brought by either the Firm or the Client, the prevailing party shall be entitled to an award of its reasonable attorneys' fees and costs incurred, including through all appeals.*

12. <u>Marcum Personnel</u>. Marcum strives to staff engagements with quality, superbly trained professionals. In recognition of the extensive investment we have made to recruit and develop our personnel, we ask that you agree to the following. In the event that any of our employees accepts a position of employment with your company, or any of its related parties at any time while we are performing services for you or within one year thereafter, you agree to pay us a placement fee equal to the employee's annual compensation in effect on the date such employment was contracted. Such fee is payable when the employee accepts such a position.

13. <u>Confidentiality</u>. To the extent that, in connection with this engagement, Marcum comes into possession of any proprietary or confidential information of the Client, Marcum will not disclose such information to any third party without consent, except (a) as may be required by law, regulation, judicial or administrative process, or in accordance with applicable professional standards, or in connection with litigation pertaining hereto, or (b) to the extent such information (i) shall have otherwise become publicly available (including, without limitation, any information filed with any governmental agency and available to the public) other than as the result of a disclosure by Marcum in breach hereof, (ii) is disclosed by Client to a third party without substantially the same restrictions as set forth herein, (iii) becomes available to Marcum on a nonconfidential basis from a source other than Client which Marcum believes is not prohibited from disclosing such information to Marcum by obligation to Client, (iv) is known by Marcum prior to its receipt from Client without any obligation of confidentiality with respect thereto, or (v) is developed by Marcum independently of any disclosures made by Client to Marcum of such information. In addition, Client acknowledges and agrees that any such information that comes to the attention of Marcum in the course of performing this engagement may be considered and used by Marcum in the context of responding to its professional obligations as the independent accountants for Client.

Exhibit 27 Page 508

FOIA Confidential Treatment Requested

14. <u>Termination.</u> We acknowledge your right to terminate our services at any time, and you acknowledge our right to resign at any time (including instances where in our judgment, our independence has been impaired or we can no longer rely on the integrity of management), subject in either case to our right to payment for all direct and indirect charges including out-of-pocket expenses incurred through the date of termination or resignation or thereafter as circumstances and this agreement may require, plus applicable interest, costs, fees and attorney's fees.

15. <u>Background Checks</u>. As a matter of our Firm policy, we perform background checks, which may require out-of-pocket expenses, on potential clients and/or on existing clients, on an as-determined basis. The terms and conditions of this engagement are expressly contingent upon the satisfactory completion of our investigatory procedures and we reserve the right to withdraw from any relationship should information which we deem to be adverse come to our attention. The results of all background checks and other investigatory procedures are submitted to, and reviewed by, our Firm's Client Acceptance Committee.

16. <u>General</u>.

    (a) Neither party shall be liable for any delay or failure in performance due to circumstances beyond its reasonable control.

    (b) Except to the extent expressly provided hereto to the contrary, no third-party beneficiaries are intended under this Agreement.

    (c) Client may not use Marcum's name or trademarks without prior written consent.

    (d) Client will in all events remain responsible for the care and control of its premises, for all internal books and recordkeeping, for establishing and maintaining effective internal control systems and for all management functions, responsibilities and decisions. Client is responsible to obtain any missing information whether from internal or third party sources as well as clarifying or answering any questions which may arise during the course of the engagement. The timeliness of such project may or may not affect the expected completion date of this engagement.

    (e) Client acknowledges that its Confidential Information may be transmitted to the Firm through an information portal or delivery system established by or on behalf of the Firm. Client shall notify the Firm in writing of the Client's employees, representatives, or other agents to be provided access to such portal or system; upon the termination of such status, Client shall immediately notify the Firm in writing. Client acknowledges that it is responsible for the actions of Client's current and former employees, representatives, or other agents in connection with the transmission of Client's information.

    (f) Each party is an independent contractor with respect to the other and shall not be construed as having a trustee, joint venture, agency or fiduciary relationship.

    (g) Client shall not assign any rights, obligations or claims relating to this Agreement.

    (h) If any portion of this Agreement is held invalid, it is agreed that such invalidity shall not affect any of the remaining portions.

Exhibit 27 Page 509

FOIA Confidential Treatment Requsted

(i) This Agreement, including any other incorporated attachments, sets forth the entire understanding between and among the parties regarding the Services and supersedes all prior and contemporaneous agreements, arrangements and communications and may not be modified or amended except by the mutual written agreement of both parties.

Exhibit 27 Page 510

Marcum_CLiu_00007286

Attachment B

| LIST OF INCOME TAX RETURNS AND ACCOUNTING SERVICES INCLUDED IN THIS ENGAGEMENT |
| --- |

1) Pacific Medical Regional Center, LLC - Accounting Services for 2015, Federal & California Partnership tax returns for 2014

2) Los Angeles County Proton Therapy, LLC - Accounting Services for 2015, Federal & California Partnership tax returns for 2014

3) Pacific Proton EB-5 Fund, LLC - Amended Federal & California Partnership tax returns for 2013, Federal & California Partnership tax returns for 2014

4) United MPH Ventures, LLC - Federal & California Partnership tax returns for 2014

5) MP Medical Hotel, INC - Federal & California Corporate tax returns for 2014

6) SC MPH Fund, LP - Federal & California Partnership tax returns for 2014

7) SC Management, LLC - Federal & California Partnership tax returns for 2014

Exhibit 27 Page 511

FOIA Confidential Treatment Requsted

Marcum_CLiu_00007287