# EXHIBIT 29

| | |
|---|---|
| **To:** | Milena Dolukhanyan[mdolukhanyan@gghslaw.com] |
| **Cc:** | Lam, Stan[Stan.Lam@marcumllp.com]; charlesliu@me.com[charlesliu@me.com]; Edward Gartenberg[egartenberg@gghslaw.com] |
| **From:** | Lam, Trang |
| **Sent:** | Wed 4/20/2016 1:05:26 AM |
| **Importance:** | Normal |
| **Subject:** | RE: 2014 and 2015 Reports for Pacific Proton EB-5 Fund, Beverly Proton Center and Pacific Medical Regional Center |
| **Received:** | Wed 4/20/2016 1:05:28 AM |

Milena,

Profit & Loss is the same as Income Statement. There was no Statements of Retained Earnings and Statement of Cash Flows for these entities.

Please keep in mind that we were engaged only to do bookkeeping and tax preparation. These QuickBooks Reports were generated from the bookkeeping services and they were intended for Management Use Only.

Trang



*Trang Lam, CPA*
*Manager*
Marcum LLP
1920 Main Street, Suite 950
Irvine, CA 92614
P: (949) 236-5693
F: (949) 236-5601
Trang.Lam@marcumllp.com

 

---

**From:** Milena Dolukhanyan [mailto:mdolukhanyan@gghslaw.com]
**Sent:** Tuesday, April 19, 2016 5:44 PM
**To:** Lam, Trang <Trang.Lam@marcumllp.com>
**Cc:** Lam, Stan <Stan.Lam@marcumllp.com>; charlesliu@me.com; Edward Gartenberg <egartenberg@gghslaw.com>
**Subject:** RE: 2014 and 2015 Reports for Pacific Proton EB-5 Fund, Beverly Proton Center and Pacific Medical Regional Center

Ms. Lam,

Thank you for your email. This is to confirm that we have received Balance Sheets, Profit & Loss and General Ledgers for Pacific Proton EB-5, LLC, Beverly Proton Center, LLC and Pacific Medical Regional Center, LLC for 2014 and 2015. Are there income statements and statements of retained earnings and cash flows for any of these entities for 2014 and 2015? If so, please provide them to us.

Thank you,

Milena Dolukhanyan

Attorney at Law

**PLEASE NOTE OUR NEW ADDRESS BELOW**

**Gartenberg Gelfand Hayton LLP**

EXHIBIT
T. Lam
**142**
03/09/2021 CJV CSR6640

Exhibit 29 Page 528

FOIA Confidential Treatment Requsted

Marcum_CLiu_00008377

15260 Ventura Blvd., Suite 1920

Sherman Oaks, California 91403

Telephone: (213) 542-2100

Direct Dial: (213) 542-2107

Facsimile: (213) 542-2101

E-mail: mdolukhanyan@gghslaw.com

Website: http://www.gghslaw.com

*******************************************************************

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by e-mail or telephone, and delete the original message immediately. In addition, to ensure compliance with the recent revisions to Circular 230 published by the Internal Revenue Service, Gartenberg Gelfand Hayton LLP informs you that if any advice concerning any Federal tax issue is contained in this communication, such advice is not intended to, and cannot be used for, any purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party, any transaction or matter unless expressly authorized within this communication. Please refer to Circular 230 (available at http://www.irs.gov/) for more information regarding this requirement.

Thank you.

---

**From:** Lam, Trang [mailto:Trang.Lam@marcumllp.com]
**Sent:** Tuesday, April 19, 2016 5:09 PM
**To:** Edward Gartenberg <egartenberg@gghslaw.com>
**Cc:** Milena Dolukhanyan <mdolukhanyan@gghslaw.com>; Lam, Stan <Stan.Lam@marcumllp.com>; charlesliu@me.com
**Subject:** 2014 and 2015 Reports for Pacific Proton EB-5 Fund, Beverly Proton Center and Pacific Medical Regional Center

Here are the reports for Regional Center which were not included in my previous email.



Trang Lam, CPA
Manager
MarcumLLP
1920 Main Street, Suite 950
Irvine, CA 92614
P: (949) 236-5693
F: (949) 236-5601
Trang.Lam@marcumllp.com

 

---

**From:** Lam, Trang
**Sent:** Tuesday, April 19, 2016 4:26 PM
**To:** 'egartenberg@gghslaw.com' <egartenberg@gghslaw.com>
**Cc:** 'mdolukhanyan@gghslaw.com' <mdolukhanyan@gghslaw.com>; Lam, Stan <Stan.Lam@marcumllp.com>; charlesliu@me.com
**Subject:** 2014 and 2015 Reports for Pacific Proton EB-5 Fund, Beverly Proton Center and Pacific Medical Regional Center

Hello Mr. Gartenberg,

As per our phone conference this morning, attached are 2014 and 2015 QuickBooks Reports and General Ledgers for all three entities.

Exhibit 29 Page 529

FOIA Confidential Treatment Requsted

Marcum_CLiu_00008378

Their previous CPA is Dwight W. Chao of Chao, Yu & Chao, CPAs- 2882 Walnut Ave., Unit C Tustin Ca 92780.

Please let me know if you need anything else.

Regards,

Trang



*Trang Lam, CPA*
Manager
MarcumLLP
1920 Main Street, Suite 950
Irvine, CA 92614
P: (949) 236-5693
F: (949) 236-5601
Trang.Lam@marcumllp.com

 

CONFIDENTIALITY NOTICE:
This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.

DISCLAIMER:
This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation. It should not be used or interpreted as tax or professional advice, unless otherwise stated. Those seeking such advice should contact a member of our firm. Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship. Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.