# EXHIBIT 30

1              UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3

4    SECURITIES AND EXCHANGE          )
     COMMISSION,                      )
5                                     )
                    Plaintiff,        )
6                                     ) Case No.
          vs.                         ) 8:16-cv-00974-CJC-AGR
7                                     )
     CHARLES C. LIU; XIN WANG         )
8    a/k/a LISA WANG; PACIFIC         )
     PROTON THERAPY REGIONAL          )
9    CENTER, LLC; PACIFIC PROTON      )
     EB-5 FUND, LLC; and BEVERLY      )
10   PROTON CENTER, LLC f/k/a         )
     LOS ANGELES COUNTY PROTON        )
11   THERAPY, LLC,                    )
                                      )
12                  Defendants.       )
     _____)
13

14

15

16

17    REMOTE VIDEO DEPOSITION OF XIN WANG aka LISA WANG

18                  FEBRUARY 25, 2021

19            CONDUCTED VIA VIDEOCONFERENCE

20

21

22

23
     Reported by
24   Cynthia J. Vega, RMR,
     RDR, CSR 6640, CCRR 95
25   Job No. 210225CJV

                                                          1

05:30:29  1    learned that the proton can help cancer patients and

2    to avoid surgery and chemotherapy, which would be

3    better for their health than chemotherapy.   Therefore,

4    I recommended the proton.   So in China I had made such

05:31:00  5    a presentation.

6        Q.    Who did you present to?

7        A.    It's to many patients and friends.   And also

8    there are -- there were people who wanted to come to

9    the United States with EB-5, with investment and

05:32:34 10    immigration because they knew that I came back from

11    the United States and I had some understanding of this

12    equipment.   So they learned about this.

13        I used to learn about the pharmacy, so I have

14    some medical background; therefore, I have more

05:32:57 15    understanding.   So I give them some -- from my

16    understanding, from the point of a patient, from my

17    viewpoint to give them some educational introduction.

18        Also, there were people in -- because I

19    learned medicine in China, so I have many friends and

05:34:36 20    classmates in many hospitals.   So sometimes I would

21    get them together and to promote the idea to them, to

22    introduce this to them.   Because many of them are with

23    radiation and specialists, doctors with radiation,

24    because at the time proton was not used in China and I

05:35:03 25    hope that it can be introduced into China.   Because at

15

05:35:08  1   that time my family members was still alive, but they

2   had the cancer and they couldn't go to the United

3   States to get treatments; therefore, I was hoping that

4   this technology could be introduced into China.

05:35:27  5       So I had many communications with them.  And

6   also sometimes I will get them together to talk about

7   the doctors who -- maybe who want to go to the United

8   States to invest and to give them presentation on

9   these as well.

05:36:04  10       (Reporter clarification.)

11   Q.   Please go ahead.

12   A.   Also, there were people -- there was people

13   that was helping my husband to promote the project.  I

14   would talk with some clients because many of them had

05:37:59  15   not been to the United States and also didn't have

16   much idea about the proton.  Because the project is

17   related to the proton and at the time there were no

18   doctors present.  So they would ask some simple

19   questions about proton and how -- what kind of

05:38:22  20   treatment they do too.  So I will give them some

21   simple and the conceptional introduction.

22       And also sometimes there were -- some

23   graphics will be distributed and I will give some

24   introduction about the graphics, just a simple and

05:38:51  25   conceptional introduction.

16

Exhibit 30 Page 533

05:38:56  1        Also, I will establish contact to -- have

2    them establish contact with my friends and with

3    doctors to be -- to give them a more in-depth

4    professional consultation.

05:39:20  5        Q.   Go ahead.

6        A.   To some hospitals, they want to introduce the

7    proton system.   Sometime I will discuss with them and

8    to learn about some relevant information.   I also want

9    to learn from them about some relevant and more

05:41:24 10  in-depth information in regard to proton.   So,

11   therefore, there are many of these communications and

12   the discussions.

13        Also, we hope that China can introduce this

14   technology, so I have these interactions with them.

05:41:40 15  In addition, there are patients who want to go to the

16   United States.   My husband told me that there are many

17   of the patients may go to the United States to our

18   project, to treatment; therefore, we would need to

19   establish a channel.   We would then need to form a

05:42:04 20  network with doctors of hospitals in China to make the

21   preparation, therefore, when the project is

22   established.   So for the patients who have the need,

23   we will do something.

24        Because to build a proton would take a long

05:42:30 25  time.   So if patients is capable, they can go to the

17

Exhibit 30 Page 534

05:42:34  1    United States in advance and receive treatment from

2    our facility.  These are the things that -- these are

3    things like these.  So these are the presentations

4    that I made.

