# EXHIBIT 32

| | |
|---|---|
| 1 | Lawrence B. Steinberg (State Bar No. 101966) |
| |    LSteinberg@buchalter.com |
| 2 | BUCHALTER, A Professional Corporation |
| | 1000 Wilshire Boulevard, Suite 1500 |
| 3 | Los Angeles, CA 90017-2457 |
| | Telephone: (213) 891-0700 |
| 4 | Facsimile: (213) 896-0400 |
| 5 | Hervé Gouraige (admitted *pro hac vice*) |
| |    hgouraige@sillscummis.com |
| 6 | SILLS CUMMIS & GROSS P.C. |
| | One Riverfront Plaza |
| 7 | Newark, New Jersey 07102-5400 |
| | Telephone: (973) 643-5989 |
| 8 | Facsimile: (973) 643-6500 |
| 9 | Attorneys for defendants CHARLES C. LIU |
| | and XIN WANG a/k/a LISA WANG |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. SACV 16-00974 CJC (AGRx) |
| Plaintiff, | MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANTS CHARLES C. LIU AND XIN WANG IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE ASSET FREEZE; DECLARATION OF HERVÉ GOURAIGE |
| vs. | |
| CHARLES C. LIU; XIN WANG a/k/a LISA WANG; PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC, | Date: December 14, 2020<br>Time: 1:30 p.m.<br>Courtroom: 9B |
| Defendants. | |

Defendants CHARLES C. LIU and XIN WANG, a/k/a LISA WANG respectfully submit their memorandum and accompanying declaration in opposition to the motion of plaintiff SECURITIES AND EXCHANGE COMMISSION to continue this Court's asset freeze.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES
42636790_1.DOCX

EXHIBIT
124
2-24-2021  C. Liu

Exhibit 32 Page 572

MEMORANDUM OF POINTS AND AUTHORITIES OF DEFENDANTS CHARLES C. LIU AND XIN WANG IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE ASSET FREEZE; GOURAIGE DECLARATION

1  Lawrence B. Steinberg (State Bar No. 101966)
      LSteinberg@buchalter.com
2  BUCHALTER, A Professional Corporation
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA 90017-2457
   Telephone: (213) 891-0700
4  Facsimile: (213) 896-0400

5  Hervé Gouraige (admitted *pro hac vice*)
      hgouraige@sillscummis.com
6  SILLS CUMMIS & GROSS P.C.
   One Riverfront Plaza
7  Newark, New Jersey 07102-5400
   Telephone: (973) 643-5989
8  Facsimile: (973) 643-6500

9  Attorneys for defendants CHARLES C. LIU
   and XIN WANG a/k/a LISA WANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>CHARLES C. LIU; XIN WANG a/k/a LISA WANG; PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,<br><br>  Defendants. | Case No. SACV 16-00974 CJC (AGRx)<br><br>DECLARATION OF HERVÉ GOURAIGE IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE ASSET FREEZE<br><br>Date: December 14, 2020<br>Time: 1:30 p.m.<br>Courtroom: 9B |

/ / /

/ / /

/ / /

/ / /

/ / /

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES
42638701_1.DOCX

Exhibit 32 Page 573

GOURAIGE DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE ASSET FREEZE

I, Hervé Gouraige, do say and declare:

1. I am an attorney at law duly licensed to practice law in the States of New Jersey and New York. I am also admitted *pro hac vice* to practice before this Court. I am the primary attorney responsible for representing Defendants in this case. I have personal knowledge of the matters set forth below, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2. I submit this declaration in support of defendants Charles C. Liu and Xin Wang a/k/a Lisa Wang's opposition to the motion of the Securities and Exchange Commission (SEC) to continue this Court's asset freeze.

3. Attached hereto as Exhibit 1 is a true and accurate chain of emails, dated Nov. 6-9, 2020, exchanged between Hervé Gouraige, Esq. and Gary Y. Leung, Esq., with copies to Amy Longo, Esq., and Jacob Regenstreif, Esq., counsel for Plaintiff SEC.

4. Attached hereto as Exhibit 2 is a true and accurate copy of the investigative deposition transcript of defendant Xin (Lisa) Wang conducted by the SEC, dated May 4, 2016.

5. Attached hereto as Exhibit 3 are true and accurate copies of bank account records from Wells Fargo defendant Wang's checking (xxxxx2343) (balance of $195,294.75), Wells Fargo defendant Wang's savings (xxxxx9793) (balance of $6,320.65), JP Morgan Chase defendant Liu's account (xxxxx3076) (balance of $76,529.63), and JP Morgan Chase non-party MP Medical Hotel, Inc. checking account (xxxxx9018) (balance of $30,429.35).

