# EXHIBIT 33



# U.S. Securities and Exchange Commission
# Prejudgment Interest Report

## SEC v. Liu

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$20,871,758.81** |
| 05/01/2016-05/31/2016 | 4.00% | 0.34% | $70,713.06 | $20,942,471.87 |
| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
| **05/01/2016-05/31/2016** | | | **$70,713.06** | **$20,942,471.87** |

Exhibit 33 Page 581