Lawrence B. Steinberg (State Bar No. 101966)
  LSteinberg@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Hervé Gouraige (admitted *pro hac vice*)
  hgouraige@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-5989
Facsimile: (973) 643-6500

Attorneys for defendants CHARLES C. LIU
and XIN WANG a/k/a "LISA WANG"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHARLES C. LIU; XIN WANG a/k/a LISA WANG; PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC,<br><br>            Defendants. | Case No. SACV 16-00974 CJC (AGRx)<br><br>**DECLARATION OF HERVÉ GOURAIGE IN OPPOSITION TO SECURITIES AND EXCHANGE COMMISSION MOTION FOR DISGORGEMENT AGAINST DEFENDANTS CHARLES C. LIU AND XIN WANG, A/K/A LISA WANG**<br><br>Date: June 7, 2021<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Honorable Cormac J. Carney |

# DECLARATION OF HERVÉ GOURAIGE

I, Hervé Gouraige, declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney at law duly licensed to practice law in the States of New Jersey and New York. I am also admitted *pro hac vice* to practice before this Court. I am the primary attorney responsible for representing defendants Charles C. Liu and Xin Wang, a/k/a Lisa Wang in this case. I have personal knowledge of the matters set forth below, except as otherwise noted, and, if called as a witness, I could and would competently testify under oath to the facts stated herein.

2. I submit this declaration in support of defendants Charles C. Liu and Xin Wang, a/k/a Lisa Wang's opposition to the motion of the Securities and Exchange Commission ("SEC") for equitable disgorgement.

3. Attached hereto as Exhibit 1 is a true and accurate copy of the Fourth Amended Class Action Complaint and the docket report in the action entitled, *Zhao Hui Shi, et al. v. Rachel H. Lew, et al.*, Superior Court of the State of California for the County of Los Angeles, Central District, Case No. BC662775.

4. Attached hereto as Exhibit 2 is a true and accurate copy of the March 5, 2021 deposition transcript of John P. Thropay, M.D.

5. Attached hereto as Exhibit 3 is a true and accurate copy of the Beverly Oncology & Imaging Medical Group, Inc., Pledge Agreement, dated August 2, 2013, marked as Exhibit 87 at the March 5, 2021 deposition of John P. Thropay, M.D.

6. Attached hereto as Exhibit 4 is a true and accurate copy of the February 24, 2021 deposition transcript of Charlies C. Liu. The parties are negotiating a proposed stipulated order to submit to the Court to resolve a dispute about certain questions and answers that are redacted in the attached Exhibit 4.

7. Attached hereto as <u>Exhibit 5</u> is a true and accurate copy of the undated Ronald S. Friedman's Expert Report with Exhibits served on the SEC on or about March 26, 2021.

8. Attached hereto as <u>Exhibit 6</u> are true and accurate copies of the Time and Responsibility Chart for the Pacific Proton Therapy Project and the February 16, 2011 Memorandum of Understanding between Charles C. Liu and John P. Thropay, M.D., bates-stamped THROPAY0000204 through THROPAY0000210, and marked as Exhibit 82 at the March 5, 2021 deposition of John P. Thropay, M.D.

9. Attached hereto as <u>Exhibit 7</u> is a true and accurate copy of the Stephen Yale-Loehr, Esq. November 19, 2010 letter Submission for Request for Designation of the Pacific Proton Therapy Regional Center, LLC under the Immigrant Investor Pilot Program, bates-stamped THROPAY0000410 through THROPAY0000418.

10. Attached hereto as <u>Exhibit 8</u> is a true and accurate copy of the May 1, 2013 Private Offering Memorandum for 300 membership units of Pacific Proton EB-5 Fund, LLC, marked as Exhibit 101 at the March 5, 2021 deposition of John P. Thropay, M.D., and marked as Exhibit 5 of March 23, 2016 deposition of Charles C. Liu.

11. Attached hereto as <u>Exhibit 9</u> is a true and accurate copy of a Delsk letter to Dr. John Thropay, bates-stamped SEC-DEFC-EPROD-000016151.

12. Attached hereto as <u>Exhibit 10</u> is a true and accurate copy of the January 21, 2021 deposition transcript of Lorraine Pearson.

13. Attached hereto as <u>Exhibit 11</u> is a true and accurate copy of the July 22, 2015 Memorandum of Understanding Re Exchange of Real Property, marked as Exhibit 70 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

14. Attached hereto as <u>Exhibit 12</u> is a true and accurate copy of an October 19, 2015 e-mail from Charles C. Liu to Harlan Levine, CEO of City of Hope Medical Foundation, designating Michael Hunn as a representative of United MPH Ventures, LLC, bates-stamped COH-SEC 0000506, and marked as Exhibit 104 at the March 5, 2021 deposition of John P. Thropay, M.D.

