# Exhibit 49

**To:**     Lam, Stan[Stan.Lam@marcumllp.com]
**From:**   Charles Liu
**Sent:**   Thur 10/15/2015 2:14:05 AM
**Importance:**     Normal
**Subject:**   Re: New vehicle
**Received:**       Thur 10/15/2015 2:13:38 AM

Thanks

> On Oct 14, 2015, at 19:02, Lam, Stan <Stan.Lam@marcumllp.com> wrote:
>
> OK.  I will send an introduction email to both you and him.
>
> Stan C. Lam, CPA
> Partner
> Marcum LLP
> 1920 Main Street, Suite 950
> Irvine, CA 92614
> P: (949) 236-5690
> F: (949) 236-5601
> Stan.Lam@marcumllp.com
>
> -----Original Message-----
> From: Charles Liu [mailto:charlesliu126@gmail.com]
> Sent: Wednesday, October 14, 2015 6:14 PM
> To: Lam, Stan <Stan.Lam@marcumllp.com>
> Subject: Re: New vehicle
>
> Ok. I do need lawer like that. It would be a waste of time for my current ones to handle this.
Thanks
>
>
>
>
>
>> On Oct 14, 2015, at 17:32, Lam, Stan <Stan.Lam@marcumllp.com> wrote:
>>
>> Charles,
>>
>> That's considered practicing law and I don't do that.  But I work with attorneys closely in Irvine.
If you'd like, I can introduce you to one who can do that for you easily.  Just let me know.
>>
>> Stan C. Lam, CPA
>> Partner
>> Marcum LLP
>> 1920 Main Street, Suite 950
>> Irvine, CA 92614
>> P: (949) 236-5690
>> F: (949) 236-5601
>> Stan.Lam@marcumllp.com
>>
>> -----Original Message-----

EXHIBIT

103

Marcum_CLiu_00010233

>> From: Charles Liu [mailto:charlesliu126@gmail.com]
>> Sent: Wednesday, October 14, 2015 5:17 PM
>> To: Lam, Stan <Stan.Lam@marcumllp.com>
>> Subject: Re: New vehicle
>>
>> Yes. Do you do this for clients?
>>
>>
>>
>>
>>
>>> On Oct 14, 2015, at 16:49, Lam, Stan <Stan.Lam@marcumllp.com> wrote:
>>>
>>> Charles,
>>>
>>> Just wanted to clarify - Do you have someone working on this for you, or are you asking me to help you with the setup?
>>>
>>> Stan C. Lam, CPA
>>> Partner
>>> Marcum LLP
>>> 1920 Main Street, Suite 950
>>> Irvine, CA 92614
>>> P: (949) 236-5690
>>> F: (949) 236-5601
>>> Stan.Lam@marcumllp.com
>>>
>>> -----Original Message-----
>>> From: Charles Liu [mailto:charlesliu126@gmail.com]
>>> Sent: Wednesday, October 14, 2015 4:20 PM
>>> To: Lam, Stan <Stan.Lam@marcumllp.com>
>>> Subject: New vehicle
>>>
>>> Stan,
>>>
>>> I need to set up a new vehicle in CA to work with City of Hope.
>>>
>>> Proposed name: Beverly Cancer Center, LLC
>>>
>>> Holding Company: United MPH Ventures LLC
>>>
>>> Thanks, Charles
>>>
>>>
>>>
>>>
>>>
>>> CONFIDENTIALITY NOTICE:
>>> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.
>>>

FOIA Confidential Treatment Requsted

Marcum_CLiu_00010234

>>> DISCLAIMER:
>>> This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation.  It should not be used or interpreted as tax or professional advice, unless otherwise stated.  Those seeking such advice should contact a member of our firm.  Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship.  Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.
>>
>> CONFIDENTIALITY NOTICE:
>> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.
>>
>> DISCLAIMER:
>> This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation.  It should not be used or interpreted as tax or professional advice, unless otherwise stated.  Those seeking such advice should contact a member of our firm.  Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship.  Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.
>
> CONFIDENTIALITY NOTICE:
> This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of the message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (631) 414-4000 or (212) 485-5500 and destroy this message.
>
> DISCLAIMER:
> This communication has been prepared for informational purposes only and is not intended to constitute advertising or solicitation.  It should not be used or interpreted as tax or professional advice, unless otherwise stated.  Those seeking such advice should contact a member of our firm.  Transmission of this information is not intended to create, and receipt does not constitute, any client-firm relationship.  Personal or confidential information should not be sent to our firm without first communicating directly with a member of our firm about establishing a client relationship.
>
>

Marcum_CLiu_00010235

# Exhibit 50

---

**Page 1**

```
 1           UNITED STATES DISTRICT COURT
 2           CENTRAL DISTRICT OF CALIFORNIA
 3
 4   SECURITIES AND EXCHANGE      )
     COMMISSION,                  )
 5                                )
          Plaintiff,              )
 6                                ) Case No.
          vs.                     ) 8:16-cv-00974-CJC-AGR
 7                                )
     CHARLES C. LIU; XIN WANG     )
 8   a/k/a LISA WANG; PACIFIC     )
     PROTON THERAPY REGIONAL      )
 9   CENTER, LLC; PACIFIC PROTON  )
     EB-5 FUND, LLC; and BEVERLY  )
10   PROTON CENTER, LLC f/k/a     )
     LOS ANGELES COUNTY PROTON    )
11   THERAPY, LLC,                )
                                  )
12          Defendants.           )
     _____)
13
14
15
16
17   REMOTE VIDEO DEPOSITION OF XIN WANG aka LISA WANG
18           FEBRUARY 25, 2021
19        CONDUCTED VIA VIDEOCONFERENCE
20
21
22
23
     Reported by
24   Cynthia J. Vega, RMR,
     RDR, CSR 6640, CCRR 95
25   Job No. 210225CJV
```

                                    1

---

**Page 2**

```
 1        The remote video deposition of Xin Wang aka
 2   Lisa Wang, a Defendant herein, located in Beijing,
 3   China, taken on behalf of Plaintiff, on Thursday,
 4   February 25, 2021, beginning at the hour of 5:03 p.m.
 5   PST, remotely before Cynthia J. Vega, CSR No. 6640,
 6   located in the City of Carlsbad, County of San Diego,
 7   State of California.
 8
 9
10
11           REMOTE APPEARANCES
12
13   For the Plaintiff:
14   SECURITIES AND EXCHANGE COMMISSION
15   By:  Gary Y. Leung
16        Jacob A. Regenstreif
17   444 South Flower Street, Suite 900
18   Los Angeles, California  90071
19   (323) 965-3998
20   leungg@sec.gov
21   regenstreifj@sec.gov
22
23
24
25
```

                                    2

---

**Page 3**

```
 1           REMOTE APPEARANCES
 2
 3   For the Defendants Charles C. Liu and Xin Wang aka
 4   Lisa Wang:
 5   SILLS CUMMIS & GROSS PC
 6   By:  Herve Gouraige
 7   The Legal Center
 8   One Riverfront Plaza
 9   Newark, New Jersey  07102
10   (973) 643-7000
11   hgouraige@sillscummis.com
12
13   The Interpreter:
14   Gang Li
15
16   The Videographer:
17   Timothy Hunter
18
19              * * * * *
20
21
22
23
24
25
```

                                    3

---

**Page 4**

```
 1              INDEX
 2   WITNESS
 3   Xin Wang aka Lisa Wang
 4
 5   EXAMINATION                    PAGE
 6   By Mr. Leung                     6
 7   By Mr. Gouraige                 75
 8   By Mr. Leung                    77
 9   By Mr. Gouraige                 87
10   By Mr. Leung                    89
11
12
13              EXHIBITS
14   EXHIBIT     DESCRIPTION        PAGE
15   Exhibit 134  Plaintiff Securities and  71
16               Exchange Commission's Second Set
17               of Requests for Production of
18               Documents to Defendant Xin Wang
19               a/k/a Lisa Wang
20
21   Exhibit     Previously marked and attached   50
22   29/123      for reference
23
24
25
```

                                    4

---

**5**

1          THURSDAY, FEBRUARY 25, 2021, 5:03 P.M. PST
2
3          THE VIDEOGRAPHER:  Here begins the videotaped
4   deposition of Lisa Wang in the matter of the SEC
5   versus Charles Liu.
6          This deposition is being heard in the United
7   States District Court, Central District of California.
8   Case number 8:16-cv-00974-CJC-AGR.
9          This deposition is being held via Webex.
10          Today's date is February 25, 2021, and the
11   time on the record is 5:04 p.m.
12          My name is Timothy Hunter.  I'm your legal
13   videographer.
14          Our court reporter today is Cindy Vega.
15          Counsel, would you please introduce
16   yourselves and state whom you represent for the record
17   starting with noticing counsel, and the witness will
18   be sworn.
19          MR. LEUNG:  Gary Leung for plaintiff.
20          MR. REGENSTREIF:  Tony Regenstreif for
21   plaintiff.
22          MR. GOURAIGE:  Herve Gouraige for the witness
23   and defendant Liu.
24          THE REPORTER:  Counsel, do you stipulate to
25   the swearing in of the witness as I am in California

**6**

1   and she is in Beijing?
2          MR. LEUNG:  So stipulated.
3          MR. GOURAIGE:  Yes.
4
5          (GANG LI was sworn in as the English/Mandarin
6   Interpreter.)
7          XIN WANG aka LISA WANG,
8   Witness herein, being first duly sworn through the
9   Interpreter, testifies through the Interpreter as
10   follows:
11
12               EXAMINATION
13   BY MR. LEUNG:
14      Q.  Good morning, Ms. Wang.
15      A.  Good morning.
16      Q.  You've been deposed before; correct?
17      A.  Yes.
18      Q.  Okay.  I'll still cover some of the ground
19   rules for today's deposition, if that's all right with
20   you.
21      A.  Okay.
22      Q.  Ms. Vega, on the videoconference bridge,
23   she's our court reporter.
24          THE INTERPRETER:  I'm sorry, Counsel?
25          MR. LEUNG:  I was just pausing to the extent

**7**

1   you wanted me to -- to the extent you wanted to
2   translate.  Do you want me to just keep going?
3          THE INTERPRETER:  Yes, please.
4   BY MR. LEUNG:
5      Q.  All right.  Let me start over.
6          Ms. Wang, Ms. Vega, who is on this conference
7   bridge today, she's our court reporter.  She'll be
8   transcribing and making a written record of everything
9   that I say, everything that you say, everything that
10   your lawyer says today.  Do you understand that?
11      A.  I understand.
12      Q.  And you've taken an oath to testify
13   truthfully.  This is the same oath that you would take
14   in a courtroom proceeding, so the testimony that
15   you're giving today in response to my questions is
16   equivalent of trial testimony in a federal court.  Do
17   you understand that?
18      A.  Okay.
19      Q.  And because you're under oath, it's important
20   for us to get a complete and accurate written
21   transcription of today's deposition.  So in order to
22   do that, you and I need to help Ms. Vega do her job by
23   not speaking over one another.  Do you understand
24   that?
25      A.  Okay.

**8**

1      Q.  Because if you and I are talking at the same
2   time, Ms. Vega is going to have a hard time
3   transcribing who said what.  So it's very important
4   for you to wait for me to finish my question before
5   you begin your answer and I'll extend you the same
6   courtesy.  I'll wait for you to finish your answer
7   before I begin my next question.  Does that sound good
8   to you?
9      A.  Okay.
10      Q.  And similarly, when you respond to my
11   question, your responses need to be verbal.  So
12   nodding your head, shrugging, saying "uh-huh" or
13   "huh-uh," that's not something that's going to be
14   easily transcribed.  Do you understand that?
15      A.  Okay.  I understand.
16      Q.  And if you don't understand what I'm asking
17   you, if there is some confusion about my question,
18   please let me know.
19      A.  Okay.
20      Q.  And if you don't let me know that you don't
21   understand my question, I'm going to assume that you
22   do understand my question.  Is that fair?
23      A.  Okay.
24      Q.  All right.  A deposition isn't meant to be an
25   endurance test, so if you need to take a break, please

1  let me know and we can take a break.  The only
2  exception to that is if I've asked a question and
3  you've not yet provided an answer.  In that event, I'd
4  like for you to answer my question and then we can go
5  on break.  Does that sound good?
6      A.  Okay.
7      Q.  And from time to time during this evening's
8  deposition, your lawyer, Mr. Gouraige, may interpose
9  objections to my questions.  He's just making a record
10  for the court to the extent he wants to go to the
11  judge and litigate the issue of whether or not my
12  questions are proper, but that's an objection.  You
13  still have to answer the question.  Different scenario
14  is when you're instructed not to answer.  In that
15  event, you can take your lawyer's advice if you wish
16  to do so.  Is that fair?
17      A.  Okay.
18      Q.  Ms. Wang, are you physically located in
19  Beijing, China, right now?
20      A.  Yes.
21      Q.  Is there anybody in the room with you right
22  now?
23      A.  No.
24      Q.  What languages do you speak, Ms. Wang?
25      A.  Chinese.

9

1      Q.  Any other languages at any level of ability?
2      A.  No.
3      Q.  Can you read English?
4      A.  No.
5      Q.  Do you understand that you're a party to an
6  SEC enforcement action that's been filed in a US
7  federal court?
8      A.  I know.
9      Q.  And since this case has been filed, have you
10  seen court filings in this case, papers filed with the
11  court by the SEC or by your lawyers?
12      A.  Some.  I'm not sure.  I'm not sure whether
13  they were documents prior by the SEC, but during the
14  time I have seen some.
15      Q.  Have you seen any orders from the judge in
16  this case?
17      A.  Order issued?
18      Q.  Yes.  An order issued by the judge, signed by
19  the judge that directs the parties to do certain
20  things.
21      A.  I do not recall.  It has been a while.  In
22  the time there was something that my hus -- but I
23  don't understand English, so my husband brought
24  something to me to sign.  And there was things like
25  that.

10

1      Q.  The documents that your husband brought to
2  you to sign, were they in English?
3      A.  Yes.
4      Q.  Were those documents translated for you
5  before you signed them?
6      A.  It was my husband who was telling me,
7  generally speaking, what the meaning in there.  That's
8  about it.
9      Q.  And so what were these documents that you
10  signed about?
11      A.  The documents about this case.
12      Q.  What about this case?  What were you signing
13  in this case?  What did those documents concern?
14      A.  What it was concerned?  Are you talking about
15  the time?  It was this case.  Sometime, for example,
16  for this case that -- it's about the US case, the
17  lawyer is handling it.  And maybe you need to give an
18  authorization or something to authorize the lawyer to
19  handle.  Things like that.
20      Q.  Do you know whether the judge in this case
21  issued an order freezing your assets?
22      A.  That, I know.
23      Q.  Ms. Wang, you own a home in Laguna Niguel; is
24  that correct?
25      A.  Yes.

11

1      Q.  That's your property?
2      A.  Yes.
3      Q.  That's your asset?
4      A.  Yes.
5      Q.  Have you and your husband rented out that
6  home to a tenant?
7      A.  Yes.
8      Q.  What's the name of the tenants?
9      A.  I do not recall.  I do not recall the English
10  name.
11      Q.  When did your tenant move in approximately?
12      A.  I do not recall.
13      Q.  When did you last live in that house in
14  Laguna Niguel?
15      A.  I do not recall.  Many years ago.
16      Q.  When did you move from the United States back
17  to China?
18      A.  I think it was year '15.  It sounds like
19  that, but I do not recall clearly.
20      Q.  How much rent do you charge your tenant?
21      A.  This is all handled by my husband.  I do not
22  do this specific things because it's all in the United
23  States, and I have no idea.
24      Q.  Do you know if there is a lease agreement
25  between your tenants and you or your husband?

12

1    A.   There is a lease.
2    Q.   Do you have a copy of that lease?
3    A.   It's not with me.  It should be with my
4  husband.  Mainly these things are handled by my
5  husband.
6    Q.   Your husband's got a copy of that lease;
7  right?
8    A.   These are in the home.  There has got to be a
9  lease agreement.  Otherwise, how can it be leased out?
10   Q.   And so just to be clear, it's your
11 understanding that you have a tenant currently living
12 in your 55 Asilomar residence in Laguna Niguel,
13 A-s-i-m-o-l-a-r [as spelled]?
14   A.   Yes.  However, I think like a while ago, the
15 draining system was out of order, so it was being
16 repaired.  But also it was because of the pandemic,
17 the repair couldn't be carried out, couldn't be
18 carried out.  So it's still in the process of being
19 repaired.
20   Q.   I saw you glance to your left just now.  Is
21 there somebody in the room with you?
22   A.   No.  It was just for the last couple of days
23 while I was sleeping, my shoulder feel not very well,
24 so I was just moving around.  There was nobody here.
25   Q.   I'm sorry to hear your shoulder is not

13

1  feeling well.
2    A.   No problem.
3    Q.   Ms. Wang, do you recall giving sworn
4  testimony before the SEC back in 2016 in the month of
5  May?
6    A.   I remember the event, but I do not recall the
7  specific time of it.
8    Q.   Okay.  And do you recall telling the SEC
9  during your sworn testimony that you had previously
10 worked to give presentations on the proton therapy
11 cancer treatment?  Do you recall that testimony?
12   A.   Presentation of the cancer treatment?
13   Q.   Yes.  Let me just ask you again.
14        In your professional life, have you ever
15 given presentations about proton cancer therapy
16 treatment?
17   A.   I only did something on the health of the
18 protons to cancer, things like that.  I do not know --
19 I'm not sure whether I have answered this question.
20   Q.   What do you mean by health of protons to
21 cancer?
22   A.   It's because my dad, who has passed away with
23 cancer, my grandfather and my uncle too, who were all
24 killed by cancer, so I was hopeful that the protons
25 could help others with their treatment.  So what I

14

1  learned that the proton can help cancer patients and
2  to avoid surgery and chemotherapy, which would be
3  better for their health than chemotherapy.  Therefore,
4  I recommended the proton.  So in China I had made such
5  a presentation.
6    Q.   Who did you present to?
7    A.   It's to many patients and friends.  And also
8  there are -- there were people who wanted to come to
9  the United States with EB-5, with investment and
10 immigration because they knew that I came back from
11 the United States and I had some understanding of this
12 equipment.  So they learned about this.
13        I used to learn about the pharmacy, so I have
14 some medical background; therefore, I have more
15 understanding.  So I give them some -- from my
16 understanding, from the point of a patient, from my
17 viewpoint to give them some educational introduction.
18        Also, there were people in -- because I
19 learned medicine in China, so I have many friends and
20 classmates in many hospitals.  So sometimes I would
21 get them together and to promote the idea to them, to
22 introduce this to them.  Because many of them are with
23 radiation and specialists, doctors with radiation,
24 because at the time proton was not used in China and I
25 hope that it can be introduced into China.  Because at

15

1  that time my family members was still alive, but they
2  had the cancer and they couldn't go to the United
3  States to get treatments; therefore, I was hoping that
4  this technology could be introduced into China.
5        So I had many communications with them.  And
6  also sometimes I will get them together to talk about
7  the doctors who -- maybe who want to go to the United
8  States to invest and to give them presentation on
9  these as well.
10        (Reporter clarification.)
11   Q.   Please go ahead.
12   A.   Also, there were people -- there was people
13 that was helping my husband to promote the project.  I
14 would talk with some clients because many of them had
15 not been to the United States and also didn't have
16 much idea about the proton.  Because the project is
17 related to the proton and at the time there were no
18 doctors present.  So they would ask some simple
19 questions about proton and how -- what kind of
20 treatment they do too.  So I will give them some
21 simple and the conceptional introduction.
22        And also sometimes there were -- some
23 graphics will be distributed and I will give some
24 introduction about the graphics, just a simple and
25 conceptional introduction.

16

1     Also, I will establish contact to -- have
2  them establish contact with my friends and with
3  doctors to be -- to give them a more in-depth
4  professional consultation.
5     Q.  Go ahead.
6     A.  To some hospitals, they want to introduce the
7  proton system.  Sometime I will discuss with them and
8  to learn about some relevant information.  I also want
9  to learn from them about some relevant and more
10 in-depth information in regard to proton.  So,
11 therefore, there are many of these communications and
12 the discussions.
13    Also, we hope that China can introduce this
14 technology, so I have these interactions with them.
15 In addition, there are patients who want to go to the
16 United States.  My husband told me that there are many
17 of the patients may go to the United States to our
18 project, to treatment; therefore, we would need to
19 establish a channel.  We would then need to form a
20 network with doctors of hospitals in China to make the
21 preparation, therefore, when the project is
22 established.  So for the patients who have the need,
23 we will do something.
24    Because to build a proton would take a long
25 time.  So if patients is capable, they can go to the

17

1  United States in advance and receive treatment from
2  our facility.  These are the things that -- these are
3  things like these.  So these are the presentations
4  that I made.
5     Q.  Ms. Wang, the clients you refer to, those
6  were potential investors in your EB-5 project in the
7  United States; correct?
8     A.  Yes.  However, it was not to a particular
9  individual.  Just many people want to learn projects
10 and wanted to make investments, not necessarily to
11 invest in this project, but in China there are many
12 people who wanted to invest overseas.  Many clients
13 who -- they want to choose projects; therefore, they
14 would ask about the -- your project, what is the
15 proton?  What's the use of it?  Because perhaps I knew
16 a bit more than them.
17    So they would ask me.  In addition, they
18 would ask me about -- ask me to tell them briefly
19 about what -- about the proton.  And also since they
20 knew that I had lived in the United States for many
21 years, so they would also wanted to talk with me about
22 the cultures and about the habits and things like that
23 in the -- of the United States.
24    Q.  Ms. Wang, when did you first start giving
25 these presentations on proton therapy?

18

1     A.  I do not recall clearly.  It's not the -- at
2  the very beginning -- the first time about the proton,
3  I do not recall clearly.  It's about -- I do not
4  recall.  It was at the time of the project, at the
5  start before the project is being promoted in China,
6  around that time.
7     Q.  When you say "project" -- when you say
8  "project," you're referring to the Beverly Proton?
9     A.  Yes.  Yes.  I think it was the year '14, but
10 I do not recall clearly.  It was when they were about
11 to start the promotion.
12    Q.  2014?  2014?
13    A.  I think that's the date.  At the time I
14 remember there was a trade -- a show and the people
15 attending the show would ask a question and they would
16 discuss about it.  It was at a show, what I remember.
17 But as to which year, I think it was year '14.
18    Q.  And was it your understanding that Beverly
19 Proton was to develop a proton therapy cancer center
20 in Montebello, California?
21    A.  Yes.  It's at the site of the Beverly
22 hospital.
23    Q.  And that project needed capital to occur;
24 right?  You needed money to build the center; correct?
25    A.  That would be needed.

