**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 16-00974-CJC (AGRx)            Date: May 24, 2021

Title: SECURITIES AND EXCHANGE COMMISSION v. CHARLES C. LIU *et al.*

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING JUNE 7, 2021 HEARING ON MOTION FOR DISGORGEMENT**

      Now before the Court is the Securities and Exchange Commission's motion for the Court to order Defendants Charles C. Liu and Xin Wang to disgorge, jointly and severally, $20,871,758.81 in alleged net profits. (Dkt. 319 [Motion], Dkt. 322 [Corrected Memorandum in Support of Motion].) The Court's February 19, 2021 scheduling order provides that an "Evidentiary Hearing (if necessary)" on this motion is scheduled for June 7, 2021. (Dkt. 311 at 3.) However, the parties have agreed that the SEC's motion for disgorgement may be decided on the basis of the parties' papers and evidentiary submissions, without an evidentiary hearing. Accordingly, the June 7, 2021 hearing will be limited to argument.

cb

MINUTES FORM 11
CIVIL-GEN                                                                                Initials of Deputy Clerk RRP