Lawrence B. Steinberg (State Bar No. 101966)
   *LSteinberg@buchalter.com*
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Hervé Gouraige (admitted *pro hac vice*)
   *hgouraige@sillscummis.com*
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102-5400
Telephone: (973) 643-5989
Facsimile: (973) 643-6500
Attorneys for defendants CHARLES C. LIU and
   XIN WANG, a/k/a LISA WANG

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. SACV 16-00974 CJC (AGRx) |
| Plaintiff, | **DEFENDANT XIN WANG, A/K/A LISA WANG NOTICE OF MOTION AND MOTION TO DISMISS CLAIMS AGAINST HER BASED ON EXTRATERRITORIAL CONDUCT** |
| vs. | |
| CHARLES C. LIU; XIN WANG a/k/a LISA WANG; PACIFIC PROTON THERAPY REGIONAL CENTER, LLC; PACIFIC PROTON EB-5 FUND, LLC; and BEVERLY PROTON CENTER, LLC f/k/a LOS ANGELES COUNTY PROTON THERAPY, LLC, | Date:  July 12, 2021<br>Time: 1:30 p.m.<br>Courtroom:  9B<br>Judge: Honorable Cormac J. Carney |
| Defendants. | |

BUCHALTER

A PROFESSIONAL CORPORATION     8114674 v1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 12, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard, in the above-entitled court, before the Honorable Cormac J. Carney, in Courtroom 9B of the United States District Court located at 411 West Fourth Street, Santa Ana, California 92701-4516, defendant XIN WANG, a/k/a  LISA WANG ("Wang") will, and hereby does, move to dismiss all claims against her upon the ground that the scope of the securities laws do not reach beyond the territorial jurisdiction of the United States and the evidence establishes that Wang's relevant conduct occurred outside of the United States.

This motion is based upon the Court's Order of February 19, 2021 (Dkt. 311); the accompanying Declaration of Hervé Gouraige; the Memorandum of Points and Authorities in Support of Defendant's Motion to Dismiss Claims Against Her; the Proposed Order of Wang; the filings and records in this action; matters of which the Court may take judicial notice, as well as any other matters or argument as may be allowed at the time of the hearing on this matter; and any other evidence or argument that Wang may present in support of the motion.

DATED:  June 11, 2021

Respectfully submitted,

SILLS CUMMIS & GROSS P.C.

By:        /s/ Hervé Gouraige
      _____
              Hervé Gouraige

Attorneys for defendants CHARLES C. LIU
and XIN WANG, a/k/a LISA WANG

2.

8114674 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BUCHALTER,
A Professional Corporation

By:        /s/ Lawrence B. Steinberg
    _____
           Lawrence B. Steinberg

    Attorneys for defendants CHARLES C. LIU
    and XIN WANG, a/k/a LISA WANG

3.

8114674 v1