05:42:49  5        Q.   Ms. Wang, the clients you refer to, those

6    were potential investors in your EB-5 project in the

7    United States; correct?

8        A.   Yes.  However, it was not to a particular

9    individual.  Just many people want to learn projects

05:44:28 10   and wanted to make investments, not necessarily to

11   invest in this project, but in China there are many

12   people who wanted to invest overseas.  Many clients

13   who -- they want to choose projects; therefore, they

14   would ask about the -- your project, what is the

05:44:53 15   proton?  What's the use of it?  Because perhaps I knew

16   a bit more than them.

17        So they would ask me.  In addition, they

18   would ask me about -- ask me to tell them briefly

19   about what -- about the proton.  And also since they

05:45:18 20   knew that I had lived in the United States for many

21   years, so they will also wanted to talk with me about

22   the cultures and about the habits and things like that

23   in the -- of the United States.

24        Q.   Ms. Wang, when did you first start giving

05:45:37 25   these presentations on proton therapy?

18

```
06:18:03    1   the million dollars from the project company's

            2   corporate account to your Chase personal account in

            3   March 2016?

            4       A.   I remember there was such a fund transferred

06:19:00    5   to my account, but as to specific to the time and to

            6   the specific bank card information, that I do not

            7   recall.

            8       Q.   Why were you receiving a million dollars from

            9   Beverly Proton in March of 2016?

06:19:36   10       A.   That's the wage they had promised before to

           11   pay me.

           12       Q.   Who promised to pay you a million dollars

           13   before?

           14       A.   At the time when the promise was made, there

06:21:25   15   was not a specific figure of 100 -- 1 million or

           16   something.  But at the very beginning -- my husband,

           17   when this started to make this project, it was even

           18   earlier.  It was about around year '11 or maybe

           19   year '10 or sometime.

06:21:49   20            At that time -- so at that time they wanted

           21   to make such a project -- do such a project.  But at

           22   the time, because in China I have many friends and

           23   many contacts, so he asked me to be in charge of

           24   doing -- interfacing with China and do some research

06:22:13   25   and to develop connections.  And he told me that he
```

26

06:22:19  1   would pay me a wage at the time.  As to specific time,

2   I think it was a year '11.

3           So he said on this time you'll be counted as

4   working, however, the company does not -- didn't have

06:22:33  5   money.  So right now it looked like you are just

6   helping, but eventually you will be paid.  That's how

7   it was set.  At the time it didn't say it was

8   1 million figure.  It was when I was paid that they

9   tallied up to be the number, that the number was they

06:23:05 10   came up with.

11       Q.   Who is "they"?

12       A.   My husband and his team.

13       Q.   Who was your husband's team?

14       A.   As to who in the team -- because my English

06:24:20 15   was not good, he interpreted all this to me.  So I do

16   not know specifically who that person was, but I know

17   there was loose -- that radiation doctor, what was his

18   name?  A radiation doctor.  I forgot the name.

19   Thropay.  Yes, Thropay.  Dr. Thropay.  And they

06:24:49 20   started this together, so they started this project

21   together.

22       Q.   So you were paid this $1 million in March of

23   2016 because Beverly Proton now had money to pay you;

24   right?

06:25:41 25       A.   That's my understanding.  How they arrived at

27

Exhibit 30 Page 537

```
06:25:47   1  it, I do not know.  I didn't know how -- so my
           2  understanding was that perhaps they had money.  That's
           3  why they paid my wage.
           4          Because nobody would -- nobody would do the
06:26:20   5  work for so many years without the pay, because I need
           6  to live.
           7          MR. LEUNG:  I'm sorry, Mr. Li.  Because I
           8  need to?
           9          THE INTERPRETER:  Live, l-i-v-e.
06:26:39  10          MR. LEUNG:  Oh, live.
          11          THE INTERPRETER:  Live.
          12          MR. LEUNG:  Okay.
          13          THE INTERPRETER:  To make a life.
          14  BY MR. LEUNG:
06:26:46  15     Q.  Ms. Wang, you testified that you started some
          16  sort of work for Beverly Proton as early as 2011.
          17  From 2011 to 2016, did you keep any records of the
          18  time you spent engaged in providing services for
          19  Beverly Proton?
06:29:38  20     A.  I have not written down things.  However, for
          21  this, I did a lot of work because at the very
          22  beginning I thought this was a good thing.  It's a
          23  thing to cure people, to save lives.
          24          And also in my own family we had elder
06:30:01  25  peoples who were sick; therefore, I spent a lot of
```

28

07:08:20    1    many, I do not recall.  I really do not recall.

            2        Q.   But you've changed your handset since 2016 at

            3    least once; right?

            4        A.   Yes.  At least changed it once.

07:08:41    5        Q.   And earlier you testified that you'd conduct

            6    Beverly Proton business through WeChat, through

            7    messages?