6. Attached hereto as Exhibit 4 is a true and accurate copy of a Grant Deed dated March 27, 2015 to defendant Wang for the property located at 55 Asilomar Road, Laguna Niguel, CA 92677.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES
42638701_1.DOCX

Exhibit 32 Page 574

GOURAIGE DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE ASSET FREEZE
2.

7. Attached hereto as <u>Exhibit 5</u> is a true and accurate copy of a Preliminary Title Report dated November 11, 2020 for the property located at 55 Asilomar Road, Laguna Niguel, CA 92677.

8. Attached hereto as <u>Exhibit 6</u> are true and accurate copies of a Seller's Report dated November 14, 2020 and Comparative Sales Analysis dated November 14, 2020 for the property located at 55 Asilomar Road, Laguna Niguel, CA 92677.

9. Attached hereto as <u>Exhibit 7</u> is a true and accurate copy of the Proton Therapy Project Companies Deductible Business Expenses spreadsheet (incomplete) created on or about November 16, 2020 by the outside accounting firm of the project companies.  Upon information and belief, the accounting firm for the Court-appointed Monitor recommended by the SEC was given copies of the documents (other than those in the docket of this case) that were used to prepare this spreadsheet.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of November 2020 in Newark, New Jersey.

                               /s/ *Hervé Gouraige*
                                 Hervé Gouraige

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES
42638701_1.DOCX

Exhibit 32 Page 575

GOURAIGE DECLARATION IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE ASSET FREEZE
3.

# EXHIBIT 7

Case 8:16-cv-00974-CJC-AGR Document 290-32 Filed 04/23/21 Page 6 of 10 Page ID #:8456

Exhibit 32 Page 576

## Proton Therapy Project Deductible Business Expenses (Incomplete)

Amounts USD

**Net Amount Received from Investors** — $ 26,967,918.00

**Proton Therapy Expenses**

| | |
|---|---:|
| Land lease payments Dr Thropay | $ 680,500.00 |
| Land remediation - R. Alan Construction | $ 315,487.00 |
| Construction Architect - Skanska USA Building Inc. | $ 407,504.00 |
| Construction Design - X Science Studio | $ 85,600.00 |
| Equipment manufacturer Mevion Medical Systems, Inc. | $ 3,000,000.00 |
| Equipment manufacturer deposit forfeited Optivus Proton Beam Therapy, Inc. | $ 458,169.83 |
| Furnitures & Fixtures | $ 65,681.99 |
| Office Equipment | $ 16,108.99 |
| **Total Proton Therapy Expenses** | **$ 5,029,051.81** |

**Compensation to Liu & Wang**

| | |
|---|---:|
| Charles Liu | $ 6,714,580.00 |
| Xin Lisa Wang | $ 1,538,000.00 |
| **Total Compensation** | **$ 8,252,580.00** |

**Marketing fees**

| | |
|---|---:|
| Overseas Chinese Immigration Conculting Ltd. (net refund of $2,060,130) | $ 6,323,525.00 |
| United Damei Group (United Damei Investment Company, Ltd. & Beijing Pacific Damei Consulting Co., Ltd.) | $ 315,000.00 |
| Broker Fees - Hang Seng Bank | $ 1,275,000.00 |
| Antonio Ramon Villaraigosa | $ 50,025.00 |
| Industrial & Commercial Bank | $ 2,300,000.00 |
| **Total marketing fees** | **$ 10,263,550.00** |

**State & Federal Taxes**

| | |
|---|---:|
| CA State Franchise Tax | $ 8,100.00 |
| Payroll | $ 15,444.00 |
| **Total Taxes** | **$ 23,544.00** |

**Miscellaneous Expenses**

| | |
|---|---:|
| Employee salaries Michael Cogswell | $ 27,000.00 |
| Office rent | $ 332,044.86 |
| Office expenses | $ 51,715.61 |
| Bank service charges | $ 13,105.59 |
| Interest expense | $ 774.89 |
| Travel expense | $ 362,971.71 |
| Meals & entertainment | $ 8,614.75 |
| Telephone expense | $ 38,538.51 |
| Consulting fees | $ 163,324.14 |
| Contributions | $ 12,500.00 |
| Computer & internet expense | $ 9,894.73 |
| Insurance | $ 20,370.09 |
| Outside services | $ 2,701.50 |
| Postage and delivery | $ 11,913.51 |
| Printing and reproduction | $ 8,021.70 |
| Licenses and permits | $ 1,922.00 |
| Miscellaneous | $ 7,890.94 |
| **Total Miscellaneous Expenses** | **$ 1,073,304.53** |