15. Attached hereto as <u>Exhibit 13</u> is a true and accurate copy of the October 22, 2015 Memorandum of Understanding among United MPH Ventures, LLC, Beverly Hospital, and City of Hope Medical Foundation re proton-beam therapy center on Beverly Hospital campus, marked as Exhibit 105 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

16. Attached hereto as <u>Exhibit 14</u> is a true and accurate copy of a November 16-18, 2015 e-mail exchange among Alice Cheng, CEO of Beverly Hospital, Harlan Levine, CEO of City of Hope Medical Foundation, Charles C. Liu, et al., bates-stamped COH-SEC 0000546 through COH-SEC 0000547, and marked as Exhibit 106 at the March 5, 2021 deposition of John P. Thropay, M.D.

17. Attached hereto as <u>Exhibit 15</u> is a true and accurate copy of the December 1, 2015 letter from Lance Jon Kimmel, counsel for John P. Thropay, M.D., to Charles C. Liu, marked as Exhibit 76 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

18. Attached hereto as <u>Exhibit 16</u> is a true and accurate copy of a June 24, 2016 e-mail from Jorge de Neve, counsel for Delsk, to Jacob Regenstreif, et al., attaching the June 23, 2016 Declaration of Edison Zhan, bates-stamped SEC-Delsk-E-0000001 through SEC-Delsk-E-0000021.

19. Attached hereto as <u>Exhibit 17</u> is a true and accurate copy of a December 18, 2015 through January 7, 2016 e-mail exchange between Charles C. Liu and Harlan Levine, bates-stamped COH-SEC 0000093 through COH-SEC

4

0000094, and marked as Exhibit 110 at the March 5, 2021 deposition of John Thropay, M.D.

20. Attached hereto as Exhibit 18 is a true and accurate copy of a Mevion equipment contract proposal with handwritten notes, bates-stamped THROPAY0000214 through THROPAY0000241, and marked as Exhibit 83 at the March 5, 2021 deposition of John P. Thropay, M.D.

21. Attached hereto as Exhibit 19 is a true and accurate copy of the February 22, 2021 deposition transcript of Ruth Thropay Lopez Novodor.

22. Attached hereto as Exhibit 20 are true and accurate copies of the February 21, 2006 Summons and Complaint in the action entitled, *HCI Secured Medical Receivables Special Purpose Corp. vs. Beverly Oncology & Imaging Centers Medical Group, Inc., et al.*, Supreme Court of the State of New York, County of New York.

23. Attached hereto as Exhibit 21 is a true and accurate copy of the docket sheet in the action entitled, *John P. Thropay, M.D., et al. vs. Montebello Urological Association, et al.*, Superior Court of the State of California for the County of Los Angeles, Case No. BC291820.

24. Attached hereto as Exhibit 22 is a true and accurate copy of the docket sheet in the action entitled, *John P. Thropay, et al. vs. Evelina Murphy, et al.*, Superior Court of the State of California for the County of Los Angeles, Case No. C609243.

25. Attached hereto as Exhibit 23 is a true and accurate copy of the docket sheet in the action entitled, *John P. Thropay vs. Basil N. Spirtos, et al.*, Superior Court of the State of California for the County of Los Angeles, Case No. C490992.

26. Attached hereto as Exhibit 24 is a true and accurate copy of the docket sheet in the action entitled, *John P. Thropay vs. Dewey Williams, et al.*, Superior

Court of the State of California for the County of Los Angeles, Case No. 93U14643.

27. Attached hereto as Exhibit 25 is a true and accurate copy of the March 10, 2003 complaint in the action, entitled *John P. Thropay, M.D., et al. vs. Montebello Urological Association, et al.*, Superior Court of The State of California for the County of Los Angeles, Case No. BC291820.

28. Attached hereto as Exhibit 26 is a true and accurate copy of the SEC's March 26, 2021 Designated Rule 26(a)(2) Expert Report of Carlyn Irwin.

29. Attached hereto as Exhibit 27 is a true and accurate copy of the April 15, 2021 deposition transcript of Carlyn Irwin.

30. Attached hereto as Exhibit 28 are true and accurate copies of an email chain dated April 23, 2021 and an attachment from Gary Y. Leung of the SEC transmitting to Hervé Gouraige and Larry Steinberg, counsel to defendants, Exhibit 9A, entitled "Calculation of Defendants' Pecuniary Gains" and defendants' counsel objection to Exhibit 9A.

31. Attached hereto as Exhibit 29 is a true and accurate copy of the April 26, 2017 Declaration of John P. Thropay, M.D. (attaching Exhibit A, the California state court Complaint in Unlawful Detainer Action, which attaches the Sept. 14, 2011 Ground Lease and the Mar. 31, 2015 Amended Ground Lease), marked as Exhibit 78 at the March 5, 2021 deposition of John P. Thropay, M.D.

32. Attached hereto as Exhibit 30 is a true and accurate copy of the November 9, 2015 System Purchase Agreement for the Mevion S250 Proton Beam Radiation Therapy System, bates-stamped SEC-DEFC-EPROD-000016890-1 through SEC-DEFC-EPROD-000016890-30.

33. Attached hereto as Exhibit 31 is a true and accurate copy of the November 10, 2015 Mevion S250 Maintenance and Support Agreement, bates-

stamped MEVION_000040 to MEVION_0000461. A cleaner copy without bates-stamps is also attached hereto.