19

1     Q.  Part of that capital was to come from EB-5
2  investors from China.  Is that your understanding?
3     A.  Yes.
4     Q.  And you were involved in that process when
5  you were presenting to folks about proton therapy and
6  explaining to them how that therapy worked to treat
7  cancer; correct?
8        MR. GOURAIGE:  Objection to the word
9  "process."  I don't understand that.
10       THE WITNESS:  I do not understand either.
11       THE INTERPRETER:  Before we proceed, the
12 interpreter would request -- with all due respect,
13 would like to request that the witness's counsel wait
14 until the interpreter finish the interpretation of the
15 question before raising his objection.
16       MR. GOURAIGE:  That's fine.
17 BY MR. LEUNG:
18    Q.  I'll ask a different question.
19    The presentations that you gave beginning in
20 2014, that wasn't your hobby.  It was your job; right?
21    A.  How should I understand this?  Because at the
22 time that my father was already diagnosed with cancer
23 and which -- without me, but my husband told me about
24 this work and about this proton system in the United
25 States, which has very good efficacy on treating

20

Xin Wang
2/25/2021

1   cancer.  And he said that we could -- this could be a
2   very good project to be worked on in China.  We should
3   go to China to do such a promotion and asked me
4   whether I'm willing.  I said, "Of course I'm willing.
5   This is a good thing."
6        And helping patients with their -- helping
7   patients to treat their illness is always a good
8   thing; therefore, it's -- it's work, but it's also my
9   wish to help more people.  This kind of mentality
10  resulted in me to help him to do this work.
11     Q.  Did you not intend to be compensated for
12  giving these presentations?
13     A.  At the time I wasn't paid a wage because at
14  the very beginning to start a project, a lot of money
15  would be needed.  That, I knew.  And this is not --
16  this was not a small project.  So at the time I was
17  not paid a wage, but I was promised that a wage would
18  be paid to me.
19     Q.  Who made that promise to you?  Who made that
20  promise to you?
21     A.  At the time it was the team of my husband.
22        Sorry.  I need to take a drink.
23     Q.  Would you like to take a break or just have a
24  drink?
25     A.  I need a couple of minutes to move around

21

1   because -- because right now I can't move my head.
2   I'm feeling hurt.
3        MR. LEUNG:  Why don't we take a five-minute
4   break.  Is that enough?
5        THE WITNESS:  Okay.  Thank you.
6        MR. LEUNG:  Let's go off record at 5:56
7   Pacific time; 9:56 Beijing time.
8        THE VIDEOGRAPHER:  And we're going off the
9   record at 5:56 p.m.
10       (Recess, 5:56 p.m. to 6:05 p.m.)
11       THE VIDEOGRAPHER:  And we're back on the
12  record at 6:05 p.m.
13  BY MR. LEUNG:
14     Q.  Ms. Wang, besides your house in Laguna
15  Niguel, do you own any other property in the United
16  States?
17     A.  No others.
18     Q.  Did you purchase your Laguna Niguel house in
19  spring of 2015?
20     A.  I do not recall clearly.  Do not recall
21  clearly.  Perhaps it's even earlier than that, but I
22  do not recall clearly.
23     Q.  How long did you live in the house?
24     A.  Lived for approximately -- not for too long
25  before I went back to China, but the children were

22

1   there and I was just coming back and forth.
2      Q.  Are your children still in that house?
3      A.  No.
4      Q.  When did your family vacate the home?
5      A.  It was '16, year '16 or '15.  It was because
6   of this case.  This case had caused the troubles for
7   our family.  The children at the school were asked by
8   classmates or maybe parents of the classmates, who
9   asked them that perhaps -- that your parents --
10       THE INTERPRETER:  Just a second.  Give me a
11  second.
12       MR. LEUNG:  That's fine.
13       THE WITNESS:  Were your parents cheaters.
14  And so I do not know why this thing happened.  And
15  they had many harassment to their mentality;
16  therefore, I made them -- as I said, "Okay.  Let's go
17  back to China."
18       And also even after they came back to China
19  there were people in China, Delsk and the companies
20  that are filing suits and the people in China, the
21  partner, their partner, they went to my hometown and
22  make all kinds of announcements and all kinds of --
23  using all kind of independent media or media to
24  publish many bad articles to say that my family are
25  cheaters and even saying that my mother was a cheater.

23

1   And that was what happened at my hometown.
2        Because at my local place, I used to be -- I
3   was an anchorwoman for a time; therefore, I was a
4   celebrity at the -- locally.  But this is the first
5   time.  It never happened before.  Maybe they knew what
6   it is.  That's how -- why they did it.  I do not know
7   the purpose of theirs.
8        And my relatives work -- care about us, so
9   they came to ask me and they wanted to know.  But the
10  children, especially for my son who was at the middle
11  school and who was in the rebelling age, and he had
12  received many interferences.
13  BY MR. LEUNG:
14     Q.  Did you purchase your house -- did you
15  purchase your house in Laguna Niguel in spring 2015
16  with $2.91 million in cash?
17       THE INTERPRETER:  $2.91 million, Counsel?
18       THE WITNESS:  2.91 million, I do not recall
19  the specific figure.  I do not recall the specific
20  figure.  However, at the time the entire purchase --
21  the process of purchasing was handled by my husband
22  because I knew -- I knew very little about things in
23  the United States.
24  BY MR. LEUNG:
25     Q.  Did you know your husband had raised about

24

Xin Wang
2/25/2021

1 $26.9 million in investor funds from EB-5 investors
2 beginning in October 2014 through the end of 2015,
3 26.9 million, did you ever hear about that?
4    **A.**  I do not know at the time how the capital and
5 the funds, how the -- how it handled, I didn't know.
6 He might have mentioned about whether -- mentioned
7 that there was a investor coming in and occasionally
8 he would mention that, but it was just for a checkery.
9 But I do not know specifics as to how much money and
10 how much money arrived at what time, I think like
11 those, but the specifics I do not know.
12    **Q.**  Did your husband ever tell you he had caused
13 to be transferred about $8.3 million in investor funds
14 from the corporate accounts to his personal account?
15    **A.**  He wouldn't tell me.  For this corporate
16 operations, he never tell me.
17    **Q.**  You had a bank account of your own, though,
18 at Chase, didn't you?
19       Chase, the bank.
20    **A.**  Before there was one opened.  Yeah, yeah.  I
21 think there was one opened.  It was while I was in the
22 United States, I needed to buy grocery, but I -- but I
23 do not know whether it was Chase.  I do not recall.
24 It was a long time ago.
25    **Q.**  Do you recall receiving a wire transfer of

25

1 the million dollars from the project company's
2 corporate account to your Chase personal account in
3 March 2016?
4    **A.**  I remember there was such a fund transferred
5 to my account, but as to specific to the time and to
6 the specific bank card information, that I do not
7 recall.
8    **Q.**  Why were you receiving a million dollars from
9 Beverly Proton in March of 2016?
10    **A.**  That's the wage they had promised before to
11 pay me.
12    **Q.**  Who promised to pay you a million dollars
13 before?
14    **A.**  At the time when the promise was made, there
15 was not a specific figure of 100 -- 1 million or
16 something.  But at the very beginning -- my husband,
17 when this started to make this project, it was even
18 earlier.  It was about around year '11 or maybe
19 year '10 or sometime.
20       At that time -- so at that time they wanted
21 to make such a project -- do such a project.  But at
22 the time, because in China I have many friends and
23 many contacts, so he asked me to be in charge of
24 doing -- interfacing with China and do some research
25 and to develop connections.  And he told me that he

26

1 would pay me a wage at the time.  As to specific time,
2 I think it was a year '11.
3       So he said on this time you'll be counted as
4 working, however, the company does not -- didn't have
5 money.  So right now it looked like you are just
6 helping, but eventually you will be paid.  That's how
7 it was set.  At the time it didn't say it was
8 1 million figure.  It was when I was paid that they
9 tallied up to be the number, that the number was they
10 came up with.
11    **Q.**  Who is "they"?
12    **A.**  My husband and his team.
13    **Q.**  Who was your husband's team?
14    **A.**  As to who in the team -- because my English
15 was not good, he interpreted all this to me.  So I do
16 not know specifically who that person was, but I know
17 there was loose -- that radiation doctor, what was his
18 name?  A radiation doctor.  I forgot the name.
19 Thropay.  Yes, Thropay.  Dr. Thropay.  And they
20 started this together, so they started this project
21 together.
22    **Q.**  So you were paid this $1 million in March of
23 2016 because Beverly Proton now had money to pay you;
24 right?
25    **A.**  That's my understanding.  How they arrived at

27

1 it, I do not know.  I didn't know how -- so my
2 understanding was that perhaps they had money.  That's
3 why they paid my wage.
4       Because nobody would -- nobody would do the
5 work for so many years without the pay, because I need
6 to live.
7       MR. LEUNG:  I'm sorry, Mr. Li.  Because I
8 need to?
9       THE INTERPRETER:  Live, l-i-v-e.
10       MR. LEUNG:  Oh, live.
11       THE INTERPRETER:  Live.
12       MR. LEUNG:  Okay.
13       THE INTERPRETER:  To make a life.
14 BY MR. LEUNG:
15    **Q.**  Ms. Wang, you testified that you started some
16 sort of work for Beverly Proton as early as 2011.
17 From 2011 to 2016, did you keep any records of the
18 time you spent engaged in providing services for
19 Beverly Proton?
20    **A.**  I have not written down things.  However, for
21 this, I did a lot of work because at the very
22 beginning I thought this was a good thing.  It's a
23 thing to cure people, to save lives.
24       And also in my own family we had elder
25 peoples who were sick; therefore, I spent a lot of

28

1  time to interact with all hospitals in China, to
2  interface with them, including sometimes when my
3  husband came back to China and I would prearrange for
4  him and then we would do the market research together
5  with him, including for this project whether there
6  would be a market in China for it.
7      Also, as to the records, I did not -- I did
8  not specifically written it down, right.  However,
9  whatever work I did, my husband side knew -- would
10 know because I need to interact with him.  I need to
11 go there to brief them to the team because my English
12 is not good.  So I was through my husband.  And
13 whatever promotions he wanted or whatever help he
14 wanted, I would do it in China to contact -- to
15 connect with specialists, with cooperative entities
16 including some insurance companies and because --
17 cooperating with the insurance.
18     Because in China and in the United States,
19 the medical systems are not very fit.  They have
20 different rules.  Therefore, a lot of coordinations
21 need to be done.  And I think we were successful in
22 that area as well.  But these were all written.  I
23 relied on my husband to brief his team about it.  I
24 personally did not make such a record.
25     Q.  And, Ms. Wang, in order to do all of this

29

1  important work, you had to be knowledgeable about the
2  proton therapy; right?
3      It's okay.  Ms. Wang, when I want to ask you
4  about the insurance companies, I'll ask you about the
5  insurance companies.  If you can limit yourself to
6  responding to my question, I'd appreciate that.  Can
7  we do that?
8      A.  What I have said, you haven't interpreted
9  what I said yet.
10     Q.  I can understand some of it.
11     Please interpret it for me, sir.
12     THE INTERPRETER:  All right.
13     THE WITNESS:  I learned a lot about the
14 advantages in the three ways of treating cancer,
15 chemotherapy, surgery, and proton -- radiation,
16 including how the proton can be used in radiation of
17 other -- of the ordinary treatment and the advantages.
18 I have learned a lot in advance.  Therefore, I had
19 some conceptional interface, but for specifics is
20 still required my husband or his team to interface
21 with him, but I did some preliminary preparation work
22 and the interface to some relevant units, including
23 insurance companies.
24     At the time insurance companies was very
25 important because it affects later on when the project

30

1  was billed.  So what about the customer, where would
2  the customer come or the patients, that -- well, how
3  do you get patients?
4      So for the Chinese patients, could they go to
5  the United States, would their treatment be covered by
6  the insurance.  So I said this was very important.  So
7  at the time I already started to work on interfacing
8  with the insurance companies.  Eventually I reached
9  Chief Kang [ph] of Xinhua Insurance.  I knew him very
10 well.  And I even brought him to the United States to
11 do some -- to do some research and investigation.
12     And also they're including many hospitals and
13 they are radiation specialists.  They had been to the
14 United States to -- they have been to the United
15 States to study as well.  Sorry.  Maybe I said too
16 much.
17     (Reporter clarification.)
18     MR. GOURAIGE:  Mr. Li, would you be sure to
19 translate everything that the witness says because,
20 unlike Mr. Leung, I do not understand Chinese.  And
21 it's also important that I hear the witness's
22 testimony.
23     THE INTERPRETER:  Very well.
24 BY MR. LEUNG:
25     Q.  Ms. Wang, what kinds of cancer -- what kinds

31

1  of cancer can be treated with proton therapy?
2      A.  There are many, but the United States, the
3  promotion in the United States, what they told me that
4  in the United States, it's nose and throat cancer and
5  the brain cancer of children and also breast cancer
6  all had very good result, treatment results.
7      And that to the body -- in theory, it can
8  treat most of cancers from head to toe and if it was
9  in the early or in the median stage.  That's what I
10 have -- that's what I learned from the professor and
11 that is -- but in China, in the region and in
12 Guangdong of China, there are many nose and throat
13 cancer patients.  And in Shanghai, there are many
14 stomach cancer.
15     In Beijing because of the -- because of the
16 air pollution, there were many lung cancers.  In
17 China, they are a huge population.  So we really need
18 to introduce this type of document -- this type of
19 equipment to do such treatment.  And before the
20 equipment in China, they would choose to do this
21 treatment.
22     If you want to make it very specific --
23 whenever I talk about this, I become excited because I
24 had been telling others about it.  The advantages of
25 proton treatment is that it has very little damage to

32

1  normal cells compared with ordinary chemotherapy.
2  It's a very advantageous treatment and method, because
3  for a ordinary chemotherapy, it's -- that's an X-ray
4  spectrum.
5      It's not only targeted at the tumor but also
6  have a huge damage to normal -- to normal cells of
7  human bodies, but for the proton it's kind of like
8  targeted but not totally targeted.  It only kills the
9  tumor cells and this killing --
10      THE INTERPRETER:  The interpreter needs to
11  make a clarification with the witness.
12      MR. LEUNG:  She's trying to spell Bragg peak.
13      THE INTERPRETER:  Bragg peak.
14      THE WITNESS:  Okay.  It's Bragg peak.  So
15  that is a very slow linear speed and has a very small
16  Bragg peak; therefore, it would not go through -- it
17  will only arrive at the tumor, so --
18      (Reporter clarification.)
19      THE INTERPRETER:  It will not go through --
20  it will not go through.  And that's it.  I don't think
21  the witness finished that sentence actually.
22  BY MR. LEUNG:
23      Q.  So is it --
24      A.  It will be very, very protective, so it only
25  kills tumor itself.  And it has a maximum protection

33

1  of normal cells.  Because while it -- at the Bragg
2  peak, it will go down quickly and then it will be
3  effective to the tumor, but it will not go to the
4  normal cells.  So I'm using the most ordinary -- some
5  layman's language to talk about this.
6      For other radiation equipment, they have a
7  lot of radiation points because some of the tumors are
8  not in regular shapes.  So it is a different radiation
9  zone to -- so they will have to pass lots of normal
10  cells and they will have a huge killing effect on the
11  normal cells, but the proton function, that is a good
12  thing.  It's only targeted these.
13      At that time -- I think they've used the
14  equipment.  They were the first one in the world about
15  it.  They were the father of proton.  They had this --
16  they had a military system, militarized, a military
17  system to be used in medicine.  And they were the only
18  one who were able to do a pen scanning in the world
19  for the tumor cells to make a very accurate treatment
20  of cancer cells.  And they would make the arrow
21  between the cancer cells and the normal cells, they
22  can make the tolerance to be .11 millimeter tolerance.
23  Therefore, it can -- it will maximize the protection
24  of normal cells from being damaged.  And it's a
25  recovery.  It's also very good.

34

1      In the United States, the patients could
2  go -- even go play golf after they receive the
3  treatment or to do normal things, but they would have
4  very little pain.  For a certain patient, there will
5  be a recovery period for chemotherapy after the
6  treatment need to be metabolized by kidney and the
7  liver, which was very harmful to internal organs.
8      But this is -- the proton is the best for the
9  cancer patients, but for lung, because lung is moving,
10  so there is a tracking capability.  I do not know
11  whether the technology now is good enough to track the
12  lung.
13      (Reporter clarification.)
14      A.  However, but in theory, it can treat all kind
15  of -- the majority of part of the body -- the majority
16  of the cancer of the body, it will be effective.  But
17  in the United States data, it's very -- the data shows
18  that it is very effective to nose and throat cancer
19  and also to breast cancer, very effective.
20      But also in the United States we had a big
21  promotion because it was also very good to brain tumor
22  of children, because children keep moving while they
23  are doing the treatment.  But the proton in this
24  process, the obtuse equipment has a rotating rack.
25  That's all the machine could move instead of people

35

1  move.  So it's a big help to patients.  I've done lots
2  of homework at the time.
3      If you want me to continue, I can talk a lot
4  more.  I'm sorry about -- I'm sorry, the interpreter,
5  I do not know how you are going to interpret all
6  these.
7      (Reporter clarification.)
8      Q.  Ms. Wang, the $1 million that you received
9  from Beverly Proton in March of 2016, what did you do
10  with that money?
11      MR. GOURAIGE:  I object to the relevance of
12  what she did with the money.
13  BY MR. LEUNG:
14      Q.  Please answer the question.
15      A.  The majority of it was used to repay, because
16  for so many years I received no wage.  During the
17  project that my husband had to borrow the money and so
18  the majority of the money was to repay relatives and
19  friends.  And also at the time to develop the project,
20  some money was borrowed.  So those money were repaid
21  as the majority was used for that.
22      Q.  What are the names of the relatives and
23  friends that were repaid with these investor funds?
24      MR. GOURAIGE:  I again object to the
25  relevance of this whole line of questioning.

36

Xin Wang
2/25/2021

BY MR. LEUNG:

Q.   Please answer the question.

A.   Because the money -- this money was borrowed by my husband.  And also -- because also for the United States account that I do not know how to use either, so it was him who was repaying.  And as to specifically who he repaid specifically, I feel I do not know.

Q.   In the course of doing all this work for Beverly Proton, did you communicate with people by email?

A.   Rarely -- in China, we rarely use email.  Sometime maybe to send documents.  In China, we like to talk face to face, but as to materials and the document, maybe big documents maybe sent by email.  Right now we mostly use WeChat.

And also for me for the communication to me and them was at the very beginning of the project, so the specific material was sent by my husband's and his team after we -- after I established a relationship to follow up, to make the follow-up interaction.  So mostly it was through telephones because things can be communicated clearly this way.

Q.   You did not use email in your work for Beverly Proton beginning in 2011, you didn't use

37

email?

A.   I had used, but for email in China, we rarely use it.  We do not used to send in this way.  It is not for brief for messages.  In China we do not use email to send brief messages.  In China we use it to send a large document, large materials.  So sometimes when we interact with them, we will bring a copy of a printed material to the site.

However, when this date has reached, it was not me who interact with them.  I was interacting with them at the earlier stage to establish a connection.  But mostly I will use messages, but it was a long time ago and those messages had already been lost.  I already changed several phones by then.

Q.   When was the last time you changed your phone?

A.   Are you talking about the change my handset or my phone number?

Q.   I guess both.  You just testified that you changed phones so you don't have WeChat messages from the past anymore.  I'm just wondering when the last time that happened was?

A.   It was July.  June or July or maybe August of last year, of 2020.

Q.   What happened?  And did you change phones

38

before that?

A.   I have changed the phone many times because I often drop them.  And one time I had my phone died on me and it had to be factory reset.  And went that place to factory reset and everything was gone.  So I had -- so I changed it because there is no way I could do -- I often drop it.  I often change phones.  It's not -- I'm not talking about changing numbers.  It's just talking about changing the machine, the handset.

Q.   How many times do you think you've changed phones since 2014?

A.   2014, I do not recall.  I had changed perhaps three times.

Q.   How many times do you think you've changed phones since 2016?

A.   I do not recall.  Year '16, now is -- year '14 would be longer than that.  I really do not recall.  For handset in China, the use frequent -- in China, the frequency of using is very high.  And also some handset, when children have need, I just gave them -- replaced the machine -- replaced the handset to them because they do not need something so intelligent, so I just -- sometime I gave it to them.  Other times I replaced -- replace it because it was dropped and damaged it.  But as to specifically how

39

many, I do not recall.  I really do not recall.

Q.   But you've changed your handset since 2016 at least once; right?

A.   Yes.  At least changed it once.

Q.   And earlier you testified that you'd conduct Beverly Proton business through WeChat, through messages?

A.   No.  It was through phone.  I said it was over phone.  I mentioned the WeChat, but it was to -- just to communicate about time, location, where to meet.  I think that's all.

Q.   Ms. Wang, you've explained for us that beginning in 2011, you did a lot of work.  You made presentations.  You had a lot of meetings.  And you earned the $1 million that was transferred to your personal account in March of 2016.

If you wanted to prove all of that work, if you wanted to demonstrate that that work happened with pieces of paper, with documents, what kinds of documents would you show us?

A.   It was a long time ago, but I can search for it.  Right now, I do not have them, but I can give it a try.  I can try to search for them.