            8        A.   No.  It was through phone.  I said it was

            9    over phone.  I mentioned the WeChat, but it was to --

07:09:23   10    just to communicate about time, location, where to

           11    meet.  I think that's all.

           12        Q.   Ms. Wang, you've explained for us that

           13    beginning in 2011, you did a lot of work.  You made

           14    presentations.  You had a lot of meetings.  And you

07:09:41   15    earned the $1 million that was transferred to your

           16    personal account in March of 2016.

           17             If you wanted to prove all of that work, if

           18    you wanted to demonstrate that that work happened with

           19    pieces of paper, with documents, what kinds of

07:09:58   20    documents would you show us?

           21        A.   It was a long time ago, but I can search for

           22    it.  Right now, I do not have them, but I can give it

           23    a try.  I can try to search for them.

           24        Q.   That would be great.  You haven't searched

07:11:12   25    for them before, though; right?

                                                                    40

Exhibit 30 Page 539

07:13:03   1          A.    I can go search for it, but right now I do

2     not have -- at the time I did not realize I need to

3     keep this because I was just helping my husband do the

4     promotion, so I mainly was dealing with people.

07:13:26   5     Therefore, for this record -- because when I change

6     handset or when I gave a handset to the children or to

7     elders, I would then have the phone reset to the

8     factory status.  So this content was not saved at the

9     time; therefore, I did not conscientiously to --

07:13:57  10     consciously to keep these things.

11          And I did a lot of work, but I was just -- to

12     my husband and he saw all these.  He also brief his

13     team on this.  In China, in Mainland China, he did not

14     have as many connections as I do.  It's not that -- in

07:14:23  15     Mainland China, in the medical field, mainly it was I

16     who helped him with the interactions.  As to business

17     negotiations, it was through him.

18          At the time I didn't think that this would

19     need to be saved or something.  So I did not do all

07:14:45  20     these.  However, I did have lots of photos.  The

21     photos, for example, with the Xinhua Insurance, and

22     those are photos of meetings, shows and -- meetings

23     and shows.  Those photos, I still have them.

24          Q.    Ms. Wang, did you ever earn commissions for

07:15:23  25     finding investors to your husband's EB-5 project?

                                                                      41

07:15:48  1      A.   No.

2      Q.   Do you know a person named -- surname Lu,

3   first name Zhang?  Surname is L-u, first name Zhang,

4   Z-h-a-n-g.

07:16:18  5      A.   I do not know.  Zhang Lu, do not know.

6      Q.   So you're not entitled to a commission on

7   that person's investment; correct?

8      A.   I do not know.  Zhang Lu.  No, I do not know

9   this person.

07:16:51 10      Q.   Do you know a person named -- last name Shen,

11   first name Juan?  Spelled J-u-a-n, surname is S-h-e-n.

12   Shen Juan.

13      A.   This J-u-a-n, this is not a Chinese Pinyin.

14   Is this a Chinese?

07:17:46 15      Q.   It's from an investor list.  I don't know if

16   it's Pinyin or not, but that's how it's spelled.

17           Do you recognize the name?

18      A.   I do not know.

19      Q.   And so you're not entitled to any marketing

07:18:09 20   commission in connection with that person's

21   investment, are you?

22      A.   It was like if I have -- before I have

23   many -- there are some friends that would come to me

24   about my project and to do investment immigration, to

07:19:17 25   do others.  I would refer these friends directly to

42

07:19:23  1  such person, that is so I would refer them to the

2  salespeople.  I specifically would not get involved.

3  Therefore, for many names I cannot match.  I do not

4  know who they are.

07:19:42  5       Q.   Who are the salespeople?

6       A.   I do not know about this.  Someone has a -- a

7  friend told me that someone has the intention to do

8  it, so I would just say for the investment, the

9  immigration, I have not involved.  And I also have no

07:20:55  10  commission.  I just referred to my husband.  Also many

11  of my friends that my husband knew them too.

12            So I just told him that such and such person

13  had a client who -- had the connection who may want to

14  apply.  So he would just say then give it to me to

07:21:20  15  handle.  It's like that.  And so he would -- as to who

16  he assigned it to handle it, I do not know.  I had

17  never participated in the section of EB-5 immigration

18  part.

19            (Reporter clarification.)

07:21:50  20       Q.   So you've never been entitled to marketing

21  compensation for EB-5 investors in Beverly Proton?

22       A.   That had not been paid to me.

23       Q.   And if funds had been paid to you for

24  marketing EB-5 investments, that money, you weren't

07:22:23  25  entitled to it, right, because -- you weren't a part

43

07:22:26  1  of the capital raise, were you?

2              MR. GOURAIGE:   I object to the form of the

3  question.