**Professional Fees**

| | |
|---|---:|
| Accounting Marcum LLP | $ 55,036.00 |

Exhibit 32 Page 577

7624840.v1

| | | |
|---|---|---|
| Legal Miller Mayer LLP | $ | 42,536.00 |
| Others | $ | 539,021.00 |
| **Total Professional Fees** | **$** | **636,593.00** |
| | | |
| **TOTAL DEDUCTIBLE BUSINESS EXPENSES (INCOMPLETE)** | **$** | **25,278,622.00** |
| **NET OF INVESTOR FUNDS [$26,967,918.00]** | **$** | **1,689,296.00** |
| **Corporate checking account balance** | **$** | **353,504.00** |
| **Frozen personal bank accounts (approximate)** | **$** | **370,000.00** |
| **Various Excluded Expenses [TBA]** | | |

Exhibit 32 Page 578
7624840.v1

| Liu Deductible Business Expenses (Incomplete) | | Amounts USD |
|---|---|---:|
| **Net Amount Received from Investors** | $ | 26,967,918.00 |
| | | |
| **Proton Therapy Expenses** | | |
| Land lease payments Dr Thropay | $ | 838,500.00 |
| Land remediation | $ | 315,487.00 |
| Construction architect Skanska USA Building Inc. | $ | 402,504.00 |
| Equipment manufacturer Mevion Medical Systems, Inc. | $ | 3,000,000.00 |
| Equipment manufacturer deposit forfeited Optivus Proton Beam Therapy, Inc. | $ | 368,100.00 |
| **Total Proton Therapy Expenses** | $ | **4,924,591.00** |
| | | |
| **Compensation to Liu & Wang** | | |
| Charles Liu | $ | 6,714,580.00 |
| Xin Lisa Wang | $ | 1,538,000.00 |
| **Total Compensation** | $ | **8,252,580.00** |
| | | |
| **Marketing fees** | | |
| Overseas Chinese Immigration Conculting Ltd. (net refund of $2,060,130) | $ | 5,661,870.00 |
| United Damei Group (United Damei Investment Company, Ltd. & Beijing Pacific Damei Consulting Co., Ltd.) | $ | 3,815,000.00 |
| Hong Kong Delsk Business Co., Ltd. | $ | 1,387,500.00 |
| **Total marketing fees** | $ | **10,864,370.00** |
| | | |
| **State & Federal Taxes** | | |
| CA State Franchise Tax | $ | 8,100.00 |
| Payroll | $ | 15,444.00 |
| **Total Taxes** | $ | **23,544.00** |
| | | |
| **Miscellaneous Expenses** | | |
| Employee salaries Michael Cogswell | $ | 27,000.00 |
| Office rent | $ | 844,497.00 |
| Office expenses | $ | 51,716.00 |
| Bank service charges | $ | 13,106.00 |
| Interest expense | $ | 63,937.00 |
| Travel expense | $ | 362,972.00 |
| Meals & entertainment | $ | 8,614.00 |
| Telephone expense | $ | 38,539.00 |
| Consulting fees | $ | 163,324.00 |
| Contributions | $ | 12,500.00 |
| Computer & internet expense | $ | 9,895.00 |
| Insurance | $ | 17,870.00 |
| Outside services | $ | 2,702.00 |
| Postage and delivery | $ | 11,914.00 |
| Printing and reproduction | $ | 8,021.00 |
| Licenses and permits | $ | 1,922.00 |
| Miscellaneous | $ | 7,894.00 |
| **Total Miscellaneous Expenses** | $ | **1,646,423.00** |
| | | |
| **Professional Fees** | | |
| Accounting Marcum LLP | $ | 55,036.00 |
| Legal Miller Mayer LLP | $ | 42,536.00 |
| Others | $ | 539,021.00 |
| **Total Professional Fees** | $ | **636,593.00** |
| | | |
| **TOTAL LEGITIMATE LEGAL EXPENSES (INCOMPLETE)** | $ | **26,348,101.00** |
| **NET OF INVESTOR FUNDS [$26,967,918.00]** | $ | **619,817.00** |

Exhibit 32 Page 579

7624840.v1

| | | |
|---|---|---|
| **Corporate checking account balance** | **$** | **353,504.00** |
| **Frozen personal bank accounts** | **$** | **370,000.00** |
| **Various Excluded Expenses [TBA]** | | |

Exhibit 32 Page 580

7624840.v1