34. Attached hereto as <u>Exhibit 32</u> is a true and accurate copy of Ronald S. Friedman's April 9, 2021 Rebuttal Report with Exhibits.

35. Attached hereto as <u>Exhibit 33</u> is a true and accurate copy of the April 20, 2021 deposition transcript of Ronald S. Friedman.

36. Attached hereto as <u>Exhibit 34</u> is a true and accurate copy of the March 9, 2021 deposition transcript of Trang Lam.

37. Attached hereto as <u>Exhibit 35</u> is a true and accurate copy of a spreadsheet, entitled "Proton Payments to MM" from Miller Mayer LLP, bates-stamped LWSUPP.PROD.002009.

38. Attached hereto as <u>Exhibit 36</u> are true and accurate copies of the: i) March 25, 2021 Theodore R. Ginsburg reasonable compensation analysis for Charles C. Liu and Xin Wang; ii) the April 2, 2021 letter from Theodore R. Ginsburg to Hervé Gouraige, enclosing supplemental disclosures in connection with the March 25, 2021 analysis; iii) and documents relied upon by Theodore R. Ginsburg for the March 25, 2021 analysis, bates-stamped Ginsburg.Supp.Report.000001 through Ginsburg.Supp.Report.000127.

39. Attached hereto as <u>Exhibit 37</u> is a true and accurate copy of the April 16, 2021 deposition transcript of Theodore R. Ginsburg.

40. Attached hereto as <u>Exhibit 38</u> is a true and accurate copy of the April 9, 2021 review by Theodore R. Ginsburg of Carlyn Irwin's March 26, 2021 expert report.

41. Attached hereto as <u>Exhibit 39</u> is a true and accurate copy of the Employment Agreement of Michael Cogswell dated April 5, 2016, marked as Exhibit 119 at the February 24, 2021 deposition of Charles C. Liu.

42. Attached hereto as <u>Exhibit 40</u> is a true and accurate copy of the SEC's April 9, 2021 Designated Rule 26(a)(2) Rebuttal Expert Report of Carlyn Irwin.

43. Attached hereto as <u>Exhibit 41</u> is a true and accurate copy of the June 23, 2014 Mevion Budgetary Quotation for Beverly Oncology, marked as Exhibit 72 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

44. Attached hereto as <u>Exhibit 42</u> are true and accurate copies of the March 28, 29, and April 25, 2016 letters from Molly M. White, Dr. Thropay's counsel at McGuire Woods, to Tony Regenstreif of the SEC. The March 28, 2016 letter is marked as Exhibit 75 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

45. Attached hereto as <u>Exhibit 43</u> is a true and accurate copy of an October 21, 2015 e-mail exchange between Harlan Levine and Michael Hunn re Mevion equipment, bates-stamped COH-SEC 0000453, and marked as Exhibit 107 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

46. Attached hereto as <u>Exhibit 44</u> is a true and accurate copy of a July 13-14, 2015 e-mail exchange between Jae Chung, Charles C. Liu, Alice Cheng, et al., bates-stamped COH-SEC 0000847 through COH-SEC 0000849, and marked as Exhibit 111 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

47. Attached hereto as <u>Exhibit 45</u> is a true and accurate copy of an April 16, 2016 Application for Payment Request #3, marked as Exhibit 113 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

48. Attached hereto as <u>Exhibit 46</u> is a true and accurate copy of Marcum's Ronald S. Friedman's biography and litigation case listing.

49. Attached hereto as <u>Exhibit 47</u> is a true and accurate copy of a November 11-16, 2015 e-mail exchange between Michael Hunn, Heidi Hebson et al., with a Mevion press release, bates-stamped COH-SEC 0000761 through COH-

SEC 0000766, and marked as Exhibit 109 at the March 5, 2021 deposition of John P. Thropay, M.D.

50. Attached hereto as Exhibit 48 are true and accurate copies of Dkt. 38-2 and 38-3 from the SEC June 21, 2016 filing in this action with highlighting and hand-written notes, marked as Exhibit 86 at the March 5, 2021 deposition of John P. Thropay, M.D.

51. Attached hereto as Exhibit 49 is a true and accurate copy of an October 14-15, 2015 email exchange between Stan Lam and Charles C. Liu, bates-stamped Marcum_CLiu_00010233 through Marcum_CLiu_00010235, and marked as Exhibit 103 at the March 5, 2021 deposition of John P. Thropay, M.D.

52. Attached hereto as Exhibit 50 is a true and accurate copy of the February 25, 2021 deposition transcript of Xin Wang, aka Lisa Wang.

53. Attached hereto as Exhibit 51 is a true and accurate copy of the May 15, 2015 Demolition Contract, marked as Exhibit 69 at the February 22, 2021 deposition of Ruth Thropay Lopez Novodor.

54. Attached hereto as Exhibit 52 is a true and accurate copy of March 19-23 email exchange among Charles C. Liu, Brett Santos of Chase Bank, and Edison Zhan of Delsk re EB-5 Unit sales by Delsk, bates-stamped JPM0000072 through JPM0000074.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May 2021 in Summit, New Jersey.

/s/ *Hervé Gouraige*
HERVÉ GOURAIGE