Q.   That would be great.  You haven't searched for them before, though; right?

40

1  **A.**  I can go search for it, but right now I do
2  not have -- at the time I did not realize I need to
3  keep this because I was just helping my husband do the
4  promotion, so I mainly was dealing with people.
5  Therefore, for this record -- because when I change
6  handset or when I gave a handset to the children or to
7  elders, I would then have the phone reset to the
8  factory status.  So this content was not saved at the
9  time; therefore, I did not conscientiously to --
10  consciously to keep these things.
11      And I did a lot of work, but I was just -- to
12  my husband and he saw all these.  He also brief his
13  team on this.  In China, in Mainland China, he did not
14  have as many connections as I do.  It's not that -- in
15  Mainland China, in the medical field, mainly it was I
16  who helped him with the interactions.  As to business
17  negotiations, it was through him.
18      At the time I didn't think that this would
19  need to be saved or something.  So I did not do all
20  these.  However, I did have lots of photos.  The
21  photos, for example, with the Xinhua Insurance, and
22  those are photos of meetings, shows and -- meetings
23  and shows.  Those photos, I still have them.
24      **Q.**  Ms. Wang, did you ever earn commissions for
25  finding investors to your husband's EB-5 project?

41

1      **A.**  No.
2      **Q.**  Do you know a person named -- surname Lu,
3  first name Zhang?  Surname is L-u, first name Zhang,
4  Z-h-a-n-g.
5      **A.**  I do not know.  Zhang Lu, do not know.
6      **Q.**  So you're not entitled to a commission on
7  that person's investment; correct?
8      **A.**  I do not know.  Zhang Lu.  No, I do not know
9  this person.
10      **Q.**  Do you know a person named -- last name Shen,
11  first name Juan?  Spelled J-u-a-n, surname is S-h-e-n.
12  Shen Juan.
13      **A.**  This J-u-a-n, this is not a Chinese Pinyin.
14  Is this a Chinese?
15      **Q.**  It's from an investor list.  I don't know if
16  it's Pinyin or not, but that's how it's spelled.
17      Do you recognize the name?
18      **A.**  I do not know.
19      **Q.**  And so you're not entitled to any marketing
20  commission in connection with that person's
21  investment, are you?
22      **A.**  It was like if I have -- before I have
23  many -- there are some friends that would come to me
24  about my project and to do investment immigration, to
25  do others.  I would refer these friends directly to

42

1  such person, that is so I would refer them to the
2  salespeople.  I specifically would not get involved.
3  Therefore, for many names I cannot match.  I do not
4  know who they are.
5      **Q.**  Who are the salespeople?
6      **A.**  I do not know about this.  Someone has a -- a
7  friend told me that someone has the intention to do
8  it, so I would just say for the investment, the
9  immigration, I have not involved.  And I also have no
10  commission.  I just referred to my husband.  Also many
11  of my friends that my husband knew them too.
12      So I just told him that such and such person
13  had a client who -- had the connection who may want to
14  apply.  So he would just say then give it to me to
15  handle.  It's like that.  And so he would -- as to who
16  he assigned it to handle it, I do not know.  I had
17  never participated in the section of EB-5 immigration
18  part.
19      (Reporter clarification.)
20      **Q.**  So you've never been entitled to marketing
21  compensation for EB-5 investors in Beverly Proton?
22      **A.**  That had not been paid to me.
23      **Q.**  And if funds had been paid to you for
24  marketing EB-5 investments, that money, you weren't
25  entitled to it, right, because -- you weren't a part

43

1  of the capital raise, were you?
2      MR. GOURAIGE:  I object to the form of the
3  question.
4  BY MR. LEUNG:
5      **Q.**  Please answer.
6      **A.**  As to raising capital of the EB-5, I do not
7  know what it is.  I'm not sure.  I'm not sure that my
8  work scope had any effect on the fundraising.  I'm not
9  sure.  However, I think this is an integral thing.  And
10  I do not how to determine what is the rule, but I know
11  that all the work I did was -- definitely would be
12  helpful to them.
13      **Q.**  I just want to be clear.  Were you entitled
14  to commissions on EB-5 capital raised?
15      **A.**  I'm not quite understand.  Maybe you can ask
16  in a different way.  As to marketing, is that -- are
17  you trying to define my work scope?  Is that my wage?
18  Would that include the -- what would my wage included?
19  Is that the determination you want to make?
20      **Q.**  You testified that you weren't involved in
21  raising capital.  So what I'm asking is:  Let's
22  suppose an investor contributes $500,000 to the
23  Beverly Proton project.  Were you entitled to a
24  percentage of that $500,000?  Did you take a
25  commission?  Is that compensation that you were

44

1  entitled to earn?
2      A.  Before there was no promise made to me that
3  there will be a commission paid to me.  There was no
4  such a promise.
5      Q.  And so if commissions were paid to you or
6  your company, that would have been incorrect; fair?
7      A.  I don't think I was paid such money.  I have
8  not been paid money with these designation.
9      Q.  Do you know a person -- an investor in
10  Pacific Proton named Dai Lixia, L-i-x-i-a, last name,
11  D-a-i?
12      A.  I know this person.
13      Q.  Who is that person?
14      A.  This person is a friend of a friend of mine.
15      Q.  And do you know whether Dai Lixia invested in
16  the Pacific Proton EB-5 project?
17      A.  Yes.  I know that.
18      Q.  Were you entitled to a commission on that
19  investment?
20      A.  I would hope so.  However, if there was a
21  commission, it should be paid to the friend who was
22  between us.  I didn't take this money.
23      Q.  Zhang Rui, last name Zhang, Z-h-a-n-g, first
24  name Rui, R-u-i, do you know that person?
25      A.  Zhang Rui; right?  I have no recollection.

45

1      Q.  Zhang Fan, F-a-n, surname Zhang, do you know
2  that person?
3      A.  Is that Zhang Fan or Chiang Fan?
4      Q.  C-h-a-n-g, so I think it's "Chang" as
5  supposed to "Zhang."
6          Is that a person you know?
7          (Reporter clarification.)
8      Q.  Ms. Wang, you need to say yes or no as
9  opposed to shaking your head.
10      A.  I said I didn't know the person.
11      Q.  Ms. Wang, do you know a person named Xu
12  Faxiao, X-u, Xu Faxiao?
13          (Reporter clarification.)
14          MR. LEUNG:  X-u, last name, first name
15  F-a-x-i-a-o.
16          THE INTERPRETER:  I'm sorry, Counsel.  Was it
17  X as in X-ray or S as in Sam?
18          MR. LEUNG:  X as in X-ray, X-u.
19          THE WITNESS:  I think I have heard the name,
20  but I do not recall which one.  And it could be from a
21  friend of a friend of a friend.  There are so many
22  layers.  I do not remember specifically the person.
23  BY MR. LEUNG:
24      Q.  Would you have been entitled to commission
25  compensation on Xu Faxiao's investment?

46

1      A.  It had no relationship with me.  I had never
2  thought about receiving a commission.
3      Q.  Do you know a person named Chen Quan,
4  C-h-e-n, first name Quan, Q-u-a-n?
5      A.  Chen Quan; right?
6      Q.  Yes.
7      A.  No recollection.
8      Q.  Last name Yan, Y-a-n, first name Longwen,
9  L-o-n-g-w-e-n, do you know that person?
10      A.  I think I have seen this person.  It's Yan
11  something wen.  Is that right?  Yan some wen.
12      Q.  Yes.  When did you see this person?
13      A.  Yes.  This person who wanted to learn about
14  the project, about the future of proton -- the
15  function of proton.  And what happened in -- I have
16  met this person because he wanted to learn about
17  proton from me.  So I have such a recollection.
18      Q.  Did this person visit with you in the United
19  States?
20      A.  No.  It was in China, in Beijing.
21      Q.  Were you entitled to commission compensation
22  on Yan Longwen's investment in your husband's EB-5
23  project?
24      A.  It was -- I never thought about the thing.
25  He was -- this person was not a customer of mine.  He

47

1  just came to me to learn about the proton.  He was not
2  referred by me.
3      Q.  Ms. Wang, do you know a person named Wang
4  Kexin, K-e-x-i-n, last name Wang, W-a-n-g?
5      A.  I do not know this person.
6      Q.  What about Li, L-i, Longwen, L-o-n-g-w-e-n,
7  first name?
8      A.  No recollection.
9          Only for people who ask about the proton,
10  about the medical treatment or about some things in
11  the United States to learn about those.  Those are
12  friends who would ask me, but whether they wanted to
13  do the EB-5 or something, they did not go through me.
14  It was sent through my husband -- it went through my
15  husband.
16          I told him, you go talk to them directly
17  because I do not know how this was -- specifically how
18  this was handled.  And my English was not very good.
19  I do not know the entire procedure.  So you just talk
20  to them directly.
21          And if you want to know about the medical
22  treatment, there was a proton, or if you want to have
23  a patient who want to go to the United States, someone
24  will come to me to ask me about the proton, about
25  the -- as to commission, no, I have never taken one.

48

1    And also for this -- for this specific
2  clients, I had very few contact unless it was
3  information related to a proton.  For some clients
4  maybe before they make the investment, they want to
5  learn more about the proton, what they used it for,
6  what's the future of it, whether in future it can last
7  long.  So they wanted to control their risk.
8    So sometimes they may come to me to ask about
9  it, to learn about some basics of proton, but I can't
10  go deeper than that.  There was just a -- from the
11  viewpoint of a layperson who had no medical background
12  to give them a introduction, a conceptual promotion,
13  it was just to help them to do a marketing -- to do a
14  marketing promotion, but I have never got a commission
15  on that.
16    MR. GOURAIGE:  Have I lost audio?
17    MR. LEUNG:  We can hear you.  You can't hear
18  us.
19    Tim, Cindy, let's go off the record while we
20  address the technical issue that defense counsel is
21  facing.
22    THE VIDEOGRAPHER:  And we're going off the
23  record at 7:42 p.m.
24    (Recess, 7:42 p.m. to 7:51 p.m.)
25    THE VIDEOGRAPHER:  We're back on the record

49

1  at 7:51 p.m.
2    MR. LEUNG:  Cindy, was there a pending
3  question when we went off?
4    THE REPORTER:  No.  She just gave an answer,
5  I believe the full answer.
6    MR. LEUNG:  Okay.  Ms. Wang, I'm going to be
7  sharing my screen with you.
8    And for the record, I'm showing the witness a
9  nine-page document that's been previously marked,
10  Exhibit 29.
11  BY MR. LEUNG:
12    Q.  Let me flip through this document.  Take a
13  look at it and my first question is going to be:  Do
14  you recognize Exhibit 29?
15    Do you recognize Exhibit 123 that was
16  previously marked as Exhibit 29?
17    A.  It has my husband's signature.  It's in year
18  '16.  What was the date?  January 28; right?
19    Q.  Yes.
20    A.  The type is very small.  I cannot read it
21  clearly.  I do not know the content of this.  However,
22  it has my signature and also my husband's signature.
23    THE REPORTER:  Excuse me, Counsel.  Is this a
24  new Exhibit 123 that you're marking?
25    MR. LEUNG:  No.  I mean, it's been marked

50

1  twice.  It was first marked as 29.  It's been
2  previously marked as Exhibit 123 as well with another
3  witness.
4  BY MR. LEUNG:
5    Q.  Ms. Wang, are you able to read this document?
6    A.  I cannot read.  My English is not.
7    Q.  Has this document ever been translated for
8  you?
9    A.  The things I signed, if it was -- that was
10  shown to me by my husband, if it was in English, then
11  my husband would interpret the outline or summary of
12  it to let me know what kind of thing that was and
13  which required my signature.
14    Q.  Okay.  I'm going to read for you section 6,
15  which begins at the first page of Exhibit 123 and goes
16  onto the second page of Exhibit 123.  Section 6,
17  "Employee's employment duties:  A, Employee shall be
18  responsible for the day-to-day operation of the
19  corporation and its production facility."  That's what
20  it says.  Did your husband describe for you that term
21  of this contract that you signed?
22    A.  I do not recall.
23    Q.  Do you know what it means to be responsible
24  for the day-to-day operation of the corporation?
25    A.  Be responsible for the day-to-day operation

51

1  of the company -- of the corporation.
2    Q.  Do you know what that means?
3    A.  Being responsible for day-to-day operation,
4  it should be for administrative.  For the Chinese, we
5  understand that it was administrative, some daily
6  management, for example, some management of affairs,
7  things like that.
8    Q.  What corporation is that clause of your
9  employment agreement referring to?
10    A.  As to this document, I do not know --
11  remember the specific content.  And also as to when it
12  was signed, it was a long time ago.  This should be --
13  I do not know.  I do not know which corporation -- its
14  daily operation.
15    Q.  How are you supposed to responsibly handle
16  the day-to-day operations of a company if you don't
17  know what company you're handling it for?
18    A.  I do not know what -- Counsel, what was your
19  objection?
20    MR. GOURAIGE:  Objection to the form of the
21  question.
22    THE REPORTER:  I didn't hear your objection
23  at all.
24    MR. GOURAIGE:  Cindy, you can't hear me at
25  all?

52

1    THE REPORTER:  Now I can.
2    (Reporter clarification.)
3    MR. GOURAIGE:  Objection to the form of the
4  question.
5    I'll try to speak up.
6    MR. LEUNG:  Mr. Li, can you translate the
7  witness's answer in full, please.
8    THE INTERPRETER:  The interpreter would need
9  to ask the witness to repeat her answer because the
10  interpreter lost that answer.
11    Counsel, would I have your permission?
12    MR. LEUNG:  Yes.  That's fine.
13    THE WITNESS:  Nobody has told me about the
14  content of this document and I do not remember the
15  content of this document because I do not recall
16  clearly of what I have signed, since I do not
17  understand English.
18    And also only one provision was read to me as
19  to the daily management of the corporation.  I think
20  this should be embodied in all labor contracts.  It
21  should have such a provision, but, however, which one
22  he was talking about, he didn't tell me the main
23  content of this thing.  And, therefore, he asked me --
24  he just asked me with just one paragraph.  I do not
25  know what he was asking me about.

53

1  BY MR. LEUNG:
2    Q.  Ms. Wang, is this employment agreement the
3  basis for your receipt of the million dollars in March
4  of 2016?
5    A.  Basis for receiving 1 million?
6    Q.  Yes.
7    A.  Can you reask me the question?  I do not know
8  the meaning of this question, therefore, I do not know
9  how to answer it.
10    Q.  Ms. Wang, is it your understanding that this
11  contract gave you the right to receive the $1 million
12  that was transferred to your personal accounts from
13  the Beverly Proton account in March of 2016?
14    A.  Yes.  My -- that's what my husband said.  My
15  husband said that was the meaning.
16    Q.  Okay.  So this document, this Exhibit 123,
17  gave you the right to take that money; right?
18    A.  That is my understanding.
19    Q.  Okay.  I'm going to read section 6(a) again.
20  "Employee's employment duties:  A, Employee shall be
21  responsible for the day-to-day operation of the
22  corporation and its production facility."  What
23  production facility is section 6(a) referring to,
24  Ms. Wang?
25    A.  Production facility, at the time my husband

54

1  didn't interpret this such detail to me as it could be
2  a template or a fixed version that was --
3    THE INTERPRETER:  The interpreter lost the
4  answer of the witness.  May the interpreter ask the
5  witness to repeat?
6    MR. LEUNG:  Yes, please.
7    THE WITNESS:  I was saying that this document
8  that my husband asked me to sign at the time, it
9  was -- my husband brought a fixed version to me about
10  the company and that I explained it could be a receipt
11  or something, but it was a fixed version.  But as to
12  this provision and with the understanding of this
13  phrase, I do not know how to explain it.
14  BY MR. LEUNG:
15    Q.  Ms. Wang, did you understand that Beverly
16  Proton and Pacific Proton Regional Center were two
17  different companies?
18    A.  I know that.
19    Q.  And this employment agreement that you
20  signed, Exhibit 123, is between you and Beverly
21  Proton; correct?
22    A.  It should be the company that I had been
23  serving.  My work was related, so I do not know which
24  company I was being assigned to, but I only knew that
25  I should be paid money.  And from the very beginning,

55

1  it was my husband and his team, they were the
2  initiators of this company.  They had worked very hard
3  on these.
4    As to which -- as to I should be put to the
5  which company, it shouldn't depend on my work scope.
6  Therefore, for the business -- for the company, in the
7  United States my husband interpreted all this and
8  asked -- tell me what to do.  It was all related to
9  promotions.
10    Therefore, I do not know this -- what the
11  business scope of these two corporations and
12  whether -- as to whether they have any relationship.
13  So I was just doing my work and earned my wage.  So as
14  to -- so if I signed to this one -- to this company,
15  then it should be this company, because I believe my
16  husband would not have deceived me.  That's my
17  understanding.
18    Q.  Ms. Wang, your husband is honest?
19    A.  Of course.  Yes.
20    Q.  He speaks the truth?
21    THE INTERPRETER:  I'm sorry.  I didn't get
22  the question.
23  BY MR. LEUNG:
24    Q.  He speaks the truth?
25    A.  Yes.

56

1    Q.  Mr. Liu provides accurate information to all
2  of his business partners?
3    A.  As to business, I did not get involved.  I
4  only knew -- I didn't know all the persons.  So as to
5  the business information he provided, he wouldn't tell
6  me; therefore, I couldn't determine whether it was
7  true or not.  I have no way of making the
8  determination.
9      However, for so many years, he had not -- no
10  bad behavior.  Otherwise, he -- otherwise, he would
11  not be able to have so many friends to help him out
12  during such difficult times, to lend him money, to
13  things like those, because he has integrity.  That's
14  how he could lost until now.
15    Q.  Does your husband lie to his business
16  partners?
17    A.  I feel he would not.  He is not such a
18  person.
19    Q.  And you can't think of any reason why he
20  would give inaccurate information to his business
21  partners based on your knowledge of him; right?
22    A.  I do not know the specifics.  However, I have
23  a understanding of my husband because I have lived
24  with him for so many years.  For so many years.  He
25  also have friends and cooperative partners.  He has

57

1  done business in other areas as well.  I also have
2  some understanding.
3      So if there were any issues, I would have
4  seen -- from what I could tell was that some
5  individuals might be greedy for some -- in business
6  there are also some persons with different competitive
7  techniques, but most of the time it was others who
8  didn't treat him well instead of him.  But he is not a
9  greedy person.  He didn't care money so much.
10      So from my understanding from -- and also
11  that's how my trust to him was based.  He wouldn't to
12  harm others for money and to harm friend for money.
13      And from this from the very beginning, the
14  reason that I joined in because I had people -- I had
15  family members who was sick.  And also his idea moved
16  me too, so that's why I joined in to help him to do
17  it.  Because it's a medical thing.  It's curing
18  people.  It is to save lives.  It's a good thing.
19      He was in the United States for many years,
20  but also in China.  He was handling the top-level
21  operations, and also he was handling lots of
22  details.  He was not a person who would worry about
23  every detail.  Therefore, he might have some
24  misunderstanding or some measure of understanding.
25  That's my understanding.

58

1  But between friends, he had friends for
2  decades and business partners for decades, many of
3  them; therefore, I believe his conduct.  That's my
4  basic determination.
5      Right now, I do not understand why this
6  project, such a good project, could end up like this.
7  At the very beginning he was doing it with all his
8  diligence.  And at the very beginning, EB-5 was not
9  mentioned and he was about to do a medical project.
10  And later on, I do not know why EB-5 was involved.
11      And so many things end up and so -- and make
12  our entire family, including children and elders, were
13  put in such a predicament.  And also such a good
14  project was becoming bad.  It's very regretful.  And
15  many investors was also got such unfair results.
16  Therefore, I feel it's very regrettable.  I do not
17  know what was the issue.
18      And right now my understanding for the thing
19  is that it was greediness of a cooperative party and
20  that they -- because in China many of the immigration
21  agencies are very low.  They do anything, everything.
22  That's why I do not want to get involved into the
23  immigration area because they could do things all the
24  way.
25      You can think -- think about it.  They could

59

1  go to -- they could make a defamation to my children's
2  school, to my hometown.  They do all the dark things.
3  So for me, I have -- I'm positive about integrity of
4  my husband.
5    Q.  Ms. Wang, you didn't have an employment
6  agreement with Pacific Proton Regional Center.  You
7  weren't an employee of Pacific Proton Regional Center.
8  Why did you take money from the corporate account for
9  the Pacific Proton Regional Center?
10    A.  I didn't quite understand it.  Could you say
11  it again?
12    Q.  You don't have an employment with Pacific
13  Proton Regional Center.  Is that your understanding?
14    A.  Correct.
15    Q.  Yet you received a lot of money from the
16  Pacific Proton Regional Center corporate accounts in
17  2014 and 2015.  Why were you entitled to that money if
18  you didn't work for the Regional Center?
19    A.  Are you asking me to look at this contents or
20  what?
21    Q.  No.  I'm just asking you a question.
22    A.  I didn't take it from the -- maybe just a
23  reimbursement of expenses.  There were lots of
24  promotion work that I need to be reimbursed, less
25  expenses need to be reimbursed.

60

1    **Q.**   Do you recall receiving a transfer of $50,000
2   from the Pacific Proton Regional Center corporate
3   accounts on September 30, 2015?  $50,000 coming into
4   your bank account from Pacific Proton Regional Center,
5   do you remember that?
6    **A.**   I do not recall clearly because for the US
7   account, it seems the -- the US account I asked my
8   husband to handle.  As to the expenses, whatever
9   expenses I incurred here, I would tell him.  Then as
10   to how he treat these, I did not know how he
11   specifically -- he handled these, how to interact or
12   interface with the team.  The specifics, I do not
13   know.
14    **Q.**   What kind of expenses do you think you had
15   that justified a reimbursement of $50,000 in a single
16   transfer?  I travel.  I don't put in expenses for
17   50 grand, but I don't do what you do.  Can you
18   illuminate me on that point, please?
19        MR. GOURAIGE:  I'm going to object to the
20   second part of the question about your personal
21   travel.
22        THE WITNESS:  It's not for maybe one time.
23   It's a cumulative for multiple years.  My
24   understanding is sometimes the company didn't have
25   money.  The company may not always -- from the very

61

1   beginning, the company may not always have money.  And
2   at the very beginning, the fund might not all be in
3   place.  Therefore, it will taking -- be handled as a
4   normal expenses, as a daily expenses.
5        So every time there was a item, it will be
6   reimbursed for me.  And that's a normal -- as a
7   regular employee, if I was not paid for a long time,
8   if I was reimbursed for a long time, why would I still
9   work for the company; right?
10        So for me, I feel that that -- I feel this
11   question -- for example, if I had some expenses and if
12   I had some consumption, I would tell my husband and
13   he would record it down.  So when the company had
14   the money, he would reimburse part of it.  It's not
15   that each time that would happen.  That's my
16   understanding.
17        For example, we also had advanced a lot of
18   money to the company.  We advanced money.  We paid the
19   money to the company.  Because he was my husband I
20   knew it was so hard for him to do this thing.  That's
21   why I would do.  Otherwise, no employee would advance
22   money to the company to work for.
23        And also when he had a little money, when he
24   reimbursed a little money, so he reimbursed a little
25   money.