4  BY MR. LEUNG:

07:23:00  5      Q.   Please answer.

6      A.   As to raising capital of the EB-5, I do not

7  know what it is.  I'm not sure.  I'm not sure that my

8  work scope had any effect on the fundraising.  I'm not

9  sure.  However, I think this is a integral thing.  And

07:24:00 10  I do not how to determine what is the rule, but I know

11  that all the work I did was -- definitely would be

12  helpful to them.

13      Q.   I just want to be clear.  Were you entitled

14  to commissions on EB-5 capital raised?

07:25:35 15      A.   I'm not quite understand.  Maybe you can ask

16  in a different way.  As to marketing, is that -- are

17  you trying to define my work scope?  Is that my wage?

18  Would that include the -- what would my wage included?

19  Is that the determination you want to make?

07:26:05 20      Q.   You testified that you weren't involved in

21  raising capital.  So what I'm asking is:  Let's

22  suppose an investor contributes $500,000 to the

23  Beverly Proton project.  Were you entitled to a

24  percentage of that $500,000?  Did you take a

07:26:21 25  commission?  Is that compensation that you were

44

07:26:26  1    entitled to earn?

2        A.   Before there was no promise made to me that

3    there will be a commission paid to me.  There was no

4    such a promise.

07:27:37  5        Q.   And so if commissions were paid to you or

6    your company, that would have been incorrect; fair?

7        A.   I don't think I was paid such money.  I have

8    not been paid money with these designation.

9        Q.   Do you know a person -- an investor in

07:28:22  10   Pacific Proton named Dai Lixia, L-i-x-i-a, last name,

11   D-a-i?

12       A.   I know this person.

13       Q.   Who is that person?

14       A.   This person is a friend of a friend of mine.

07:29:10  15       Q.   And do you know whether Dai Lixia invested in

16   the Pacific Proton EB-5 project?

17       A.   Yes.  I know that.

18       Q.   Were you entitled to a commission on that

19   investment?

07:30:02  20       A.   I would hope so.  However, if there was a

21   commission, it should be paid to the friend who was

22   between us.  I didn't take this money.

23       Q.   Zhang Rui, last name Zhang, Z-h-a-n-g, first

24   name Rui, R-u-i, do you know that person?

07:30:40  25       A.   Zhang Rui; right?  I have no recollection.

45

07:30:45   1       Q.   Zhang Fan, F-a-n, surname Zhang, do you know

       2   that person?

       3       A.   Is that Zhang Fan or Chiang Fan?

       4       Q.   C-h-a-n-g, so I think it's "Chang" as

07:31:18   5   supposed to "Zhang."

       6            Is that a person you know?

       7            (Reporter clarification.)

       8       Q.   Ms. Wang, you need to say yes or no as

       9   opposed to shaking your head.

07:31:52  10       A.   I said I didn't know the person.

      11       Q.   Ms. Wang, do you know a person named Xu

      12   Faxiao, X-u, Xu Faxiao?

      13            (Reporter clarification.)

      14            MR. LEUNG:   X-u, last name, first name

07:32:27  15   F-a-x-i-a-o.

      16            THE INTERPRETER:   I'm sorry, Counsel.   Was it

      17   X as in X-ray or S as in Sam?

      18            MR. LEUNG:   X as in X-ray, X-u.

      19            THE WITNESS:   I think I have heard the name,

07:33:02  20   but I do not recall which one.   And it could be from a

      21   friend of a friend of a friend.   There are so many

      22   layers.   I do not remember specifically the person.

      23   BY MR. LEUNG:

      24       Q.   Would you have been entitled to commission

07:33:17  25   compensation on Xu Faxiao's investment?

                                                                    46

07:33:35   1       A.   It had no relationship with me.  I had never

2    thought about receiving a commission.

3       Q.   Do you know a person named Chen Quan,

4    C-h-e-n, first name Quan, Q-u-a-n?

07:34:11   5       A.   Chen Quan; right?

6       Q.   Yes.

7       A.   No recollection.

8       Q.   Last name Yan, Y-a-n, first name Longwen,

9    L-o-n-g-w-e-n, do you know that person?

07:34:52  10       A.   I think I have seen this person.  It's Yan

11   something wen.  Is that right?  Yan some wen.

12       Q.   Yes.  When did you see this person?

13       A.   Yes.  This person who wanted to learn about

14   the project, about the future of proton -- the

07:35:34  15   function of proton.  And what happened in -- I have

16   met this person because he wanted to learn about

17   proton from me.  So I have such a recollection.

18       Q.   Did this person visit with you in the United

19   States?

07:35:58  20       A.   No.  It was in China, in Beijing.

21       Q.   Were you entitled to commission compensation

22   on Yan Longwen's investment in your husband's EB-5

23   project?