62

1        I'm sorry to the interpreter, I do not know
2   how you are going to interpret all this.
3   BY MR. LEUNG:
4    **Q.**   When you received this $50,000 in expense
5   reimbursement for Pacific Proton Regional Center,
6   which you were not an employee of, do you recall if
7   your expenses were fully paid off or did you still
8   have some debts that Pacific Proton owed you?
9    **A.**   My understanding at the time they still owe
10   me money, but my husband often say to me that to do
11   something, you need to pay first before you can reap
12   the rewards.  So when we were successful with this
13   thing, the company will also reward you.  And it was
14   just like that.  So that's -- it's very simple.  And
15   even for between American or Chinese -- maybe for
16   Americans maybe it is even more principle, more based
17   on principle.
18        For family and for the concept of family,
19   Americans are different than the Chinese.  For us, for
20   so many years to last and, you know, it is so hard.
21   He has been talking to me, but to do a thing, you need
22   to endure the hardship.  You need to pay the rest
23   before you can reap the reward.
24        And we're doing a good thing.  And that's
25   something -- that's something that I had -- that my

63

1   major complaint with him, because for me I'm not --
2   that is such a noble person.  I'm not that noble.
3    **Q.**   Ms. Wang, the projects for the proton cancer
4   therapy center, that center was never built and it
5   never had any patients and it never generated any
6   revenue; is that right?
7    **A.**   I'm not sure.  As to why it has not been
8   build is because of -- such things happened because of
9   this case, so it was called to stop.  As to whether it
10   has generated a revenue, I do not know.  I do not know
11   about the concept because I do not know about the
12   corporate operation over there.
13    **Q.**   If there wasn't a proton cancer therapy
14   center that was built and operational, where did you
15   think all of this money was coming from, Ms. Wang?
16        MR. GOURAIGE:  Objection to the form of the
17   question.
18   BY MR. LEUNG:
19    **Q.**   Please answer.
20    **A.**   I did not -- I do not understand what he was
21   asking about.  Can you say it again?
22    **Q.**   Your personal accounts received about
23   $1.4 million over the course of two years.  Your
24   husband's personal accounts received more than
25   $8 million over that same two-year period.  All of

64

Xin Wang
2/25/2021

1  this money came from the corporate accounts of Pacific
2  Proton, the PP EB-5 Fund, and Beverly Proton.  That's
3  a lot of money.  Did you have any understanding as to
4  where that money was coming from?
5      A.  I do not know.
6          I do not know.  For my family account,
7  maybe -- I don't know if you can understand.  For me,
8  I'm a person who rely on others, so for our family
9  finance, mostly it was handled by my husband on my
10 behalf.
11         As to whether for how much money was sent to
12 his account, I do not know.  As to the figure, how
13 many dollars to his account, I do not know.
14         As to my account, my understanding is that
15 the -- that was the wage that owed to me for the five
16 years and it was made out to me.
17         As to where this money was from and their
18 company, the company in the United States, how the
19 capital was handled and how the fund was put in, my
20 understanding was that they had other investors who
21 came in, other cooperating partners came in.  And
22 whether there will be transferred by shareholders, I
23 do not understand.  I do not understand.
24         But all I understand is that this was -- this
25 money was just made up of my wages for the five years.

65

1  As to others, I do not know.
2          I do not know.  He had -- this is -- as far
3  as I know, this project was a big project.  It would
4  require a total of 200,000, $200,000.  So it could not
5  be just the EB-5 Fund.
6          As to the EB-5, there was a process, and so
7  at the beginning there will be some early investment,
8  so it may not be -- he may not be able to borrow them
9  all.  So there may be other cooperative partners to
10 participate in and as to -- to find employees.
11         And the reason he asked me to do it was at
12 the very beginning, he had no way to help all the
13 people and also I had some resources.  He could asking
14 me to do things for him without paying me.  This is my
15 understanding.
16         As to in this process, I believe that we had
17 used our best effort to do -- to make this project
18 successful.
19         As to how the capital was handled, how the
20 money turned around, I do not know.
21         And also because it was in the United States,
22 due to the language barrier and also, in my
23 understanding, that Xinhua Insurance had the intention
24 to invest.  And later on I talked with them.  They not
25 only wanted to do this like that, I also wanted this

66

1  to be -- to happen to be successful, to work hard to
2  get them involved.  And then they would -- if they
3  wanted to get in, they would invest too.
4          And we also had a letter of cooperation
5  intent signed.  Therefore, everything I said was what
6  really happened and was truth.
7          And also there may be a difference in the
8  cultural background in the United States.  There are
9  difference between family values of the United States
10 and the China.
11         The understanding of family in the United
12 States, some of my friends were American friend, but
13 they were American-Chinese.  But sometimes they would
14 talk with me about the roles of family members.
15 American women are more independent, especially in
16 financial, in finance.  But to me, for me, I think a
17 family is a unit.  So if we had income together and if
18 I had work, I will do my work best.  So I did not pay
19 attention to where his money was from.
20         As to how much money was transferred to his
21 account, I didn't even know.  Only until you mentioned
22 it a moment ago that I know.  I didn't know how much
23 money was transferred to his account.  I know it was
24 a big project.  He needed it to have it to keep it
25 running.  His previous projects were pretty big too.

67

1          So as to how he handled it, he never told me.
2  He never tell me about this.  He just tell me what he
3  needed me to do, and as long as it was not the wrong
4  things, it was not illegal things or rule violating
5  things, I would help him out.  I would do my best to
6  do it.
7      Q.  From 2011 to 2016, did you keep records of
8  the expenses that you needed to be reimbursed for and
9  the work that you needed to be paid for?
10     A.  If I had them, I had given them to my
11 husband.
12     Q.  Did you have records in September of 2015
13 that explained for your husband you wrote at least
14 $50,000 in expense reimbursements?  Did you have
15 records that supported that number, the 50,000?
16     A.  I really do not remember.  This would also be
17 with my husband.  I could search for them.  I had to
18 ask him to search for them because it is always him.
19     Q.  You haven't searched for them yet; right?
20     A.  For -- it's not that I didn't search for it.
21 It was with him, but he was not a very careful person
22 either.  He may not actually kept them well.  He often
23 have piles of things sitting there.  Maybe he would
24 organize them once in a while.
25         So when there were expenses of what happened

68

**GRADILLAS COURT REPORTERS**
**(424) 239-2800**

**Page 69**

1  after -- what the expenses are that I tell him. In
2  China, an invoice would be required, but he said in
3  the United States, a invoice is not always required as
4  long as I have a receipt.
5      So I do not know how he would consolidate
6  this financially, how often he would do this and to
7  interface with his business team. He was very busy.
8  He had lots of work, administrative work to do. And
9  for this, as you said, that I have never searched for
10  them. Nobody asked me to search for them. And I
11  didn't think it was a daily thing that I needed to do.
12      My understanding is those were expenses for
13  many years. And he just repaid -- I was just repaid.
14  And also many were lost. And the many of those
15  expenses had no invoices, no receipts, no proof, but
16  they actually happened. And if you calculate more
17  carefully, it will be much higher than these figure.
18      And for these things -- he's the person who
19  is not that greedy or that stingy about money. So if
20  I -- for something -- something without receipt or
21  invoice, how do you handle this expenses? Because in
22  China you can ask me for to do things, you pay the
23  money, but they wouldn't write a receipt for you. And
24  in China, the idea is that there's no receipt and no
25  invoice. Then you have done things and you have paid

**Page 70**

1  money, but there is no proof to show for it. So this
2  money you had to be out of your own pocket.
3      But also for my husband, he might forget many
4  things because it has been a while. Sometimes there
5  was a expense happened and there was no proof and I
6  told him about the expense. He would say, "Okay. I
7  got it."
8      But when he -- after a while, a long while
9  after -- when he was tally up -- periodically tallying
10  things up, then he might omit a lot of these because
11  he couldn't remember, because sometimes I would
12  remember too for both of us. Our style is get the
13  work done first. And that's how we have been doing
14  things.
15      My understanding is that this reimbursement
16  amount that he gave back is an accumulated amount that
17  for so many years. And for those that with proof of
18  payments, that's what paid. Therefore, if you want to
19  go into the details, I really do not have it.
20      Whatever happened I gave to him. Sometimes I
21  just told him about it, then he would forget right
22  away. It's such a big project that there are so many
23  parts to interact with, so I understand because,
24  therefore, I never fight with him about it. We fought
25  before, but the result of the fight was that the

**Page 71**

1  people -- both of us were happy. And the fact that
2  there is work to be done.
3      So I just decided I will not get too involved
4  and I will let him handle all this. It's -- I do not
5  know whether you understand it. And this is the
6  interaction between me and him. That's what actually
7  happened.
8      And sorry to the interpreter.
9      I'm sorry. I'd like to ask how long -- how
10  much more time it would last? Because I have a
11  doctor's appointment this afternoon. I have some
12  issues with my health. So if there will be a long
13  time, I would cancel the appointment. If I do not
14  cancel the appointment, then there will be a bad
15  record for me, which would affect my credit.
16      Q.  It won't be much longer.
17      A.  Okay. Thank you. Thank you.
18      MR. LEUNG:  For the record, I'll be
19  displaying for the witness a document that will be
20  marked Exhibit 134.
21      (Exhibit 134 was marked for identification.)
22  BY MR. LEUNG:
23      Q.  Ms. Wang, the first page of this document is
24  entitled "Plaintiff Securities and Exchange
25  Commission's Second Set of Requests for Production of

**Page 72**

1  Documents to Defendant Xin Wang also known as Lisa
2  Wang." Have you seen this document before?
3      A.  I do not recall, because this is in English.
4  I do not normally have a sense or feeling about it.
5  I'm not sure whether I have seen this. But for formal
6  documents, my husband should have shown to me or
7  explained to me, but I would just listen to his
8  Chinese content. If I was required to sign or to
9  confirm, I would be given, but not you bring all this
10  to ask me to -- whether I have seen it before. I have
11  no way of be sure. I'm sorry.
12      Q.  Ms. Wang, did you know that the SEC had
13  served a written request for you to look for and
14  collect evidence in this case to the extent it was
15  within your possession, custody, or control, and that
16  written request was served on your lawyers the first
17  week of January? Were you aware of that?
18      A.  Yes. My husband had said to me that there
19  was an SEC investigation and then he said that -- I
20  said that he would have to assist me to collect -- to
21  search for the documents because pretty much all was
22  him. All of them was him. Therefore, I asked him,
23  you have to work with me to do this because I do not
24  know -- also many of them are in English. I really
25  cannot handle them myself.

1  Q.  When did this conversation with your husband
2  occur?
3  A.  What date is today?  About a month.  That's
4  about right.  Because it was around the spring
5  festival, the Chinese New Year.  Everyone -- before
6  and after everyone was very busy and with family and
7  very busy.  So he mentioned about it.  And he said he
8  might not have them either.  He might be able to find
9  them, but -- to find them.  But I said, "I've turned
10 everything to you, so you have to search for them for
11 me."  That's what's happened.
12  Q.  When was the last time you traveled to the
13 United States?
14  A.  Which year was that?  It was a rather long
15 time.  I think it was interview.  It was when the
16 interview with the SEC.  I think that was the time.
17 And then I went back to the Mainland, to China.
18  Q.  Why haven't you come back since?
19  THE INTERPRETER:  I'm sorry?
20 BY MR. LEUNG:
21  Q.  Why haven't you come back since?
22  A.  It was -- I had work here and also I had
23 family, had elders who passed away and was sick.
24 So for a long time I had no way to -- and also for the
25 children, the children were -- received in the United

73

1  States -- in the schools of United States received a
2  bad treatment.  I feel that they may be mistreated.
3  Therefore, I said, okay, I let them too and also the
4  elders to come back here.
5  After they come back to China to study, so I
6  didn't go back.  And also for the children, if they
7  come back and forth often, it may not be good for
8  their growth.  And it also give them a very bad
9  impression, but the kids do not actually want to stay
10 in China, but I had no way right now.
11  I had always been looking forward to go back
12 to the US, United States.  I hoped that the children
13 would have a better environment, because their
14 language is not very good.  Their Chinese not very
15 good.
16  Q.  If subpoenaed, Ms. Wang, will you testify at
17 the evidentiary hearing in this matter before the
18 district judge?
19  MR. GOURAIGE:  I object to this question.
20 That is an issue that the witness would have to
21 consult with her counsel about before making a
22 decision.
23 BY MR. LEUNG:
24  Q.  Please answer, Ms. Wang.
25  A.  Yes, I also believe I need to discuss with my

74

1  lawyer before I make a decision.
2  MR. LEUNG:  Pass the witness.
3
4  EXAMINATION
5 BY MR. GOURAIGE:
6  Q.  Ms. Wang, did you ever show the site where
7  the Beverly Proton Center was going to be built to any
8  EB-5 investor?
9  A.  Shown to EB-5 investors?
10  I'm sorry, Interpreter, could you say this
11 question again?
12  Q.  Did you ever show the place where the proton
13 center, the Beverly Proton Center was going to be
14 built to any investor?
15  A.  No.  I do not get involved into their EB-5
16 things.  I have no involvement.
17  Q.  When you did your work in China, did you work
18 with Pacific Damei Company?
19  A.  What company?
20  Q.  Pacific Damei.
21  A.  I know there is such a company.  And also as
22 I mentioned, when they need someone to give a high
23 level introduction about the proton, I had made such
24 introductions with them.
25  Q.  Did you do work in China for the Grenada?

75

1  A.  Yes.
2  Q.  Did you have an official position with the
3  Embassy of Grenada in China?
4  A.  Yes.  Yes.  I'm the cultural counselor for
5  the cultural exchanges between the two countries.
6  Q.  Did you work to promote tourism to Grenada by
7  Chinese citizens?
8  A.  Yes.
9  (Reporter clarification.)
10  Q.  Did you work with a company called United
11 Damei in China as a tourist agency for Grenada?
12  A.  It was for tourist promotion and agency, yes.
13  It was promotion.  I do not know about
14 agency.  I do not want to have a misunderstanding of
15 it.  I was doing promotion.
16  Q.  Did you ever work with either the United
17 Damei or Pacific Damei to recruit EB-5 investors in
18 China?
19  A.  No.  I have never touched about the EB-5
20 content.
21  Q.  Did you do all of the work for Beverly Proton
22 in Beijing?
23  A.  Yes.
24  MR. GOURAIGE:  I have no further questions,
25 so I'll pass the witness back.

76

Xin Wang
2/25/2021

FURTHER EXAMINATION
BY MR. LEUNG:
1   **Q.**   You had a home in Laguna Niguel; correct?
2   Yes?
3   **A.**   You asked me at the beginning; right?
4   **Q.**   Yeah.  You lived in Laguna Niguel for a time;
5   right?
6   **A.**   Yes.
7   **Q.**   And before that, you lived in Irvine; right?
8   **A.**   Yes.
9   **Q.**   When did you start living in Irvine?
10  **A.**   It was when the child, when the school --
11  which year was that?  This was when the child -- when
12  the eldest one went to the -- the last year of the
13  eldest one -- the kindergarten was '03, '04, '05, '06,
14  '07, I think it was '08, year '08.  I think that was
15  the year.
16  **Q.**   Okay.  So you were living in California since
17  2008.  Your sons were attending school in California
18  during that period of time.  The Beverly Proton Cancer
19  Center project site was in California.  But it's your
20  sworn testimony that all the work you performed for
21  Beverly Proton since 2011 only occurred overseas?
22  Whenever you came to the United States, you just
23  stopped working on Beverly Proton.  Is that your sworn

77

1   testimony?
2   **A.**   This question is very strange.  As to the
3   time, my child went to the kindergarten in year '08,
4   and the proton project was after that, started after
5   that.  Right?  It was after 0 -- year '08.  It was
6   initiated in year '11.
7   So since year '11, I have been going back and
8   forth between United States and California.  And I
9   have -- my mother was in the United States to help me
10  to take care of the children.  So how come that I
11  wouldn't -- I was not be able to work?
12  Right.  Many of the things can be done over
13  phone.  It's my connections that are accumulated.  It
14  was not something that I could get to know people
15  right away and do things right away.  Right?  It was
16  not the people that I just got acquainted.  I had used
17  many of my connections.  And many of this could be
18  coordinated over the phone.
19  And after the coordination was done, after
20  the communications was done, then for a period I would
21  fly to China to work for a period and then flew back.
22  I could only be done like that.  Therefore, it was a
23  very hard work.  And at the time I wasn't even paid a
24  wage.
25  And also previously I was asked about a

78

1   question about whether I was moving back to China.  My
2   understanding is that -- the way I answer the
3   question, my understanding was that based on the -- to
4   stay in China for long term without going back to the
5   United States or rarely going back to the United
6   States, that based on that understanding, based on
7   that premise that my understanding was that it was
8   like in year '14.
9   However, it was only just a possibility
10  because I couldn't -- I cannot recall very clearly
11  because in that period I had been flying back and
12  forth, back and forth.  It just -- the only difference
13  is if I stayed mainly in China or in the United
14  States, based on the duration of stays.
15  It's not very clearly to remember that.  I
16  would need to -- if needed I need to look up for my
17  previous itineraries.  I do not know if I still have
18  those, the records of those itineraries.
19  Also I'm not very independent as financially,
20  especially not like the American, that people have a
21  very clear financial responsibilities.  And while I
22  have not had such a clear division with my husband,
23  also that was not the case.  But it doesn't mean that
24  I did not have a -- I was not capable to work.  I had
25  never stopped working.

79

1   In this process, the taking care of a family
2   is only part of it and also in stages.  The children
3   were young.  There would be more when they were --
4   gradually it became less.
5   And also for this project at the very
6   beginning, the work was not as concentrated.  It was
7   gradually -- many things were added gradually.  At the
8   very beginning, there were many things was just a
9   preparation to do some market research.  To do
10  something I will just communicate with many contact,
11  many connections.  That's how it was done.  So that's
12  my way of doing things.
13  I'm not a lawyer.  I'm not a counselor.
14  Therefore, I would not be able to put a lot of things
15  in documents to make all kinds of record from the very
16  beginning.  In some sense my husband was my boss and I
17  only report to him.  It was just because of the
18  relationship.  It was the understanding, there was
19  something between us.
20  However, many of the work I would just tell
21  him and verbally many times.  There was no need to
22  send something.  So it was just verbally.  And the
23  communication had to be very good.  There was -- so
24  not like regular employees that need to follow
25  procedures and send records for us for the promotion.

80

1    In China and in the United States, they're
2  different.  And here we need the human relationship.
3  We need the communications, interactions, also the
4  human relations.  I do not know whether this lawyer,
5  the other party's lawyer was American-Chinese.
6    I want to say that if you stayed in Mainland
7  for a long time or if you stayed in the US for a long
8  time, then the thinking would be different.
9    And also for my husband that he was set up by
10 Delsk.  Delsk had a very bad reputation in China.
11 After in the United States -- what happened in the
12 United States, they -- those in the industry, those in
13 the immigration industry, they would ask me, why did
14 your husband work with Delsk.
15    And they used the same -- they used the same
16 techniques to destroy a project of in seperals [ph].
17 They didn't destroy the project, but they got the
18 project to themselves.  And they thought that the US
19 would be similar.  Maybe they didn't understand the
20 traditional system of the United States.
21    They thought that if they got rid of you,
22 they would be able to get the project.  And in this
23 case, I can not know.  In this case -- when this case
24 was suspended, the second day of when the SEC
25 announced the suspension of this case, something that

81

1  the case is -- the project is suspended and the
2  investigation will be carried out.
3    Just several hours after this news was broken
4  in 6:00 in the morning, someone called me to -- many
5  of my friends saw that because it has been reported,
6  all kinds of media.  And all people say that the way
7  we defraud people, we were cheaters or things like
8  those.
9    And they had already sentenced us.  They had
10 already convicted us.  Everyone was calling us asking
11 us what happened.  Because we were doing promotions,
12 so they knew that it was our project.  And what
13 happened to you?  How could it turn out to be like
14 this?
15    It looked like these were all well prepared.
16 Those articles could not have been written in the few
17 hours after the announcement.  And they had the
18 preparation.  They were well prepared.
19    I do not know whether they were trying to use
20 American's judicial system, the thing called fairness
21 and objectiveness the investigation, because these
22 were all public information.  But how could they act
23 so quickly?  They had done very careful work to defame
24 us, to hurt us.
25   Q.  Ms. Wang.  Ms. Wang.  Ms. Wang.