24       A.   It was -- I never thought about the thing.

07:36:32  25   He was -- this person was not a customer of mine.  He

47

Exhibit 30 Page 546

07:36:36  1    just came to me to learn about the proton.  He was not

2    referred by me.

3         Q.   Ms. Wang, do you know a person named Wang

4    Kexin, K-e-x-i-n, last name Wang, W-a-n-g?

07:36:56  5         A.   I do not know this person.

6         Q.   What about Li, L-i, Longwen, L-o-n-g-w-e-n,

7    first name?

8         A.   No recollection.

9              Only for people who ask about the proton,

07:39:35 10    about the medical treatment or about some things in

11    the United States to learn about those.  Those are

12    friends who would ask me, but whether they wanted to

13    do the EB-5 or something, they did not go through me.

14    It was sent through my husband -- it went through my

07:40:01 15    husband.

16              I told him, you go talk to them directly

17    because I do not know how this was -- specifically how

18    this was handled.  And my English was not very good.

19    I do not know the entire procedure.  So you just talk

07:40:19 20    to them directly.

21              And if you want to know about the medical

22    treatment, there was a proton, or if you want to have

23    a patient who want to go to the United States, someone

24    will come to me to ask me about the proton, about

07:40:35 25    the -- as to commission, no, I have never taken one.

48

07:51:07  1  at 7:51 p.m.

2          MR. LEUNG:  Cindy, was there a pending

3  question when we went off?

4          THE REPORTER:  No.  She just gave an answer,

07:51:31  5  I believe the full answer.

6          MR. LEUNG:  Okay.  Ms. Wang, I'm going to be

7  sharing my screen with you.

8          And for the record, I'm showing the witness a

9  nine-page document that's been previously marked,

07:51:55 10  Exhibit 29.

11  BY MR. LEUNG:

12      Q.  Let me flip through this document.  Take a

13  look at it and my first question is going to be:  Do

14  you recognize Exhibit 29?

07:53:26 15          Do you recognize Exhibit 123 that was

16  previously marked as Exhibit 29?

17      A.  It has my husband's signature.  It's in year

18  '16.  What was the date?  January 28; right?

19      Q.  Yes.

07:54:20 20      A.  The type is very small.  I cannot read it

21  clearly.  I do not know the content of this.  However,

22  it has my signature and also my husband's signature.

23          THE REPORTER:  Excuse me, Counsel.  Is this a

24  new Exhibit 123 that you're marking?

07:54:42 25          MR. LEUNG:  No.  I mean, it's been marked

50

07:54:45  1   twice.  It was first marked as 29.  It's been

2   previously marked as Exhibit 123 as well with another

3   witness.

4   BY MR. LEUNG:

07:55:00  5        Q.   Ms. Wang, are you able to read this document?

6        A.   I cannot read.  My English is not.

7        Q.   Has this document ever been translated for

8   you?

9        A.   The things I signed, if it was -- that was

07:55:59 10   shown to me by my husband, if it was in English, then

11   my husband would interpret the outline or summary of

12   it to let me know what kind of thing that was and

13   which required my signature.

14        Q.   Okay.  I'm going to read for you section 6,

07:56:24 15   which begins at the first page of Exhibit 123 and goes

16   onto the second page of Exhibit 123.  Section 6,

17   "Employee's employment duties:  A, Employee shall be

18   responsible for the day-to-day operation of the

19   corporation and its production facility."  That's what

07:56:48 20   it says.  Did your husband describe for you that term

21   of this contract that you signed?

22        A.   I do not recall.

23        Q.   Do you know what it means to be responsible

24   for the day-to-day operation of the corporation?

07:57:58 25        A.   Be responsible for the day-to-day operation

51

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Exhibit 30 Page 549

07:58:01  1   of the company -- of the corporation.

2          Q.   Do you know what that means?

3          A.   Being responsible for day-to-day operation,

4   it should be for administrative.  For the Chinese, we

07:58:55  5   understand that it was administrative, some daily

6   management, for example, some management of affairs,

7   things like that.

8          Q.   What corporation is that clause of your

9   employment agreement referring to?

07:59:55  10         A.   As to this document, I do not know --

11  remember the specific content.  And also as to when it

12  was signed, it was a long time ago.  This should be --

13  I do not know.  I do not know which corporation -- its

14  daily operation.

08:00:21  15         Q.   How are you supposed to responsibly handle

16  the day-to-day operations of a company if you don't

17  know what company you're handling it for?

18         A.   I do not know what -- Counsel, what was your

19  objection?

08:00:50  20             MR. GOURAIGE:  Objection to the form of the

21  question.

22             THE REPORTER:  I didn't hear your objection

23  at all.