82

1   A.  On the second day they had already announced
2  that they would have a legal team to the United States
3  to take over the project.  I do not know how they
4  could have such a competence.
5   Q.  Ms. Wang, this has been a very trying several
6  years for you.  You testified that you worked very
7  hard on this project since 2011.  In your view, did
8  Beverly Proton pay you enough for all of your hard
9  work and your unreimbursed expenses?  Should you have
10 gotten even more?
11   A.  My thinking was that I'm not a very greedy
12 person.  I think is that whatever they feel that they
13 should pay me, it's okay for me.  I do not want -- I
14 did not want to ask them for more.
15    At that time when I got involved in the
16 thing, I really wanted to do a good thing to be able
17 to cure more people, because I had too many people in
18 my family who died of cancer.  This is something I had
19 very strong feeling.
20    Of course, if we succeed then in future,
21 because my mentality was that this project will
22 eventually be successful because it's a very good
23 thing.  It's a positive thing.  It will be -- it will
24 be helped and supported by many people.
25    At the time in China I had heard many

83

1  people -- many friends in immigration industry told us
2  that this is the best EB-5 product.  This is the best
3  EB-5 product.  And the future return would also be
4  very significant because it's in the health care
5  field.  And the investors all very loved this project.
6    And that's something -- that's also something
7  that induced or excited Delsk's greediness to this
8  project.  I feel that they had the customers.
9  That's -- that was analysis given to me by a friend of
10 mine.
11    So I do not know whatever they think of us.
12 We started this project, and for the entire process we
13 had paid out so much.  We had worked without regarding
14 of reward.  Of course, it was -- we wanted to succeed,
15 that I would be given some rewards or something that
16 I'm entitled to, because for such a payout in China, I
17 should have be able to get a better return.
18   Q.  Do you believe you and your husband should
19 repay investors who lost their money in the Pacific
20 Proton project, or do you think you should be able to
21 keep your rewards?
22   A.  More or less speaking, these investors, they
23 are -- they are rather innocent.  For the people who
24 are doing the project, they think -- who my
25 understanding it was -- it was Delsk and Thropay

84

1 working together to -- it's a business takeover.
2 That's my understanding and -- but as to in detail
3 what happened, specifically what was the situation, I
4 do not know.
5     But from there, some of their conduct, some
6 of their behaviors are very despicable. And they had
7 a very bad reputation in the industry. And for their
8 clients and they were -- they were innocent. No
9 matter who introduced -- who introduced those clients,
10 those clients are innocent. We hope.
11     I was even dreaming that when this case was
12 happened, happened, I hoped it was over quickly so we
13 could continue. The future of this project, that
14 there will be returns. And it will be -- it will
15 include the initial promotion and promise to everyone.
16     This is my intention, my initial intention.
17 I hope that the customer can be -- can get something
18 because they were innocent. They just wanted to
19 invest and they heard about your promotion, your
20 presentation. They liked the product. And they
21 didn't -- they didn't do, but they actually -- in
22 actual process, I don't know whether it could be
23 achieved to this idea.
24     If this project could continue, that would be
25 very good. However, it's best not have EB-5 because

85

1 there are so many innocent people got hurt. And maybe
2 use other -- use other approach to get this -- again
3 to get this thing going again. That will be better.
4     Maybe new shareholders, new companies to
5 achieve some kind of agreement morally, but I don't
6 understand. I do not know whether it will be legal to
7 do this to repay these people their money. They are
8 innocent. Who do they listen to? They listened to
9 Delsk. Delsk got them involved. Delsk -- they are
10 Delsk's customers. They had no interface with us
11 whatsoever. Therefore, we are kind people.
12     The reason we -- truth is the health care
13 project. And at the very beginning, we didn't think
14 about using EB-5 money. However, who is going to
15 compensate us? In some sense we are victims too. We
16 spend so much -- such a good project, and we spend so
17 much effort on this and we endured so much hardship.
18     And for this year after the case happened,
19 this year we had a lot of -- we have some mental
20 depression, mental issues and depression. Who's going
21 to compensate us? I do not know when this come to
22 this, who is going to give us a fair answer.
23     Also, I received numerous threats. And there
24 were people who send us three knives, knives for
25 cutting vegetables, for cutting fruits, and also a

86

1 dagger, a kitchen knife mailed to me.
2     And also there were many people who went to
3 the place I worked, to the embassy, and they defamed
4 me there to -- for accused me of being a cheater to --
5 said I shouldn't do whatever and to interfere with my
6 current life. These were all results of this case.
7     I do not know the purpose why they do this.
8 They're not getting evidence. I do not know what they
9 are doing.
10     MR. LEUNG: No further questions.
11     MR. GOURAIGE: One question.
12
13     FURTHER EXAMINATION
14 BY MR. GOURAIGE:
15     Q. Ms. Wang, do you know whether Delsk promised
16 to reimburse its 37 investors that it recruited for
17 the project?
18     MR. LEUNG: Misstates facts.
19     (Reporter clarification.)
20     MR. LEUNG: Mr. Li, do you want to translate
21 the question, then I will interpose the objection.
22 You can translate the objection.
23     Objection. Misstates facts.
24     THE WITNESS: Yes. They had the promise.
25 They sent it to those 37 investors. They had

87

1 announced it in WeChat's moment. And also -- no. On
2 the website, to have announcement on the website on
3 the second day. Every day they had different
4 measures.
5     First, they said that they talked about this
6 case. And then they said they were going to have a
7 team to take over and they said they will take over
8 the project. We will return all the money to the 37.
9 We will be responsible for repaying the money.
10     And they also said that there is no need to
11 worry about it. And it seems they had just got rid of
12 two pasts. So they were trying to be very righteous
13 and incited many different things.
14     And also there -- the people in the
15 immigration field ridiculed them saying that they were
16 playing the same tricks. They were -- used the same
17 tricks here again to rob the product from others.
18 That's in the field.
19     And also people were saying that what they
20 were doing, that they were -- they were handled badly.
21 They had no moral bottom line. So they were saying --
22 talking about Delsk. They were saying that
23 eventually they'll meet their fate with someone else.
24 That's what the people in the industry was talking
25 about.

88

1     MR. GOURAIGE:  I have no further questions.
2     MR. LEUNG:  Just one last question.
3
4          FURTHER EXAMINATION
5  BY MR. LEUNG:
6     **Q.**  Ms. Wang, you know all this because you saw
7  things on the Internet and you saw WeChats and you
8  listened to what a lot of people were saying?
9     **A.**  The announcement that was on the website that
10  I saw myself as to people's ideas on the -- that the
11  industry had their own group and some people saw it in
12  the group and sent it to us.  They said that they had
13  this -- they had preplanning of this.  They had the
14  plan and they had a regimen to do these things step by
15  step.
16     MR. LEUNG:  No further questions.
17     MR. GOURAIGE:  No further questions.
18     MR. LEUNG:  Review and sign?
19     MR. GOURAIGE:  Yes.  Review and sign within
20  30 days.
21     Could you explain to the witness that she'll
22  get a chance to review the transcript and correct any
23  errors within 30 days and she'll work with her lawyer
24  to do that.
25     THE WITNESS:  Okay.  Thank you.

89

1     MR. LEUNG:  Thank you, Ms. Wang.
2     MR. GOURAIGE:  Thank you, Ms. Wang.
3     THE VIDEOGRAPHER:  This concludes today's
4  videotaped deposition of Lisa Wang.  We're going off
5  the record at 10:10 p.m.
6     (Deposition adjourned at 10:10 p.m.)
7                    * * * * *
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

90

1          CERTIFICATE OF WITNESS
2
3
4     I, XIN WANG AKA LISA WANG, do hereby declare under
5  penalty of perjury that I have read the entire
6  foregoing transcript of my deposition testimony,
7  or the same has been read to me, and certify that
8  it is a true, correct and complete transcript of
9  my testimony given on    ,  , 20__, save and
10  except for changes and/or corrections, if any, as
11  indicated by me on the attached Errata Sheet, with
12  the understanding that I offer these changes and/or
13  corrections as if still under oath.
14     _____ I have made corrections to my deposition.
15     _____ I have NOT made any changes to my deposition.
16
17  Signed: _____
          XIN WANG AKA LISA WANG
18
19  Dated this _____ day of _____ of 20____.
20
     (IF REQUIRED)
21  Sworn to and Subscribed before me,
22   this_____day of_____, 20____.
23  _____
     Notary Public        My commission expires:_____
24
25

91

1          REPORTER'S CERTIFICATE
2
3     I, Cynthia J. Vega, a Certified Shorthand
4  Reporter for the State of California, do hereby
5  certify:
6     That the witness in the foregoing remote
7  deposition was by me duly sworn remotely; that the
8  remote deposition was then taken before me at the time
9  and place herein set forth; that the testimony and
10  proceedings were reported by me stenographically and
11  were transcribed through computerized transcription
12  under my direction; and the foregoing is a true and
13  correct record of the testimony and proceedings taken
14  at that time.
15     I further certify that I am not of counsel or
16  attorney for either or any of the parties in the
17  foregoing proceeding and caption named or in any way
18  interested in the outcome of the cause in said
19  caption.
20     IN WITNESS WHEREOF, I have subscribed my name
21  this 2nd day of March, 2021.
22     Reading and Signing was requested.
23
24     _____
25          Cynthia J. Vega, CSR No. 6640

92

Xin Wang
2/25/2021

```
1                    ERRATA SHEET
2    Deposition of:  XIN WANG AKA LISA WANG
     Date taken:  FEBRUARY 25, 2021
3    Case:  SEC v. LIU, et al.
4    PAGE  LINE
             _____  _____ CHANGE: _____
5             REASON: _____
6    _____  _____ CHANGE: _____
              REASON: _____
7
     _____  _____ CHANGE: _____
8             REASON: _____
9    _____  _____ CHANGE: _____
              REASON: _____
10
     _____  _____ CHANGE: _____
11            REASON: _____
12   _____  _____ CHANGE: _____
              REASON: _____
13
     _____  _____ CHANGE: _____
14            REASON: _____
15   _____  _____ CHANGE: _____
              REASON: _____
16
     _____  _____ CHANGE: _____
17            REASON: _____
18   _____  _____ CHANGE: _____
              REASON: _____
19
     _____  _____ CHANGE: _____
20            REASON: _____
21   _____  _____ CHANGE: _____
              REASON: _____
22
     _____  _____ CHANGE: _____
23            REASON: _____
24
     Signed_____
25   Dated_____
```

93

## A

**A-s-i-m-o-l-a-r** 13:13
**a/k/a** 1:8 4:19
**ability** 10:1
**able** 34:18 51:5 57:11 66:8 73:8 78:11 80:14 81:22 83:16 84:17,20
**account** 25:14,17 26:2,2,5 37:5 40:16 54:13 60:8 61:4 61:7,7 65:6,12,13,14 67:21 67:23
**accounts** 25:14 54:12 60:16 61:3 64:22,24 65:1
**accumulated** 70:16 78:13
**accurate** 7:20 34:19 57:1
**accused** 87:4
**achieve** 86:5
**achieved** 85:23
**acquainted** 78:16
**act** 82:22
**action** 10:6
**actual** 85:22
**added** 80:7
**addition** 17:15 18:17
**address** 49:20
**adjourned** 90:6
**administrative** 52:4,5 69:8
**advance** 18:1 30:18 62:21
**advanced** 62:17,18
**advantageous** 33:2
**advantages** 30:14,17 32:24
**advice** 9:15
**affairs** 52:6
**affect** 71:15
**afternoon** 71:11
**age** 24:11
**agencies** 59:21
**agency** 76:11,12,14
**ago** 12:15 13:14 25:24 38:13 40:21 52:12 67:22
**agreement** 12:24 13:9 52:9 54:2 55:19 60:6 86:5
**ahead** 16:11 17:5
**air** 32:16
**aka** 1:17 2:1 3:3 4:3 6:7 91:4 91:17 93:2
**al** 93:3
**alive** 16:1
**American** 63:15 67:12,15 79:20
**American's** 82:20
**American-Chinese** 67:13 81:5
**Americans** 63:16,19
**amount** 70:16,16
**analysis** 84:9

**anchorwoman** 24:3
**and/or** 91:10,12
**Angeles** 1:10 2:18
**announced** 81:25 83:1 88:1
**announcement** 82:17 88:2 89:9
**announcements** 23:22
**answer** 8:5,6 9:3,4,13,14 36:14 37:2 44:5 50:4,5 53:7,9,10 54:9 55:4 64:19 74:24 79:2 86:22
**answered** 14:19
**anybody** 9:21
**anymore** 38:21
**APPEARANCES** 2:11 3:1
**apply** 43:14
**appointment** 71:11,13,14
**appreciate** 30:6
**approach** 86:2
**approximately** 12:11 22:24
**area** 29:22 59:23
**areas** 58:1
**arrive** 33:17
**arrived** 25:10 27:25
**arrow** 34:20
**articles** 23:24 82:16
**Asilomar** 13:12
**asked** 9:2 21:3 23:7,9 26:23 53:23,24 55:8 56:8 61:7 66:11 69:10 72:22 77:5 78:25
**asking** 8:16 44:21 53:25 60:19,21 64:21 66:13 82:10
**asset** 12:3
**assets** 11:21
**assigned** 43:16 55:24
**assist** 72:20
**assume** 8:21
**attached** 4:21 91:11
**attending** 19:15 77:19
**attention** 67:19
**attorney** 92:16
**audio** 49:16
**August** 38:23
**authorization** 11:18
**authorize** 11:18
**avoid** 15:2
**aware** 72:17

## B

**back** 12:16 14:4 15:10 22:11 22:25 23:1,17,18 29:3 49:25 70:16 73:17,18,21 74:4,5,6,7,11 76:25 78:7 78:21 79:1,4,5,11,12

**background** 15:14 49:11 67:8
**bad** 23:24 57:10 59:14 71:14 74:2,8 81:10 85:7
**badly** 88:20
**bank** 25:17,19 26:6 61:4
**barrier** 66:2
**based** 57:21 58:11 63:16 79:3,6,6,14
**basic** 54:4
**basics** 49:9
**basis** 54:3,5
**becoming** 59:14
**beginning** 2:4 19:2 20:19 21:14 25:2 26:16 28:22 37:18,25 40:13 55:25 58:13 59:7,8 62:1,2 66:7 66:12 77:5 80:6,8,16 86:13
**begins** 5:3 51:15
**behalf** 2:3 65:10
**behavior** 57:10
**behaviors** 85:6
**Beijing** 2:2 6:1 9:19 22:7 32:15 47:20 76:22
**believe** 50:5 56:15 59:3 66:16 74:25 84:18
**best** 35:8 66:17 67:18 68:5 84:2,2 85:25
**better** 15:3 74:13 84:17 86:3
**Beverly** 1:9 19:8,18,21 26:9 27:23 28:16,19 36:9 37:10 37:25 40:6 43:21 44:23 54:13 55:15,20 65:2 75:7 75:13 76:21 77:20,23,25 83:8
**big** 35:20 36:1 37:15 66:3 67:24,25 70:22
**billed** 31:1
**bit** 18:16
**bodies** 33:7
**body** 32:7 35:15,16
**borrow** 36:17 66:8
**borrowed** 36:20 37:3
**boss** 80:16
**bottom** 88:21
**Bragg** 33:12,13,14,16 34:1
**brain** 32:5 35:21
**break** 8:25 9:1,5 21:23 22:4
**breast** 32:5 35:19
**bridge** 6:22 7:7
**brief** 29:11,23 38:4,5 41:12
**briefly** 18:18
**bring** 38:7 72:9
**broken** 82:3
**brought** 10:23 11:1 31:10 55:9

**build** 17:24 19:24 64:8
**built** 64:4,14 75:7,14
**business** 40:6 41:16 56:6,11 57:2,3,5,15,20 58:1,5 59:2 69:7 85:1
**busy** 69:7 73:6,7
**buy** 25:22

## C

**C** 1:7 3:3
**C-h-a-n-g** 46:4
**C-h-e-n** 47:4
**calculate** 69:16
**California** 1:2 2:7,18 5:7,25 19:20 77:18,19,21 78:8 92:4
**called** 64:9 76:10 82:4,20
**calling** 82:10
**cancel** 71:13,14
**cancer** 14:11,12,15,18,21,23 14:24 15:1 16:2 19:19 20:7 20:22 21:1 30:14 31:25 32:1,4,5,5,13,14 34:20,21 35:9,16,18,19 64:3,13 77:20 83:18
**cancers** 32:8,16
**capability** 35:10
**capable** 17:25 79:24
**capital** 19:23 20:1 25:4 44:1 44:6,14,21 65:19 66:19
**caption** 92:17,19
**card** 26:6
**care** 24:8 58:9 78:10 80:1 84:4 86:12
**careful** 68:21 82:23
**carefully** 69:17
**Carlsbad** 2:6
**carried** 13:17,18 82:2
**case** 1:6 5:8 10:9,10,16 11:11,12,13,15,16,16,20 23:6,6 64:9 72:14 79:23 81:23,23,23,25 82:1 85:11 86:18 87:6 88:6 93:3
**cash** 24:16
**cause** 92:18
**caused** 23:6 25:12
**CCRR** 1:24
**celebrity** 24:4
**cells** 33:1,6,9 34:1,4,10,11 34:19,20,21,21,24
**center** 1:9,10 3:7 19:19,24 55:16 60:6,7,9,13,16,18 61:2,4 63:5 64:4,4,14 75:7 75:13,13 77:21
**Central** 1:2 5:7
**certain** 10:19 35:4

**CERTIFICATE** 91:1 92:1
**Certified** 92:3
**certify** 91:7 92:5,15
**chance** 89:22
**Chang** 46:4
**change** 38:17,25 39:7 41:5 93:4,6,7,9,10,12,13,15,16 93:18,19,21,22
**changed** 38:14,15,20 39:2,6 39:10,12,14 40:2,4
**changes** 91:10,12,15
**changing** 39:8,9
**channel** 17:19
**charge** 12:20 26:23
**Charles** 1:7 3:3 5:5
**Chase** 25:18,19,23 26:2
**cheater** 23:25 87:4
**cheaters** 23:13,25 82:7
**checkery** 25:8
**chemotherapy** 15:2,3 30:15 33:1,3 35:5
**Chen** 47:3,5
**Chiang** 46:3
**Chief** 31:9
**child** 77:12,13 78:3
**children** 22:25 23:2,7 24:10 32:5 35:22,22 39:20 41:6 59:12 73:25,25 74:6,12 78:10 80:2
**children's** 60:1
**China** 2:3 9:19 12:17 15:4 15:19,24,25 16:4 17:13,20 18:11 19:5 20:2 21:2,3 22:25 23:17,18,19,20 26:22,24 29:1,3,6,14,18 32:11,12,17,20 37:12,13 38:2,4,5 39:18,19 41:13,13 41:15 47:20 58:20 59:20 67:10 69:2,22,24 73:17 74:5,10 75:17,25 76:3,11 76:18 78:21 79:1,4,13 81:1 81:10 83:25 84:16
**Chinese** 9:21 31:4,20 42:13 42:14 52:4 63:15,19 72:8 73:5 74:14 76:7
**choose** 18:13 32:20
**Cindy** 5:14 49:19 50:2 52:24
**citizens** 76:7
**City** 2:6
**clarification** 16:10 31:17 33:11,18 35:13 36:7 43:19 46:7,13 53:2 76:9 87:19
**classmates** 15:20 23:8,8
**clause** 61:8
**clear** 13:10 44:13 79:21,22
**clearly** 12:19 19:1,3,10

22:20,21,22 37:23 50:21 53:16 61:6 79:10,15
**client** 43:13
**clients** 16:14 18:5,12 49:2,3 85:8,9,10
**collect** 72:14,20
**come** 15:8 20:1 31:2 42:23 48:24 49:8 73:18,21 74:4,5 74:7 78:10 86:21
**coming** 23:1 25:7 61:3 64:15 65:4
**commission** 1:4 2:14 42:6 42:20 43:10 44:25 45:3,18 45:21 46:24 47:2,21 48:25 49:14 91:23
**Commission's** 4:16 71:25
**commissions** 41:24 44:14 45:5
**communicate** 37:10 40:10 80:10
**communicated** 37:23
**communication** 37:17 80:23
**communications** 16:5 17:11 78:20 81:3
**companies** 23:19 29:16 30:4,5,23,24 31:8 55:17 86:4
**company** 27:4 45:6 52:1,16 52:17 55:10,22,24 56:2,5,6 56:14,15 61:24,25 62:1,9 62:13,18,19,22 63:13 65:18,18 75:18,19,21 76:10
**company's** 26:1
**compared** 33:1
**compensate** 86:15,21
**compensated** 21:11
**compensation** 43:21 44:25 46:25 47:21
**competence** 83:4
**competitive** 58:6
**complaint** 64:1
**complete** 7:20 91:8
**computerized** 92:11
**concentrated** 80:6
**concept** 63:18 64:11
**conceptional** 16:21,25 30:19
**conceptual** 49:12
**concern** 11:13
**concerned** 11:14
**concludes** 90:3
**conduct** 40:5 59:3 85:5
**CONDUCTED** 1:19
**conference** 7:6
**confirm** 72:9

**confusion** 8:17
**connect** 29:15
**connection** 38:11 42:20 43:13
**connections** 26:25 41:14 78:13,17 80:11
**conscientiously** 41:9
**consciously** 41:10
**consolidate** 69:5
**consult** 74:21
**consultation** 17:4
**consumption** 62:12
**contact** 17:1,2 29:14 49:2 80:10
**contacts** 26:23
**content** 41:8 50:21 52:11 53:14,15,23 72:8 76:20
**contents** 60:19
**continue** 36:3 85:13,24
**contract** 51:21 54:11
**contracts** 53:20
**contributes** 44:22
**control** 49:7 72:15
**conversation** 73:1
**convicted** 82:10
**cooperating** 29:17 65:21
**cooperation** 67:4
**cooperative** 29:15 57:25 59:19 66:9
**coordinated** 78:18
**coordination** 78:19
**coordinations** 29:20
**copy** 13:2,6 38:7
**corporate** 25:14,15 26:2 60:8,16 61:2 64:12 65:1
**corporation** 51:19,24 52:1,8 52:13 53:19 54:22
**corporations** 56:11
**correct** 6:16 11:24 18:7 19:24 20:7 42:7 55:21 60:14 77:3 89:22 91:8 92:13
**corrections** 91:10,13,14
**counsel** 5:15,17,24 6:24 20:13 24:17 46:16 49:20 50:23 52:18 53:11 74:21 92:15
**counselor** 76:4 80:13
**counted** 27:3
**countries** 76:5
**County** 1:10 2:6
**couple** 13:22 21:25
**course** 21:4 37:9 56:19 64:23 83:20 84:14
**court** 1:1 5:7,14 6:23 7:7,16 9:10 10:7,10,11

**courtesy** 8:6
**courtroom** 7:14
**cover** 6:18
**covered** 31:5
**credit** 71:15
**CSR** 1:24 2:5 92:25
**cultural** 67:8 76:4,5
**cultures** 18:22
**CUMMIS** 3:5
**cumulative** 61:23
**cure** 28:23 83:17
**curing** 58:17
**current** 87:6
**currently** 13:11
**custody** 72:15
**customer** 31:1,2 47:25 85:17
**customers** 84:8 86:10
**cutting** 86:25,25
**Cynthia** 1:24 2:5 92:3,25