24             MR. GOURAIGE:  Cindy, you can't hear me at

08:01:10  25  all?

52

08:01:10  1          THE REPORTER:  Now I can.

          2          (Reporter clarification.)

          3          MR. GOURAIGE:  Objection to the form of the

          4  question.

08:01:14  5          I'll try to speak up.

          6          MR. LEUNG:  Mr. Li, can you translate the

          7  witness's answer in full, please.

          8          THE INTERPRETER:  The interpreter would need

          9  to ask the witness to repeat her answer because the

08:01:32 10  interpreter lost that answer.

         11          Counsel, would I have your permission?

         12          MR. LEUNG:  Yes.  That's fine.

         13          THE WITNESS:  Nobody has told me about the

         14  content of this document and I do not remember the

08:02:05 15  content of this document because I do not recall

         16  clearly of what I have signed, since I do not

         17  understand English.

         18          And also only one provision was read to me as

         19  to the daily management of the corporation.  I think

08:03:01 20  this should be embodied in all labor contracts.  It

         21  should have such a provision, but, however, which one

         22  he was talking about, he didn't tell me the main

         23  content of this thing.  And, therefore, he asked me --

         24  he just asked me with just one paragraph.  I do not

08:03:31 25  know what he was asking me about.

                                                                    53

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Exhibit 30 Page 551

08:03:37   1   BY MR. LEUNG:

2        Q.    Ms. Wang, is this employment agreement the

3   basis for your receipt of the million dollars in March

4   of 2016?

08:04:22   5        A.    Basis for receiving 1 million?

6        Q.    Yes.

7        A.    Can you reask me the question?   I do not know

8   the meaning of this question, therefore, I do not know

9   how to answer it.

08:04:56  10        Q.    Ms. Wang, is it your understanding that this

11   contract gave you the right to receive the $1 million

12   that was transferred to your personal accounts from

13   the Beverly Proton account in March of 2016?

14        A.    Yes.   My -- that's what my husband said.   My

08:05:48  15   husband said that was the meaning.

16        Q.    Okay.   So this document, this Exhibit 123,

17   gave you the right to take that money; right?

18        A.    That is my understanding.

19        Q.    Okay.   I'm going to read section 6(a) again.

08:06:11  20   "Employee's employment duties:   A, Employee shall be

21   responsible for the day-to-day operation of the

22   corporation and its production facility."   What

23   production facility is section 6(a) referring to,

24   Ms. Wang?

08:07:46  25        A.    Production facility, at the time my husband

54

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Exhibit 30 Page 552

08:07:51  1   didn't interpret this such detail to me as it could be

2   a template or a fixed version that was --

3          THE INTERPRETER:  The interpreter lost the

4   answer of the witness.  May the interpreter ask the

08:08:25  5   witness to repeat?

6          MR. LEUNG:  Yes, please.

7          THE WITNESS:  I was saying that this document

8   that my husband asked me to sign at the time, it

9   was -- my husband brought a fixed version to me about

08:09:19 10   the company and that I explained it could be a receipt

11   or something, but it was a fixed version.  But as to

12   this provision and with the understanding of this

13   phrase, I do not know how to explain it.

14   BY MR. LEUNG:

08:09:39 15      Q.   Ms. Wang, did you understand that Beverly

16   Proton and Pacific Proton Regional Center were two

17   different companies?

18      A.   I know that.

19      Q.   And this employment agreement that you

08:10:12 20   signed, Exhibit 123, is between you and Beverly

21   Proton; correct?

22      A.   It should be the company that I had been

23   serving.  My work was related, so I do not know which

24   company I was being assigned to, but I only knew that

08:12:04 25   I should be paid money.  And from the very beginning,

55

08:12:13    1   it was my husband and his team, they were the

            2   initiators of this company.  They had worked very hard

            3   on these.

            4           As to which -- as to I should be put to the

08:12:30    5   which company, it shouldn't depend on my work scope.

            6   Therefore, for the business -- for the company, in the

            7   United States my husband interpreted all this and

            8   asked -- tell me what to do.  It was all related to

            9   promotions.

08:12:51   10           Therefore, I do not know this -- what the

           11   business scope of these two corporations and

           12   whether -- as to whether they have any relationship.

           13   So I was just doing my work and earned my wage.  So as

           14   to -- so if I signed to this one -- to this company,

08:13:15   15   then it should be this company, because I believe my

           16   husband would not have deceived me.  That's my

           17   understanding.

           18       Q.   Ms. Wang, your husband is honest?

           19       A.   Of course.  Yes.

08:13:33   20       Q.   He speaks the truth?

           21           THE INTERPRETER:  I'm sorry.  I didn't get

           22   the question.

           23   BY MR. LEUNG:

           24       Q.   He speaks the truth?

08:13:45   25       A.   Yes.