**D**

**D-a-i** 45:11
**dad** 14:22
**dagger** 87:1
**Dai** 45:10,15
**daily** 52:5,14 53:19 62:4 69:11
**damage** 32:25 33:6
**damaged** 34:24 39:25
**Damei** 75:18,20 76:11,17,17
**dark** 60:2
**data** 35:17,17
**date** 5:10 19:13 38:9 50:18 73:3 93:2
**Dated** 91:19 93:25
**day** 81:24 83:1 88:3,3 91:19 91:22 92:21
**day-to-day** 51:18,24,25 52:3 52:16 54:21
**days** 13:22 89:20,23
**dealing** 41:4
**debts** 63:8
**decades** 59:2,2
**deceived** 56:16
**decided** 71:3
**decision** 74:22 75:1
**declare** 91:4
**deeper** 49:10
**defamation** 60:1
**defame** 82:23
**defamed** 87:3
**defendant** 2:2 4:18 5:23 72:1
**Defendants** 1:12 3:3
**defense** 49:20

define 44:17
definitely 44:11
defraud 82:7
Delsk 23:19 81:10,10,14
  84:25 86:9,9,9 87:15 88:22
Delsk's 84:7 86:10
demonstrate 40:18
depend 56:5
deposed 6:16
deposition 1:17 2:1 5:4,6,9
  6:19 7:21 8:24 9:8 90:4,6
  91:6,14,15 92:7,8 93:2
depression 86:20,20
describe 51:20
DESCRIPTION 4:14
designation 45:8
despicable 85:6
destroy 81:16,17
detail 55:1 58:23 85:2
details 58:22 70:19
determination 44:19 57:8
  59:4
determine 44:10 57:6
develop 19:19 26:25 36:19
diagnosed 20:22
died 39:3 83:18
Diego 2:6
difference 67:7,9 79:12
different 9:13 20:18 29:20
  34:8 44:16 55:17 58:6
  63:19 81:2,8 88:3,13
difficult 57:12
diligence 59:8
direction 92:12
directly 42:25 48:16,20
directs 10:19
discuss 17:7 19:16 74:25
discussions 17:12
displaying 71:19
distributed 16:23
district 1:1,2 5:7,7 74:18
division 79:22
doctor 27:17,18
doctor's 71:11
doctors 15:23 16:7,18 17:3
  17:20
document 32:18 37:15 38:6
  50:9,12 51:5,7 52:10 53:14
  53:15 54:16 55:7 71:19,23
  72:2
documents 4:18 10:13 11:1
  11:4,9,11,13 37:13,15
  40:19,20 72:1,6,21 80:15
doing 26:24 35:23 37:9
  56:13 59:7 63:24 70:13
  76:15 80:12 82:11 84:24

87:9 88:20
dollars 26:1,8,12 54:3 65:13
Dr 27:19
draining 13:15
dreaming 85:11
drink 21:22,24
drop 39:3,7
dropped 39:25
due 20:12 66:22
duly 6:8 92:7
duration 79:14
duties 51:17 54:20

E

earlier 22:21 26:18 38:11
  40:5
early 28:16 32:9 66:7
earn 41:24 45:1
earned 40:15 56:13
easily 8:14
EB-5 1:9 15:9 18:6 20:1 25:1
  41:25 43:17,21,24 44:6,14
  45:16 47:22 48:13 59:8,10
  65:2 66:5,6 75:8,9,15
  76:17,19 84:2,3 85:25
  86:14
educational 15:17
effect 34:10 44:8
effective 34:3 35:16,18,19
efficacy 20:25
effort 66:17 86:17
either 20:10 37:6 68:22 73:8
  76:16 92:16
elder 28:24
elders 41:7 59:12 73:23 74:4
eldest 77:14,15
email 37:11,12,15,24 38:1,2
  38:5
embassy 76:3 87:3
embodied 53:20
employee 51:17 54:20 60:7
  62:7,21 63:6
Employee's 51:17 54:20
employees 66:10 80:24
employment 51:17 52:9
  54:2,20 55:19 60:5,12
endurance 8:25
endure 63:22
endured 86:17
enforcement 10:6
engaged 28:18
English 10:3,23 11:2 12:9
  27:14 29:11 48:18 51:6,10
  53:17 72:3,24
English/Mandarin 6:5
entire 24:20 48:19 59:12

84:12 91:5
entities 29:15
entitled 42:6,19 43:20,25
  44:13,23 45:1,18 46:24
  47:21 60:17 71:24 84:16
environment 74:13
equipment 15:12 32:19,20
  34:6,14 35:24
equivalent 7:16
Errata 91:11 93:1
errors 89:23
especially 24:10 67:15
  79:20
establish 17:1,2,19 38:11
established 17:22 37:20
et 93:3
evening's 9:7
event 9:3,15 14:6
eventually 27:6 31:8 83:22
  88:23
evidence 72:14 87:8
evidentiary 74:17
EXAMINATION 4:5 6:12
  75:4 77:1 87:13 89:4
example 11:15 41:21 52:6
  62:11,17
exception 9:2
Exchange 1:4 2:14 4:16
  71:24
exchanges 76:5
excited 32:23 84:7
Excuse 50:23
Exhibit 4:14,15,21 50:10,14
  50:15,16,24 51:2,15,16
  54:16 55:20 71:20,21
EXHIBITS 4:13
expense 63:4 68:14 70:5,6
expenses 60:23,25 61:8,9
  61:14,16 62:4,4,11 63:7
  68:8,25 69:1,12,15,21 83:9
expires 91:23
explain 55:13 89:21
explained 40:12 55:10 68:13
  72:7
explaining 20:6
extend 8:5
extent 6:25 7:1 9:10 72:14

F

F-a-n 46:1
F-a-x-i-a-o 46:15
f/k/a 1:10
face 37:14,14
facility 18:2 51:19 54:22,23
  54:25
facing 49:21

fact 71:1
factory 39:4,5 41:8
facts 87:18,23
fair 8:22 9:16 45:6 86:22
fairness 82:20
family 16:1 23:4,7,24 28:24
  58:15 59:12 63:18,18 65:6
  65:8 67:9,11,14,17 73:6,23
  80:1 83:18
Fan 46:1,3,3
far 66:2
fate 88:23
father 20:22 34:15
Faxiao 46:12,12
Faxiao's 46:25
February 1:18 2:4 5:1,10
  93:2
federal 7:16 10:7
feel 13:23 37:7 57:17 59:16
  62:10,10 74:2 83:12 84:8
feeling 14:1 22:2 72:4 83:19
festival 73:5
field 41:15 84:5 88:15,18
fight 70:24,25
figure 24:19,20 26:15 27:8
  65:12 69:17
filed 10:6,9,10
filing 23:20
filings 10:10
finance 65:9 67:16
financial 67:16 79:21
financially 69:6 79:19
find 66:10 73:8,9
finding 41:25
fine 20:16 23:12 53:12
finish 8:4,6 20:14
finished 33:21
first 6:8 18:24 19:2 24:4
  34:14 42:3,3,11 45:23
  46:14 47:4,8 48:7 50:13
  51:1,15 63:11 70:13 71:23
  72:16 88:5
fit 29:19
five 65:15,25
five-minute 22:3
fixed 55:2,9,11
flew 78:21
flip 50:12
Flower 2:17
fly 78:21
flying 79:11
folks 20:5
follow 37:21 80:24
follow-up 37:21
follows 6:10
foregoing 91:6 92:6,12,17

forget 70:3,21
forgot 27:18
form 17:19 44:2 52:20 53:3
  64:16
formal 72:5
forth 23:1 74:7 78:8 79:12
  79:12 92:9
forward 74:11
fought 70:24
freezing 11:21
frequency 39:19
frequent 39:18
friend 43:7 45:14,14,21
  46:21,21,21 58:12 67:12
  84:9
friends 15:7,19 17:2 26:22
  36:19,23 42:23,25 43:11
  48:12 57:11,25 59:1,1
  67:12 82:5 84:1
fruits 86:25
full 50:5 53:7
fully 63:7
function 34:11 47:15
fund 1:9 26:4 62:2 65:2,19
  66:5
fundraising 44:8
funds 25:1,5,13 36:23 43:23
further 76:24 77:1 87:10,13
  89:1,4,16,17 92:15
future 47:14 49:6,6 83:20
  84:3 85:13

**G**

Gang 3:14 6:5
Gary 2:15 5:19
generally 11:7
generated 64:5,10
getting 87:8
give 11:17 14:10 15:15,17
  16:8,20,23 17:3 23:10
  40:22 43:14 49:12 57:20
  74:8 75:22 86:22
given 14:15 68:10 72:9 84:9
  84:15 91:9
giving 7:15 14:3 18:24 21:12
glance 13:20
go 9:4,10 16:2,7,11 17:5,15
  17:17,25 21:3 22:6 23:16
  29:11 31:4 33:16,19,20
  34:2,3 35:2,2 41:1 48:13
  48:16,23 49:10,19 60:1
  70:19 74:6,11
goes 51:15
going 7:2 8:2,13,21 22:8
  36:5 49:22 50:6,13 51:14
  54:19 61:19 63:2 75:7,13

78:7 79:4,5 86:3,14,20,22
  88:6 90:4
golf 35:2
good 6:14,15 8:7 9:5 20:25
  21:2,5,7 27:15 28:22 29:12
  32:6 34:11,25 35:11,21
  48:18 58:18 59:6,13 63:24
  74:7,14,15 80:23 83:16,22
  85:25 86:16
gotten 83:10
Gouraige 3:6 4:7,9 5:22,22
  6:3 9:8 20:8,16 31:18
  36:11,24 44:2 49:16 52:20
  52:24 53:3 61:19 64:16
  74:19 75:5 76:24 87:11,14
  89:1,17,19 90:2
gradually 80:4,7,7
grand 61:17
grandfather 14:23
graphics 16:23,24
great 40:24
greediness 59:19 84:7
greedy 58:5,9 69:19 83:11
Grenada 75:25 76:3,6,11
grocery 25:22
GROSS 3:5
ground 6:18
group 89:11,12
growth 74:8
Guangdong 32:12
guess 38:19

**H**

habits 18:22
handle 11:19 43:15,16 52:15
  61:8 69:21 71:4 72:25
handled 12:21 13:4 24:21
  25:5 48:18 61:11 62:3 65:9
  65:19 66:19 68:1 88:20
handling 11:17 52:17 58:20
handset 38:17 39:9,18,20
  39:21 40:2 41:6,6
happen 62:15 67:1
happened 23:14 24:1,5
  38:22,25 40:18 47:15 64:8
  67:6 68:25 69:16 70:5,20
  71:7 73:11 81:11 82:11,13
  85:3,12,12 86:18
happy 71:1
harassment 23:15
hard 8:2 56:2 62:20 63:20
  67:1 78:23 83:7,8
hardship 63:22 86:17
harm 58:12,12
harmful 35:7
head 8:12 22:1 32:8 46:9

health 14:17,20 15:3 71:12
  84:4 86:12
hear 13:25 25:3 31:21 49:17
  49:17 52:22,24
heard 5:6 46:19 83:25 85:19
hearing 74:17
held 5:9
help 7:22 14:25 15:1 21:9,10
  29:13 36:1 49:13 57:11
  58:16 66:12 68:5 78:9
helped 41:16 83:24
helpful 44:12
helping 16:13 21:6,6 27:6
  41:3
Herve 3:6 5:22
hgouraige@sillscummis....
  3:11
high 39:19 75:22
higher 69:17
hobby 20:20
home 11:23 12:6 13:8 23:4
  77:3
hometown 23:21 24:1 60:2
homework 36:2
honest 56:18
hope 15:25 17:13 45:20
  85:10,17
hoped 74:12 85:12
hopeful 14:24
hoping 16:3
hospital 19:22
hospitals 15:20 17:6,20
  29:1 31:12
hour 2:4
hours 82:3,17
house 12:13 22:14,18,23
  23:2 24:14,15
huge 32:17 33:6 34:10
huh-uh 8:13
human 33:7 81:2,4
Hunter 3:17 5:12
hurt 22:2 82:24 86:1
hus 10:22
husband 10:23 11:1,6 12:5
  12:21,25 13:4,5 16:13
  17:16 20:23 21:21 24:21
  24:25 25:12 26:16 27:12
  29:3,9,12,23 30:20 36:17
  37:4 41:3,12 43:10,11
  48:14,15 51:10,11,20
  54:14,15,25 55:8,9 56:1,7
  56:16,18 57:15,23 60:4
  61:8 62:12,19 63:10 65:9
  68:11,13,17 70:3 72:6,18
  73:1 79:22 80:16 81:9,14
  84:18

husband's 13:6 27:13 37:19
  41:25 47:22 50:17,22
  64:24

**I**

idea 12:23 15:21 16:16
  58:15 69:24 85:23
ideas 89:10
identification 71:21
illegal 68:4
illness 21:7
illuminate 61:18
immigration 15:10 42:24
  43:9,17 59:20,23 81:13
  84:1 88:15
important 7:19 8:3 30:1,25
  31:6,21
impression 74:9
in-depth 17:3,10
inaccurate 57:20
incited 88:13
include 44:18 85:15
included 44:18
including 29:2,5,16 30:16
  30:22 31:12 59:12
income 67:17
incorrect 45:6
incurred 61:9
independent 23:23 67:15
  79:19
INDEX 4:1
indicated 91:11
individual 18:9
individuals 58:5
induced 84:7
industry 81:12,13 84:1 85:7
  88:24 89:11
information 17:8,10 26:6
  49:3 57:1,5,20 82:22
initial 85:15,16
initiated 78:6
initiators 56:2
innocent 84:23 85:8,10,18
  86:1,8
instructed 9:14
insurance 29:16,17 30:4,5
  30:23,24 31:6,8,9 41:21
  66:23
integral 44:9
integrity 57:13 60:3
intelligent 39:23
intend 21:11
intent 67:5
intention 43:7 66:23 85:16
  85:16
interact 29:1,10 38:7,10

61:11 70:23
**interacting** 38:10
**interaction** 37:21 71:6
**interactions** 17:14 41:16
83:3
**interested** 92:18
**interface** 29:2 30:19,20,22
61:12 69:7 86:10
**interfacing** 26:24 31:7
**interfere** 87:5
**interferences** 24:12
**internal** 35:7
**Internet** 89:7
**interpose** 9:8 87:21
**interpret** 30:11 36:5 51:11
55:1 63:2
**interpretation** 20:14
**interpreted** 27:15 30:8 56:7
**interpreter** 3:13 6:6,9,9,24
7:3 20:11,12,14 23:10
24:17 28:9,11,13 30:12
31:23 33:10,10,13,19 36:4
46:16 53:8,8,10 55:3,3,4
56:21 63:1 71:8 73:19
75:10
**interview** 73:15,16
**introduce** 5:15 15:22 17:6
17:13 32:18
**introduced** 15:25 16:4 85:9
85:9
**introduction** 15:17 16:21,24
16:25 49:12 75:23
**introductions** 75:24
**invest** 16:8 18:11,12 66:24
67:3 85:19
**invested** 45:15
**investigation** 31:11 72:19
82:2,21
**investment** 15:9 42:7,21,24
43:8 45:19 46:25 47:22
49:4 66:7
**investments** 18:10 43:24
**investor** 25:1,7,13 36:23
42:15 44:22 45:9 75:8,14
**investors** 18:6 20:2 25:1
41:25 43:21 59:15 65:20
75:9 76:17 84:5,19,22
87:16,25
**invoice** 69:2,3,21,25
**invoices** 69:15
**involved** 20:4 43:2,9 44:20
57:3 59:10,22 67:2 71:3
75:15 83:15 86:9
**involvement** 75:16
**Irvine** 77:9,11
**issue** 9:11 49:20 59:17

74:20
**issued** 10:17,18 11:21
**issues** 58:3 71:12 86:20
**item** 62:5
**itineraries** 79:17,18

**J**

**J** 1:24 2:5 92:3,25
**J-u-a-n** 42:11,13
**Jacob** 2:16
**January** 50:18 72:17
**Jersey** 3:9
**job** 1:25 7:22 20:20
**joined** 58:14,16
**Juan** 42:11,12
**judge** 9:11 10:15,18,19
11:20 74:18
**judicial** 82:10
**July** 38:23,23
**June** 38:23
**justified** 61:15

**K**

**K-e-x-i-n** 48:4
**Kang** 31:9
**keep** 7:2 28:17 35:22 41:3
41:10 67:24 68:7 84:21
**kept** 68:22
**Kexin** 48:4
**kidney** 35:6
**kids** 74:9
**killed** 14:24
**killing** 33:9 34:10
**kills** 33:8,25
**kind** 16:19 21:9 23:23 33:7
35:14 51:12 61:14 86:5,11
**kindergarten** 77:15 78:3
**kinds** 23:22,22 31:25,25
40:19 80:15 82:6
**kitchen** 87:1
**knew** 15:10 18:15,20 21:15
24:5,22,22 29:9 31:9 43:11
55:24 57:4 62:20 82:12
**knife** 31:9
**knives** 86:24,24
**know** 8:18,20 9:1 10:8 11:20
11:22 12:24 14:18 23:14
24:6,9,25 25:4,5,9,11,23
27:16,16 28:1,1 29:10
35:10 36:5 37:5,8 42:2,5,5
42:8,8,10,15,18 43:4,6,16
44:7,10 45:9,12,15,17,24
46:1,6,10,11 47:3,9 48:3,5
48:17,19,21 50:21 51:12
51:23 52:2,10,13,13,17,18
53:25 54:7,8 55:13,18,23

56:10 57:4,22 59:10,17
61:10,13 63:1,20 64:10,10
64:11 65:5,6,7,12,13,23
66:1,2,3,20 67:21,22,22,23
69:5 71:5 72:12,24 75:21
76:13 78:14 79:17 81:4,23
82:19 83:3 84:11 85:4,22
86:6,21 87:7,8,15 89:6
**knowledge** 57:21
**knowledgeable** 30:1
**known** 72:1

**L**

**L-i** 48:6
**l-i-v-e** 28:9
**L-i-x-i-a** 45:10
**L-o-n-g-w-e-n** 47:9 48:6
**L-u** 42:3
**labor** 53:20
**Laguna** 12:13 12:14 13:12
22:14,18 24:15 77:3,6
**language** 34:5 66:22 74:14
**languages** 9:24 10:1
**large** 38:6,6
**lawyer** 7:10 9:8 11:17,18
75:1 80:13 81:4,5 89:23
**lawyer's** 9:15
**lawyers** 10:11 72:16
**layers** 46:22
**layman's** 34:5
**layperson** 49:11
**learn** 15:13 17:8,9 18:9
47:13,16 48:1,11 49:5,9
**learned** 15:1,12,19 30:13,18
32:10
**lease** 12:24 13:1,2,6,9
**leased** 13:9
**left** 13:20
**legal** 3:7 5:12 83:2 86:6
**lend** 57:12
**let's** 22:6 23:16 44:21 49:19
**letter** 67:4
**Leung** 2:15 4:6,8,10 5:19,19
6:2,13,25 7:4 20:17 22:3,6
22:13 23:12 24:13,24 28:7
28:10,12,14 31:20,24
33:12,22 36:13 37:1 44:4
46:14,18,23 49:17 50:2,6
50:11,25 51:4 53:6,12 54:1
55:6,14 56:23 63:3 64:18
71:18,22 73:20 74:23 75:2
77:2 87:10,18,20 89:2,5,16
89:18 90:1
**leungg@sec.gov** 2:20
**level** 10:1 75:23
**Li** 3:14 6:5 28:7 31:18 48:6

53:6 87:20
**lie** 57:15
**life** 14:14 28:13 87:6
**liked** 85:20
**limit** 30:5
**line** 36:25 88:21 93:4
**linear** 33:15
**Lisa** 1:8,17 2:2 3:4 4:3,19
5:4 6:7 72:1 90:4 91:4,17
93:2
**list** 42:15
**listen** 72:7 86:8
**listened** 86:8 89:8
**litigate** 9:11
**little** 24:22 32:25 35:4 62:23
62:24,24
**Liu** 1:7 3:3 5:5,23 57:1 93:3
**live** 12:13 22:23 28:6,9,10
28:11
**lived** 18:20 22:24 57:23 77:6
77:9
**liver** 35:7
**lives** 28:23 58:18
**living** 13:11 77:11,18
**Lixia** 45:10,15
**LLC** 1:9,9,10,11
**local** 24:2
**locally** 24:4
**located** 2:2,6 9:18
**location** 40:10
**long** 17:24 22:23,24 25:24
38:12 40:21 49:7 52:12
62:7,8 68:3 69:4 70:8 71:9
71:12 73:14,24 79:4 81:7,7
**longer** 39:17 71:16
**Longwen** 47:8 48:6
**Longwen's** 47:22
**look** 50:13 60:19 72:13
79:16
**looked** 27:5 82:15
**looking** 74:11
**loose** 27:17
**Los** 1:10 2:18
**lost** 38:13 49:16 53:10 55:3
57:14 69:14 84:19
**lot** 21:14 28:21,25 29:20
30:13,18 34:7 36:3 40:13
40:14 41:11 60:15 62:17
65:3 70:10 80:14 86:19
89:8
**lots** 34:9 36:1 41:20 58:21
60:23 69:8
**loved** 84:5
**low** 59:21
**Lu** 42:2,5,8
**lung** 32:16 35:9,9,12