                                                                      56

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Exhibit 30 Page 554

08:24:38  1   go to -- they could make a defamation to my children's

2   school, to my hometown.  They do all the dark things.

3   So for me, I have -- I'm positive about integrity of

4   my husband.

08:25:05  5       Q.   Ms. Wang, you didn't have an employment

6   agreement with Pacific Proton Regional Center.  You

7   weren't an employee of Pacific Proton Regional Center.

8   Why did you take money from the corporate account for

9   the Pacific Proton Regional Center?

08:25:51  10      A.   I didn't quite understand it.  Could you say

11  it again?

12      Q.   You don't have an employment with Pacific

13  Proton Regional Center.  Is that your understanding?

14      A.   Correct.

08:26:22  15      Q.   Yet you received a lot of money from the

16  Pacific Proton Regional Center corporate accounts in

17  2014 and 2015.  Why were you entitled to that money if

18  you didn't work for the Regional Center?

19      A.   Are you asking me to look at this contents or

08:27:21  20  what?

21      Q.   No.  I'm just asking you a question.

22      A.   I didn't take it from the -- maybe just a

23  reimbursement of expenses.  There were lots of

24  promotion work that I need to be reimbursed, less

08:28:02  25  expenses need to be reimbursed.

60

Exhibit 30 Page 555

08:28:04  1       Q.   Do you recall receiving a transfer of $50,000

2    from the Pacific Proton Regional Center corporate

3    accounts on September 30, 2015?  $50,000 coming into

4    your bank account from Pacific Proton Regional Center,

08:28:21  5    do you remember that?

6       A.   I do not recall clearly because for the US

7    account, it seems the -- the US account I asked my

8    husband to handle.  As to the expenses, whatever

9    expenses I incurred here, I would tell him.  Then as

08:29:47  10   to how he treat these, I did not know how he

11   specifically -- he handled these, how to interact or

12   interface with the team.  The specifics, I do not

13   know.

14       Q.   What kind of expenses do you think you had

08:30:05  15   that justified a reimbursement of $50,000 in a single

16   transfer?  I travel.  I don't put in expenses for

17   50 grand, but I don't do what you do.  Can you

18   illuminate me on that point, please?

19            MR. GOURAIGE:  I'm going to object to the

08:30:22  20   second part of the question about your personal

21   travel.

22            THE WITNESS:  It's not for maybe one time.

23   It's a cumulative for multiple years.  My

24   understanding is sometimes the company didn't have

08:33:00  25   money.  The company may not always -- from the very

61

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

Exhibit 30 Page 556

08:33:04  1   beginning, the company may not always have money.  And

2   at the very beginning, the fund might not all be in

3   place.  Therefore, it will taking -- be handled as a

4   normal expenses, as a daily expenses.

08:33:26  5         So every time there was a item, it will be

6   reimbursed for me.  And that's a normal -- as a

7   regular employee, if I was not paid for a long time,

8   if I was reimbursed for a long time, why would I still

9   work for the company; right?

08:33:50  10        So for me, I feel that that -- I feel this

11  question -- for example, if I had some expenses and if

12  I had some consumption, I would tell my husband and

13  he would record it down.  So when the company had

14  the money, he would reimburse part of it.  It's not

08:34:17  15  that each time that would happen.  That's my

16  understanding.

17        For example, we also had advanced a lot of

18  money to the company.  We advanced money.  We paid the

19  money to the company.  Because he was my husband I

08:34:39  20  knew it was so hard for him to do this thing.  That's

21  why I would do.  Otherwise, no employee would advance

22  money to the company to work for.

23        And also when he had a little money, when he

24  reimbursed a little money, so he reimbursed a little

08:34:56  25  money.

62

08:52:53  1        So as to how he handled it, he never told me.

       2    He never tell me about this.  He just tell me what he

       3    needed me to do, and as long as it was not the wrong

       4    things, it was not illegal things or rule violating

08:53:08  5    things, I would help him out.  I would do my best to

       6    do it.

       7        Q.   From 2011 to 2016, did you keep records of

       8    the expenses that you needed to be reimbursed for and

       9    the work that you needed to be paid for?

08:53:50 10        A.   If I had them, I had given them to my

      11    husband.

      12        Q.   Did you have records in September of 2015

      13    that explained for your husband you wrote at least

      14    $50,000 in expense reimbursements?  Did you have

08:54:07 15    records that supported that number, the 50,000?

      16        A.   I really do not remember.  This would also be

      17    with my husband.  I could search for them.  I had to

      18    ask him to search for them because it is always him.

      19        Q.   You haven't searched for them yet; right?

08:56:12 20        A.   For -- it's not that I didn't search for it.