**M**

machine 35:25 39:9,21
mailed 87:1
main 53:22
Mainland 41:13,15 73:17
   81:6
major 64:1
majority 35:15,15 36:15,18
   36:21
making 7:8 9:9 57:7 74:21
management 52:6,6 53:19
March 26:3,9 27:22 36:9
   40:16 54:3,13 92:21
marked 4:21 50:9,16,25
   51:1,2 71:20,21
market 29:4,6 80:9
marketing 42:19 43:20,24
   44:16 49:13,14
marking 50:24
match 43:3
material 37:19 38:8
materials 37:14 38:6
matter 5:4 74:17 85:9
maximize 34:23
maximum 33:25
mean 14:20 50:25 79:23
meaning 11:7 54:8,15
means 51:23 52:2
meant 8:24
measure 58:24
measures 88:4
media 23:23,23 82:6
median 32:9
medical 15:14 29:19 41:15
   48:10,21 49:11 58:17 59:9
medicine 15:19 34:17
meet 40:11 88:23
meetings 40:14 41:22,22
members 16:1 58:15 67:14
mental 86:19,20
mentality 21:9 23:15 83:21
mention 25:8
mentioned 25:6,6 40:9 59:9
   67:21 73:7 75:22
messages 38:4,5,12,13,20
   40:7
met 47:16
metabolized 35:6
method 33:2
middle 24:10
militarized 34:16
military 34:16,16
millimeter 34:22
million 24:16,17,18 25:1,3
   25:13 26:1,8,12,15 27:8,22
   36:8 40:15 54:3,5,11 64:23
   64:25
mine 45:14 47:25 84:10
minutes 21:25
Misstates 87:18,23
mistreated 74:2
misunderstanding 58:24
   76:14
moment 67:22 88:1
money 19:24 21:14 25:9,10
   27:5,23 28:2 36:10,12,17
   36:18,20,20 37:3,3 43:24
   45:7,8,22 54:17 55:25
   57:12 58:9,12,12 60:8,15
   60:17 61:25 62:1,14,18,18
   62:19,22,23,24,25 63:10
   64:15 65:1,3,4,11,17,25
   66:20 67:19,20,23 69:19
   69:23 70:1,2 84:19 86:7,14
   88:8,9
Montebello 19:20
month 14:4 73:3
moral 88:21
morally 86:5
morning 6:14,15 82:4
mother 23:25 78:9
move 12:11,16 21:25 22:1
   35:25 36:1
moved 58:15
moving 13:24 35:9,22 79:1
multiple 61:23

**N**

name 5:12 12:8,10 27:18,18
   42:3,3,10,11,17 45:10,23
   45:24 46:14,14,19 47:4,8,8
   48:4,7 92:20
named 42:2,10 45:10 46:11
   47:3 48:3 92:17
names 36:22 43:3
necessarily 18:10
need 7:22 8:11,25 11:17
   17:18,19,22 21:22,25 28:5
   28:8 29:10,10,21 32:17
   35:6 39:20,22 41:2,19 46:8
   53:8 60:24,25 63:11,21,22
   74:25 75:22 79:16,16
   80:21,24 81:2,3 88:10
needed 19:23,24,25 21:15
   25:22 67:24 68:3,8,9 69:11
   79:16
needs 33:10
negotiations 41:17
network 17:20
never 24:5 25:16 43:17,20
   47:1,24 48:25 49:14 64:4,5
   64:5 68:1,2 69:9 70:24
76:19 79:25
new 3:9 50:24 73:5 86:4,4
Newark 3:9
news 82:3
Niguel 11:23 12:14 13:12
   22:15,18 24:15 77:3,6
nine-page 50:9
noble 64:2,2
nodding 8:12
normal 33:1,6,6 34:1,4,9,11
   34:21,24 35:3 62:4,6
normally 72:4
nose 32:4,12 35:18
Notary 91:23
noticing 5:17
number 5:8 27:9,9 38:18
   68:15
numbers 39:8
numerous 86:23

**O**

oath 7:12,13,19 91:13
object 36:11,24 44:2 61:19
   74:19
objection 9:12 20:8,15
   52:19,20,22 53:3 64:16
   87:21,22,23
objections 9:9
objectiveness 82:21
obtuse 35:24
occasionally 25:7
occur 19:23 73:2
occurred 77:23
October 25:2
offer 91:12
official 76:2
Oh 28:10
okay 6:18,21 7:18,25 8:9,15
   8:19,23 9:6,17 14:8 22:5
   23:16 28:12 30:3 33:14
   50:6 51:14 54:16,19 70:6
   71:17 74:3 77:18 83:13
   89:25
omit 70:10
once 40:3,4 68:24
opened 25:20,21
operation 51:18,24,25 52:3
   52:14 54:21 64:12
operational 29:14
operations 25:16 52:16
   58:21
opposed 46:9
order 7:21 10:17,18 11:21
   13:15 29:25
orders 10:15
ordinary 30:17 33:1,3 34:4
organize 68:24
organs 35:7
outcome 92:18
outline 51:11
overseas 18:12 77:23
owe 63:9
owed 63:8 65:15

**P**

p.m 2:4 5:1,11 22:9,10,10,12
   49:23,24,24 50:1 90:5,6
Pacific 1:8,9 22:7 45:10,16
   55:16 60:6,7,9,12,16 61:2
   61:4 63:5,8 65:1 75:18,20
   76:17 84:19
page 4:5,14 51:15,16 71:23
   93:4
paid 21:13,17,18 27:6,8,22
   28:3 43:22,23 45:3,5,7,8
   45:21 55:25 62:7,18 63:7
   68:9 69:25 70:18 78:23
   84:13
pain 35:4
pandemic 13:16
paper 40:19
papers 10:10
paragraph 53:24
parents 23:8,9,13
part 20:1 35:15 43:18,25
   61:20 62:14 80:2
participate 58:21 66:10
participated 43:17
particular 18:8
parties 10:19 92:16
partner 23:21,21
partners 57:2,16,21,25 59:2
   65:21 66:9
parts 70:23
party 10:5 59:19
party's 81:5
pass 34:9 75:2 76:25
passed 14:22 73:23
pasts 88:12
patient 15:16 35:4 48:23
patients 15:1,7 17:15,17,22
   17:25 21:6,7 31:2,3,4
   32:13 35:1,9 36:1 64:5
pausing 6:25
pay 26:11,12 27:1,23 28:5
   63:11,22 67:18 69:22 83:8
   83:13
paying 66:14
payments 70:18
payout 84:16
PC 3:5
peak 33:12,13,14,16 34:2

**pen** 34:18
**penalty** 91:5
**pending** 50:2
**people** 15:8,18 16:12,12
18:9,12 19:14 21:9 23:19
23:20 28:23 35:25 37:10
41:4 48:9 58:14,18 66:13
71:1 78:14,16 79:20 82:6,7
83:17,17,24 84:1,23 86:1,7
86:11,24 87:2 88:14,19,24
89:8,11
**people's** 89:10
**peoples** 28:25
**percentage** 44:24
**performed** 77:22
**period** 35:5 64:25 77:20
78:20,21 79:11
**periodically** 70:9
**perjury** 91:5
**permission** 53:11
**person** 27:16 42:2,9,10 43:1
43:12 45:9,12,13,14,24
46:2,6,10,11,22 47:3,9,10
47:12,13,16,18,25 48:3,5
57:18 58:9,22 64:2 65:8
68:21 69:18 83:12
**person's** 42:7,20
**personal** 25:14 26:2 40:16
54:12 61:20 64:22,24
**personally** 29:24
**persons** 57:4 58:6
**ph** 31:9 81:16
**pharmacy** 15:13
**phone** 38:16,18 39:2,3 40:8
40:9 41:7 78:13,18
**phones** 38:14,20,25 39:7,11
39:15
**photos** 41:20,21,22,23
**phrase** 55:13
**physically** 9:18
**pieces** 40:19
**piles** 68:23
**Pinyin** 42:13,16
**place** 24:2 39:5 62:3 75:12
87:3 92:9
**plaintiff** 1:5 2:3,13 4:15 5:19
5:21 71:24
**plan** 89:14
**play** 35:2
**playing** 88:16
**Plaza** 3:8
**please** 5:15 7:3 8:18,25
16:11 30:11 36:14 37:2
44:5 53:7 55:6 61:18 64:19
74:24
**pocket** 70:2

**point** 15:16 61:18
**points** 34:7
**pollution** 32:16
**population** 32:17
**position** 76:2
**positive** 60:3 83:23
**possession** 72:15
**possibility** 79:9
**potential** 18:6
**PP** 65:2
**prearrange** 29:3
**predicament** 59:13
**preliminary** 30:21
**premise** 79:7
**preparation** 17:21 30:21
80:9 82:18
**prepared** 82:15,18
**preplanning** 89:13
**present** 15:6 16:18
**presentation** 14:12 15:5
16:8 85:20
**presentations** 14:10,15 18:3
18:25 20:19 21:12 40:14
**presenting** 20:5
**pretty** 67:25 72:21
**previous** 67:25 79:17
**previously** 4:21 14:9 50:9
50:16 51:2 78:25
**principle** 63:16,17
**printed** 38:8
**prior** 10:13
**problem** 14:2
**procedure** 48:19
**procedures** 80:25
**proceed** 20:11
**proceeding** 7:14 92:17
**proceedings** 92:10,13
**process** 13:18 20:4,9 24:21
35:24 66:6,16 80:1 84:12
85:22
**product** 84:2,3 88:17
**production** 4:17 51:19
54:22,23,25 71:25
**professional** 14:14 17:4
**professor** 32:10
**project** 16:13,16 17:18,21
18:6,11,14 19:4,5,7,8,23
21:2,14,16 26:1,17,21,21
27:20 29:5 30:25 36:17,19
37:18 41:25 42:24 44:23
45:16 47:14,23 59:6,6,9,14
66:3,3,17 67:24 70:22
77:21 78:4 80:5 81:16,17
81:18,22 82:1,12 83:3,7,21
84:5,8,12,20,24 85:13,20
85:24 86:13,16 87:17 88:8

**projects** 18:9,13 64:3 67:25
**promise** 21:19,20 26:14
45:2,4 85:15 87:24
**promised** 21:17 26:10,12
87:15
**promote** 15:21 16:13 76:6
**promoted** 19:5
**promotion** 19:11 21:3 32:3
35:21 41:4 49:12,14 60:24
76:12,13,15 80:25 85:15
85:19
**promotions** 29:13 56:9
82:11
**proof** 69:15 70:1,5,17
**proper** 9:12
**property** 12:1 22:15
**protection** 33:25 34:23
**protective** 33:24
**proton** 1:8,9,10,10 14:10,15
15:1,4,24 16:16,17,19 17:7
17:10,24 18:15,19,25 19:2
19:8,19,19 20:5,24 26:9
27:23 28:16,19 30:2,15,16
32:1,25 33:7 34:11,15 35:8
35:23 36:9 37:10,25 40:6
43:21 44:23 45:10,16
47:14,15,17 48:1,9,22,24
49:3,5,9 54:13 55:16,16,21
60:6,7,9,13,16 61:2,4 63:5
63:8 64:3,13 65:2,2 75:7
75:12,13,23 76:21 77:20
77:23,25 78:4 83:8 84:20
**protons** 14:18,20,24
**prove** 40:17
**provided** 9:3 57:5
**provides** 57:1
**providing** 28:18
**provision** 53:18,21 55:12
**PST** 2:5 5:1
**public** 82:22 91:23
**publish** 23:24
**purchase** 22:18 24:14,15,20
**purchasing** 24:21
**purpose** 24:7 87:7
**put** 56:4 59:13 61:16 65:19
80:14

**Q**

**Q-u-a-n** 47:4
**Quan** 47:3,4,5
**question** 8:4,7,11,17,21,22
9:2,4,13 14:19 19:15 20:15
20:18 30:6 36:14 37:2 44:3
50:3,13 52:21 53:4 54:7,8
56:22 60:21 61:20 62:11
64:17 74:19 75:11 78:2

79:1,3 87:11,21 89:2
**questioning** 36:25
**questions** 7:15 9:9,12 16:19
76:24 87:10 89:1,16,17
**quickly** 34:2 82:23 85:12
**quite** 44:15 60:10

**R**

**R-u-i** 45:24
**rack** 35:24
**radiation** 15:23,23 27:17,18
30:15,16 31:13 34:6,7,8
**raise** 44:1
**raised** 24:25 44:14
**raising** 20:15 44:6,21
**rarely** 37:12,12 38:2 79:5
**RDR** 1:24
**reached** 31:8 38:9
**read** 10:3 50:20 51:5,6,14
53:18 54:19 91:5,7
**Reading** 92:22
**realize** 41:2
**really** 32:17 39:17 40:1 67:6
68:16 70:19 72:24 83:16
**reap** 63:11,23
**reask** 54:7
**reason** 57:19 58:14 66:11
86:12 93:5,6,8,9,11,12,14
93:15,17,18,20,21,23
**rebelling** 24:11
**recall** 10:21 12:9,9,12,15,19
14:3,6,8,11 19:1,3,4,10
22:20,20,22 24:18,19
25:23,25 26:7 39:12,16,18
40:1,1 46:20 51:22 53:15
61:1,6 63:6 72:3 79:10
**receipt** 54:3 55:10 69:4,20
69:23,24
**receipts** 69:15
**receive** 18:1 35:2 54:11
**received** 24:12 36:8,16
60:15 63:4 64:22,24 73:25
74:1 86:23
**receiving** 25:25 26:8 47:2
54:5 61:1
**Recess** 22:10 49:24
**recognize** 42:17 50:14,15
**recollection** 45:25 47:7,17
48:8
**recommended** 15:4
**record** 5:11,16 7:8 9:9 22:6
22:9,12 29:24 41:5 49:19
49:23,25 50:8 62:13 71:15
71:18 80:15 90:5 92:13
**records** 28:17 29:7 68:7,12
68:15 79:18 80:25

recovery 34:25 35:5
recruit 76:17
recruited 87:16
refer 18:5 42:25 43:1
reference 4:22
referred 43:10 48:2
referring 19:8 52:9 54:23
regard 17:10
regarding 84:13
Regenstreif 2:16 5:20,20
regenstreifj@sec.gov 2:21
regimen 89:14
region 32:11
Regional 1:8 55:16 60:6,7,9
   60:13,16,18 61:2,4 63:5
regretful 59:14
regrettable 59:16
regular 34:8 62:7 80:24
reimburse 62:14 87:16
reimbursed 60:24,25 62:6,8
   62:24,24 68:8
reimbursement 60:23 61:15
   63:5 70:15
reimbursements 68:14
related 16:17 49:3 55:23
   56:8
relations 81:4
relationship 37:20 47:1
   56:12 80:18 81:2
relatives 24:8 36:18,22
relevance 36:11,25
relevant 17:8,9 30:22
relied 29:23
rely 65:8
remember 14:6 19:14,16
   26:4 46:22 52:11 53:14
   61:5 68:16 70:11,12 79:15
remote 1:17 2:1,11 3:1 92:6
   92:8
remotely 2:5 92:7
rent 12:20
rented 12:5
repaid 36:20,23 37:7 69:13
   69:13
repair 13:17
repaired 13:16,19
repay 36:15,18 84:19 86:7
repaying 37:6 88:9
repeat 53:9 55:5
replace 39:24
replaced 39:21,21,24
report 80:17
reported 1:23 82:5 92:10
reporter 5:14,24 6:23 7:7
   16:10 31:17 33:18 35:13
   36:7 43:19 46:7,13 50:4,23

52:22 53:1,2 76:9 87:19
   92:4
REPORTER'S 92:1
represent 5:16
reputation 81:10 85:7
request 20:12,13 72:13,16
requested 92:22
Requests 4:17 71:25
require 66:4
required 30:20 51:13 69:2,3
   72:8 91:20
research 26:24 29:4 31:11
   80:9
reset 39:4,5 41:7
residence 13:12
resources 66:13
respect 20:12
respond 8:10
responding 30:6
response 7:15
responses 8:11
responsibilities 79:21
responsible 51:18,23,25
   52:3 54:21 88:9
responsibly 52:15
rest 63:22
result 32:6 70:25
resulted 21:10
results 32:6 59:15 87:6
return 84:3,17 88:8
returns 85:14
revenue 64:6,10
review 89:18,19,22
reward 63:13,23 84:14
rewards 63:12 84:15,21
rid 81:21 88:11
ridiculed 88:15
right 6:19 7:5 8:24 9:19,21
   13:7 19:24 20:20 22:1 27:5
   27:24 29:8 30:2,12 37:16
   40:3,22,25 41:1 43:25
   45:25 47:5,11 50:18 54:11
   54:17,17 57:21 59:5,18
   62:9 64:6 68:19 70:21 73:4
   74:10 77:5,7,9 78:5,12,15
   78:15,15
righteous 88:12
risk 49:7
Riverfront 3:8
RMR 1:24
rob 81:17
roles 67:14
room 9:21 13:21
rotating 35:24
Rui 45:23,24,25
rule 44:10 68:4

rules 6:19 29:20
running 67:25

**S**

S 46:17
S-h-e-n 42:11
salespeople 43:2,5
Sam 46:17
San 2:6
save 28:23 58:18 91:9
saved 41:8,19
saw 13:20 41:12 82:5 89:6,7
   89:10,11
saying 8:12 23:25 55:7
   88:15,19,21,22 89:8
says 7:10 31:19 51:20
scanning 34:18
scenario 9:13
school 23:7 24:11 60:2
   77:12,19
schools 74:1
scope 44:8,17 56:5,11
screen 50:7
search 40:21,23 41:1 68:17
   68:18,20 69:10 72:21
   73:10
searched 40:24 68:19 69:9
SEC 5:4 10:6,11,13 14:4,8
   72:12,19 73:16 81:24 93:3
second 4:16 23:10,11 51:16
   61:20 71:25 81:24 83:1
   88:3
section 43:17 51:14,16
   54:19,23
Securities 1:4 2:14 4:15
   71:24
see 47:12
seen 10:10,14,15 47:10 58:4
   72:2,5,10
send 37:13 38:3,5,6 80:22
   80:25 86:24
sense 72:4 80:16 86:15
sent 37:15,19 48:14 65:11
   87:25 89:12
sentence 33:21
sentenced 82:9
seperals 81:16
September 61:3 68:12
served 72:13,16
services 28:18
serving 55:23
set 4:16 27:7 71:25 81:9
   92:9
shaking 46:9
Shanghai 32:13
shapes 34:8

shareholders 65:22 86:4
sharing 50:7
she'll 7:7 89:21,23
Sheet 91:11 93:1
Shen 42:10,12
Shorthand 92:3
shoulder 13:23,25
show 19:14,15,16 40:20
   70:1 75:6,12
showing 50:8
shown 51:10 72:6 75:9
shows 35:17 41:22,23
shrugging 8:12
sick 28:25 58:15 73:23
side 29:9
sign 10:24 11:2 55:8 72:8
   89:18,19
signature 50:17,22,22 51:13
signed 10:18 11:5,10 51:9
   51:21 52:12 53:16 55:20
   56:14 67:5 91:17 93:24
significant 84:4
signing 11:12 92:22
SILLS 3:5
similar 81:19
similarly 8:10
simple 16:18,21,24 63:14
single 61:15
sir 30:11
site 19:21 38:8 75:6 77:21
sitting 68:23
situation 85:3
sleeping 13:23
slow 33:15
small 21:16 33:15 50:20
somebody 13:21
son 24:10
sons 77:19
sorry 6:24 13:25 21:22 28:7
   31:15 36:4,4 46:16 56:21
   63:1 71:8,9 72:11 73:19
   75:10
sort 28:16
sound 8:7 9:5
sounds 12:18
South 2:17
speak 9:24 53:5
speaking 7:23 11:7 84:22
speaks 56:20,24
specialists 15:23 29:15
   31:13
specific 12:22 14:7 24:19,19
   26:5,6,15 27:1 32:22 37:19
   49:1 52:11
specifically 27:16 29:8 37:7
   37:7 39:25 43:2 46:22

48:17 61:11 85:3
**specifics** 25:9,11 30:19 57:22 61:12
**spectrum** 33:4
**speed** 33:15
**spell** 33:12
**spelled** 13:13 42:11,16
**spend** 86:16,16
**spent** 28:18,25
**spring** 22:19 24:15 73:4
**stage** 32:9 38:11
**stages** 80:2
**start** 7:5 18:24 19:5,11 21:14 77:11
**started** 26:17 27:20,20 28:15 31:7 78:4 84:12
**starting** 5:17
**state** 2:7 5:16 92:4
**States** 1:1 5:7 12:16,23 15:9 15:11 16:3,8,15 17:16,17 18:1,7,20,23 20:25 22:16 24:23 25:22 29:18 31:5,10 31:14,15 32:2,3,4 35:1,17 35:20 37:5 47:19 48:11,23 56:7 58:19 65:18 66:21 67:8,9,12 69:3 73:13 74:1 74:1,12 77:24 78:8,9 79:5 79:6,14 81:1,11,12,20 83:2
**status** 41:8
**stay** 74:9 79:4
**stayed** 79:13 81:6,7
**stays** 79:14
**stenographically** 92:10
**step** 89:14,15
**stingy** 69:19
**stipulate** 5:24
**stipulated** 6:2
**stomach** 32:14
**stop** 64:9
**stopped** 77:25 79:25
**strange** 78:2
**Street** 2:17
**strong** 83:19
**study** 31:15 74:5
**style** 70:12
**subpoenaed** 74:16
**subscribed** 91:21 92:20
**succeed** 83:20 84:14
**successful** 29:21 63:12 66:18 67:1 83:22
**Suite** 2:17
**suits** 23:20
**summary** 51:11
**supported** 68:15 83:24
**suppose** 44:22
**supposed** 46:5 52:15

**sure** 10:12,12 14:19 31:18 44:7,7,9 64:7 72:5,11
**surgery** 15:2 30:15
**surname** 42:2,3,11 46:1
**suspended** 81:24 82:1
**suspension** 81:25
**swearing** 5:25
**sworn** 5:18 6:5,8 14:3,9 77:22,25 91:21 92:7
**system** 13:15 17:7 20:24 34:16,17 81:20 82:20
**systems** 29:19

---

**T**

**take** 7:13 8:25 9:1,15 17:24 21:22,23 22:3 44:24 45:22 50:12 54:17 60:8,22 78:10 83:3 88:7,7
**taken** 2:3 7:12 48:25 92:8,13 93:2
**takeover** 85:1
**talk** 16:6,14 18:21 32:23 34:5 36:3 37:14 48:16,19 67:14
**talked** 66:24 88:5
**talking** 8:1 11:14 38:17 39:8 39:9 53:22 63:21 88:22,24
**tallied** 27:9
**tally** 70:9
**tallying** 70:9
**targeted** 33:5,8,8 34:12
**team** 21:21 27:12,13,14 29:11,23 30:20 37:20 41:13 56:1 61:12 69:7 83:2 88:7
**technical** 49:20
**techniques** 58:7 81:16
**technology** 16:4 17:14 35:11
**telephones** 37:22
**tell** 18:18 25:12,15,16 53:22 56:8 57:5 58:4 61:9 62:12 68:2,2 69:1 80:20
**telling** 11:6 14:8 32:24
**template** 55:2
**tenant** 12:6,11,20 13:11
**tenants** 12:8,25
**term** 51:20 79:4
**test** 8:25
**testified** 28:15 38:19 40:5 44:20 83:6
**testifies** 6:9
**testify** 7:12 74:16
**testimony** 7:14,16 14:4,9,11 31:22 77:22 78:1 91:6,9 92:9,13