      21    It was with him, but he was not a very careful person

      22    either.  He may not actually kept them well.  He often

      23    have piles of things sitting there.  Maybe he would

      24    organize them once in a while.

08:56:36 25            So when there were expenses of what happened

                                                                    68

08:56:43  1   after -- what the expenses are that I tell him.   In

2   China, an invoice would be required, but he said in

3   the United States, a invoice is not always required as

4   long as I have a receipt.

08:57:00  5        So I do not know how he would consolidate

6   this financially, how often he would do this and to

7   interface with his business team.   He was very busy.

8   He had lots of work, administrative work to do.   And

9   for this, as you said, that I have never searched for

08:57:31  10   them.   Nobody asked me to search for them.   And I

11   didn't think it was a daily thing that I needed to do.

12        My understanding is those were expenses for

13   many years.   And he just repaid -- I was just repaid.

14   And also many were lost.   And the many of those

09:00:37  15   expenses had no invoices, no receipts, no proof, but

16   they actually happened.   And if you calculate more

17   carefully, it will be much higher than these figure.

18        And for these things -- he's the person who

19   is not that greedy or that stingy about money.   So if

09:01:08  20   I -- for something -- something without receipt or

21   invoice, how do you handle this expenses?   Because in

22   China you can ask me for to do things, you pay the

23   money, but they wouldn't write a receipt for you.   And

24   in China, the idea is that there's no receipt and no

09:01:31  25   invoice.   Then you have done things and you have paid

69

Exhibit 30 Page 559

09:01:34 1  money, but there is no proof to show for it.  So this

2  money you had to be out of your own pocket.

3          But also for my husband, he might forget many

4  things because it has been a while.  Sometimes there

09:01:50 5  was a expense happened and there was no proof and I

6  told him about the expense.  He would say, "Okay.  I

7  got it."

8          But when he -- after a while, a long while

9  after -- when he was tally up -- periodically tallying

09:02:09 10  things up, then he might omit a lot of these because

11  he couldn't remember, because sometimes I would

12  remember too for both of us.  Our style is get the

13  work done first.  And that's how we have been doing

14  things.

09:02:26 15          My understanding is that this reimbursement

16  amount that he gave back is an accumulated amount that

17  for so many years.  And for those that with proof of

18  payments, that's what paid.  Therefore, if you want to

19  go into the details, I really do not have it.

09:02:54 20          Whatever happened I gave to him.  Sometimes I

21  just told him about it, then he would forget right

22  away.  It's such a big project that there are so many

23  parts to interact with, so I understand because,

24  therefore, I never fight with him about it.  We fought

09:03:16 25  before, but the result of the fight was that the

70

09:03:19  1   people -- both of us were happy.  And the fact that

2   there is work to be done.

3          So I just decided I will not get too involved

4   and I will let him handle all this.  It's -- I do not

09:03:35  5   know whether you understand it.  And this is the

6   interaction between me and him.  That's what actually

7   happened.

8          And sorry to the interpreter.

9          I'm sorry.  I'd like to ask how long -- how

09:04:47 10   much more time it would last?  Because I have a

11   doctor's appointment this afternoon.  I have some

12   issues with my health.  So if there will be a long

13   time, I would cancel the appointment.  If I do not

14   cancel the appointment, then there will be a bad

09:05:08 15   record for me, which would affect my credit.

16     Q.   It won't be much longer.

17     A.   Okay.  Thank you.  Thank you.

18          MR. LEUNG:  For the record, I'll be

19   displaying for the witness a document that will be

09:05:36 20   marked Exhibit 134.

21          (Exhibit 134 was marked for identification.)

22   BY MR. LEUNG:

23     Q.   Ms. Wang, the first page of this document is

24   entitled "Plaintiff Securities and Exchange

09:05:47 25   Commission's Second Set of Requests for Production of

71

```
 1                    REPORTER'S CERTIFICATE

 2

 3           I, Cynthia J. Vega, a Certified Shorthand

 4     Reporter for the State of California, do hereby

 5     certify:

 6           That the witness in the foregoing remote

 7     deposition was by me duly sworn remotely; that the

 8     remote deposition was then taken before me at the time

 9     and place herein set forth; that the testimony and

10     proceedings were reported by me stenographically and

11     were transcribed through computerized transcription

12     under my direction; and the foregoing is a true and

13     correct record of the testimony and proceedings taken

14     at that time.

15           I further certify that I am not of counsel or

16     attorney for either or any of the parties in the

17     foregoing proceeding and caption named or in any way

18     interested in the outcome of the cause in said

19     caption.

20           IN WITNESS WHEREOF, I have subscribed my name

21     this 2nd day of March, 2021.

22           Reading and Signing was requested.

23

24     _____

25            Cynthia J. Vega, CSR No. 6640
```