**Thank** 22:5 71:17,17 89:25 90:1,2
**theirs** 24:7
**theory** 32:7 35:14
**therapy** 1:8,11 14:10,15 18:25 19:19 20:5,6 30:2 32:1 64:4,13
**thing** 21:5,8 23:14 28:22,23 34:12 44:9 47:24 51:12 53:23 58:17,18 59:18 62:20 63:13,21,24 69:11 82:20 83:16,16,23,23 86:3
**things** 10:20,24 11:19 12:22 13:4 14:18 18:2,3,22 24:22 28:20 35:3 37:22 41:10 48:10 51:9 52:7 57:13 59:11,23 60:2 64:8 66:14 68:4,4,5,23 69:18,22,25 70:4,10,14 75:16 78:12,15 80:7,8,12,14 82:7 88:13 89:7,14
**think** 12:18 13:14 19:9,13,17 25:10,21 27:2 29:21 33:20 34:13 39:10,14 40:11 41:18 44:9 45:7 46:4,19 47:10 53:19 57:19 59:25 59:25 61:14 64:15 67:16 69:11 73:15,16 77:16,16 83:12 84:11,20,24 86:13
**thinking** 81:8 83:11
**thought** 28:22 47:2,24 81:18 81:21
**threats** 86:23
**three** 30:14 39:13 86:24
**throat** 32:4,12 35:18
**Thropay** 27:19,19,19 84:25
**Thursday** 2:3 5:1
**Tim** 49:19
**time** 5:11 8:2,2 9:7,7 10:14 10:22 11:15 14:7 15:24 16:1,17 17:25 19:2,4,6,13 20:22 21:13,16,21 22:7,7 24:3,5,20 25:4,10,24 26:5 26:14,20,20,22 27:1,1,3,7 28:18 29:1 30:24 31:7 34:13 36:2,19 38:12,15,22 39:3 40:10,21 41:2,9,18 52:12 54:25 55:8 58:7 61:22 62:5,7,8,15 63:9 71:10,13 73:12,15,16,24 77:6,20 78:3,23 81:7,8 83:15,25 92:8,14
**times** 39:2,10,13,14,24 57:12 80:21
**Timothy** 3:17 5:12
**today** 5:14 7:7,10,15 73:3

**today's** 5:10 6:19 7:21 90:3
**toe** 32:8
**told** 17:16 20:23 26:25 32:3 43:7,12 48:16 53:13 68:1 70:6,21 84:1
**tolerance** 34:22,22
**Tony** 5:20
**top-level** 58:20
**total** 66:4
**totally** 33:8
**touched** 76:19
**tourism** 76:6
**tourist** 76:11,12
**track** 35:11
**tracking** 35:10
**trade** 19:14
**traditional** 81:20
**transcribed** 8:14 92:11
**transcribing** 7:8 8:3
**transcript** 89:22 91:6,8
**transcription** 7:21 92:11
**transfer** 25:25 61:1,16
**transferred** 25:13 26:4 40:15 54:12 65:22 67:20 67:23
**translate** 7:2 31:19 53:6 87:20,22
**translated** 11:4 51:7
**travel** 61:16,21
**traveled** 73:12
**treat** 20:6 21:7 32:8 35:14 58:8 61:10
**treated** 32:1
**treating** 20:25 30:14
**treatment** 14:11,12,16,25 16:20 17:18 18:1 30:17 31:5 32:6,19,21,25 33:2 34:19 35:3,6,23 48:10,22 74:2
**treatments** 16:3
**trial** 7:16
**tricks** 88:16,17
**troubles** 23:6
**true** 57:7 91:8 92:12
**trust** 58:11
**truth** 56:20,24 67:6 86:12
**truthfully** 7:13
**try** 40:23,23 53:5
**trying** 33:12 44:17 82:19 83:5 88:12
**tumor** 33:5,9,17,25 34:3,19 35:21
**tumors** 34:7
**turn** 82:13
**turned** 66:20 73:9
**twice** 51:1

two 55:16 56:11 64:23 76:5
  88:12
two-year 64:25
type 32:18,18 50:20

**U**

uh-huh 8:12
uncle 14:23
understand 7:10,11,17,23
  8:14,15,16,21,22 10:5,23
  20:9,10,21 30:10 31:20
  44:15 52:5 53:17 55:15
  59:5 60:10 64:20 65:7,23
  65:24 70:23 71:5 81:19
  86:6
understanding 13:11 15:11
  15:15,16 19:18 20:2 27:25
  28:2 54:10,18 55:12 56:17
  57:23 58:2,10,24,25 59:18
  60:13 61:24 62:16 63:9
  65:3,14,20 66:15,23 67:11
  69:12 70:15 79:2,3,6,7
  80:18 84:25 85:2 91:12
unfair 59:15
unit 67:17
United 1:1 5:6 12:16,22 15:9
  15:11 16:2,7,15 17:16,17
  18:1,7,20,23 20:24 22:15
  24:23 25:22 29:18 31:5,10
  31:14,14 32:2,3,4 35:1,17
  35:20 37:5 47:18 48:11,23
  56:7 58:19 65:18 66:21
  67:8,9,11 69:3 73:13,25
  74:1,12 76:10,16 77:24
  78:8,9 79:5,5,13 81:1,11
  81:12,20 83:2
units 30:22
unreimbursed 83:9
use 18:15 37:5,12,16,24,25
  38:3,4,5,12 39:18 82:19
  86:2,2

**V**

v 93:3
vacate 23:4
values 67:9
Vega 1:24 2:5 5:14 6:22 7:6
  7:22 8:2 92:3,25
vegetables 86:25
verbal 8:11
verbally 80:21,22
version 55:2,9,11
versus 5:5
victims 86:15
video 1:17 2:1
videoconference 1:19 6:22

videographer 3:16 5:3,13
  22:8,11 49:22,25 90:3
videotaped 5:3 90:4
view 83:7
viewpoint 15:17 49:11
violating 68:4
visit 47:18
vs 1:6

**W**

W-a-n-g 48:4
wage 21:13,17,17 26:10
  27:1 28:3 36:16 44:17,18
  56:13 65:15 78:24
wages 65:25
wait 8:4,6 20:13
Wang 1:7,8,17,17 2:1,2 3:3
  3:4 4:3,3,18,19 5:4 6:7,7
  6:14 7:6 9:18,24 11:23
  14:3 18:5,24 22:14 28:15
  29:25 30:3 31:25 36:8
  40:12 41:24 46:8,11 48:3,3
  48:4 50:6 51:5 54:2,10,24
  55:15 56:18 60:5 64:3,15
  71:23 72:1,2,12 74:16,24
  75:6 82:25,25,25 83:5
  87:15 89:6 90:1,2,4 91:4,4
  91:17,17 93:2,2
want 7:2 16:7 17:6,8,15 18:9
  18:13 30:3 32:22 36:3
  43:13 44:13,19 48:21,22
  48:23 49:4 59:22 70:18
  74:9 76:14 81:6 83:13,14
  87:20
wanted 7:1,1 15:8 18:10,12
  18:21 24:9 26:20 29:13,14
  40:17,18 47:13,16 48:12
  49:7 66:25,25 67:3 83:16
  84:14 85:18
wants 9:10
wasn't 20:20 21:13 64:13
  78:23
way 37:23 38:3 39:6 44:16
  57:7 59:24 66:12 72:11
  73:24 74:10 79:2 80:12
  82:6 92:17
ways 30:14
we're 22:8,11 49:22,25
  63:24 90:4
Webex 5:9
website 88:2,2 89:9
WeChat 37:16 38:20 40:6,9
WeChat's 88:1
WeChats 89:7
week 72:17
wen 47:11,11

went 22:25 23:21 39:4 48:14
  50:3 73:17 77:14 78:3 87:2
weren't 43:24,25 44:20 60:7
whatsoever 86:11
WHEREOF 92:20
willing 21:4,4
wire 25:25
wish 9:15 21:9
witness 4:2 5:17,22,25 6:8
  20:10 22:5 23:13 24:18
  30:13 31:19 33:11,14,21
  46:19 50:8 51:3 53:9,13
  55:4,5,7 61:22 71:19 74:20
  75:2 76:25 87:24 89:21,25
  91:1 92:6,20
witness's 20:13 31:21 53:7
women 67:15
wondering 38:21
word 20:8
work 20:24 21:8,10 24:8
  28:5,16,21 29:9 30:1,21
  31:7 37:9,24 40:13,17,18
  41:11 44:8,11,17 55:23
  56:5,13 60:18,24 62:9,22
  67:1,18,18 68:9 69:8,8
  70:13 71:2 72:23 73:22
  75:17,17,25 76:6,10,16,21
  77:22 78:11,21,23 79:24
  80:6,20 81:14 82:23 83:9
  89:23
worked 14:10 20:6 21:2 56:2
  83:6 84:13 87:3
working 27:4 77:25 79:25
  85:1
world 34:14,18
worry 58:22 88:11
wouldn't 25:15 57:5 58:11
  69:23 78:11
write 69:23
written 7:8,20 28:20 29:8,22
  72:13,16 82:16
wrong 68:3
wrote 68:13

**X**

X 46:17,18
X-ray 33:3 46:17,18
X-u 46:12,14,18
Xin 1:7,17 2:1 3:3 4:3,18 6:7
  72:1 91:4,17 93:2
Xinhua 31:9 41:21 66:23
Xu 46:11,12,25

**Y**

Y 2:15
Y-a-n 47:8

Yan 47:8,10,11,22
yeah 25:20,20 77:6
year 12:18 19:9,17,17 23:5
  26:18,19 27:2 38:24 39:16
  39:17 50:17 73:5,14 77:13
  77:14,16,17 78:3,5,6,7
  79:8 86:18,19
years 12:15 18:21 28:5
  36:16 57:9,24,24 58:19
  61:23 63:20 64:23 65:16
  65:25 69:13 70:17 83:6
young 80:3

**Z**

Z-h-a-n-g 42:4 45:23
Zhang 42:3,3,5,8 45:23,23
  45:25 46:1,1,3,5
zone 34:9

**0**

0 78:5
03 77:15
04 77:15
05 77:15
06 77:15
07 77:16
07102 3:9
08 77:16,16 78:3,5

**1**

1 26:15 27:8,22 36:8 40:15
  54:5,11
1.4 64:23
10 26:19
10:10 90:5,6
100 26:15
11 26:18 27:2 34:22 78:6,7
123 50:15,24 51:2,15,16
  54:16 55:20
134 4:15 71:20,21
14 19:9,17 39:17 79:8
15 12:18 23:5
16 23:5,5 39:16 50:18

**2**

2.91 24:16,17,18
20 91:9,19,22
200,000 66:4,4
2008 77:19
2011 28:16,17 37:25 40:13
  68:7 77:23 83:7
2014 19:12,12 20:20 25:2
  39:11,12 60:17
2015 22:19 24:15 25:2 60:17
  61:3 68:12
2016 14:4 26:3,9 27:23

Xin Wang
2/25/2021

11

28:17 36:9 39:15 40:2,16 54:4,13 68:7
**2020** 38:24
**2021** 1:18 2:4 5:1,10 92:21 93:2
**210225CJV** 1:25
**25** 1:18 2:4 5:1,10 93:2
**26.9** 25:1,3
**28** 50:18
**29** 50:10,14,16 51:1
**29/123** 4:22
**2nd** 92:21

**900** 2:17
**90071** 2:18
**95** 1:24
**965-3998** 2:19
**973** 3:10

_____ 3 _____
**30** 61:3 89:20,23
**323** 2:19
**37** 87:16,25 88:8

_____ 4 _____
**444** 2:17

_____ 5 _____
**5:03** 2:4 5:1
**5:04** 5:11
**5:56** 22:6,9,10
**50** 4:21 61:17
**50,000** 61:1,3,15 63:4 68:14 68:15
**500,000** 44:22,24
**55** 13:12

_____ 6 _____
**6** 4:6 51:14,16
**6(a)** 54:19,23
**6:00** 82:4
**6:05** 22:10,12
**643-7000** 3:10
**6640** 1:24 2:5 92:25

_____ 7 _____
**7:42** 49:23,24
**7:51** 49:24 50:1
**71** 4:15
**75** 4:7
**77** 4:8

_____ 8 _____
**8** 64:25
**8.3** 25:13
**8:16-cv-00974-CJC-AGR** 1:6 5:8
**87** 4:9
**89** 4:10

_____ 9 _____
**9:56** 22:7

# Exhibit 51

Beverly Proton Center, LLC
200 East Beverly Blvd
Montebello, CA 90640

May 15, 2015

Re: Demolition of existing structures and site facilities located on 111 E Beverly Blvd, Montebello

R Alan Construction proposes to demolish and remove the existing 2 story 21,000SF structure with a basement, all site asphalt, all concrete site work, landscaping, trees, signs and light standards per value breakdown attached, dated March 18, 2015 for a total of One Hundred Eighty Three Thousand, Six Hundred and Eighty Five Dollars ($183,687.00)

**LIST OF DRAWINGS:  NONE THIS PROPOSAL**

Contractor to supply all labor and material required to complete all work per list of items in attached value of work breakdown.

Contractor to remove all structures, paving, landscaping, and leave site in a level earth condition

Contractor to complete project within 30 working days after securing of building permit by the Owner

**ADDITIONAL WORK:**

All additional work requested after signing of this agreement to be as follows:

1.      A request, in writing, to be signed by Owner and submitted to Contractor for pricing.

2.      Contractor to develop cost of the required additional work, and submit to Owner for approval prior to any additional work being started.

3.      This agreement is based on site walk through, upon receipt of drawings; RAC can verify the costs submitted here

**ITEMS NOT INCLUDED: BY OWNER**
Disconnection of all utilities
Grading for new structures
All public permits, demolition, sewer, school, etc
Civil Engineering for street dedication, BMP's, grading and drainage
All hazardous disposal, lead, asbestos,
Environmental Engineer, testing

EXHIBIT
69

## PAYMENT SCHEDULE

A payment of One Thousand Dollars ($1,000.00) upon acceptance and signing of this agreement

The balance of $182,687.00 to be paid in progressive payments based per the schedule below and value cost breakdown, dated March 18, 2015, attached.

| | |
|---|---:|
| Retainer | $ 1,000.00 |
| 7 days - mobilization, grubbing, trees, 6' chain link site fence | $38,613.00 |
| 14 days - existing 2 story structure, basement | $73,000.00 |
| 21 days - complete demo of structure | $53,469.00 |
| 30 days – paving, landscaping, trees, grading | $17,605.00 |
| | $183,687.00 |

All payments are due within 6 days after presentation of invoices and Mechanics Lien Releases

Non-payment of invoices after six days is cause for work to be suspended until payment is received

**ACCEPTED:**

_____          7/6/2015
Charles Liu, President                    Date
Beverly Proton Center, LLC


_____          7/6/15
John P Thropay, MD, Property Owner        Date
Beverly Proton Center, LLC


_____          5/18/15
Richard A. Stupin, Architect              Date
R Alan Construction, License # B 351787


111 E Beverly Demolition            May 15, 2015                  page 2 of 2

# R. ALAN CONSTRUCTION

**605 W. Beverly Blvd., Montebello, CA 90640 • (323) 728-4070**
**State Lic. #351787**

Beverly Proton Center, LLC                                         May 15, 2015
200 E Beverly Blvd
Montebello CA 90640

Attn: Ruth Lopez Novodor

R Alan Construction proposes to furnish materials and Labor as required to complete the demolition of the site at 111 W Beverly Blvd for a Total of One Hundred Eighty Three Thousand, Six Hundred and Eighty Seven Dollars ($183,687.00) per the attached Agreement, description list and itemized costs

If acceptable, sign and return a copy for my records with the $1,000.00 retainer, the contract agreement can then be implemented

Thank you for the opportunity to be of service,

Richard Stupin
R Alan Construction
323 899-4780 cell

ACCEPTED;

_____          7/6/2015
Charles Liu, President                  DATE
Beverly Proton Center, LLC

_____
John P Thropay, MD, Property Owner
Beverly Proton center, LLC

111 E Beverly Proposal          May 15, 2015          page 1 of 1

ORIG

# R. ALAN CONSTRUCTION

**605 W. Beverly Blvd., Montebello, CA 90640 • (323) 728-4070**
**State Lic. #351787**

Beverly Proton Center, LLC
200 E Beverly Blvd
Montebello CA 90640

July 3, 2015

Attn: Ruth Lopez Novodor

**Per page 1 of Agreement, "Additional Work"**

R Alan Construction proposes to furnish materials and Labor as required to remove the asbestos ceilings per report by , air conditioning refrigerant, and the oil and cylinder of the elevator at 111 W Beverly Blvd for a Total of Fifty Three Thousand, Four Hundred Dollars ($53,400.00) per the description list and itemized costs. All work to be done by State Certified Hazzmatt removal companies, and dumped at a State certified dump site. Application form 1403 for the Project will be submitted to the SCAQMD.

| | |
|---|---|
| Asbestos removal | $39,000.00 |
| Elevator oil and cylinder | $ 9,500.00 |
| AC refrigerant | $ 4,900.00 |
| **TOTAL** | $53,400.00 |

**PAYMENT SCHEDULE:**

| | |
|---|---|
| Upon approval | $20,000.00 |
| Balance upon completion | $23,000.00 |

If acceptable, please sign and return a copy for my records, we then can proceed with the hazzmatt removal.

Thank you for the opportunity to be of service,

Richard Stupin
R Alan Construction
323 899-4780 cell

ACCEPTED;

_____        7/6/2015
Charles Liu, President            DATE
Beverly Proton Center, LLC

_____        7/6/15
John P Thropay, MD, Property Owner   DATE
Beverly Proton center, LLC

111 E Beverly Hazardous abatement        July 3, 2015                    page 1 of 1
Additional Work 1

ADD 1

# Exhibit 52

| From: | Charles Liu |
| To: | Brett Santos |
| Sent: | 3/23/2015 5:22:11 PM |
| Subject: | Fwd: 转发: LACPTC slaes report |

Brett,

We have made a huge progress on sales. See the message below. You will see  more and more funds coming to Chase act very soon.

Best,


CHARLES LIU, President
Pacific Medical Regional Center
太平洋医疗区域中心
28202 Cabot Road Suite 640
Laguna Niguel,CA 92677
Tel: 949-365-0088 ( O)
Cell: 626-688-4898 (US)



Begin forwarded message:

**From:** zhanye@delsk.com
**Date:** March 19, 2015 at 23:35:41 PDT
**To:** Liu Charles <charlesliu@me.com>
**Subject: 转发: LACPTC slaes report**

_____



**詹晔 Edison Zhan**
**北美项目部 American Projects Department**
**运营经理 Operation Manager**

JPM0000072

关注**DELSK**企业微信，获取丰富行业资讯！

 

**DELSK**企业微信：**quanqiufangchan、delskglobal**

北京 **Beijing** ● 上海 **Shanghai** ● 南京 **Nanjing** ● 深圳 **Shenzhen** ● 广州 **Guangzhou** ● 成都 **Chengdu**

美国 **U.S.A** ● 葡萄牙 **Portugal** ● 塞浦路斯 **Cyprus** ● 希腊 **Greece** ● 西班牙 **Spain** ● 爱尔兰 **Ireland** ● 马耳他 **Malta** ● 拉脱维亚 **Latvia** ● 澳大利亚 **Australia** ● 德国 **Germany**

地址：北京市朝阳区建国路81号华贸中心1号写字楼21层  100025
**Add: 21st Floor, T1 of China Central Place, No.81 of Jianguo Road, Chaoyang District, Beijing  100025**
电话/**Tel:**（86）**10-59696378-636**
手机/**MP: 13911174452**
传真/**Fax:**（86）**10-59696370**
网址/**Website: www.delsk.com**
**E-mail:zhanye@delsk.com**

---

发件人：zhanye@delsk.com
发送时间：2015-03-20 10:55
收件人：Liu Charles
主题：LACPTC slaes report

Dear Charles,

I hope this letter finds you well. I am writing to you today to inform you of the progress we have made since the annual event.

As you may already know, the national promotion events Delsk have held in Shanghai and Zhengzhou were tremendously successful, and we have you to be thankful for with all the help you have given us. Not only were the turnouts great, we had quite of few clients signing up on the spot after the events. With the success we have had, Delsk plans to intensify our efforts to schedule more of this kind of events in. Not to bore you with all the details, we also have hosted more than two dozen seminar types of events since the annual dinner as well, and we have gained immense experience from them.

To conclude, the great news is that we have signed over 50 investors since then. We still have a ways to go, but we are confident that we will achieve our goal very soon.

Sincerely,
Edison Zhan

JPM0000073



# DELSK

## 詹晔 Edison Zhan

**北美项目部** American Projects Department

**运营经理** Operation Manager

---

关注**DELSK**企业微信，获取丰富行业资讯！

 

**DELSK**企业微信：**quanqiufangchan、delskglobal**

北京 **Beijing** ● 上海 **Shanghai** ● 南京 **Nanjing** ● 深圳 **Shenzhen** ● 广州 **Guangzhou** ● 成都 **Chengdu**

美国 **U.S.A** ● 葡萄牙 **Portugal** ● 塞浦路斯 **Cyprus** ● 希腊 **Greece** ● 西班牙 **Spain** ● 爱尔兰 **Ireland** ● 马耳他 **Malta** ● 拉脱维亚 **Latvia** ● 澳大利亚 **Australia** ● 德国 **Germany**

地址：北京市朝阳区建国路81号华贸中心1号写字楼21层  100025
**Add:  21st Floor, T1 of China Central Place, No.81 of Jianguo Road, Chaoyang District, Beijing  100025**
电话/**Tel:(86)10-59696378-636**
手机/**MP: 13911174452**
传真/**Fax:(86)10-59696370**
网址/**Website: www.delsk.com**
**E-mail:zhanye@delsk.com**

JPM0000074